ORIGINAL

FILED
NOV - 6 2003
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AXION CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2644C |

## Disclosure Statement

COMES NOW the plaintiff, Axion Corporation ("Axion"), and submits this Disclosure Statement pursuant to Rule 7.1, Rules of the United States Court of Federal Claims.

Axion, a nongovernmental corporation, hereby states and certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**Dated this the 4th day of November, 2003.**

Respectfully submitted,

**ATTORNEY OF RECORD:**

**RICHARD J.R. RALEIGH JR.**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone

(256) 533-0302 Facsimile
rraleigh@wilmerlee.com

**OF COUNSEL:**

**JEROME S. GABIG, JR.**
4811 Cove Creek Drive
Brownsboro, AL 35741
(256) 509-0279 Telephone
(256) 512-0020 Facsimile
gabig3@comcast.net