EXHIBIT 1

AWARD/CONTRACT (10/95) J | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING DC | PAGE 1 OF PAGE 6

2. CONTRACT (Procurment No.) N00104-96-C-KA09

3. EFFECTIVE DATE 95 DEC 07

4. REQ/PURCAHSE NO. N49935-95-N-A004

5. ISSUED BY: CODE N00104

NAVAL INVENTORY CONTROL POINT-MECHANICSBURG
P O BOX 2020
MECHANICSBURG, PA 17055-0788
BUYER:

6. ADMINISTRED BY: SCD: C CODE: S0101A
(If other than Item 5)
DCMAO BIRMINGHAM
2121 8TH AVE., N. ROOM 104
BIRMINGHAM, AL 35203-2376
PAS: S0101AS805APN

7. NAME AND ADDRESS OF CONTRACTOR (No, street, county, State and Zip code)
AXION CORP.
317 NICK FITCHEARD RD.
HUNTSVILLE, AL 35806

J 7KC GIR

CODE: 9X850 | FACILITY CODE:

8. DELIVERY
X FOB ORIGIN | OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30 DAYS

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR: CODE:
SEE SCHEDULE

12. PAYMENT WILL BE MADE BY: CODE: SC1020
DFAS-COLUMBUS CENTER
DFAS-CO/JSA/SOUTHEAST
P.O. BOX 182225
COLUMBUS, OH 43218-2225

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
10 USC2304(c) [ ] 41 USC 253(c) [ ]

14. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

CONFIRMING PRELIMINARY NOTICE OF AWARD DATED 95 DEC 07

(4) Purchase Folder
(1) NAVICP-M 02522
NAVICP-M 0541
NAVICP-M 0142
( ) NAVICP-M 0241.17
(1) NAVICP-M 0252
(1) NAVICP-M 0143
(1) Contractor
NAVICP-M 05021
(1) DFAS (BLK 12)
NAVICP-M 8454
(5) CAO (Blk 6)
NAVICP-M 02521 (BR)
NAVICP-M 006
(1) NAVICP-M 0242.6
(1) OFFICER IN CHARGE, ATTN: CODE 61JV, NAVAL ORDNANCE CENTER (IMSD), P.O. BOX 2011, MECHANICSBURG, PA 17055-0735
(1) COMMANDING OFFICER, ATTN: CODE 4025, NAVAL SURFACE WARFARE CENTER, CRANE DIVISION, CRANE, IN 47522-5000

DUPLICATE ORIGINAL

15G. TOTAL AMOUNT OF CONTRACT $ 1,313,974.20

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. CONTRACT'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office). Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herin. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract (b) the solicitation, if any and (c) such provisions representations certifications and specifications, as are attached or icorporated by reference herein. (Attachments are listed herein)

18. AWARD (Contractor is not required to sign this document). Your offer on Solicitation No. N00104-95-R-K042 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

19B. NAME OF CONTRACTOR
BY
(Signature of person authorized to sign)

19C. DATE SIGNED 12-

20A. NAME OF CONTRACTING OFFICER
J. SINCAVAGE

20B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

20C. DATE SIGNED 12-14-95

AXION 0001

NSN 7540-01-152-8069
Previous Edition unusable

FAR (48CFR) 53.214(A)

Standard Form 26 (REV 4-85)
Prescribed by GSA

19

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-96-C-KA09 | | | PAGE 2 | OF 6 |
|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| | AMENDMENT NO.(S) 0001 IS MADE A PART OF THIS AWARD. | | | | |
| 0001 | NSN 2T 1390-01-200-8338 POWER SUPPLY, PS-115 IAW ADL 53711-5355797 AND ALL ASSOCIATED DRAWINGS SPECIFICATIONS | | | | |
| 0001AA | SAME AS ITEM 0001 ACRN: AA | 55,209 | EA | 23.80 | 1,313,974.20 |
| 0001AB | SAME AS ITEM 0001 FIRST ARTICLE (PREPRODUCTION) SAMPLES. (SEE FAR CLAUSE 52.209-3) | A/R | EA | NSP | XXX |
| 0001AC | SAME AS ITEM 0001 PRODUCTION LOT (PERIODIC) SAMPLES CONTRACTOR DESTRUCTIVE TESTING | A/R | EA | NSP | XXX |
| 0001AD | TECHNICAL DATA (SEE DD 1423) | A/R | -- | NSP | XXX |
| 0002 | SAME AS ITEM 0001 (PROSPECTIVE OPTION QUANTITY UP TO 100%) | 55,209 | EA | 23.80 | |
| | 1. THE OPTION VALIDITY PERIOD IS 210 DAYS AFTER DATE OF GOVERNMENT NOTIFICATION OF FIRST ARTICLE TEST APPROVAL. | | | | |
| | 2. PROGRESS PAYMENTS SHALL NOT EXCEED (10) PERCENT OF THE TOTAL CONTRACT PRICE PRIOR TO APPROVAL OF THE FIRST ARTICLE TEST, PROVIDING FIRST ARTICLE TESTING IS REQUIRED. | | | | |

AXION 0002

SECTION F - DELIVERIES

FIRST ARTICLE REQUIRED

| LINE ITEM | QUANTITY | DELIVERY SCHEDULEQ | CONSIGNEE |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | N60036 |
| 0001AA | 5,209 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |

DESTINATION:

COMMANDING OFFICER (N60036)
ATTN: WQEC CODE 30 (GENE CAUTHINS)
NAVAL WEAPONS STATION
CONCORD, CA 94520-5000

SHIPMENT/PERFORMANCE NOTICE DISTRIBUTION - THE COGNIZANT DCASR PAYMENT OFFICE SHALL PROVIDE AUTOMATED SHIPMENT/PERFORMANCE NOTICE (PJJ CARD) TO THE NAVY SHIPS PARTS CONTROL CENTER, CODE 851, MECHANICSBURG, PA 17055-0788 DOD ADDRESS CODE N00104 (ROUTINE ID CODE NCB), (COMMUNICATIONS ID RUEDNAA), IN SUPPORT OF THE CONVENTIONAL AMMUNITION INTEGRATED MANAGEMENT SYSTEM (CAIMS).

FA - FIRST ARTICLE
DACA - DAYS AFTER CONTRACT AWARD
DAAFA - DAYS AFTER APPROVAL OF F/A

[illegible]

**E -INSPECTION AND ACCEPTANCE (NAVICP-M) (APR 1993)**

( X ) 1. Inspection of supplies and packaging will be performed at the contractor location by the Contract Administration Office (CAO) unless otherwise specified below.

Manufacturing Site ( )
Manufacturing Site CAO ( )
Packaging Site ( )
Packaging Site CAO ( )

( X ) 2. Final acceptance will be performed at the contractor's location on page 1 unless otherwise specified below.

( ) Manufacturing site and CAO listed above.
( ) Packaging site and CAO listed above.
( ) Destination

( ) 3. Inspection and acceptance will be performed by the consignee at destination.

( ) 4. For transportation assistance contact NAVICP-M 0214.17, Phone (717) 790-3103.

**F-DELIVERY DATE(S):**

96 APR 05 (96095) - FIRST ARTICLE SAMPLES (SEE PAGE 3 FOR ADDITIONAL DELIVERIES)

**G-ACCOUNTING CLASSIFICATION**

| ACRN | APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | BUREAU CONT NO | SUB ALLOT NO | AUTH ACCTG ACTY | TYPE | PROPERTY ACCTG ACTY | COST CODE |
|---|---|---|---|---|---|---|---|---|
| AA | 1741507.85AC | 000 | SAS6G | 0 | 068342 | 2D | 000000 | AC8930000093 |

$1,313,974.20
REF # - N4802994RX48132
TAC: JADRZ

**G -NOTE FOR CONTRACTOR/ADMINISTRATIVE CONTRACTING OFFICER (NAVICP-M) (NOV 1992)**

The following indicated with an "X" in the block is applicable:

(X) When a DCMC office is shown on a Contract/Purchase Order, the Administrative Contracting Officer (ACO) is the primary point of contact and all inquiries shall initially be directed to his office for necessary action.

Inquiries and correspondence directed to the Post Award PCO should be addressed as follows:

Code ( 0242.6 )
Telephone (717) 790-2027

AXION 0004

Telephone inquiries should be made only in cases of extreme urgency and must be confirmed in writing within 48 hours. If the inquiry involves technical questions (drawing, specification, etc.) inquiry should be submitted in accordance with the procurement specification.

( ) NOTE FOR CONTRACTORS FURNISHING LEVEL I/SUBSAFE MATERIAL:

Material certifications must be addressed to the Post Award Procurement Contracting Officer. Mailing envelope must be plainly marked "DELIVER UNOPENED TO CODE ( ), POST AWARD PCO.

( ) NOTE FOR NAVY REQUISITIONING AND NAVY MONITORING ACTIVITIES:

Forward status and expediting inquiries to NAVICP-M, as follows:
CASREPT/OTHER - DSN 430-2460 or 2461
FBM - DSN 430-4490

**252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)**

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)**

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

AXION 0005

(e) The contractor shall prepare:

__X__ a separate invoice for each activity designated to receive the supplies or services.

______ a consolidated invoice covering all shipments delivered under an individual order.

_________ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)**

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer. In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustments will be made in contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

NAME\ CODE 0242 PERSONNEL \
ADDRESS\ P.O. BOX 2020 MECHANICSBURG, PA 17055 \
TELEPHONE \ 717-790-2027 \

AWARD/CONTRACT (10/95) | ... CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | ...NG DO-A6 | PAGE OF 1 | PAGE 6

| | | |
|---|---|---|
| 2. CONTRACT (Procurement No.) N00104-96-C-KA09 | 3. EFFECTIVE DATE 95 DEC 07 | 4. REQ/PURCAHSE NO. N49935-95-N-A004 |

5. ISSUED BY: CODE N00104
INVENTORY CONTROL POINT-
MECHANICSBURG
P O BOX 2020
MECHANICSBURG, PA 17055-0788
BUYER:

6. ADMINISTRED BY: SCD: C CODE: S0101A
(If other than Item 5)
DCMAO BIRMINGHAM
2121 8TH AVE., N. ROOM 104
BIRMINGHAM, AL 35203-2376
PAS: S0101AS805APN

7. NAME AND ADDRESS OF CONTRACTOR (No, street, county, State and Zip code)
AXION CORP.
317 NICK FITCHEARD RD.
HUNTSVILLE, AL 35806
J 7KC GIR
CODE: 9X850 FACILITY CODE:

8. DELIVERY
X FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30 DAYS

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR: CODE:
SEE SCHEDULE

12. PAYMENT WILL BE MADE BY: CODE: SC1020
DFAS-COLUMBUS CENTER
DFAS-CO/JSA/SOUTHEAST
P.O. BOX 182225
COLUMBUS, OH 43218-2225

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
10 USC2304(c) [ ] 41 USC 253(c) [ ]

14. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

CONFIRMING PRELIMINARY NOTICE OF AWARD DATED 95 DEC 07

(4) Purchase Folder
(1) ...ICP-M 02522
... ICP-M 0541
NAVICP-M 0142
( ) NAVICP-M 0241.17
(1) NAVICP-M 0252
(1) NAVICP-M 0143
(1) Contractor
NAVICP-M 05021
(1) DFAS (Blk 12)
NAVICP-M 8454
(5) CAO (Blk 6)
NAVICP-M 02521 (BR)
NAVICP-M 006
(1) NAVICP-M 0242.6
(1) OFFICER IN CHARGE, ATTN: CODE 61JV, NAVAL ORDNANCE CENTER (IMSD), P.O. BOX 2011, MECHANICSBURG, PA 17055-0735
(1) COMMANDING OFFICER, ATTN: CODE 4025, NAVAL SURFACE WARFARE CENTER, CRANE DIVISION, CRANE, IN 47522-5000

DUPLICATE
ISPCC OFFICIAL COPY

AXION 0007

15G. TOTAL AMOUNT OF CONTRACT $ 1,313,974.20

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17 CONTRACT'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office). Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herin. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract (b) the solicitation, if any and (c) such provisions representations certifications and specifications, as are attached or icorporated by reference herein. (Attachments are listed herein)

18. AWARD (Contractor is not required to sign this document). Your offer on Solicitation No. N00104-95-R-K042 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
J. SINCAVAGE

19B. ... OF CONTRACTOR
BY
(Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

20C. DATE SIGNED
12-14-95

NSN 7540-01-152-8069
Previous Edition unusable

FAR (48CFR) 53.214(A)

Standard Form 26 (REV 4-85)
Prescribed by GSA

(19)

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | N00104-96-C-KA09 | 2 | 6 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | AMENDMENT NO.(S) 0001 IS MADE A PART OF THIS AWARD. | | | | |
| 0001 | NSN 2T 1390-01-200-8338 POWER SUPPLY, PS-115 IAW ADL 53711-5355797 AND ALL ASSOCIATED DRAWINGS SPECIFICATIONS | | | | |
| 0001AA | SAME AS ITEM 0001 ACRN: AA | 55,209 | EA | 23.80 | 1,313,974.20 |
| 0001AB | SAME AS ITEM 0001 FIRST ARTICLE (PREPRODUCTION) SAMPLES.(SEE FAR CLAUSE 52.209-3) | A/R | EA | NSP | XXX |
| 0001AC | SAME AS ITEM 0001 PRODUCTION LOT (PERIODIC) SAMPLES CONTRACTOR DESTRUCTIVE TESTING | A/R | EA | NSP | XXX |
| 0001AD | TECHNICAL DATA (SEE DD 1423) | A/R | -- | NSP | XXX |
| 0002 | SAME AS ITEM 0001 (PROSPECTIVE OPTION QUANTITY UP TO 100%) | 55,209 | EA | 23.80 | |
| | 1. THE OPTION VALIDITY PERIOD IS 210 DAYS AFTER DATE OF GOVERNMENT NOTIFICATION OF FIRST ARTICLE TEST APPROVAL. | | | | |
| | 2. PROGRESS PAYMENTS SHALL NOT EXCEED (10) PERCENT OF THE TOTAL CONTRACT PRICE PRIOR TO APPROVAL OF THE FIRST ARTICLE TEST, PROVIDING FIRST ARTICLE TESTING IS REQUIRED. | | | | |

AXION 0008

SECTION F - DELIVERIES

FIRST ARTICLE REQUIRED

| LINE ITEM | QUANTITY | DELIVERY SCHEDULEQ | CONSIGNEE |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | N60036 |
| 0001AA | 5,209 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |

DESTINATION:

COMMANDING OFFICER (N60036)
ATTN: WQEC CODE 30 (GENE CAUTHINS)
NAVAL WEAPONS STATION
CONCORD, CA 94520-5000

SHIPMENT/PERFORMANCE NOTICE DISTRIBUTION - THE COGNIZANT DCASR PAYMENT OFFICE SHALL PROVIDE AUTOMATED SHIPMENT/PERFORMANCE NOTICE (PJJ CARD) TO THE NAVY SHIPS PARTS CONTROL CENTER, CODE 851, MECHANICSBURG, PA 17055-0788 DOD ADDRESS CODE N00104 (ROUTINE ID CODE NCB), (COMMUNICATIONS ID RUEDNAA), IN SUPPORT OF THE CONVENTIONAL AMMUNITION INTEGRATED MANAGEMENT SYSTEM (CAIMS).

FA - FIRST ARTICLE
DACA - DAYS AFTER CONTRACT AWARD
DAAFA - DAYS AFTER APPROVAL OF F/A

**E -INSPECTION AND ACCEPTANCE (NAVICP-M) (APR 1993)**

( X ) 1. Inspection of supplies and packaging will be performed at the contractor location by the Contract Administration Office (CAO) unless otherwise specified below.

Manufacturing Site ( )
Manufacturing Site CAO ( )
Packaging Site ( )
Packaging Site CAO ( )

( X ) 2. Final acceptance will be performed at the contractor's location on page 1 unless otherwise specified below.

( ) Manufacturing site and CAO listed above.
( ) Packaging site and CAO listed above.
( ) Destination

( ) 3. Inspection and acceptance will be performed by the consignee at destination.

( ) 4. For transportation assistance contact NAVICP-M 0214.17, Phone (717) 790-3103.

**F-DELIVERY DATE(S):**

**96 APR 05 (96095) - FIRST ARTICLE SAMPLES (SEE PAGE 3 FOR ADDITIONAL DELIVERIES)**

**G-ACCOUNTING CLASSIFICATION**

| ACRN | APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | BUREAU CONT NO | SUB ALLOT NO | AUTH ACCTG ACTY | TYPE | PROPERTY ACCTG ACTY | COST CODE |
|---|---|---|---|---|---|---|---|---|
| AA | 1741507.85AC | 000 | SAS6G | 0 | 068342 | 2D | 000000 | AC8930000093 |

$1,313,974.20
REF # - N4802994RX48132
TAC: JADRZ

**G -NOTE FOR CONTRACTOR/ADMINISTRATIVE CONTRACTING OFFICER (NAVICP-M) (NOV 1992)**

The following indicated with an "X" in the block is applicable:

(X) When a DCMC office is shown on a Contract/Purchase Order, the Administrative Contracting Officer (ACO) is the primary point of contact and all inquiries shall initially be directed to his office for necessary action.

Inquiries and correspondence directed to the Post Award PCO should be addressed as follows:

Code ( 0242.6 )
Telephone (717) 790-2027

AXION 0010

Telephone inquiries should be made only in cases of extreme urgency and must be confirmed in writing within 48 hours. If the inquiry involves technical questions (drawing, specification, etc.) inquiry should be submitted in accordance with the procurement specification.

( ) NOTE FOR CONTRACTORS FURNISHING LEVEL I/SUBSAFE MATERIAL:

Material certifications must be addressed to the Post Award Procurement Contracting Officer. Mailing envelope must be plainly marked "DELIVER UNOPENED TO CODE ( ), POST AWARD PCO.

( ) NOTE FOR NAVY REQUISITIONING AND NAVY MONITORING ACTIVITIES:

Forward status and expediting inquiries to NAVICP-M, as follows:
CASREPT/OTHER - DSN 430-2460 or 2461
FBM - DSN 430-4490

**252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)**

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)**

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

(e) The contractor shall prepare: AXION 0011

___X___ a separate invoice for each activity designated to receive the supplies or services.

_______ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)**

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer. In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustments will be made in contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

NAME\ CODE 0242 PERSONNEL \
ADDRESS\ P.O. BOX 2020 MECHANICSBURG, PA 17055 \
TELEPHONE \ 717-790-2027 \

| SOLICITATION, OFFER AND AWA (REV. 2/93)(RFP AMMO) | 1. THIS CONTRACT IS A RATED ORDERED UNDER DPAS (15 CFR 700)- | RATING D O-A6 | PAGE 1 OF PAGES 130 |
|---|---|---|---|

| 2. CONTRACT NO | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | N00104-95-R-K042 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) | 95 APR 04 | N49935-95-N-A004 |

| ISSUED BY CODE N00104 | 8. ADDRESS OFFER TO (If other than item 7) |
|---|---|
| Navy Ships Parts Control Center<br>5450 Carlisle Pike<br>P O Box 2020<br>Mechanicsburg PA 17055-0788 | Department of the Navy<br>Navy Ships Parts Control Center<br>Contracting Department (Code 02), Bldg 410, South End Bay K-30<br>5450 Carlisle Pike, P O BOX 2080<br>Mechanicsburg PA 17055-0787 |

NOTE: In advertised solicitations "offer" and "offeror" mean "bid" and "bidder."

## SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be recieved at the place specified in Item 8, or if handcarried, in the depository located in Bldg. 410, South End, Bid Room, Bay K-30 until 4:00 P.M. (Hour) local time 95 MAY 19 (Date).

CAUTION - LATE Submission, Modifications, and Withdrawals: See Section I, Provision NO. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation. KC 7KC 95139

| 10. FOR INFORMATION CALL: | A. NAME A. L. ARTZ | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (717)-790- 3353 |
|---|---|---|

### 11. TABLE OF CONTENTS


| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 43 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III- LIST OF DOCUMENTS, EXHIBTS AND OTHER ATTACH | |
| | C | DESCRIPTION/SPEC./WORK STATEMENT | 4 | | J | LIST OF ATTACHMENTS | 57 |
| | D | PACKAGING AND MARKING | 28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 30 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFEROR | 102 |
| | F | DELIVERIES OR PERFORMANCE | 38 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 41 | | L | INSTRS., CONDS., AND NOTICES TO | 117 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 42 | | M | EVALUATION FACTORS FOR AWARD | 125 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within * calendar day (60 calendar days unle different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish and or all items which prices are c the prices set opposite each item, delivered at the designated point(s), within the time specified in schedule. *SEE SCHEDULE

| 13. DISCOUNT FOR PROMPT PAYMENT (30 DAYS MINIMUM FOR NET PAYMENT) (See Section I, Clause No 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME/TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print) |
|---|---|---|---|

AXION 0013

| 15B. TELEPHONE NO. (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE ENTER SUCH ADDRESS IN SCHEDULE | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

AWARDS (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| 22. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM | 23. NEGOTIATED PURSUANT TO [ ] 10 U.SC.2304(c)( ) [ ] 41 U.S.C 253(c)( ) |
| 24. ADMINISTERED BY (If other than Item 7) CODE | | 25. PAYMENT WILL BE MADE BY CODE |
| NAME OF CONTRACTING OFFICER (Type of print) | | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) / 28. AWARD DATE |

IMPORTANT - Award will be made on this form or on Standard Form 26 or by other authorized official written notice.

NSN 7540-01-152-8064 33-132 WP 5.1 (DD r6/93)8pt Standard Form 33 (REV 4-85) Prescribed by GSA FAR (48 CFR) 53.214 (c)

Previous Edition Not Usable

**CONTINUATION SHEET** (OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONT. N00104-96-C-KA04

PAGE OF

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | NSN - 2T-1390-01-200-8338<br>Power Supply, PS-115<br>IAW ADL 53711-5355797 and all associated drawings specifications | | | | |
| 0001AA | Same as Item 0001<br>ACRN: AA | 55,209 | EA. | 23.80 | 1,313,974.20 |
| | ~~Due to constraints on the amount of funds available, it is intended to acquire the largest quantity possible within funding constraints. Consequently, __prospective contractors are requested to submit offers for each of the stepladder quantities__ The Government reserves the right to award at any of the quantities and associated prices shown:~~ | | | | |
| | ~~__STEPLADDER QUANTITIES__ __UNIT PRICE__~~<br>~~80,001 - 90,000 $______~~<br>~~70,001 - 80,000 ______~~<br>~~60,001 - 70,000 ______~~<br>~~50,001 - 60,000 ______~~<br>~~40,000 - 50,000 ______~~ | | | | |
| 0001AB | Same As Item 0001<br>First Article (Preproduction) Samples. (See FAR Clause 52.209-3) | A/R | EA | NSP | XXXXX |
| 0001AC | Same As Item 0001<br>Production Lot (Periodic) Samples Contractor Destructive Testing | A/R | EA | NSP | XXXXX |
| 0001AD | Technical Data<br>(See DD1423) | A/R | -- | NSP | XXXXX |

AXION 0014

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-96-C-KA09

PAGE | OF

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Same as Item 0001 (Prospective Option Quantity Up To 100%) | 55,209 | EA. | 23.80 | |

Stepladder Qty: / Unit Price:

80,001 to 90,000 (*) $________
70,001 to 80,000 ________
60,001 to 70,000 ________
50,001 to 60,000 ________
40,000 to 50,000 ________

**NOTES:**

1) If no unit prices are submitted for Item 0002, the unit price submitted for Item 0001 will be considered the unit price for Item 0002 (all stepladder quantities). Offerors are encouraged to supply a unit price for each stepladder quantity shown above. Failure to do so could result in an option exercise for a relatively small quantity at the basic contract unit price.

2) Any exception to the option may render your offer unacceptable.

3) For evaluation purposes, the price submitted for the largest stepladder quantity (*) will be utilized. This in no way limits the Government's ability after award to exercise a partial option at the appropriate step-ladder unit price.

AXION 0015

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-96-C-KA09

PAGE OF

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOTES: Continued - | | | | |
| 1 | 4) The option validity period is ~~300~~ 210 days after date of Government notification of First Article Test Approval ~~or 300 days after date of contract when First Article Test is not required~~. | | | | |
| | ~~5) Offerors are hereby advised that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are not authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.~~ | | | | |
| 2 | 6) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required. | | | | |

AXION 0016

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. Contract ID Code | | Page 1 | Pages 6 |
| 2. Amendment/Modification No. 0001 | 3. Effective Date 04/26/95 | 4. Requisition/Purchase Req. No. 95NA004 | 5. Project No. |
| 6. Issued By CODE N00104 | | 7. Administered By (If other than Item 6) CODE | |

Navy Ships Parts Control Center
50 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: 0282.2/ALA

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION Corporation
317 Nick Fitcheard Road
Huntsville, AL 35806

Code 9X850 | Facility Code

| | |
|---|---|
| | 9A. Amendment of Solicitation No. N00104-95-R-K042 |
| X | 9B. Dated (See Item 11) 95 Apr 04 |
| | 10A. Modification of Contract/Order No. |
| | 10B. Dated (See Item 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers x is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning 2 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ___ copies to the issuing office. Attn: Code 02/23

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Item 0001 - NSN 2T-1390-01-200-8338 Power Supply, PS-115

The subject solicitation closing date is hereby extended from 4:00 P.M. 5/19/95, to 4:00 P.M. 6/9/95.

<u>Section B - Supplies/Services</u> - Add: (Beginning Page 2)

AXION 0017

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi, President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 5-11-95 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7450-01-152-8070 30-105 (SPCC OVPT) (LOCAL) DOL1 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-95-R-K042 | PAGE 2 | OF 6 |
|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Same as Item 0001 (Prospective Option Quantity Up To 100%) | | | | |
| | **Stepladder Qty:** 80,001 to 90,000 — **Unit Price:** (*) $22.88 | | | 22.88 | |
| | 70,001 to 80,000 — 23.08 | | | 23.08 | |
| | 60,001 to 70,000 — 23.48 | | | 23.48 | |
| | 50,001 to 60,000 — 23.80 | | | 23.80 | |
| | 40,000 to 50,000 — 24.28 | | | 24.28 | |

**NOTES:**

1) If no unit prices are submitted for Item 0002, the unit price submitted for Item 0001 will be considered the unit price for Item 0002 (all stepladder quantities). Offerors are encouraged to supply a unit price for each stepladder quantity shown above. Failure to do so could result in an option exercise for a relatively small quantity at the basic contract unit price.

2) Any exception to the option may rendor your offer unacceptable.

3) For evaluation purposes, the price submitted for the largest stepladder quantity (*) will be utilized. This in no way limits the Government's ability after award to exercise a partial option at the appropriate step-ladder unit price.

AXION 0018

CONTINUATION SHEET (OPTIONAL FORM 336) | R. RENCE NO. OF DOCUMENT BEING CONTIN N00104-95-R-K046 | PAGE 3 OF 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOU |
|---|---|---|---|---|---|
| | **NOTES:** Continued - | | | | |

4) The option validity period is 300 days after date of Government notification of First Article Test Approval or 300 days after date of contract when First Article Test is not required.

5) Offerors are hereby advised that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are not authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.

6) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required.

AXION 0019

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-95-R-K042

PAGE 4 OF 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOTES: Continued -<br><br>7) The following clauses are hereby incorporated in full text:<br><br>a. 5252.243-9400 Authorized Changes Only By The Officer (See Page 5 of 6)<br>b. 5252.233-9400 Choice Of Laws (See Page 6 of 6)<br><br>8) The following clauses are hereby deleted from the Solicitation:<br><br>a. 252.225-7006 Buy American Act Trade Agreement Act - Balance Of Payment Program<br>b. 252.225-7007 Trade Agreement Act | | | | |

AXION 0020

**5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)**

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer. In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

**NAME** Mr. John Korab

**ADDRESS** Navy Ships Parts Control Center

**TELEPHONE** 717-790-2027

5252.233-9400 CHOICE OF LAWS (JUN 1994)

This contract shall be construed and interpreted in accordance with the substantive laws of the United States of America. By the execution of this contract, the contractor expressly agrees to waive any rights to invoke the jurisdiction of local national courts where this contract is to be performed and agrees to accept the exclusive jurisdiction of the Armed Services Board of Contract Appeals and the United States Claims Court for the hearing and determination of any and all disputes that may arise under the Disputes clause.

AXION 0022

SOLICITATION, OFFER AND AWARD (REV. 2/93)(RFP AMMO)

| | | | | | |
|---|---|---|---|---|---|
| 1. THIS CONTRACT IS RATED ORDER UNDER DPAS (15 CFR 700) | | | D O-A.. | PAGE OF PAGES 1 | 130 |
| 2. CONTRACT NO | 3. SOLICITATION NO. N00104-95-R-K042 | 4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 5. DATE ISSUED 95 APR 04 | 6. REQUISITION/PURCHASE NO. N49935-95-N-A004 | |
| 7. ISSUED BY CODE N00104 | Navy Ships Parts Control Center, 5450 Carlisle Pike, P O Box 2020, Mechanicsburg PA 17055-0788 | 8. ADDRESS OFFER TO (If other than item 7) | Department of the Navy, Navy Ships Parts Control Center, Contracting Department (Code 02), Bldg 410, South End Bay K-30, 5450 Carlisle Pike, P O BOX 2080, Mechanicsburg PA 17055-0787 | | |

NOTE: In advertised solicitations "offer" and "offeror" mean "bid" and "bidder."

## SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be recieved at the place specified in Item 8, or if handcarried, in the depository located in Bldg. 410, South End, Bid Room, Bay K-30 until 4:00 P.M. (Hour) local time 95 MAY 19 (Date).

CAUTION - LATE Submission, Modifications, and Withdrawals: See Section I, Provision NO. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

KC 7KC 95139

| 10. FOR INFORMATION CALL: | A. NAME A. L. ARTZ | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (717)-790- 3353 |
|---|---|---|

11. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 43 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III- LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPEC./WORK STATEMENT | 4 | | J | LIST OF ATTACHMENTS | 57 |
| | D | PACKAGING AND MARKING | 28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 30 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFEROR | 102 |
| | F | DELIVERIES OR PERFORMANCE | 38 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 41 | | L | INSTRS., CONDS., AND NOTICES TO | 117 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 42 | | M | EVALUATION FACTORS FOR AWARD | 125 |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within * calendar day (60 calendar days, unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish and or all items which prices are offered at the prices set opposite each item, delivered at the designated point(s), within the time specified in schedule. *SEE SCHEDULE

| 13. DISCOUNT FOR PROMPT PAYMENT (30 DAYS MINIMUM FOR NET PAYMENT) (See Section I, Clause No 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | Net 30 % | % |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | 1 | 4-4-95 | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 9X852 FACILITY | 16. NAME/TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print) |
|---|---|---|
| | AXION Corporation, 317 Nick Fitcheard Road, Huntsville, AL 35806 | Alex Latifi, President |

AXION 0023

| 15B. TELEPHONE NO. (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE ENTER SUCH ADDRESS IN SCHEDULE | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|
| (205) 851-9770 | [ ] | [signature] | 5-11-95 |

AWARDS (To be completed by Government)

| | |
|---|---|
| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 
| 21. ACCOUNTING AND APPROPRIATION | |
| 22. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specificed) | ITEM |
| 23. NEGOTIATED PURSUANT TO [ ] 10 U.SC.2304(c)( ) [ ] 41 U.S.C 253(c)( ) | |
| 24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY CODE |
| 26. NAME OF CONTRACTING OFFICER (Type of print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) |
| 28. AWARD DATE | |

IMPORTANT - Award will be made on this form or on Standard Form 26 or by other authorized official written notice.

7540-01-152-8064

Previous Edition Not Usable

33-132
WP 5.1
(DD r6/93)8pt

Standard Form 33 (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214 (c)

**CONTINUATION SHEET** (OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-95-R-K042

PAGE 2 OF 130

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | NSN - 2T-1390-01-200-8338<br>Power Supply, PS-115<br>IAW ADL 53711-5355797 and all associated drawings specifications | | | | |
| 0001AA | Same as Item 0001<br>ACRN: AA<br><br>Due to constraints on the amount of funds available, it is intended to acquire the largest quantity possible within funding constraints. Consequently, <u>prospective contractors are requested to submit offers for each of the stepladder quantities</u> The Government reserves the right to award at any of the quantities and associated prices shown:<br><br><u>STEPLADDER QUANTITIES</u> <u>UNIT PRICE</u><br>80,001 - 90,000 $22.88<br>70,001 - 80,000 23.08<br>60,001 - 70,000 23.48<br>50,001 - 60,000 23.80<br>40,000 - 50,000 24.28 | | | | |
| 0001AB | Same As Item 0001<br>First Article (Preproduction) Samples.(See FAR Clause 52.209-3) | A/R | EA | NSP | XXXXX |
| 0001AC | Same As Item 0001<br>Production Lot (Periodic) Samples<br>Contractor Destructive Testing | A/R | EA | NSP | XXXXX |
| 0001AD | Technical Data<br>(See DD1423) | A/R | -- | NSP | XXXXX |

AXION 0024

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONT N00104-95-R-K042 | | | | PAGE 3 | OF 130 |
|---|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT | |

NOTES:

1) Offerors are hereby advise that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are not authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.

2) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required.

AXION 0025