N00104-95-R-K042



FOR INFORMATION PURPOSES ONLY

ABSTRACT HISTORY

| CONTRACTOR | AWARD DATE | QUANTITY | UNIT PRICE |
|---|---|---|---|
| ACCUDYNE CORP | 8/93 | 45,736 EA | $ 16.90 |
| ACCUDYNE CORP | 6/92 | 30,000 EA | 13.54 |

**NOTE**: This information is the best information currently available. Contractor's are advised to submit offers accordingly. Do not price your proposal solely on the information provided above.

AXION 0026

N00164-95-R-R042



AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| DL 53711-5355797- | SHEET 1 of 15 |
| N 1390-01-200-8338 | DODIC NA |
| OMENCLATURE<br>OWER SUPPLY, PS115 | ASSEMBLY DRAWING<br>19202-11744726 REVISION -<br><br>SPECIFICATION<br>N/A |

PROVAL SIGNATURE J. Puckett DATE 11/10/94

DISTRIBUTION/RESTRICTIONS ON USE OF DOCUMENTATION

DISTRIBUTION STATEMENT D. DISTRIBUTION AUTHORIZED TO THE DEPARTMENT OF DEFENSE AND DOD CONTRACTORS ONLY; CRITICAL TECHNOLOGY; JAN 1994. OTHER REQUESTS FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, CODE 402, NAVSURFWARCENDIV CRANE, IN 47522-5001.

WARNING - THIS DOCUMENT CONTAINS TECHNICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTROL ACT, TITLE 22, U.S.C., SEC. 2751 ET SEQ. OR THE EXPORT ADMINISTRATION ACT OF 1979, AS AMENDED, TITLE 50, U.S.C., APP 2401, ET SEQ. VIOLATORS ARE SUBJECT TO SEVERE CRIMINAL PENALTIES. DISSEMINATE IAW PROVISIONS OF OPNAVINST 5510.161, REFERENCE (F).

DESTRUCTION NOTICE: DESTROY BY ANY METHOD THAT WILL PREVENT DISCLOSURE OF CONTENTS OR RECONSTRUCTION OF THE DOCUMENT.

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797-

SHEET 2 of 15

NSN 1390-01-200-8338

DODIC NA

SCOPE OF WORK

FOR PROCUREMENT

| DOCUMENT NUMBER | REV | NOMENCLATURE | SECURIT CLASS |
|---|---|---|---|
| DOCUMENTATION | | | |
| DRAWINGS | | | |
| 19202-10974339 | D | 34-A, ELECTROLYTE | |
| 19202-10974349 | H | MATERIAL, PLATED TYPE I | |
| 19202-10995908 | B | FLUX, SOLDER | |
| 19202-11007047 | R | ASSEMBLY, AMPULE | |
| 19202-11007052 | H | ASSEMBLY, CUTTER | |
| 19202-11007055 | K | CAN, AMPULE | |
| 19202-11007061 | L | SEPARATOR | |
| 19202-11007063 | G | FIBER, POLYPROPYLENE | |
| 19202-11007068 | N | PLATE | |
| 19202-11007073 | B | METHYLENE BROMIDE | |
| 19202-11707234 | B | RESIN, EPOXY | |
| 19202-11707235 | A | FLEXIBILIZER, EPOXY RESIN | |
| 19202-11707713 | G | FISHPAPER, COATED | |
| 19202-11707728 | B | FISHPAPER | |
| 19202-11716473 | M | STACK AND AMPULE ASSEMBLY | |
| 19202-11718248 | B | POTTING COMPOUND | |
| 19202-11718305 | E | RING | |
| 19202-11718307 | D | DIAPHRAGM | |
| 19202-11718308 | C | RING, SOLDER | |
| 19202-11718309 | G | PLATE, BOTTOM | |
| 19202-11718310 | G | HOUSING | |
| 9202-11718311 | J | SEQUENCER | |
| 19202-11718316 | F | WIRE LEAD. POSITIVE AND NEGATIVE | |

AXION 0028

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797-

SHEET 3 of 15

NSN 1390-01-200-8338

DODIC NA

| DOCUMENT NUMBER | REV | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|
| 202-11721237 | F | PLATE, CUTTER | |
| 202-11721238 | G | BLADE, CUTTER | |
| 202-11721240 | E | INSULATOR | |
| 202-11734588 | C | WELD RING | |
| 202-11744470 | - | CUTTER, BROMIDE | |
| 202-11744471 | - | RIVET | |
| 202-11744472 | - | WEIGHT, OUTER | |
| 202-11744473 | - | ASSEMBLY, BROMIDE AMPULE | |
| 202-11744474 | - | CAN, BROMIDE | |
| 202-11744475 | - | DIAPHRAGM, BROMIDE | |
| 202-11744476 | - | PLATE, BROMIDE WELD | |
| -11744477 | - | ASSEMBLY, BROMIDE CUP/WEIGHT | |
| 202-11744478 | - | CUP, BROMIDE | |
| 711-11744479 | - | WEIGHT, INNER | |
| 202-11744726 | - | POWER SUPPLY | |
| 200-12579607 | A | GEOMETRIC SYMBOLS FOR DIMENSIONING AND TOLERANCING | |

ECHNICAL DATA PACKAGE LISTS

202-11744726 04/13/1992 POWER SUPPLY

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| PECIFICATIONS | | | | | |
| SYSTEM | | | | | |
| -OD18332 | - | | | PROCEDURES FOR PREPARING LEAD: LEAD DIOXIDE RESERVE ENERGIZER ELECTRODE STOCK BY ELECTRODEPOSITION | |
| DERAL | | | | | |
| A-A-208 | A | | | INK, MARKING, STENCIL, OPAQUE (POROUS AND NON-POROUS SURFACES) | |

AXION 0029

N00164-95-R-K042 PAGE 8

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- SHEET 4 of 15

NSN 1390-01-200-8338 DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| O-D-1271 | B | IA | 1 | DIETHYLENETRIAMINE, TECHNICAL | |
| QQ-N-290 | A | | | NICKEL PLATING (ELECTRO-DEPOSITED) | |
| QQ-S-571 | E | IA | 6 | SOLDER, ELECTRONIC (96 TO 485 DEGREES C) | |
| QQ-S-698 | - | AMD | 3 | STEEL, SHEET AND STRIP, LOW-CARBON | |
| **MILITARY** | | | | | |
| MIL-A-002550 | C | IA | 2 | AMMUNITION, GENERAL SPECIFICATION FOR | |
| MIL-F-13926 | B | AMD | 5 | FIRE CONTROL MATERIEL: GENERAL SPECIFICATION GOVERNING THE MANUFACTURE AND INSPECTION OF | |
| MIL-I-17563 | C | | | IMPREGNANTS FOR CAST OR POWDER METAL COMPONENTS | |
| MIL-L-60326 | - | AMD | 1 | LUBRICANT, FLUOROCARBON TELOMER DISPERSION (FOR USE WITH AMMUNITION) | |
| MIL-P-116 | J | AMD | 2 | PRESERVATION, METHODS OF | |
| MIL-P-81390 | - | | | PLASTIC, MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED | |
| MIL-Q-50829 | A | | | GENERAL QUALITY ASSURANCE PROVISIONS FOR PROXIMITY FUZES AND RELATED COMPONENTS | |
| MIL-T-10727 | C | | | TIN PLATING; ELECTRODEPOSITED OR HOT-DIPPED, FOR FERROUS AND NON FERROUS METALS | |
| **STANDARDS** | | | | | |
| **MILITARY** | | | | | |
| MIL-STD-105 | E | | | SAMPLING PROCEDURES AND TABLES FOR INSPECTION BY ATTRIBUTES | |
| MIL-STD-1167 | C | NOT | 1 | AMMUNITION DATA CARD | |
| MIL-STD-1168 | A | NOT | 2 | AMMUNITION LOT NUMBERING | |

AXION 0030

AUTOMATED DATA LIST (ADL)

DL 53711-5355797- SHEET 5 of 15

1390-01-200-8338 DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| MIL-STD-1169 | B | NOT | 1 | PACKAGING, PACKING AND MARKING FOR SHIPMENT OF INERT AMMUNITION COMPONENTS | |
| MIL-STD-129 | M | | | MARKING FOR SHIPMENT AND STORAGE | |
| MIL-STD-171 | E | | | FINISHING OF METAL AND WOOD SURFACES | |
| MIL-STD-2073-1 | B | | | DOD MATERIEL PROCEDURES FOR DEVELOPMENT AND APPLICATION OF PACKAGING REQUIREMENTS | |
| MIL-STD-331 | B | NOT | 4 | FUZE AND FUZE COMPONENTS, ENVIRONMENTAL AND PERFORMANCE TESTS FOR | |
| INDUSTRY | | | | | |
| ASTM B121 | 91 | | | LEADED BRASS PLATE, SHEET, STRIP, AND ROLLED BAR | |
| ASTM B124 | 89 | | | COPPER AND COPPER-ALLOY FORGING ROD, BAR, AND SHAPES | |
| ASTM B133 | 93 | | | COPPER ROD, BAR, AND SHAPES | |
| ASTM B152 | 93 | | | COPPER SHEET, STRIP, PLATE AND ROLLED BAR | |
| ASTM B187 | 92 | | | COPPER BUS BAR, ROD, AND SHAPES | |
| ASTM B19 | 86 | | | CARTRIDGE BRASS SHEET, STRIP, PLATE, BAR, AND DISKS (BLANKS) | |
| ASTM B194 | 92 | | | COPPER-BERYLLIUM ALLOY PLATE, SHEET, STRIP, AND ROLLED BAR | |
| ASTM B2 | 88 | | | MEDIUM-HARD-DRAWN COPPER WIRE | |
| ASTM B255 | 83 | | | SINTERED BRONZE STRUCTURAL PARTS | |
| ASTM B3 | 90 | | | SOFT OR ANNEALED COPPER WIRE | |
| ASTM B301 | 93 | | | FREE-CUTTING COPPER ROD AND BAR | |
| ASTM B36/B36M | 91 | | | BRASS PLATE, SHEET, STRIP, AND ROLLED BAR | |

AXION 0031

N00164-95-R-R042

PAGE 1

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797-

SHEET 6 of 15

NSN 1390-01-200-8338

DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| ASTM B545 | 92 | | | ELECTRODEPOSITED COATINGS OF TIN | |
| ASTM B633 | 85 | | | ELECTRODEPOSITED COATINGS OF ZINC ON IRON AND STEEL | |
| ASTM D3953 | 91 | | | STRAPPING, FLAT STEEL AND SEALS | |
| ASTM D619 | 92 | | | VULCANIZED FIBRE USED FOR ELECTRICAL INSULATION | |
| ASTM D710 | 94 | | | VULCANIZED FIBRE SHEETS, RODS, AND TUBES USED FOR ELECTRICAL INSULATION | |
| **PUBLICATIONS** | | | | | |
| 19202-TM-69-39 | 69 | | | ANALYTICAL PROCEDURES FOR DETERMINATION OF FLUOBORIC ACID ELECTROLYTE | |
| **HAZARDOUS COMPONENT SAFETY DATA STATEMENTS** | | | | | |
| 10025 | B | | | LEAD DIOXIDE | |
| 753 | B | | | LEAD | |

EXCEPTIONS TO DOCUMENTATION

1. THE FOLLOWING DOCUMENTS HAVE BEEN SUPERSEDED OR REPLACED, WHEREVER THEY MAY APPEAR, BY THE DOCUMENTS INDICATED

| SUPERSEDED DOCUMENT | SUPERSEDING DOCUMENT |
|---|---|
| TT-I-1795 | A-A-208 |
| QQ-S-781 | ASTM D3953 |
| MIL-A-2550 | MIL-A-002550 |
| MIL-B-50 | ASTM B19 |
| QQ-B-613 | ASTM B36/B36M OR ASTM B121 |

N00104-95-R-R042 PAGE 11

AUTOMATED DATA LIST (ADL)

| | | |
|---|---|---|
| ADL 53711-5355797- | | SHEET 7 of 15 |
| 1390-01-200-8338 | DODIC NA | |

11007047

2.1 NOTE 2, CHANGE "INTERIOR CUTTER ASSEMBLY, 11744468,.." TO "CUTTER ASSEMBLY, 11007052,.."

2.2 NOTE 3

2.2.1 DELETE "MIL-L-60326(MU) AMENDMENT 1".

2.2.2 CHANGE "...MIL-L-60326(MU) AMENDMENT 1 ..." TO "... WHICH CONTAINS NO CFC PROPELLANT OR OTHER OZONE DEPLETING CHEMICALS ...".

2.3 NOTE 5,

2.3.1 CHANGE "11744467" TO "11007047".

2.3.2 CHANGE "195 DEGREES F +/- 5 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

2.4 ZONE C-6, CHANGE "1.256 + .001/-.004" TO "1.265 MAX".

2.5 ZONE D-4/5, ADD CALLOUT FOR DRAWING 10974339 AS SHOWN:




AXION 0033

11007061

3.1 DELETE " -A- " CALLOUT FROM 1.256 DIAMETER.

3.2 ADD " -A- " CALLOUT TO .250 DIAMETER.

3.3 ADD POSITIONAL TOLERANCE " ⌖ | A | .020 DIA " TO 1.256 DIAMETER.

3.4 NOTES, ADD "4. MAXIMUM RADIUS .025 UNLESS OTHERWISE STATED".

1007068

4.1 DELETE " -A- " CALLOUT FROM 1.230 DIAMETER.

4.2 ADD " -A- " CALLOUT TO .125 DIAMETER.

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 8 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

4.3 DELETE POSITIONAL TOLERANCE FRAME FROM .125 DIAMETER.

4.4 ADD POSITIONAL TOLERANCE "| ⌖ | A | .010 DIA |" TO 1.230 DIAMETER.

4.5 ADD "SEE DETAIL A" TO .062 +/- .008 RADIUS.

4.6 ADD DETAIL A DRAWING AS SHOWN:




4.7 CHANGE ".125 +/- .015 DIA" TO ".125 +/- .005 DIA".

5. 11007073

5.1 CHANGE VENDOR TO "FISCHER SCIENTIFIC, ROCHESTER, NY".

6. 11707234

6.1 SHEET 1, ADD: "SUGGESTED SOURCE OF SUPPLY:

SHELL CHEMICAL CORPORATION
P.O. BOX 2463
HOUSTON, TX 77001
FSCM 86961
PART NUMBER EPON 815".

AXION 0034

7. 11707235

7.1 SHEET 1, ADD: "SUGGESTED SOURCE OF SUPPLY:

(LP-3 POLYSULFIDE POLYMER)
THIOKOL CORPORATION
SPECIALITY CHEMICAL DIVISION
TRENTON, NJ 08650
(604) 396-4001
CAGE 32063".

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| DL 53711-5355797- | SHEET 9 of 15 |
| 1390-01-200-8338 | DODIC NA |

11707713

8.1 ZONE B-1,

8.1.1 CHANGE "EAA RESIN 435" TO "PRIMACOR 3150".

8.1.2 CHANGE "EAA RESIN 452 OR 455" TO "PRIMACOR 1320 OR 3330".

8.2 NOTE 4, ADD SECOND VENDOR AS SHOWN:

"B. CURWOOD, INC.
P.O. BOX 2968
OSHKOSH, WI 54903
CAGE CODE: NONE"

11716473

9.1 NOTE 5, CHANGE TO READ: "ATTACH NEGATIVE WIRE TO THE BOTTOM PLATE IN APPROXIMATE POSITION SHOWN. EXACT POSITIONING TO BE COMPATIBLE WITH PLACEMENT: OPTION 1, INTO HOUSING 11718310 AND WITH POWER SUPPLY 11744726, OR OPTION 2, INTO A RIM MOLD CAVITY AND WITH POWER SUPPLY 11742744."

9.2 NOTE 6, CHANGE TO READ: "ATTACH POSITIVE WIRE LEAD TO EITHER AMPULE OR SEQUENCER. ATTACHMENT POINT AND ROUTING OPTIONAL. EXACT POSITIONING TO BE COMPATIBLE WITH PLACEMENT: OPTION 1, INTO HOUSING 11718310 AND WITH POWER SUPPLY 11744726, OR OPTION 2, INTO A RIM MOLD CAVITY AND WITH POWER SUPPLY 11742744."

9.3 NOTE 9, CHANGE "11007046" TO "11744726 OR 11742744".

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- | SHEET 10 of 1

NSN 1390-01-200-8338 | DODIC NA

9.4 CHANGE EXISTING WIRE LEAD CALLOUT TO "OPTION 1" AND ADD "OPTION 2" CONFIGURATION WITH CALLOUT AS SHOWN:




10. 11718248

10.1 SHEET 1, APPLICATION BLOCK, ADD NEXT ASSY AND USED ON NO.

| NEXT ASSY | USED ON |
|---|---|
| 11744726 | M732 |

AXION 0036

11. 11718305

11.1 NOTE 2, CHANGE TO "2. PLASTIC MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED PER ASTM D3935, PC110G22A00340KB110NA145."

11.2 NOTE 4, CHANGE "1107046" TO "11744726".

12. 11718308

12.1 ZONE B-3, CHANGE ".010 +/- .001" TO ".0075 +/- .001".

13. 11718309

13.1 NOTE 2, CHANGE "B10974349" TO "A10974349".

V00104-95-R-K042 PAGE 15

AUTOMATED DATA LIST (ADL)

DL 53711-5355797- SHEET 11 of 15

1390-01-200-8338 DODIC NA

. 11718310

14.1 NOTE 2, CHANGE TO: "2. PLASTIC MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED PER ASTM D3935, PC110G22A00340KB110NA145."

. 11718311

15.1 NOTE 2, CHANGE ALTERNATE MATERIAL TO: "ALTERNATE MATERIAL: BRASS, ASTM B36, UNS NO. C26000, TEMPER H02; BRASS SHEET, ASTM B19, UNS NO. C26000, TEMPER H02; OR FORGING BRASS, ASTM B124, UNS NO. C37700."

15.2 ZONE B2,

15.2.1 CHANGE DIMPLE HEIGHT FROM ".013/.011" TO ".013 +/- .002".

15.2.2 CHANGE ".100" TO ".100 NOTE 7".

15.2.3 ADD NOTE 7 AS FOLLOWS:

"7. THIS DIMENSION SHALL CHANGE TO .125+/-.010 WHEN MAKING THE PART AS A BRASS FORGING."

. 11718316

.6.1 NOTE 4, CHANGE "11007046" TO "11744726 OR 11742744".

. 11744473

17.1 ZONE B-2, ADD "SEE NOTE 4" TO PART CALLOUT OF 11007063 FIBER, POLYPROPYLENE.

17.2 ZONE B-2, ADD PART CALLOUT OF "11007073 METHYLENE BROMINE SEE NOTE 4".

17.3 NOTE 6, CHANGE "85 DEGREES C +/- 3 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- | SHEET 12 of 1

NSN 1390-01-200-8338 | DODIC NA

18. 11744474

18.1 CHANGE CUTTING PLANE DIRECTION TO CORRECT PICTORIAL AS SHOWN:



SECTION A-A




SECTION B-B

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| DL 53711-5355797- | SHEET 13 of 15 |
| 1390-01-200-8338 | DODIC NA |

. 11744477

19.1 . CHANGE CUTTING PLANE DIRECTION TO CORRECT PICTORIAL AS SHOWN:




SECTION A-A







SECTION B-B

AXION 0039

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 14 of 1: |
| NSN 1390-01-200-8338 | DODIC NA |

20. 11744478

20.1 SECTION A-A, DETAIL B, ADD DASH LINES AND DETAIL A, ADD SOLID LINES AS SHOWN:




20.2 DETAIL B, CHANGE ".060 +/- .005" TO ".060 + .000/-.025".

21. 11744726

21.1 SHEET 11, PARAGRAPH 4.6.1.1, CHANGE "85 DEGREES C +/- 3 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

21.2 SHEET 11, PARAGRAPH 4.6.1.1.1, CHANGE TO READ "BROMIDE AMPULE. THE AMPULE SHALL BE TESTED BASE (WELD AREA) DOWN. THE AMPULE SHALL BE EXAMINED FOR EVIDENCE OF LEAKAGE AND SHALL NOT HAVE MORE THAN A 0.1 GRAM WEIGHT LOSS AFTER HEATING (SEE 4.4.5.1.2.1)."

21.3 SHEET 4,

21.3.1 PARAGRAPH 3.3.1.1, DELETE "MAXIMUM" AFTER 1100 G'S AND 45 RPS.

21.3.2 PARAGRAPH 3.3.1.4, CHANGE "..BETWEEN 1.0 AND 150 SECONDS.." TO "..BETWEEN 2.0 AND 150 SECONDS.."

21.3.3 PARAGRAPH 3.3.1, LINE 2, DELETE "RESISTIVE".

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- SHEET 15 of 15

NSN 1390-01-200-8338 DODIC NA

21.3.4 PARAGRAPHG 3.3.1, ADD TO END OF COLUMN

ALTERNATE METHOD
LOAD (MILLIAMPS)
13
90
13
90

21.4 SHEET 12, PARAGRAPH 4.6.1.4, DELETE "AND 4.6.1.1 FOR TEST."

ADDITIONAL REQUIREMENTS

FEDERAL AND MILITARY SPECIFICATIONS AND STANDARDS ARE NOT PROVIDED BY NAVSURFWARCENDIV CRANE (CODE 402); TO BE OBTAINED FROM:

U.S. NAVAL PUBLICATION AND PRINTING SERVICE OFFICE
700 ROBBINS AVENUE
STANDARDIZATION DOCUMENTS ORDER DESK
BUILDING 4D
PHILADELPHIA, PA 19111-59094

. INTERPRET CLASSIFICATION OF CHARACTERISTICS IN ACCORDANCE WITH DOD-STD-2101.

.1 INSPECTION CLARIFICATION - WHEN THE CLASSIFICATION CODE IS ADJACENT TO A DRAWING CALLOUT OF A FEATURE THAT HAS COMBINED DIMENSIONAL AND GEOMETRIC CONTROLS, THE CLASSIFICATION CODE APPLIES TO THE ENTIRE CALLOUT UNLESS A PORTION OF THE CALLOUT IS BRACKETED, IN WHICH CASE ONLY THAT PORTION IS CLASSIFIED AS INDICATED BY THE CLASSIFICATION CODE.

. REVISIONS OF SPECIFICATIONS AS LISTED ON THIS ADL SHALL BE USED IN LIEU OF REVISIONS SPECIFIED ON THE DRAWINGS.

. UNLESS OTHERWISE STATED BY EXCEPTIONS OR ADDITIONS CONTAINED IN THIS ADL, ALL REFERENCES TO INSPECTION BY CLASS CONTAINED ON THE DRAWINGS AND SPECIFICATIONS SHALL BE CHANGED TO INSPECTION BY CHARACTERISTIC.

. ALL PACKAGING USED SHALL CONFORM TO REQUIREMENTS OF MIL-STD-794, LEVEL C.

. ALL REFERENCES TO SHOP ACCESSORY DRAWINGS, THOSE HAVING AN "SA" PREFIX, SHALL BE DELETED. THE CONTRACTOR SHALL BE RESPONSIBLE FOR PREPARATION OF ANY DOCUMENTATION NEEDED FOR ACCEPTANCE INSPECTION EQUIPMENT NOT CONTRACTUALLY STATED TO BE GOVERNMENT SUPPLIED.

N00104-95-R-K042 PAGE 2c

## Configuration Control MIL-STD-973

a. Any Engineering Change Proposal (ECP), any request for deviation, and any requests for waiver affecting Critical and Major Classification of characteristics shall be submitted to the PCO (Procurement Contracting Officer) for approval on items being procured under this contract in accordance with the latest version of the MIL-STD-973. If any such modification or superseding document affects the cost of performance of this contract, an equitable adjustment shall be made in the contract price in accordance with the provisions of the "Changes" clause of this contract. Requests for waivers or deviations shall be approved/disapproved within 45 working days by the PCO (NSPCC Code 0282)

b. The Contractor shall submit five (5) copies of each ECP or request for Major characteristics deviation or waiver to the ACO for distribution.

c. Authorization for the Contract Administrative Office to approve/disapprove deviations/waivers is specifically withheld.

d. The Administrative Contracting Officer will distribute requests as follows:

AXION 0042

| no.of copies | addressees |
|---|---|
| ONE | Commanding Officer<br>Attn: Code 0282.6<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 |
| ONE | Officer in Charge<br>Attn: Code 61JV<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 |
| FIVE | Administrative Contracting Officer<br>(indicated in block 6 of SF 26) |
| * ORIGINAL | Commanding Officer<br>Attn: Code 4025<br>Naval Surface Warfare Center<br>Crane Division<br>Crane, IN 47522-5000 |

* Denotes the In-Service Engineering Activity

NAVSURFWARCENDIV CRANE CODE 402
CONTRACT DOCUMENTS SUMMARY LIST TAILORING REQUIREMENTS
FOR MIL-STD-973

The application of MIL-STD-973 and Interim Change Notice 1 is tailored as follows: Paragraph 5.4.8 and subparagraphs, Appendix D and Appendix E (as tailored below) apply.

(1) Page 60, Delete paragraph 5.4.8.2.6 and replace with the following: "ECP Review and Approval. All ECP's shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Contractual authorization of ECP's is required prior to implementation."

(2) Page 61, Paragraph 5.4.8.3.4 In line 6 add "or size" after "weight".

(3) Page 61. Add new paragraph as follows: "5.4.8.3.4.1 Deviation and Support Data. A deviation shall be supported by test data and analysis, where appropriate, which shall be provided to support the decision regarding acceptance of the nonconformance."

(4) Page 61. Delete paragraph 5.4.8.3.5 and replace with the following: "All deviations shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Critical deviations should be processed within 30 calendar days of receipt by the Government and all other deviations processed within 60 calendar days of receipt by the Government. Contractual authorization of deviations is required prior to implementation."

(5) Page 62. Paragraph 5.4.8.4 Delete lines 7 thru 10.

(6) Page 62. Paragraph 5.4.8.4.4 On line 6 add "or size" after "weight".

(7) Page 62. Add new paragraph as follows: "5.4.8.4.4.1 Waiver Support Data. A waiver shall be supported by test data and analysis, where appropriate, which shall be provided to support the decision regarding acceptance of the nonconformance."

AXION 0043

(8) Page 62. Delete paragraph 5.4.8.4.5 and replace with the following: "All waivers shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Critical waivers should be processed within 30 calendar days of receipt by the Government and all other waivers processed within 60 calendar days of receipt by the Government. Contractual Authorization of waivers is required prior to implementation."

(9) Appendix D, Page 141, para D.4.1, change first sentence to read: "DD Forms 1692 through 1692/6 (see Figures 9a-9g) shall be used for the submission and processing of all class I and II engineering changes." Add to the end of the paragraph: "ECP Forms used shall be numbered sequentially in the header block as illustrated in Figure 9h."

(10) Appendix D, Page 141, para D.4.2, line 3. Correct reference to read "(See 5.4.2.2.3.3, page 37)."

(11) Appendix D, Page 141, para D.4.4, line 3. Add to end of paragraph: "Each ECP package (first page) shall be marked with the MIL-STD-1806 abbreviated version of the distribution statement as shown in Figure 9i. Note that separate documents within the ECP package can contain different distribution statements, therefore, care must be taken to ensure that when this occurs the ECP package cover, i.e., the first page, is marked with the most limiting statement. Responsibility for determining the appropriate distribution statement resides with the Government Design Activity.' If there is insufficient room on the bottom of the DD Form, the distribution statement may be added (1) outside the top margin (first alternative) or (2) outside the side margin (second alternative). Use of these alternative locations shall be avoided whenever possible.

(12) Appendix D, Page 144, para D.5.1.8.6, line 4, Add: "Each revision ECP shall be a complete package including all supporting documents and enclosures."

(13) Appendix D, Page 144, para D.5.1.11, line 4. Change to read "number, current revision letter, ...".

AXION 0044

4) Appendix D, Page 169, add the following new Figure 9h:




FIGURE 9h. ECP Page Numbering

AXION 0045

N00104-95-R-K042 PAGE 24

(15) Appendix D, Page 169, Add the following new Figure 9i:

| g. APPROVAL | h. GOVERNMENT ACTIVITY | i. SIGNATURE | j. DATE (YYMMDD) |
|---|---|---|---|
| APPROVED<br>DISAPPROVED | | | |

DD Form 1692, APR 92

STATEMENT USED ON P.1 OF THE ECP PACKAGE MUST BE THE MOST LIMITING OF THE VARIED STATEMENTS THAT MAY APPEAR IN THE PACKAGE. → STATEMENT D, DoD and Contractors, PM4, NSWC DIV Crane, Crane, IN. Warning: Export-Controlled.

FIGURE 9i. Location of Distribution Statement/Export Control Warning Notice

AXION 0046

Appendix E, Page 170. Add new paragraph E.4.4 as .ows: "E.4.4 Distribution Statement and Export Control Warning Notice. :h deviation/waiver first page shall be marked with the MIL-STD-1806 >reviated version of the distribution statement as shown in Figure 10a. :e that separate documents within the deviation/waiver package can contai :ferent distribution statements, therefore, care must be taken to ensure it when this occurs, the deviation/waiver package cover, i.e., the first ge, is marked with the most limiting statement. Responsibility for :ermining the appropriate distribution statement resides with the /ernment Design Activity. If there is insufficient room on the bottom of e DD Form, the distribution statement may be added (1) outside the top rgin (first alternative) or (2) outside the side margin (second :ernative). use of these alternative locations shall be avoided whenever ssible."

7) Appendix E, Page 175, add the following new Figure 10a:




FIGURE 10a. Location of Distribution Statement/Export Control Warning Notice

AXION 0047

N00604-95-R-K042



C-UPDATING SPECIFICATIONS AND STANDARDS

If the contractor has a contract, or multiple DoD contracts, that incorporate outdated or different versions of military specifications or standards, the contractor may request that all of its contracts be updated to the latest version of the applicable specifications or standards. Updating must not affect the form, fit, or function of any deliverable item, or increase the cost to the government. The contractor may submit updating requests through the administrative contracting officer to the responsible contracting officer and shall perform the contract in accordance with the existing specifications and standards until notified by the administrative contracting officer that updating is approved.

AXION 0048

N00104-95-R-K042

PAGE 27

PR: _N4993595NA004

REQUESTOR:

1. Transportation Data:

   a. NSN/NALC:2T 1390-01-200-8338

   b. Nomenclature:FUZE,POWER SUPPLY,PS115

   c. GBL Freight Description:BATTERIES,ELECTRIC NO I

   d. NMFC Number:60700

   e. UFC Number:34110

   f. Hazard Classification (Class, Division and Storage Compatibility):

   g. UN Number:

   h. Container Markings:

   i. Performance Oriented Packaging Certification Marking:

   j. Label:

   k. Security Risk Code (SRC):7

   l. Hazardous materials shall be offered for transportation in full compliance with Title 49 Code of Federal Regulations (49 CFR).

Remarks: The above transportation data must be updated within 30 days prior to marking and labeling because of the leadtime between the initiation of the procurement and the actual shipping timeframe. Please contact Mrs. Pat Mainhart at the Naval Ordnance Center IMSD, Mechanicsburg, PA com (717) 790-5790 for updated data.

AXION 0049

Name DATE

LOGISTICS APPLICATIONS OF AUTOMATED MARKING AND READING SYMBOLS (LOGMARS) (BAR CODING) (REV 6/88)

1. Marking for Shipment-Bar Coding required. Items supplied hereunder shall be marked for shipment in accordance with Appendix H of MIL-STD-129 (lastest rev), Notice 1, dated 5 November 1986, including bar coding in accordance with MIL-STD-1189 (latest rev), as clarified below:

a. The National Stock Number (NSN), Navy Item Control Number (NICN), or local stock number in bar code shall include only the thirteen characters of the stock number without prefixes, suffixes, dashes, or spaces.

b. The 13-character contract/basic ordering agreement and the 4-character delivery order or call number, when used, shall be bar coded with no spaces or dashes encoded.

c. The Human Readable Interpretation (HRI) shall be an exact interpretation of the bar code data and will not contain spaces or dashes.

d. HRI no longer must be OCR-A, does not have to be machine readable and may be in any easily readable print.

e. HRI may appear either above or below the bar code, but preferably below.

f. The preferred bar code density (character/inch) is "high" but densities from "high to low" are acceptable. Densities are defined in MIL-STD-1189A, dated 2 September 1984.

g. Unless otherwise specified, the minimum bar code height shall be 0.25 inches (6.35 mm).

h. The bar code shall be machine readable in three or fewer attempts with a pen scanner or two or fewer attempts with a laser scanner.

i. On unit and intermediate packages the stock number in bar code with HRI below may be on the same label as other data required by MIL-STD-129. However, the bar coded number will appear on the top line with the HRI on the second line. The complete NSN, NICN, or local stock number including the prefix, suffix, dashes and spaces shall be reflected as part of the item identification markings, in accordance with MIL-STD-129.