j. On outer containers:

(1) Preferably the stock number and contract number/basic ordering agreement plus delivery order number will be stacked on two separate lines, with the stock number immediately above the contract/basic ordering agreement plus delivery order number.

(2) The stock number and the contract number/basic ordering agreement plus delivery order number may be encoded on the same line with the stock number preceding the contract/basic ordering agreement plus delivery order number, but shall be separated by a 0.5 inch space

k. Multipacks (shipping containers enclosing two or more items with different stock numbers) shall be bar coded as follows:

(1) Item identification marking will not be bar coded on the exterior of multipack shipments. However, unit packages and intermediate containers require bar code markings as described by MIL-STD-129.

(2) The contract number/basic ordering agreement plus delivery order number will be bar coded on the exterior container of multipack shipments. If mixed contract/delivery order numbers are contained in the multipack, then each unit or intermediate container will have the bar code markings required by MIL-STD-129, and the exterior container will not be bar coded.

l. Excluded from the bar code markings are:

(1) Items described solely by reference to the contractor's part number and for which NSN's neither exist nor will be assigned.

(2) Items consigned to a prime contractor's plant for installation in production items.

(3) Items that are designated for immediate use by the Navy and will not be placed in stock.

(4) Stock numbered reusable containers (empty or with items contained within).

**E-INSPECTION, ACCEPTANCE, AND PLACE OF PACKAGING (NSPCC) (JAN 1993)**

Supplies furnished hereunder shall be inspected at ( X ) contractor's and/or subcontractor's plant or ( ) destination. Acceptance shall be at ( X ) contractor's and/or subcontractor's plant or ( ) destination.

If supplies will be packaged at a location different from the offeror address indicated on the solicitation, the offeror shall provide the name and street address of the packaging location:

Packaging House ____________________________________________

Address ____________________________________________

## INSPECTION AND ACCEPTANCE

Production Quality Assurance of all items to be furnished hereunder shall be made by the cognizant Government Inspector at the contractor's or sub-contractor's plant

**NOTE:**

Acceptance or rejection shall be accomplished by the cognizant GQAR based upon his own inspection(s) and the results of the First Articles or Periodic Production and/or Acceptance Samples from the testing activity to the GQAR via Procurement Contracting Officer (PCO).

## QUALITY ASSURANCE REQUIREMENTS

An inspection lot shall consist of items manufactured under essentially the same conditions and at essentially the same time. Prior to submittal of each inspection lot to the Government Representative, the contractor shall provide inspection/or test records that assure the units presented have passed all inspections and tests required by the applicable drawings, specifications and quality assurance documentation. Unless specified otherwise, as a minimum this inspection and testing shall be in accordance with MIL-STD-105, latest revision at issue date of solicitation, inspection Level II, with 100% inspection for critical characteristics, 1.0 AQL (Acceptance Quality Level), for major characteristics and 2.5 AQL for all other characteristics. All defects of the same class will be considered collectively when determined compliance with applicable AQL.

N00164-95-R-K042



PRODUCTION LOT TEST SAMPLES (CONTRACTOR TESTING)

1. Test samples are required from each production lot and are to be submitted as follows:

a. A production lot shall consist of 10,000 units plus 80 additional units for sampling purposes.

(1) (X) Test samples are destructive and cannot be delivered as part of the contract quantity.

(2) () Test samples are not destructive units which satisfy test and contract requirements may be delivered as part of the contract quantity.

b. Delivery. The production lots must be manufactured and samples must be selected for testing by the scheduled delivery date for production units specified elsewhere in the contract. Such manufacture and presentation of a proper number of production lot(s) to meet the scheduled delivery quantity will be considered as meeting the delivery schedule. All other contractual requirements, such as acceptance, shipment, and payment will not be accomplished until the production lot test samples have been tested and approved and contractor so notified per paragraph (d) below. Upon receipt of written or verbal notice accepting a production lot, Shipment shall be made as soon as possible and no later than five days after receipt of such notice.

c. Testing to be performed by the contractor and witnessed by the Government Quality Assurance Representative (GQAR).

_____ (1) Production lot test report is not required.

_____ (2) Production lot test report is required. Approval will be made by GQAR. Copy to be forwarded to SPCC code _____.

X (3) Production lot test report is required. Report to be forwarded to NSWC CRANE, IN CODE 4025 for approval.

d. The Contracting Officer shall, by written or verbal notice to the contractor within 30 calendar days after receipt of the production lot test reports by the Commanding Officer approve or disapprove the production lot test report. The notice of approval or conditional approval shall not relieve the contractor from complying with all requirements of the specification and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the contractor. A notice of disapproval shall cite reasons therefor. Contractor shall not make any shipment of the production lot until receipt of notification of approval from the cognizant Government authority.

2. If the production lot test report(s) is disapproved by the Government (paragraph c (2)/(3) above), the Contractor may be required, at the option of the government, to select an additional production lot test sample(s) for testing. Such additional test sample shall be furnished under the terms and conditions within the time limit specified in 1.b above. The costs of additional test sample approval, and all cost related to such tests shall be borne be the contractor. Upon approval of the production lot test sample(s) submitted, the Contracting Officer will equitably adjust the delivery schedule of the contract for only the lot represented by such samples. The Government reserves the right to require an equitable decrease in contract price for any extension of the delivery schedule necessitated by additional tests, or for any additional costs to the Government related to additional approval costs.

100104-95-R-K042



3. If the contractor fails to select and test any production lot test sample within the time or times specified, or if the Contracting Officer disapproves any production lot test report, the contract shall be deemed to have failed to make delivery within the meaning of the "default" clause of this contract, and this contract shall be subject to termination for default, provided that failure of the Government in such an event to terminate this contract shall not relieve the contractor of his responsibility to meet the delivery schedule for production quantities.

4. In the event that the Contracting Officer does not approve, conditionally approve, or disapprove the production lot test report(s) within the time specified, the Contracting officer shall, upon timely written request made by the contractor, make a determination of the delay occasioned the contractor thereby, and shall equitably adjust contractual provision affected by such delay, in accordance with the procedures provided in the "Changes-Fixed Price" clause. Failure to agree on any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes".

52.246-11 - HIGHER LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT SPECIFICATION) APR 1984

(a) Definition "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contractor a modification, the effective date of this contract or modification.

(b) The Contractor shall comply with the specification entitled MIL-I-45208A effect on the contract date, which is hereby incorporated into this contract.

SUP 5252.246-9400
SPECIAL DISTRIBUTION of DD FORM 250 (JAN 1992)

1. The Material Inspection and Receiving Report (DD FORM 250 ) required to be furnished elsewhere herein shall be distributed by the Contractor in accordance with the Tables 1 and 2 of the DOD FAR Supplement Appendix F, "Material Inspection and Receiving Report". The addresses set forth below are those required to be specified with in the contract by the aforementioned Table 2.

| Activity | no. copies |
|---|---|
| 1. Contracting Officer | |
| Commanding Officer<br>Attn: 0282.6<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 | 1 |
| Officer in Charge<br>Attn: 61JV<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 | 1 |
| Administrative Contracting Officer (ACO)<br>(indicated in block 6 of SF 26) | 3 |

QUALITY ASSURANCE REQUIREMENTS

The following Special Inspection Requirements are supplemental to specified paragraphs of MIL-I-45208A:

a. Paragraph 3.1 - Contractor Responsibilities

(1) The Contractor's Inspection System shall be documented in the form of a comprehensive written Inspection Plan that provides for the various types of inspection required on this contract. The plan shall include Flow Progress Chart(s) which will show each step in the fabrication and shall specify all inspection operation and Tests.

(2) Delegation of Inspection operations to suppliers shall be documented. If a contractor delegates any inspection operations to the suppliers, he retains responsibility to the Government for the quality of the supplier's products.

b. Paragraph 3.2.1 - Inspection and Testing Documentation

(1) Specific inspection instructions will be prepared for each inspection operation. All inspection instructions will be clear, complete, and up-to-date. Inspection instructions shall include process Flow Charts with Inspection Station Locations. All instructions shall provide positive criteria for approval or rejection of products.

(2) Inspection and test procedures shall be maintained current and as a minimum shall include the following:

(a) Identification of the item to be inspected, such as part number with revision letter and nomenclature.

(b) The characteristics to be verified.

(c) Measuring and test equipment to be used to verify each characteristic, i.e., plug gage, tapes, scopes, ohmmeter, etc.

(d) Detailed operations to be performed by the test operator, including operational checks or preliminary calibration of test setup.

(e) Exact method of inspection or measuring, include necessary manipulation of control on the article involved and on the measuring and test equipment.

(f) Conditions that must be maintained during inspection and test including ambient or environmental and precautions to be observed to prevent damage to the articles or instruments involved.

(g) Criteria for passing or failing the test or for determining conformance or rejection of the article including reference to workmanship standards.

(h) Details of sampling plans to be used if applicable.

(i) All characteristics included in the specifications and drawings. Each characteristic that has been classified in these documents as a critical or major shall be identified in the inspection and test procedures by a suitable symbol or number.

c. Paragraph 3.2.3 - Corrective Action

(1) Follow-up action report to substantiate the effectiveness of each corrective action shall be included in the records.

d. Paragraph 3.4 - Process Controls

(1) Process Controls procedures shall be prepared when necessary to supplement applicable process specifications to provide detail performance and control methods. The procedures shall document the preparation, fabrication, details, conditions to be maintained during each phase of the process, the methods of verifying the adequacy of processing materials, solutions, equipment, their associated control parameters and the required records to indicate the results of such inspection and process verification.

e. Paragraph 3.4 - Indication of Inspection Status

(1) The contractor shall document and implement a procedure for identifying the inspection status of products received and processed for this contract. Identification markings or symbols will, in addition to identifying material with this contract, indicate the condition (serviceable or reject) and the shop operation, inspection station or test that item has passed through.

f. Paragraph 3.7 - Nonconforming Material

(1) Any nonconforming item or material will be tagged as such immediately and, when possible, stored in either a locked bond area or in a holding area well removed from other items or material being processed.

**F -NOTICE REGARDING F.O.B. POINT (NSPCC) (JAN 1993)**

Offers/Bids submitted on an F.O.B. basis other than that required by the Solicitation.

( ) shall be rejected as non-responsive.

( X ) may be rejected as unacceptable.

AXION 0060

N00104-95-R-K042



52.212-1

SECTION F

TIME OF DELIVERY

Delivery is required within the number of calendar days stated in the column below entitled "Required Delivery Time".

Unless otherwise specified below, your proposal will be deemed to offer delivery in accordance with the required schedule. The Government may elect to consider for award only those proposals which comply with the required delivery schedule but reserves the right to consider proposals which exceed the required schedule. You are therefore encouraged to submit a proposal even if you cannot comply with the required delivery schedule. If you can comply with the required delivery schedule but could offer lower prices for an extended schedule, you may submit two (2) or more proposals on each item. Provide the alternate delivery schedules and prices in the schedule under Section B. Clearly identify the alternate delivery schedule and prices and label as such. In the event that the Government accepts a longer delivery period, the solicitation will be amended to reflect the longer delivery period and the offerors will be given an opportunity to submit revised offers based on the revised delivery schedule.

| Item No. | Quantity | Required Delivery Time (Within the days stated below after date of contract) | Offer's Proposed Delivery Schedule Days after date of contract (to be completed by Offeror) |
|---|---|---|---|

AXION 0061

See attached

N00164-95-R-K042



SECTION F - DELIVERIES

First Article Required

| Line Item | Quantity | Delivery Schedule | Consignee |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | |
| 0001AA | 10,000 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |
| 0001AA | 10,000 EA | 270 DAAFA | N60036 |
| 0001AA | 10,000 EA | 300 DAAFA | N60036 |
| 0001AA | 10,000 EA | 330 DAAFA | N60036 |

First Article Waived

| Line Item | Quantity | Delivery Schedule | Consignee |
|---|---|---|---|
| 0001AA | 10,000 EA | 120 DACA | N60036 |
| 0001AA | 10,000 EA | 150 DACA | N60036 |
| 0001AA | 10,000 EA | 180 DACA | N60036 |
| 0001AA | 10,000 EA | 210 DACA | N60036 |
| 0001AA | 10,000 EA | 240 DACA | N60036 |
| 0001AA | 10,000 EA | 270 DACA | N60036 |
| 0001AA | 10,000 EA | 310 DACA | N60036 |
| 0001AA | 10,000 EA | 340 DACA | N60036 |
| 0001AA | 10,000 EA | 370 DACA | N60036 |

Destination:

Commanding Officer (N60036)
Attn: WQEC Code 30 (Gene Cauthins)
Naval Weapons Station
Concord, CA 94520-5000

AXION 0062

Shipment/Performance Notice Distribution - The cognizant DCASR payment office shall provide automated Shipment/Performance Notice (PJJ card) to the Navy Ships Parts Control Center, Code 851, Mechanicsburg, Pa 17055-0788 DOD Address Code N00104 (Routine ID Code NCB), (Communications ID RUEDNAA), in support of the Conventional Ammunition Integrated Management System (CAIMS).

FA - First Article
DACA - Days After Contract Award
DAAFA - Days After Approval of F/A

**G-ACCOUNTING DATA**

Accounting data will be cited at time of award.

AXION 0063

N00164-95-R-K042



SUP 5252.242-9400
DD Form 375 (PRODUCTION PROGRESS REPORTS) (JAN 1992).

(a) The contractor shall prepare and submit DD Form 375 (Production Progress Report) for the following contract items:

(b) The forms shall be mailed on or before the 5th day of each month. Forms shall be distributed as set forth in paragraph (c).

(c) DD Form 375 (Production Progress Reports) shall be distributed as follows:

| Addressee | No. of Copies |
|---|---|
| **Contracting Officer** | |
| Commanding Officer (0282,6)<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 | 1 |
| **Administrative Contracting Officer**<br>Block 6 of Standard Form 26 | 5 |
| Officer in Charge (61JV)<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 | 1 |
| **In-Servie Engineering Activity**<br>Commanding Officer | |

(d) The report shall contain the following information:
(1) The problem, actual or potential and its cause;
(2) Items and quantities affected;
(3) When the delinquency started or will start;
(4) Action taken to overcome the delinquency;
(5) Estimated recovery date; and/or
(6) Proposed schedule revision.

**52.252-2 CLAUSES INCORPORATED BY REFERENCE JUN 1994**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Availability of Text of Clauses - The complete text of any or all of the clauses is available from Contracting Officer, Navy Ships Parts Control Center, Attn: Code 026, 5450 Carlisle Pike, P.O. Box 2020, Mechanicsburg, Pa., 17055-0788.

| FAR/DFARS SOURCE | TITLE AND DATE |
|---|---|
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985) |
| 52.203-7 | ANTI-KICKBACK PROCEDURES (OCT 1988) |
| 52.232-1 | PAYMENTS (APR 1984) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1989) |
| 52.243-1 | CHANGES - FIXED PRICE (AUG 1987) |

**52.202-1 DEFINITIONS (SEP 1991)**

**52.203-1 OFFICIALS NOT TO BENEFIT (APR 1984)**

**52.203-3 GRATUITIES (APR 1984)**

**52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990)**
*(Applies if value of contract is equal to or exceeds $25,000)*

**52.203-12 LIMITATION OF PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990)**

**52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (NOV 1992)**

**52.210-5 NEW MATERIAL (APR 1984)**

**52.210-7 USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984)**

**52.212-8 DEFENSE PRIORITY AND ALLOCATIONS REQUIREMENTS (SEP 1990)**

**52.212-10 DELIVERY OF EXCESS QUANTITIES (SEP 1989)**

AXION 0065

**52.212-13 STOP WORK ORDER (AUG 1989)**

**52.212-15 GOVERNMENT DELAY OF WORK (APR 1984)**

**52.215-1 EXAMINATION OF RECORDS BY COMPTROLLER GENERAL (FEB 1993)**
*(Applies if contract value exceeds $25,000)*

**52.215-2 AUDIT-NEGOTIATION (FEB 1993)**
*(Applies if contract value exceeds $25,000)*

**52.215-22 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (JAN 1991)**

**52.215-24 SUBCONTRACTOR COST OR PRICING DATA (DEC 1991)**

52.215-26 INTEGRITY OF UNIT PRICES (APR 1991)

52.215-33 ORDER OF PRECEDENCE (JAN 1986)

52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990)
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000)*

52.219-9 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (JAN 1991)
*NOTE: DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRACTING PLAN UNDER THE TEST PROGRAM IS APPROVED.*

52.219-13 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986)

52.219-16 LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN (AUG 1989)
*NOTE: DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRACTING PLAN UNDER THE TEST PROGRAM IS APPROVED.*

52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)

52.220-4 LABOR SURPLUS AREA SUBCONTRACTING PROGRAM (APR 1984)

52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME COMPENSATION (MAR 1986)

52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (APR 1984)

52.222-26 EQUAL OPPORTUNITY (APR 1984)

52.222-28 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984)

52.222-35 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984)

52.222-36 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)

52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988)

52.223-2 CLEAN AIR AND WATER (APR 1984)

52.223-6 DRUG-FREE WORKPLACE (JUL 1990)
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000)*

52.225-10 DUTY-FREE ENTRY (APR 1984)

52.225-11 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992)

AXION 0066

52.227-1 AUTHORIZATION AND CONSENT (APR 1984)
*(Applies if value of contract is over $25,000)*

52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (APR 1984)
*(Applies if value of contract is over $25,000)*

52.227-3 PATENT INDEMNITY (APR 1984)

52.229-3 FEDERAL STATE AND LOCAL TAXES (JAN 1991)
*(Applies if value of contract is over $25,000)*

52.229-5 TAXES-CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

52.230-2 COST ACCOUNTING STANDARDS (AUG 1992)

52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (AUG 1992)

52.230-5 ADMINISTRATION OF COST ACCOUNTING STANDARDS (AUG 1992)

52.232-8 DISCOUNTS FOR PROMPT PAYMENT (APR 1989)

52.232-11 EXTRAS (APR 1984)

52.232-16 PROGRESS PAYMENTS (JUL 1991)
*(May generally apply, subject to the Contracting Officer's discretion to orders over $1,000,000, with delivery of material six (6) months or more after contract date and for Small Business concerns orders over $100,000, with delivery of material four (4) months or more after contract date.)*

52.232-17 INTEREST (JAN 1991)

52.232-18 AVAILABILITY OF FUNDS (APR 1984)

52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)

52-232-25 PROMPT PAYMENT (MAR 1994)

52.232-28 ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (APR 1989)

52.233-1 DISPUTES (MAR 1994)

52.236-7 PERMITS AND RESPONSIBILITIES (NOV 1991)

52.242-10 F.O.B. ORIGIN-GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984)

52.242-12 REPORT OF SHIPMENT (REPSHIP) (DEC 1989)

52.242-13 BANKRUPTCY (APR 1991)
*(Applies if value of contract is equal to or exceeds $25,000.)*

52.244-1 SUBCONTRACTS (FIXED-PRICE CONTRACTS) (APR 1991)
*(Not applicable to commercial items)*

52.246-2 INSPECTION OF SUPPLIES-FIXED-PRICE (JUL 1985)

AXION 0067

52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)

52.246-23 LIMITATION OF LIABILITY (APR 1984)

52.247-29 F.O.B. ORIGIN (JUN 1988)

52.247-30 F.O.B. ORIGIN, CONTRACTOR'S FACILITY (APR 1984)

52.247-52 CLEARANCE AND DOCUMENTATION REQUIREMENTS SHIPMENTS TO DOD AIR OR WATER TERMINAL TRANSSHIPMENT POINTS (APR 1984)

52.247-59 F.O.B. ORIGIN-CARLOAD AND TRUCKLOAD SHIPMENTS (APR 1984)

52.247-58 LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984)

52.248-1 VALUE ENGINEERING (MAR 1989)
*(Applies to contracts $100,000 or over)*

52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984)
*(Applies to contracts $100,000 or over)*

52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)

52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

252.203-7000 STATUTORY COMPENSATION PROHIBITIONS AND REPORTING REQUIREMENTS RELATING TO CERTAIN FORMER DEPARTMENT OF DEFENSE (DOD) EMPLOYEES (DEC 1991)

252.203-7001 SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993)

252.203-7003 PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992)

252.204-7000 DISCLOSURE OF INFORMATION (DEC 1991)

252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)

252.205-7000 PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

252.209-7000 ACQUISITIONS FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE RANGE NUCLEAR FORCES (INF) TREATY (DEC 1991)
*(Applies if value of contract exceeds $25,000)*

252.219-7003 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS) (MAY 1994)
*(DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRATING PLAN UNDER THE TEST PROGRAM IS APPROVED)*

252.225-7002 QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (DEC 1991)

252.225-7005 IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES (DEC 1991)
* *(Applies if value of contract exceeds $25,000)*

252.225-7007 TRADE AGREEMENTS ACT (JAN 1994)

252.225-7009 DUTY-FREE ENTRY--QUALIFYING COUNTRY END PRODUCTS AND SUPPLIES (DEC 1991)

252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (MAY 1994)
*(Applies if value of contract exceeds $25,000)*

252.225-7014 PREFERENCE FOR DOMESTIC SPECIALTY METALS (DEC 1991) ALTERNATE I (DEC 1991)

252.225-7016 RESTRICTION ON ACQUISITION OF ANTIFRICTION BEARINGS (APR 1993)
*(Applies if value of contract exceeds $25,000)*
*(Applies to under $25,000 when antifriction bearings or bearing components are the end items)*

252.225-7025 FOREIGN SOURCE RESTRICTIONS (APR 1993)

252.225-7031 SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992)
*(APPLIES IF VALUE EXCEEDS $25,000)*

252.225-7032 WAIVER OF UNITED KINGDOM LEVIES (OCT 1992)

252.227-7013 RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE (OCT 1988)

252.227-7018 RESTRICTIVE MARKINGS ON TECHNICAL DATA (OCT 1988)

252.227-7029 IDENTIFICATION OF TECHNICAL DATA (APR 1988)

252.227-7030 TECHNICAL DATA--WITHHOLDING OF PAYMENT (OCT 1988)

252.227-7031 DATA REQUIREMENTS (OCT 1988)

252.227-7036 CERTIFICATION OF TECHNICAL DATA CONFORMITY (MAY 1987)

*(NOTE: This certification applies only to technical data contemplated by FAR Part 27 and required under this contract, and does not apply to material certifications including, but not limited to, certification of chemical composition, mechanical properties, and traceability, in which case positive certification is required in accordance with any applicable unique data item specification, for example, UDI-T-23191.)*

252.227-7037 VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA (APR 1988)

252.231-7000 SUPPLEMENTAL COST PRINCIPALS (DEC 1991)

252.232-7006 REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (AUG 1992)

252.233-7000 CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994)

252.242-7000 POSTAWARD CONFERENCE (DEC 1991)

252.242-7004 MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM REQUIREMENTS AND STANDARDS (DEC 1991)

252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991)

252.246-7001 WARRANTY OF DATA (DEC 1991)

**52.203-9 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)**

(a) *Definitions.* The definitions set forth in FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) *Certification.* As required in paragraph (b) of this clause, the officer or employee responsible for the modification proposal shall execute the following certification:

**CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)**

(1) I, Alex Latifi [*Name of certifier*] am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement N00104-95-R-K042 (*contract and modification number*).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of Axion Corp. [*Name of Offeror*] who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections (27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: *(Continue on plain bond paper if necessary and label Certificate of Procurement Integrity-Modification (Continuation Sheet), ENTER 'NONE' IF NONE EXISTS)*

NONE

[signature]

[*Signature of the officer or employee responsible for the modification proposal and date*]

[*Typed name of the officer or employee responsible for the modification proposal*]

Alex Latifi, President 5-11-95

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

**THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.**

(End of Certification) AXION 0070

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certification shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a

contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.

FAR 52.209-3

FIRST ARTICLE APPROVAL-CONTRACTOR TESTING (SEP 1989)

(A) The Contractor shall test 540 unit(s) of Lot/Item 0001AB as specified in this contract. At least 45 calendar days before the beginning of the first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 120 DACA calendar days from the date of this contract to SPCC Code 0282 marked "FIRST ARTICLE TEST REPORT: Contract No.______________ .Lot/Item No.__________". Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. the Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for the first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the Offeror/Contractor and have been accepted by the Government. The Offeror/Contractor may request a waiver.

Alternate I - (SEP 1989).

As prescribed in 9.308-1(a)(2) and (b)(2), add the following paragraph (i) to the basic clause

(i) The contractor shall produce both the first article and the production quantity at the same facility and shall submit a certification to this effect on each first article.

Alternate II (SEP 1989)

As prescribed in 9.303-1(a)(3) and (b)(3), substitute the following paragraph (g) for paragraph (g) of the basic clause.

(g) Before the first article approval, the Contracting Officer may by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government. If first article test reveal deviations from the contract requirements the contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

**52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984)**

(a) This acquisition is not a set aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect
(1) entitlement to award in case of tie offers or
(2) offer evaluation in accordance with the Buy American Act clause of this solicitation.
In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50 percent of the contract price.

______________________________________________________________

(b) Failure to identify the locations as specified above will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**NOTE:** Not applicable to Labor Surplus Area Set-Aside.

**DOD INSTRUCTIONS 5100.76-M (PHYSICAL SECURITY OF SENSITIVE CONVENTIONAL ARMS, AMMUNITION, AND EXPLOSIVES AT CONTRACTOR FACILITIES)**

Contractor agrees to comply with all applicable portions of DOD Instructions 5100.76-M (Physical Security of Sensitive Conventinal Arms, Ammunition, and Explosives at contractor facilities). The text of this instruction is available from Contracting Officer, Navy Ships Parts Control Center, Attn: Code 0282, 5450 Carlisle Pike, P.O. Box 2020, Mechanicsburg, PA 17055-0788 and will be furnished on request.

**52.215-9000 SUBMISSION OF COST OR PRICING DATA (NOV 1987)
ALTERNATE 1 (NOV 1987)**

AXION 0074

(a) It is expected that this contract will be awarded based upon a determination that there is adequate price competition; therefore, the offeror is not required to submit or certify cost or pricing data (SF 1411) with this proposal.
(b) If, after receipt of the proposals, the contracting officer determines that adequate price competition does not exist in accordance with FAR 15.804-3, the offeror shall provide certified cost or pricing data as requested by the contracting officer.

**ALTERNATE 1 (NOV 1987)**
(a) It is expected that this contract will be awarded based upon a determination that there is adequate price competition; therefore, the offeror is not required to submit or certify cost or pricing data (SF 1411) with its proposal.
(b) If, after receipt of the proposals, the contracting officer determines that adequate price competition does not exist, the offeror shall provide certified cost or pricing data as requested by the contracting officer. The offeror shall provide the requested data within (     ) calendar days from the date of the contracting officer's request.

**252.219-7005 INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS (DEC 1991) ALTERNATE I (DEC 1991)**

(a) If the Contractor exceeds the small disadvantaged business, historically

black college and university, minority institution goal of its subcontracting plan, at completion of contract performance, the Contractor will receive ____0____ percent of the excess.

(b) The Contractor will not receive this incentive if the Contracting Officer determines that exceeding the goal was not due to the Contractor's efforts (e.g., a subcontractor cost overrun or award of subcontracts planned but not disclosed in the subcontracting plan). Determinations made under this paragraph are not subject to the Disputes clause.

(c) If this is a cost contract, the limitations in FAR Subpart 15.9 may not be exceeded.

(d) This clause does not apply if the subcontracting plan is a plant, division, or company-wide commercial products plan.

**ALTERNATE I (DEC 1991)**

As prescribed in 219.708(c)(1), add the following paragraph (b) to the basic clause and renumber the existing paragraphs (b), (c), and (d) as (c), (d), and (e).

(b) If the Contractor exceeds the small business goal of its subcontracting plan, at completion of contract performance, the Contractor will receive ________(Insert appropriate number between 1 and 10) percent of the excess.

**252.243.7000 ENGINEERING CHANGE PROPOSALS (MAY 1994)**

(a) The Contracting Officer may ask the Contractor to prepare engineering change proposals for engineering changes within the scope of this contract. Upon receipt of a written request from the Contracting Officer, the Contractor shall prepare and submit an engineering change proposal in accordance with the instructions of MIL-STD-973, in effect on the date of contract award.

(b) The Contractor may initiate engineering change proposals. Contractor initiated engineering change proposals shall include a "not to exceed" price or a "not less than" price and delivery adjustment. If the Contracting Officer orders the engineering change, the increase shall not exceed nor the decrease be less than the "not to exceed" or "not less than" amounts.

(c) When the price of the engineering change is $500,000 or more, the Contractor shall submit

(1) A completed SF 1411, Contract Pricing Proposal Cover Sheet, and

(2) At the time of agreement on price, a signed Certificate of Current Cost or Pricing Data.

**252.248-7000 PREPARATION OF VALUE ENGINEERING CHANGE PROPOSALS (DEC 1991)**

Prepare value engineering change proposals, for submission pursuant to the value engineering clause of this contract, in the format prescribed by the version of __________MIL-STD-973__________in effect at time of contract award.

**252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)** AXION 0075

(a) *Definitions.*

As used in this clause--

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.