(3) "Foreign Fag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment, machine tools; material; equipment; stores of all kinds; and items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessel in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that--

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--

(1) Type, weight, and cube of cargo

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of Shipper and consignee

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

AXION 0076

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Divisions of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washing DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information--

(1) Price contractor number;

(2) Name of vessel;

(3) Vessel flag of registry;
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if available;
(9) Total ocean freight in U.S. dollars; and
(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief-

(1) No ocean transportation was used in the performance of this contract;
(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;
(3) Ocean transportation was used, and the Contractor has the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or
(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| TOTAL | ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|---|

(f) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessel in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the small purchase limitation of section 13.000 of the Federal Acquisition Regulation.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)** AXION 0077

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

(e) The contractor shall prepare:

___X___ a separate invoice for each activity designated to receive

the supplies or services.

_______ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.245-9400 USE OF EXISTING GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992)**

(a) Any offeror proposing to use existing production and research property in the performance of work under this solicitation shall submit with his offer the following:

(1) A list or description of all Government production and research property that the offeror or its subcontractors propose to use on a rent-free basis. This list shall include property offered for use in the solicitation, as well as property already in possession of the offeror and its subcontractors under other contracts.

(2) Identification of the facilities contract or other instrument under which property already in possession of the offeror and its subcontractors is held, and the written permission for its use from the Contracting Officer having cognizance of the property.

(3) The dates during which the property will be available for use (including the first, last, and all intervening months) and, for any property that will be used concurrently in performing two or more contracts, the amounts of the respective uses in sufficient detail to support proration of the rent.

(4) The amount of rent that would otherwise be charged, computed in accordance with FAR 45.403.

(b) The competitive advantage that might otherwise accrue to an offeror from the use of existing Government production and research property shall be eliminated by adding an evaluation factor to each offer for which such use is requested, which shall be equivalent to the rent which would otherwise be charged for such use. No use of Government production and research property other than as described and permitted herein shall be authorized unless such use is approved in writing by the Contracting Officer cognizant of the property, and either rent calculated in accordance with FAR 45.403 is charged, or the contract price is reduced by an equivalent amount.

**J -LIST OF ATTACHMENTS (NSPCC) (NOV 1992)**

The documents listed below marked with an "X" are physically included in this contract.

(X) Award/Contract (Standard Form 26)
( X ) Continuation Sheet (Supply Contract) (Pages 2 thru 130)
( ) Specifications
( X ) DD Form 1423
( X ) DD Form 1423 (Back)

AXION 0079

N00164-95-R-R042

PAGE 58

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:

B. EXHIBIT:

C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS-115, 1390-01-200-8338

E. CONTRACT/PR NO.: N4993595NA004

F. CONTRACTOR:

1. DATA ITEM NO.: A001
2. TITLE OF DATA ITEM: AMMUNITION DATA CARD
3. SUBTITLE: AMMUNITION & EXPLOSIVE TECHNICAL DATA
4. AUTHORITY (Data Acquisition Document No.): DI-MISC-80043
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ASREQ***
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: ASREQ***
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD CRANE (402)* | 0 | 1 | 0 |
| LOT/PARTIAL LOT | | | |
| SHIPMENT * | 0 | 0 | 2 |
| QAR | 0 | 0 | 1 |
| SEE REMARKS** | | | |
| 15. TOTAL ——> | 0 | 1 | 3 |

16. REMARKS

DATA CARDS SHALL BE PREPARED IN ACCORDANCE WITH MIL-STD-1167 AS CHANGED BY ADL EXCEPTIONS AND THE CONTRACT DOCUMENT LIST, USING THE GOVERNMENT FURNISHED ALRAM COMPUTER SOFTWARE AND USERS GUIDE.(CONTACT AMSMC-QAD) FOR ALRAM SOFTWARE AND USERS GUIDE)

*DATA CARDS PROVIDED TO NSWCD CRANE AND THE ONES SENT WITH SHIPMENTS SHALL BE HARDCOPY PRINTOUTS GENERATED WITH THE ALRAM COMPUTER SOFTWARE PROGRAM AND SHALL BE SIGNED AND DTD BY THE GOVERNMENT INSPECTOR . NSWCD CRANE SUBMISSIONS SHALL ALSO INCLUDE A HARDCOPY PRINTOUT OF SAMPLE DATA CARDS (SEE MIL-STD-1167,PARA 4.1.4).

**WHEN BALLISTIC TESTS ARE REQUIRED 2 HARDCOPIES SHALL BE SENT TO THE PROVING GROUND WITH SHIPMENT AND 2 TO PROVING GROUND BY MAIL. SUBMISSIONS TO AMSMC-QAM SHALL CONSIST OF SAMPLE DATA CARDS (SEE MIL-STD-1167,PARA 4.1.4) AND MONTHLY SUBMISSIONS OF DATA DISKS IN ACCORDANCE WITH ALRAM USERS GUIDE.

***DATA CARDS PROVIDED TO NSWCD CRANE (CODE 402) SHALL BE SUBMITTED UPON COMPLETION OF EACH LOT.

1. DATA ITEM NO.:
2. TITLE OF DATA ITEM:
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.):
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE:
7. DD 250 REQ:
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY:
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION:
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS

AXION 0080

G. PREPARED BY: JOHN VENSKUS

H. DATE: 8 Feb 1995

I. APPROVED BY: J.W.LONG

J. DATE: 8 Feb 1995

N00164-95-R-0042 PAGE 59

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

...ic reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, ...hering and maintaining the collection of information.. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for ...ducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, ..., VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to ...ese addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

AXION 0081

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP ___ X TM ___ OTHER ___ |
|---|---|---|
| | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| PS115, 1390-01-200-6338 | N499395NA004 | |

## Data Item A002

| Field | Entry |
|---|---|
| 1. DATA ITEM NO. | A002 |
| 2. TITLE OF DATA ITEM | INSPECTION SYSTEM PLAN |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | OT-90-12011 |
| 5. CONTRACT REFERENCE | MIL-I-45208 |
| 6. REQUIRING OFFICE | NAVSURFWARCENDIV (402) |
| 7. DD 250 REQ | XX |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | ASREQ |
| 13. DATE OF SUBSEQUENT SUBMISSION | WHEN REVISED |
| 16. REMARKS | PLAN SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSES PRIOR TO INITIATION OF PRODUCTION. ALLOW 30 DAYS FOR GOVERNMENT REVIEW. |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR * | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,61JV (COVER LTR) | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

## Data Item A003

| Field | Entry |
|---|---|
| 1. DATA ITEM NO. | A003 |
| 2. TITLE OF DATA ITEM | FIRST ARTICLE INSPECTION PROCEDURES |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-NDTI-80603 |
| 5. CONTRACT REFERENCE | SECTION E |
| 6. REQUIRING OFFICE | NAVSURFWARCENDIV (402) |
| 7. DD 250 REQ | LT |
| 8. APP CODE | |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ* |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | ASREQ* |
| 13. DATE OF SUBSEQUENT SUBMISSION | WHEN REVISED |
| 16. REMARKS | *PROCEDURES SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES PRIOR TO SUBMISSION OF FIRST ARTICLE (FA). ALLOW 30 DAYS FOR GOVERNMENT REVIEW. **IF ALL THE SPECIFIED REQUIREMENTS OF THIS DATA ITEM HAVE BEEN COMPLETELY INCORPORATED IN THE QUALITY PROGRAM PLAN OR INSPECTION |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| SEE REMARKS** | | | |
| 15. TOTAL ——→ | 0 | 1 | 1 |

## Data Item A004

| Field | Entry |
|---|---|
| 1. DATA ITEM NO. | A004 |
| 2. TITLE OF DATA ITEM | INSPECTION AND TEST REPORT |
| 3. SUBTITLE | FIRST ARTICLE INSPECTION & TEST |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-NDTI-80809A |
| 5. CONTRACT REFERENCE | SECTION E |
| 6. REQUIRING OFFICE | NAVSUREFWARCENDIV (402) |
| 7. DD 250 REQ | LT |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | ASREQ |
| 13. DATE OF SUBSEQUENT SUBMISSION | |
| 16. REMARKS | *REPORTS SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES. |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR*FA SHIPMENT | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD,(61JV) | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

## Data Item A005

| Field | Entry |
|---|---|
| 1. DATA ITEM NO. | A005 |
| 2. TITLE OF DATA ITEM | TEST/INSPECTION REPORTS |
| 3. SUBTITLE | PRODUCTION ACCEPTANCE INSPECTION AND TEST REPORTS |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-NDTI-80809A |
| 5. CONTRACT REFERENCE | SECTION E |
| 6. REQUIRING OFFICE | NAVSURFWARCENDIV (402) |
| 7. DD 250 REQ | LT |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ** |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | ASREQ** |
| 13. DATE OF SUBSEQUENT SUBMISSION | WHEN REVISED |
| 16. REMARKS | *REPORTS SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES. **REPORTS SHALL BE SUBMITTED UPON COMPLETION OF EACH LOT. |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD (61JV) | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| JOHN VENSKUS | 8 Feb 1995 | J.W.LONG | 8 Feb 1995 |

N00104-95-R-K402

PAGE 6

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB Mo. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:
B. EXHIBIT:
C. CATEGORY: TDP ___ X TM ___ OTHER ___

AXION 0082

D. SYSTEM/ITEM: PS 115, 1390-01-200-8338
E. CONTRACT/PR NO.:
F. CONTRACTOR:

---

1. DATA ITEM NO.: A006
2. TITLE OF DATA ITEM: ENGINEERING CHANGE PROPOSAL
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80639A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ASREQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD,CRANE (402) | 0 | 0 | 1 |
| QAR** | 0 | 1 | 0 |
| 15. TOTAL ⟶ | 0 | 1 | 1 |

16. REMARKS
*DD FORM 1692 (PG 1 ONLY-SHORT FORM) SHALL BE USED FOR THE SUBMISSIONS AND PROCESSING OF ALL CLASS 1&2 ENGINEERING ACTIONS IN ACCORDANCE WITH PARA 5.4.8 & SUBPARAGRAPHS AND APPENDICES D&E OF MIL-STD-973 AS TAILORED IN THE CONTRACT DOCUMENT SUMMARY LIST.

17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

---

1. DATA ITEM NO.: A007
2. TITLE OF DATA ITEM: QUALITY DEFICIENCY REPORT
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-QCIC-80736
5. CONTRACT REFERENCE: SECTION C - SOAP
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ASREQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION:
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD (61JV) | 0 | 0 | 1 |
| 15. TOTAL ⟶ | 0 | 1 | 2 |

16. REMARKS
*REPORTS SHALL BE SUBMITTED THRU THE QAR TO ALL ADDRESSEES.

17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

---

1. DATA ITEM NO.: A008
2. TITLE OF DATA ITEM: REQUEST FOR DEVIATION
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80640A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ASREQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION:
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR** | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| 15. TOTAL ⟶ | 0 | 1 | 1 |

16. REMARKS
*REQUEST FOR DEVIATIONS SHALL BE PREPARED IN ACCORDANCE WITH PARA 5.4.8 AND SUBPARAGRAPHS AND APPENDICES D&E OF MIL-STD-973 AS TAILORED IN THE DOCUMENT LIST

**RFD'S SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES..

17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

---

1. DATA ITEM NO.: A009
2. TITLE OF DATA ITEM: * REQUEST FOR WAIVER
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80641A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ASREQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION:
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR** | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| 15. TOTAL ⟶ | 0 | 1 | 1 |

16. REMARKS
*REQUEST FOR WAIVERS SHALL BE PREPARED IN ACCORDANCE WITH PARA 5.4.8 AND SUBPARAGRAPHS, AND APPENDICES D&E OF MIL-STD 973 AS TAILORED IN THE CONTRACT DOCUMENT SUMMARY LIST.

**RFW'S SHALL BE SUBMITTED THRU THE QAR TO ALL ADDRESSEES.

17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

---

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| JOHN VENSKUS | 8 Feb 1995 | J.W.LONG | 8 Feb 1995 |

PAGE 61

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 
B. EXHIBIT: 
C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS 115 1390-01-200-8338
E. CONTRACT/PR NO.: 
F. CONTRACTOR: 

1. DATA ITEM NO.: A010
2. TITLE OF DATA ITEM: TEST PROCEDURES
3. SUBTITLE: PRODUCTION ACCEPTANCE INSPECTION AND TEST PROCEDURES
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80603
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ*
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ*
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
17. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| QAR* | 0 | 0 | 1 |
| 15. TOTAL ——> | 0 | 1 | 1 |

16. REMARKS

*PROCEDURES SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES PRIOR TO INITIATION OF PRODUCTION. ALLOW 30 DAYS FOR GOVERNMENT REVIEW.

*IF ALL THE SPECIFIED REQUIREMENTS OF THIS DATA ITEM HAVE BEEN COMPELELY INCORPORATED IN THE QUALITY PROGRAM PLAN OR INSPECTED SYSTEM PLAN,SEPERATE SUBMITTAL TO COMPLY WITH THIS DD-1423 IS NOT REQUIRED.

1. DATA ITEM NO.: A011
2. TITLE OF DATA ITEM: ACCEPTANCE INSPECTION EQUIPMENT DESIGN DOCUMENTATION
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): OT-90-12009***
5. CONTRACT REFERENCE: 
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
17. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402)** | 0 | 1 | 0 |
| NWADIV,CORONA (MS-16) ** | 0 | 0 | 1 |
| 15. TOTAL ——> | 0 | 1 | 2 |

16. REMARKS

*CONTRACTOR ACCEPTANCE INSPECTION EQUIPMENT DESIGNS FOR THOSE INSPECTION CHARACTERISTICS CLASSIFIED"MINOR"SHALL BE SUBMITTED TO QAR FOR REVIEW AND APPROVAL.

**CONTRACTOR ACCEPTANCE INSPECTION EQUIPMENT DESIGNS FOR THOSE INSPECTION CHARACTERISTICS CLASSIFIED AS "CRITICAL" OR "MAJOR" SHALL BE SUBMITTED THROUGH THE QAR TO NSWCD (402) AND NWADIV,CORONA (MS-16) FOR REVIEW AND APPROVAL. MEASURING DEVICES (CONTRACTOR IN-PROCESS WORK GAGES,FIXTURES,ETC.)USED FOR GATHERING SPC DATA,WHEN SPC IS THE MEANS FOR ACCEPTANCE, REQUIRE GOVERNMENT APPROVAL AND SHALL BE SUBMITTED IN ACCORDANCE WITH AIE CONTRACT CLAUSE. NSWCD (402) WILL PROVIDE APPROVAL/DISAPPROVAL OF DESIGNS TO THE CONTRACTOR WITH COPY TO QAR.

***PARAGRAPH 10.3E,DELETE "WHERE APPROPRIATE".

AXION 0083

G. PREPARED BY: J. Venskus — JOHN VENSKUS
H. DATE: 8 Feb 1995
I. APPROVED BY: J. W. Long — J.W.LONG
J. DATE: 8 Feb 1995

N00164-95-R-R042

# INSTRUCTIONS FOR COMPLETING DD FORM 1423

*(See DoD 5010.12-M for detailed instructions.)*

## FOR GOVERNMENT PERSONNEL

Item A. Self-explanatory.

Item B. Self-explanatory.

Item C. Mark (X) appropriate category: TDP - Technical Data Package; TM - Technical Manual; Other - other category of data, such as "Provisioning," "Configuration Management", etc.

Item D. Enter name of system/item being acquired that data will support.

Item E. Self-explanatory (to be filled in after contract award).

Item F. Self-explanatory (to be filled in after contract award).

Item G. Signature of preparer of CDRL.

Item H. Date CDRL was prepared.

Item I. Signature of CDRL approval authority.

Item J. Date CDRL was approved.

Item 1. See DoD FAR Supplement Subpart 4.71 for proper numbering.

Item 2. Enter title as it appears on data acquisition document cited in Item 4.

Item 3. Enter subtitle of data item for further definition of data item (optional entry).

Item 4. Enter Data Item Description (DID) number, military specification number, or military standard number listed in DoD 5010.12-L (AMSDL), or one-time DID number, that defines data content and format requirements.

Item 5. Enter reference to tasking in contract that generates requirement for the data item (e.g., Statement of Work paragraph number).

Item 6. Enter technical office responsible for ensuring adequacy of the data item.

Item 7. Specify requirement for inspection/acceptance of the data item by the Government.

Item 8. Specify requirement for approval of a draft before preparation of the final data item.

Item 9. For technical data, specify requirement for contractor to mark the appropriate distribution statement on the data (ref. DoDD 5230.24).

Item 10. Specify number of times data items are to be delivered.

Item 11. Specify as-of date of data item, when applicable.

Item 12. Specify when first submittal is required.

Item 13. Specify when subsequent submittals are required, when applicable.

Item 14. Enter addressees and number of draft/final copies to be delivered to each addressee. Explain reproducible copies in Item 16.

Item 15. Enter total number of draft/final copies to be delivered.

Item 16. Use for additional/clarifying information for items 1 through 15. Examples are: Tailoring of documents cited in Item 4; Clarification of submittal dates in Items 12 and 13; Explanation of reproducible copies in Item 14.; Desired medium for delivery of the data item.

## FOR THE CONTRACTOR

Item 17. Specify appropriate price group from one of the following groups of effort in developing estimated prices for each data item listed on the DD Form 1423.

a. Group I. Definition - Data which is not otherwise essential to the contractor's performance of the primary contracted effort (production, development, testing, and administration) but which is required by DD Form 1423.

Estimated Price - Costs to be included under Group I are those applicable to preparing and assembling the data item in conformance with Government requirements, and the administration and other expenses related to reproducing and delivering such data items to the Government.

b. Group II. Definition - Data which is essential to the performance of the primary contracted effort but the contractor is required to perform additional work to conform to Government requirements with regard to depth of content, format, frequency of submittal, preparation, control, or quality of the data item.

Estimated Price - Costs to be included under Group II are those incurred over and above the cost of the essential data item without conforming to Government requirements, and the administrative and other expenses related to reproducing and delivering such data item to the Government.

c. Group III. Definition - Data which the contractor must develop for his internal use in performance of the primary contracted effort and does not require any substantial change to conform to Government requirements with regard to depth of content, format, frequency of submittal, preparation, control, and quality of the data item.

Estimated Price - Costs to be included under Group III are the administrative and other expenses related to reproducing and delivering such data item to the Government.

d. Group IV. Definition - Data which is developed by the contractor as part of his normal operating procedures and his effort in supplying these data to the Government is minimal.

Estimated Price - Group IV items should normally be shown on the DD Form 1423 at no cost.

Item 18. For each data item, enter an amount equal to that portion of the total price which is estimated to be attributable to the production or development for the Government of that item of data. These estimated data prices shall be developed only from those costs which will be incurred as a direct result of the requirement to supply the data, over and above those costs which would otherwise be incurred in performance of the contract if no data were required. The estimated data prices shall not include any amount for rights in data. The Government's right to use the data shall be governed by the pertinent provisions of the contract.

AXION 0084

V00104-95-R-K042 Page 82

A001

NAVSURFWARCENDIV CRANE CODE 402
CONTRACT DOCUMENTS SUMMARY LIST
TAILORING REQUIREMENTS FOR MIL-STD-1167 AND DI-MISC-80043

MIL-STD-1167 and DI-MISC-80043 are tailored as follows:

1. MIL-STD-1167:

a. Delete paragraph 5.1.

b. Delete paragraph 5.1.2.

c. Delete figures 1a and 1b.

d. Change paragraph 5.3.1.1 to read as follows:

"For all Army, Navy, Marine Corps and Air Force items, a copy of the Government Furnished Ammunition Data Card Floppy Disk (containing all records prepared during the month) shall be furnished on a monthly basis to:

Commander
U.S. Army Armament Munitions and Chemical Command
ATTN: AMSMC-QAD (R)
Rock Island IL 61299-6000

e. Delete last sentence of paragraph 5.3.4.

AXION 0085

2. DI-MISC-80043:

a. Change paragraph 10.2 to read: "Ammunition Data Cards shall be prepared using the Government Furnished Ammunition Data Card Floppy Disk. (All submissions except for the monthly submission to AMSMC-QAD shall be hardcopy printouts of the data cards as prepared using the furnished floppy disk)."

b. Delete paragraph 10.3.

c. Delete paragraph 10.3.1.

d. Delete the first two sentences of paragraph 10.4 and substitute the following:

"The following paragraphs apply to the corresponding fields in the Government Furnished Ammunition Lot Record and Malfunction (ALRAM) Computer Software System. The required information will be entered in accordance with the following instructions and the ALRAM System Users guide:"

e. Change instructions pertaining to government Inspector signature and date signed on pages 7, 11 and 12 of DI-MISC-80043 to require signature only on hardcopy printout as specified on Contract Data Requirements List DD Form 1423.

N00104-95-R-R042 A001 PAGE 63

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. | PAGE | OF

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188
Exp Date Jun 30, 1986

1. TITLE
AMMUNITION DATA CARD

2. IDENTIFICATION NUMBER
DI-MISC-80043
~~DI-MISC-80043~~

3. DESCRIPTION/PURPOSE
The Ammunition Data Card is used to acquire a record containing essential data pertaining to the initial history of a lot of ammunition and explosive materiel or, in certain instances, of a serially numbered complete round guided missile which contains all required data pertaining to each lot of the item. The data card is used to provide traceability of explosive items.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC REQUIRED | 6b. GIDEP REQUIRED |
|---|---|---|---|
| 850805 | ARMY-AR | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description (DID) is normally invoked when the procurement involves ammunition, explosive materiel or of a serially numbered complete round guided missile.

7.2 The data contained in this DID is required by MIL-STD-1167 and MIL-STD-1168.

7.3 This DID supersedes DI-E-2001 and DI-L-1410.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1650 | A3664 |

10. PREPARATION INSTRUCTIONS

10.1 Source document. The applicable issue of the documents cited herein, including their approval date, and dates of any applicable amendments and revisions shall be as reflected in the contract.

10.2 Ammunition Data Cards shall be prepared on DD Form 1650 in accordance with MIL-STD-1167, MIL-STD-1168, and the following.

10.3 Instructions for Completing DD Form 1650.

10.3.1 Required Information. The required information has been divided into two sections. Paragraph 10.4 pertains to new manufacturing of materiel and Paragraph 10.5 pertains to rework/renovation materiel.

10.4 New Manufacturing. The following paragraphs have been numbered to correspond with the numbered blocks appearing on DD Form 1650. The required information shall be entered on the form in accordance with the following instructions:

Block No.

1 Item Nomenclature - Enter the standard nomenclature as required by the contract under which the item was manufactured. For guided missile explosive components, the nomenclature shall be the item name as it appears in the Federal Item Identification Guides for Supply Cataloging. (Handbook H6-A, B, and C).

DD Form 1664, FEB 86 — Previous edition is obsolete. — PAGE 1 OF 13 PAGES

THIS DOCUMENT CONTAINS 13 PAGES

AXION 0086

N00164-95-R-R042 PAGE 64

8737

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. | PAGE | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

Block No.

2 NSN - Enter the National Stock Number of the item represented by the data card. For an inert component or subassembly, enter "See Remarks." In the remarks section of the data card, enter the NSN of the end item in which the inert component will be utilized.

3 DODIC - Enter the DOD Identification Code of the item represented by the data card. For an inert component or subassembly, enter "See Remarks." In the remarks section of the data card, enter the DODIC of the end item in which the inert component will be utilized.

4 Lot Number - Enter the complete lot number or serial number of an item which is not lotted. Suffixes will be assigned in accordance with MIL-STD-1168.

5 Manufacturer, Loading or Assembly Activity - Enter the manufacturer's name as contained in the contract. In cases of Government owned facilities, whether metal parts producers, load operations, depot and storage activities, field units, etc., use the Government title for the installation. Indicate the address of the facility where the item is being produced.

6 Net Quantity - The quantity to be entered here is the net quantity available for shipment to users after any destructive test samples have been removed from the lot.

7 Packing of Lot - Enter the method by which the lot is packed for shipment, including the number of rounds, parts or sets in each outside container. Insert the packing and marking drawing number, revision, and any ECP/NOR under which the item was packed or marked. Standard abbreviations may be used

8 Contract or Order No. - When material is procured from industry, show the complete contract number. Whenever material is produced at a Government owned facility (whether directly by the Government owned facility (whether directly by the Government or by an operating contractor), the production order number, the project order number, expenditure order number or whatever appropriate indentification number applies for the production, shall be entered in this block.

9 Drawing and Revision No. - (Include revisions, changes, etc.) - The drawing identification shall consist of the drawing number and the information in (b) and (c) below, as applicable.

(a) The drawing number, including the revision number or tab, if any.

(b) Numbers of any Engineering Change Proposals

AXION 0087

N00164-95-R-R042 PAGE 65

8737

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. | PAGE | OF

DI-MISC-80043

10. Preparation Instructions (Cont'd)

describing changes which have not been included in drawing revisions, but which have been applied to the production of the item represented by the data card.

(c) The identification of any letter or teletype which directs or authorizes any change in the requirement of the drawings, that has been applied to the item described.

(d) If more than the drawing is required to define the configuration a "See Remarks" note should specify that paragraph (b) and (c) information is contained in the remarks block.

10 Specification and Revision - The specification identification may consist of one or more of the four parts listed as (a), (b), (c), and (d) below. Enter the numbers of the detail specifications and the parts which apply to acceptance of the lot.

(a) Specification number, revision letter or number, if any.

(b) Amendment number, if any.

(c) Number of any ECP modifying the specification but not yet included by amendment or revision to the specification which has been applied to the production of the lot represented by the data card.

(d) The identification of any letter or teletype which modified any portion of the specifications where modifications have been applied to the lot.

(e) When more than the specification is required to define the configuration, a "See Remarks" note should specify that paragraph (c) and (d) information will be contained in the remarks block.

11 Date Started - Insert the day, month and year that the production, loading, assembling, etc., began.

12 Date Completed - Enter the day, month and year that production, loading, etc., was completed. Assemblies requiring curing shall be considered completed on the date cure was completed.

13 Date Inspected - Enter the date on which inspection of the lot was completed.

AXION 0088

14 Line* - Enter the local designation of the assembly line on which the lot was assembled.

6737 COPIES

| IOARD FORM 36, JULY 1966 AL SERVICES ADMINISTRATION PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 66 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

15 Zone Weight - When the loading assembly drawing lists zone weights, show the zone number corresponding to the projectile weights.

NOTE: If metric measurements are used for blocks 15-15d, use the proper symbol for the metric units used.

16 Specifications:

(a) Charge Weight - For complete rounds of ammunition, enter the charge weight for the lot of propellant used in the rounds.

(b) Index of Powder - (APPLICABLE TO US NAVY PROCUREMENT ONLY); the index (for example: SPDN 3201).

(c) Maximum Packing Depth Range in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the maximum packing depth in inches for the powder index as provided by the Technical Activity.

(d) Production Packing Depth Range in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the production packing depth range in inches for the powder index.

(e) Explosive Weight per Package - Enter the net explosive weight of all the rounds contained in one outer pack as specified in Block 6.

17 Test Samples:

(a) Number - When acceptance samples are sent to a test activity, enter the number of test samples shipped.

(b) Sent to - When acceptance samples are forwarded to a test activity for function testing, enter the name of the test activity to which they were sent.

(c) Date of Shipment - When acceptance samples are shipped to a test activity for test, enter the date of shipment.

(d) Mode of Shipment - When acceptance samples are shipped to a test activity for test, enter the method of shipment.

18 DOT Nomenclature - Enter the Department of Transportation nomenclature for explosive loaded items as specified in the marking requirements for individual outer containers.

19 Hazard Class - Enter the United Nations hazard class and explosive compatibility group as specified in the contract or DOD Consolidated Ammunition Catalog.

AXION 0089

6737 COPIES

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042

PAGE 67 OF

DI-MISC-80043

10. Preparation Instructions (Cont'd)

20 Government Quality Assurance Activity - Enter the full name of the organization responsible for the final acceptance of the item described on the data card.

21 Remarks - Any unusual features of the lot represented by the data card will be identified and reported in this block.

(a) The data card for the final partial in the lot must include a summarization of all component data for the lot and, in addition, shall show in the "Remarks" block a statement such as, "This is the 10th and final partial of this lot. Total quantity shipped consisted of 62,000 units. All previous data cards for this lot shall be discarded."

(b) Other information pertinent for special remarks are:

(1) "SKIP" lot information - Cite the "SKIP" authority/message.

(2) Reason(s) for changing lot interfix numbers.

(3) Reason(s) for changing manufacturer's prefix symbol.

(4) Revised/Corrected or Changed Cards. Whenever a final data card is changed, corrected, revised, etc., it shall be annotated in this block as in the following examples:

Revision No. 1 (12 August 1976) due to change of quantity from 9,720 to 9,620. Additional 100 units used for ballistic retesting. Discard original card.

Revision No. 2 (18 September 1976) this corrects error in listing weight of projectile from 23.8 lbs. to 28.3 lbs. Discard Revision No. 1.

(5) Changes in material, equipment, inspection procedures, and changes in the manufacturing process, which do not result in change to the lot interfix number will be listed.

(6) Waivers and deviations from drawings, specifications, etc., will be shown in this block. When all or part of the lot has been accepted on waiver, insert the waiver/deviation number. Include the name of the part(s) involved, the extent of the waiver(s)/deviation(s), the number/quantity containing the parts accepted on waiver/deviation, the authority for acceptance such as identification of the document, organization, person, etc.

a For items of issue, the above waiver information will appear only on the data cards sent to the Engineering and

AXION 0090

6737

| NDARD FORM 36, JULY 1966 NERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 68 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

Inspection Officers of the responsible procurement agency, and the master file of the proving ground. Waiver information will not appear on other data cards for items of issue and when data cards are printed from ditto or duplicate masters, this information must be blocked out before other data cards are printed.

b For items of assembly, waiver information will appear on all data cards.

(7) "Priorship" information. Show the complete authorization for shipping material on a "priorship" basis.

(8) "Preferred Status" information. Cite the authority for shipping on a "preferred status" basis.

(9) "Referred" information. State in detail the reason(s) for the lot being "referred" and to whom referred for decision.

(10) "Rejected" information. Show the reason(s) for rejecting the lot including any rejections of Requests for Waivers or deviations.

(11) "Warranty Clause" information, as applicable.

(12) "Serial Numbers of Items" information. When items in a lot are serially numbered, list the serial numbers of all items included in the lot.

(13) "ECPS, Amendments, etc." Show any Engineering Change Proposals, Amendments, etc., which had an effect on the manufacture of the item.

(14) The responsible inspector shall determine what other difficulties, occurrences, or conditions are significant enough to be reported such as excessive critical major characteristics that required 100% screening, environmental conditions, etc.

(15) Any and all other pertinent information for which no specific block has been provided or which is too bulky to insert in the prescribed blocks.

22 Disposition - Enter the applicable disposition:

DISPOSITION

Accepted
Rejected
Referred
Provisionally accepted

AXION 0091

6737

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00164-95-R-R042 | PAGE 69 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

23 Government Inspector:

(a) Typed Name - The name of the Government Inspector, who signs in the "Signature" block will be typed in the area provided for this purpose.

(b) Signature - The Government Inspector having knowledge of and contact with the production and inspection of the lot will sign the completed master form. The signature is certification by the Government Inspector that all required tests and Government inspections were performed on the material in the lot, that the information listed is correct, and that the dispositions indicated have been properly determined. Any exceptions will be noted in the "Remarks" block.

(c) Date Signed - The Government Inspector shall enter the complete date in ink at the same time he affixes his signature to the card.

24 Components - The following information will be furnished for each component part, assembly, sub-assembly, explosive, propellant and/or any other material used in the production, and/or assembly of the item described on the card. If the listing of each component of a complex item requires excessive space and effort, the contracting officer can limit the list to major components and sub-assemblies when these items have individual data cards.

NOTE: All columns will be filled to the extent possible.

(a) Component - Give the approved item name as shown on the supplier's card, shipping instruments, previous data card and/or similar type documents.

(b) Drawing No./Spec. No. - Enter the drawing number and applied ECP/NOR, if any. Enter the specification number and amendments to specifications if a specification applies instead of drawing number.

(c) Manufacturer - Give the name of the manufacturer of each lot of each component used.

AXION 0092

(d) Date Manufactured - Insert the month and year (when known) during which each of the components listed was made.

(e) Lot No. - Enter the complete lot number of each component used in the manufacture, assembly, etc., of the item.

(f) Quantity - The exact quantity of each component item used will be listed in this column. When component quantities

6737 CORPS

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 70 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

from more than one lot of the same item are used in the production, assembly, etc., of the item, then the exact quantity from each of the component lots shall be shown. Component quantities must be correct and may be determined by actual count, by weighing, etc.

10.5 Rework-Renovation. Data cards prepared for modified, renovated, reworked or regrouped lots must preserve pertinent data from the previous lot data cards, to the maximum extent consistent with the fact that a suffixed or regrouped lot has a unique identity independent of the lots from which it was derived. Data given for the Manufacturer, QA Activity, Contract or Order Number, Government Inspector, etc., must relate to the creation of the reworked lot, not the original lot(s). Detailed instructions for each block follows:

Block No.

1 Item Nomenclature - Enter the nomenclature for the item after renovation as it is stipulated in the rework/renovation instructions. For guided missile explosive components, the nomenclature shall be the item name as it appears in the Federal Item Name Directory for Supply Cataloging, (Handbook H6-A, B, and C).

2 NSN - Enter the National Stock Number of the item represented by the data card. If renovation necessitates a change in the NSN, enter the "new" NSN in this block.

3 DODIC - Enter the DOD Identification Code of the item represented by the data card. If renovation necessitates a change in the DODIC, enter the "new" DODIC in this block.

4 Lot Number - Enter the complete lot number of the item represented by the data card. Enter the serial number of an item which is not lotted. Lot numbers and suffixes will be assigned in accordance with MIL-STD-1168.

5 Manufacturer, Loading or Assembly Activity - Enter the Government title as contained in the rework instructions. Indicate the address of the facility where the item is being reworked/renovated/etc.

6 Net Quantity - The quantity to be entered here is the net quantity available for shipment to users after any destructive test samples have been removed from the lot.

7 Packing of Lot - Enter the method by which the lot is packed for shipment, including the number of rounds, parts or sets in each outside container. Insert the packing and marking drawing number, revision, and any ECP/NOR under which the item was packed or marked. Standard abbreviations may be used.

8 Contract or Order No. - Enter the complete contract number,

AXION 0093

67 37

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 71 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

the production order number, the project order number, expenditure order number or whatever appropriate identification number applies for the work.

9 Drawing and Revision - (Include revisions, changes, etc.) - Enter the new drawing number if it differs from the drawing number of the original production as a result of the changes incorporated into the rework procedure, regroup, etc. The drawing identification shall consist of the drawing and the information in (b) and (c) as applicable.

(a) The drawing number, including the revision number or tab, if any.

(b) Numbers of any Engineering Change Proposals describing changes not yet included in drawing revisions which have been applied to the production of the lot represented by the data card.

(c) The identification of any letter or teletype which directs or authorizes any change in the requirement of the drawings, which change has been applied to the lot described.

(d) When more than the drawing is required to define the configuration, a note should specify that paragraph (b) and (c) information will be contained in the remarks.

10 Specification and Revision - Enter the new specification number if it differs from the specification applied to the original production as a result of the change incorporated into the renovation, regrouping, etc. The specification identification may consist of one or more of the four parts listed as (a), (b), (c) and (d) below. Enter the numbers of the detail specifications and the parts which apply to acceptance of the lot. AXION 0094

(a) Specification number, revision letter or number, if any.

(b) Amendment number, if any.

(c) Number of any ECP modifying the specification but not yet included by amendment or revision to the specification which has been applied to the production of the lot represented by the data card.

(d) The identification of any letter or teletype which modified any portion of the specifications where modifications have been applied to the lot.

(e) When more than the specification is required to define the configuration, a note should specify that

57377

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 72 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

paragraphs (c) and (d) information will be contained in remarks block.

11 Date Started - Insert the day, month and year that the reworking, regrouping, etc., began.

12 Date Completed - Enter the day, month and year that reworking, regrouping, etc., was completed. Assemblies requiring curing shall be considered completed on the date cure was completed.

13 Date Inspected - Enter the date on which inspection of the lot was completed.

14 Line - Enter the local designation of the assembly line on which the lot was assembled.

15 Zone Weight - When the loading assembly drawing lists zone weights, show the zone number corresponding to the projectile weights.

NOTE: If metric measurements are used for blocks 15-15d, use the proper symbol for the metric units used.

16 Specifications:

(a) Charge Weight - For complete rounds of artillery ammunition, enter the charge weight for the lot of propellant used in the rounds.

(b) Index of Powder - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the index of smokeless powder (for example SPDN 3201).

(c) Maximum Packing Depth in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the maximum packing depth in inches for the powder index from proof as provided by the technical agency.

(d) Production Packing Depth in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the production packing depth range in inches for the powder index from proof as provided by the technical agency.

(e) Explosive Weight per Package - Enter the net explosive weight of all the rounds contained in the packing specified in Block 6.

17 Test Samples:

(a) Number - When acceptance samples are sent to a test activity, enter the number of test samples shipped.

AXION 0095

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>N00104-95-R-K042 | PAGE<br>73 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

(b) Sent to - When acceptance samples are forwarded to a test activity for acceptance testing, enter the name of the test activity to which they were sent.

(c) Date Shipped - When acceptance samples are shipped to a test activity for test, enter the date of shipment.

(d) Mode of Shipment - When acceptance samples are shipped to a test activity for test, enter the method of shipment.

18 DOT Nomenclature - Enter the Department of Transportation nomenclature for explosive loaded items as specified in the marking requirements for individual outer containers.

19 Hazard Class - Enter the United Nations hazard class and explosive compatibility group as specified in the contract or DOD Consolidated Ammunition Catalog.

20 Government Quality Assurance Activity - Enter the full name of the organization responsible for the final acceptance of the item described on the card.

21 Remarks - Give the quantity and original NSN, lot number, manufacture date (for old style lot numbers only), and previous rework history (if any) of the items from which the new lot was formed. Specify the rework and related procedures, and cite the authority for performing the work. Identify the parts replaced, inspected, modified, etc. Show the authority for adding a lot suffix or forming a regroup lot. If a suffix has been added to an old style lot number without a corresponding change to the original loaded date on the item or package, so state. If functional acceptability is based upon the acceptance of the original lot(s), so state.

22 Disposition - Enter the applicable disposition

DISPOSITION

Accepted
Rejected

AXION 0096

23 Government Inspector:

(a) Typed Name - The name of the Government Inspector, who signs in the "Signature" block, will be typed in the area provided for this purpose.

(b) Signature - The Government Inspector having knowledge of and contact with the production and inspection of the lot will sign the completed master form. The signature is

6737

| ...ARD FORM 36, JULY 1966 ...RAL SERVICES ADMINISTRATION ...OC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 74 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

certification by the Government Inspector that all required tests and Government inspections were performed on the material in the lot, that the information listed is correct, and that the disposition indicated have been properly determined. Any exceptions will be noted in the "Remarks" block.

(c) Date Signed - The Government Inspector shall enter the complete date in ink at the same time he affixes his signature to the card.

24 Components - The following information will be furnished for each component part, assembly, sub-assembly, explosive, propellant and/or any other material used in the rework, and/or assembly of the item described on the card. The appropriate changes must be made to the data card to delete removed components and include new components assembled.

NOTE: All columns will be filled to the extent possible.

(a) Component - Give the approved item name as shown on the supplier's card, shipping instruments, previous data card and/or similar type documents.

(b) Drawing No./Spec No. - Enter the drawing number and applied ECP/NOR if any. Enter the specification number if it applies instead of drawing number.

(c) Manufacturer - Give the name of the manufacturer of each lot of each component used.

NOTE: For those items retained from previous assembly, show the drawing number under which the component was actually made, not the latest drawing required by the specification for new production.

(d) Date Manufactured - Insert the month and year (when known) during which each of the components listed was made.

NOTE: For those items retained from original manufacture, show the initial date.

(e) Lot No. - Enter the complete lot number of each component used in the rework of the item.

(f) Quantity - The exact quantity of each component item used will be listed in this column. When component quantities from more than one lot of the same item are used in the rework, etc., of the item, then the exact quantity from each of the component lots shall be shown. Component quantities must be correct and may be determined by actual count, by weighing, etc.

AXION 0097

6737

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-R042 | PAGE 75 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

NOTE: In most instances, the component quantities listed on the original data cards of lots being renovated/reworked, etc., will not be the same after the rework. Therefore, special attention should be given to reporting the component quantities accurately during rework and entering the correct quantities, where possible, on the "new" data card.

NOTE: Continuation Card (See Figure 1b). If a second card is required for continuation of remarks only, use a blank card with the lot number and NSN/DODIC typed in the upper right hand corner. If a second card is required for a continuation of the component listing, duplicate the back of the data card (DD Form 1650) and enter the lot number and NSN/DODIC in the upper right hand corner of the card. The blank side may then be used as a continuation sheet for remarks.

AXION 0098

# DATA ITEM DESCRIPTION

Form Approved
OMB No 0704-0188

2. IDENTIFICATION NUMBER
OT-90-12011

ON SYSTEM PLAN

CRIPTION/PURPOSE

This Data Item Description (DID) is used to document the details of the inspection system.

This DID provides evidence of the contractor's intent and methods for complying with the quality requirements contract.

ROVAL DATE MOD) 900117

5. OFFICE OF PRIMARY RESPONSIBILITY (OPR)
A/AMSMC-QAC

6a. DTIC APPLICABLE

6b GIDEP APPLICABLE

LICATION/INTERRELATIONSHIP

This DID contains the format and content preparation insturctions for the Inspection System Plan resulting from described in MIL-I-45208.

This DID is for one-time use for solicitation________________.

PPROVAL LIMITATION

ited to Solicitation________

9a. APPLICABLE FORMS

9b. AMSMC NUMBER

PREPARATION INSTRUCTIONS

1 Reference documents. The applicable issue of the documents cited herein, including their approval dates and any applicable amendments, notices, and revisions shall be as specified in the contract.

2 General. The Inspection System Plan shall be in accordance with MIL-I-45208. This plan shall reflect compliance h the inspection requirements of the contract and shall include the procedures of all subassembly and major componen contractors and suppliers.

.3 Format. The plan shall be in contractor's format and bound in a durable cover.

.4 Content. The plan shall contain the following:

.4.1 General inspection procedures. The general inspection procedures shall reflect the manaagement principles I policies which describe the approach to be followed in performance of the inspection requirements of the contract d shall show the interrelationships of the contractor's inspection system throughout the organization and its relationship h the subcontractors, suppliers, and the Government. The procedures shall state the established practices which nify the basic considerations and methods to be followed. The procedures shall specify control of drawings and ecification changes and methods of calibration. In general, the procedures shall reflect the overall controls of the pection system which, when followed by suitable detailed procedures shall result in delivery of material having the quired quality.

.4.2 Detailed inspection procedures. The detailed inspection procedures shall provide the specific requirements and rformance of the examination and testing. The procedures shall contain the specific inspection details as to character- tics to be examined or tested; gages and equipment to be utilized; inspection stations; process controls and schedule of libration of inspection aids; sampling plans and acceptance levels utilized. The procedures shall identify each haracteristic, list of characteristics, or inspection feature as being "For In-Process Only" or "Acceptance Criterion". addition, the detailed procedures shall include the following:

a. A list of all materials and components requiring certification and the extens and degree of the certification required.
b. Details regarding inspection performed in accordance with contract inspection requirements.
c. Additional Classification of Characteristics developed for control of components not already covered by the specifi- cations or drawings and other requirements of the contract.

(continued on Page 2)

. DISTRIBUTION STATEMENT

IBUTION STATEMENT A: Approved for public release; distribution is unlimited.

AXION 0099



Jun 86 edition may be used until exhausted

D FORM 1664, MAR 87

REPRODUCED AT GOVERNMENT EXPENSE



N00104-95-R-R042

OT-90-12011

Block 10, Preparation Instructions (continued)

d. For each characteristic in a Classification of Characteristics listing, list the necessary gage, item of measurin equipment, or testing device which shall be utilized to make measurements to the required accuracy.

e. A process flow chart showing the location of all inspection stations and the specific category of inspection to b performed at each station.

AXION 0100