above ______
(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT (APR 1984)**

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror-
NOTE: The offeror must check the appropriate boxes. For interpretation of the representation, including the term "bona fide employee," see Subpart 3.4 of the Federal Acquisition Regulation.

(1) ( ) has, ( X ) has not employed or retained any person or company to solicit or obtain this contract; and

(2) ( ) has, ( X ) has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer-

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

**52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (NOV 1990) ALTERNATE I (SEP 1990)**

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certifications. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY AXION 0126

(1) I, Alex Katz (Name of certifier), am the officer or employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27 (a), (b), (c) or(f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement N00104-95-R-K042 (solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of Axion Corp. (Name of offeror) who has participated personally and substantially in the preparation or submission of

this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations:

(Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet), ENTER "NONE" IF NONE EXIST)

NONE

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

(Signature of the officer or employee responsible for the offer and date)

Alex Latifi, President 5-11-95

(Typed name of the officer or employee responsible for the offer)

*Subsections 27(a), (b), and (d) are effective December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

**THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.**

(End of certification)

AXION 0127

(c)(1) For procurements using sealed bidding procedures, the signed certifications shall be submitted by each bidder with the bid submission except for procurements using two-step sealed bidding procedure (see Subpart 14.5). For those procurements, the certifications shall be submitted with submission of the step two sealed bids. A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(2) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(3) Failure of a bidder to submit the signed certificate with its bid shall render the bid nonresponsive.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation of possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offer.

(f) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated.

These certifications shall be maintained by the Contractor for 6 years from the date of certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

**ALTERNATE 1 (SEP 1990)**

AXION 0128

Procurements using other than sealed bidding procedures:

(c) For procurements, including contract modifications, in excess of $100,000 made using procedures other than sealed bidding, the signed certifications shall be submitted by the successful Offeror to the Contracting Officer within the time period specified by the Contracting Officer when requesting the certificates except as provided in subparagraph (c)(1) through (c)(5) of this clause. In no event shall the certificate be submitted subsequent to award of a contract or execution of a contract modification:

(1) For letter contracts, other unpriced contracts, or unpriced contract modifications, whether or not the unpriced contract or modification contains a maximum or not to exceed price, the signed certifications shall be submitted prior to the award of the letter contract, unpriced contract, or unpriced contract modification, and prior to the definitization of the letter contract or the establishment of the price of the unpriced contract or unpriced contract modification. The second certification shall apply only to the period between award of the letter contract and execution of the document definitizing the letter contract, or award of the unpriced contract or unpriced contract modification and execution of the document establishing the definitive price of such unpriced contract or unpriced contract modification.

(2) For basic ordering agreements, prior to the execution of a priced order; prior to the execution of an unpriced order, whether or not the unpriced order contains a maximum or not to exceed price; and, prior to establishing the price of an unpriced order. The second certificate to be submitted for unpriced orders shall apply only to the period between award of the unpriced order and execution of the document establishing the definitive price for such order.

(3) A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(4) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(5) For purposes of contracts entered into under section 8(a) of the SBA, the business entity with whom the SBA contracts, and not the SBA, shall be required to comply with the certification requirements of subsection 27(e). The SBA shall obtain the signed certificate from the business entity and forward the certificate to the Contracting Officer prior to the award of a contract to the SBA.

(6) Failure of an Offeror to submit the signed certificate within the time prescribed by the Contracting Officer shall cause the offer to be rejected.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offeror.

(f) In making the certification in subparagraph (b)(2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a onetime certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act

on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

**52.204-3 TAXPAYER IDENTIFICATION (MAR 1994)**

(a) Definitions

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls and affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All the offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN)

( X ) TIN: 630887220

(  ) TIN has been applied for.

(  ) TIN is not required because:

(  ) Offeror is nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

(  ) Offeror is an agency or instrumentality of a foreign government.

(  ) Offeror is an agency or instrumentality of a Federal, state, or local government;

(  ) Other. State basis.______________________

(d) Corporate Status.

(  ) Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

( X ) Other corporate entity;

(  ) Not a corporate entity;

(  ) Sole proprietorship

(  ) Partnership

(  ) Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent

( X ) Offeror is not owned or controlled by a common parent as described in paragraph (a) of this clause.

(  ) Name and TIN of common parent:

Name ______________________

TIN ______________________

AXION 0129

**52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES (AUG 1987)**

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is

(are) economically advantages to the Government. AXION 0130

---

---

---

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL\ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

**52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTER (MAY 1989)**

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not ( X ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( X ), within a three-year period preceding this offer, been convicted of or had civil judgement rendered against them for; commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ( ) are not ( X ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( X ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibility within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**52.215-6 TYPE OF BUSINESS ORGANIZATION (JUL 1987)**

The offeror or quoter, by checking the applicable box represents that--

(a) It operates as ( X ) a corporation incorporated under the laws of the State of Alabama, ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, or ( ) a joint venture; or

(b) If the Offeror or quoter is a foreign entity, it operates as ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, ( ) a joint venture, or ( ) a corporation registered for business in

______________________.
(country)

AXION 0131

**52.215-11 AUTHORIZED NEGOTIATORS (APR 1984)**

The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations:

______________________________________________

______________________________________________

List names, titles, and telephone numbers of the authorized negotiators.

**52.215-20 PLACE OF PERFORMANCE (APR 84)**

(a) The offeror or quoter, in the performance of any contract resulting from this solicitation, ( ) intends, ( X ) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or quoter as indicated in this proposal or quotation.

(b) If the offeror or quoter checks "intends" in paragraph (a) above, it shall insert in the spaces provided below the required information:

Place of Performance (Street address, City, County, State, Zip Code)

_______________________________________________

Name and Address of Owner and Operator of the Plant or Facility if Other than Offeror or Quoter

_______________________________________________

AXION 0132

**52.219-1 SMALL BUSINESS CONCERN REPRESENTATION (JAN 1991)**

(a) REPRESENTATION. The offeror represents and certifies as part of its offer that it ( X )is, ( ) is not a small business concern and that ( X ) all, ( ) not all end items to be furnished will be manufactured or produced by a small business concern in the United States, its territories or possessions, Puerto Rico, or the Trust Territory of the Pacific Islands.

(b) DEFINITION. "Small business concern," as used in this provision means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.

(c) NOTICE. Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall

(1) be punished by imposition of a fine, imprisonment, or both;

(2) be subject to administrative remedies including suspension and debarment; and

(3) be ineligible for participation in programs conducted under the authority of the Act.

**52.219-3 WOMAN-OWNED SMALL BUSINESS REPRESENTATION (APR 1984)**

(a) Representation. The offeror represents that it ( ) is, ( X ) is not a woman owned small business concern.

(b) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominate in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Woman-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

**52.219-22 SIC CODE AND SMALL BUSINESS SIZE STANDARD (JAN 1991)**

(a) The standard industrial classification (SIC) code for this acquisition is 3692).

(b) (1) The small business size standard is (1000).

(2) The small business size standard for a concern which submits an

offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

52.222-19 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION (APR 1984)

The offeror represents as a part of this offer that the offeror is ( ) or is not ( ) a regular dealer in, or is ( X ) or is not ( ). a manufacturer of, the supplies offered.

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984)

The offeror represents that-

(a) It ( ) has, ( X ) has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114.

(b) It ( X ) has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that (a) it ( X ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

AXION 0133

52.223-1 CLEAN AIR AND WATER CERTIFICATION (APR 1984)

The Offeror certifies that-

(a) Any facility to be used in the performance of this proposed contract is ( ) is not ( X ) listed on the Environmental Protection Agency List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (AUG 1992)

Note: This notice does not apply to small businesses or foreign governments.

This notice is in four parts, identified by Roman numerals I through IV.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

I. DISCLOSURES STATEMENT - COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $500,000 resulting from this solicitation, except contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation, will be subject to the requirements

of 48 CFR, PARTS 9903 and 9904, except for those contracts which are exempt as specified in 48 CFR, Subpart 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR, parts 9903 and 9904 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR, Subpart 9903.202. The Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

( ) (1) Certificate of Concurrent Submission of Disclosure Statement.

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) original and one copy to the cognizant Administrative Contracting Officer (ACO), and (ii) one copy to the cognizant contract auditor.

(Disclosure must be on Form No. CASB DS-1. Forms may be obtained from the cognizant ACO.)

Date of Disclosure Statement: ______________________

Name and Address of Cognizant ACO where filed: ______________________

______________________

The offeror further certifies that practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

( ) (2) Certificate of Previously Submitted Disclosure Statement

The offeror hereby certifies that the Disclosure Statement was filed as follows:

Date of Disclosure Statement: ______________________

Name and Address of Cognizant ACO where filed: ______________________

______________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable disclosure statement.

( ) (3) Certificate of Monetary Exemption

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated national defense prime contracts and subcontracts subject to CAS totaling more than $10 million in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

( ) (4) Certificate of Interim Exemption

The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR Subpart 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part 1 of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

CAUTION: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $10 million or more in the current cost accounting period may not claim the exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period

following the cost accounting period in which the monetary exemption was exceeded.

II. COST ACCOUNTING STANDARDS-EXEMPTION FOR CONTRACTS OF $500,000 OR LESS.
If this proposal is expected to result in the award of a contract of $500,000 or less, the offeror shall indicate whether the exemption below is claimed. Failure to check the box below shall mean that the resultant contract is subject to CAS requirements or that the offeror elects to comply with such requirements.
( ) The offeror hereby claims an exemption from the CAS requirements under the provisions of 48 CFR, Subpart 9903.201-1(b)(2).

III. COST ACCOUNTING STANDARDS-ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE
If the offeror is eligible to use the modified provisions of 48 CFR, Subpart 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.
( ) The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR, Subpart 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because (i) during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $10 million in awards of CAS-covered prime contracts and subcontracts, and (ii) the sum of such awards equaled less than 10 percent of total sales during that cost accounting period. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.
CAUTION: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $10 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $10 million or more.

IV. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS
The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.
( ) YES ( ) NO

**52.247-53 FREIGHT CLASSIFICATION DESCRIPTION (APR 1984)**

Offerors are requested to indicate below the full Uniform Freight Classification (rail) description, or the National Motor Freight Classification description applicable to the supplies, the same as offeror uses for commercial shipment. This description should include the packing of the commodity (box, crate, bundle, loose, setup, knocked down, compressed, unwrapped, etc.), the container material (fiberboard, wooden, etc.), unusual shipping dimensions, and other conditions affecting traffic descriptions. The Government will use these descriptions as well as other information available to determine the classification description most appropriate and advantageous to the Government. Offeror understands that shipments on any f.o.b. origin contract awarded, as a result of this solicitation, will be made in conformity with the shipping classification description specified by the Government which may be different from the classification description furnished below.

FOR FREIGHT CLASSIFICATION PURPOSES, OFFEROR DESCRIBES THIS COMMODITY AS ______________________________
______________________________

**252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT THAT SUPPORTS TERRORISM (APR 1993)**

(a) Definitions.

(1) "Significant interest," as used in this provision, means--

(i) Ownership of or beneficial interest in five percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding five percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm:

(iv) Ownership of ten percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Disclosure.

**The Offeror shall disclose any significant interest the government of each of the following countries has in the Offeror or a subsidiary of the Offeror. If the Offeror is a subsidiary, it shall also disclose any significant interest each government has in any firm that owns or controls the subsidiary. If none, leave blank.**

| Country | Significant Interest |
|---|---|
| (1) Cuba | |
| (2) Iran | |
| (3) Iraq | |
| (4) Libya | |
| (5) North Korea | |
| (6) Syria | |

AXION 0136

**252.219-7000 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DOD CONTRACTS) (APR 1994)**

(a) Definition.

"Small disadvantaged business concern," as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively. In general, 13 CFR Part 124 describes a small disadvantaged business concern as a small business concern--

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

(b) Representations.

Check the category in which your ownership falls--

_X_ Subcontinent Asian (Asian-Indian) American (U.S. citizen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal)

___ Asian-Pacific American (U.S. citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam,

U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated States of Micronesia)

____ Black American (U.S. Citizen)

____ Hispanic American (U.S. citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain, or Portugal)

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian organizations)

____ Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under Section 8(a) of the Small Business Act

____ Other

(c) Certifications.

Complete the following--

(1) The offeror is X is not____ a small disadvantaged business concern.

(2) The Small Business Administration (SBA) has____ has not X made a determination concerning the offeror's status as a small disadvantaged business concern. If the SBA has made a determination, the date of the determination was ______________________ and the offeror--

____ Was found by SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.

____ Was found by SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.

(d) Penalties and Remedies.

Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under authority of the Small Business Act.

**252.225-7006 BUY AMERICAN ACT-TRADE AGREEMENTS-BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JAN 1994)**

*(This certificate is used when 252.225-7007 is applicable)*

(a) Definitions.

"Caribbean Basin country end product," "designated country end product," "domestic end product," "NAFTA country end product", "nondesignated country end product," "qualifying country end product," and "U.S. made end product" have the meanings given in the Trade Agreements or Buy American Act and Balance of Payments Program clauses of this solicitation.

(b) Evaluation.

Offers will be evaluated by giving preference to U.S. made end products, qualifying country end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products.

(c) Certifications.

(1) The Offeror certifies that--

(i) Each end product, except the end products listed in paragraph (c)(2) of this provision, is a domestic end product (as defined in the Buy American

Act and Balance of Payments Program clause of this solicitation); and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The Offeror must identify and certify all end products that are not domestic end products.

(i) The Offeror certified that the following supplies qualify as "U.S. made end products" but do not meet the definition of "domestic end product":

_______________ (insert line item number)

(ii) The Offeror certifies that the following supplies are qualifying country end products:

_______________ (insert line item number) _______________ (insert country of origin)

(iii) The Offeror certifies that the following supplies qualify as designated country end products:

_______________ (insert line item number) _______________ (insert country of origin)

(iv) The Offeror certifies that the following supplies qualify as Caribbean Basin country end products:

_______________ (insert line item number) _______________ (insert country of origin

(v) The Offeror certifies that the following qualify as NAFTA country end products:

_______________ (insert line item number) _______________ (insert country of origin)

(vi) The Offeror certifies that the following supplies are other nondesignated country end products.

_______________ (insert line item number) _______________ (insert country of origin)

252.242-7001 CERTIFICATION OF INDIRECT COSTS (DEC 1991)

(a) The Contractor shall--

(1) Certify any proposal to establish or modify billing rates or to establish final indirect cost rates;

(2) Use the format in paragraph (c) of this clause to certify; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure by the Contractor to submit a signed certificate, as described in this clause, shall result in payment of indirect costs at rates unilaterally established by the Government.

(c) The certificate of indirect costs shall read as follows:

CERTIFICATE OF INDIRECT COSTS

This is to certify that to the best of my knowledge and belief:

1. I have reviewed this indirect cost proposal;

2. All costs included in this proposal _______________ (identify proposal and date) to establish billing or final indirect cost rates for _______________ (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Department of Defense applicable to those contracts;

3. This proposal does not include any costs which are unallowable under applicable cost principles of the Department of Defense, such as (without limitation): advertising and public relations costs, contributions and donations, entertainment costs, fines and penalties, lobbying costs, defense or fraud proceedings, and goodwill; and

4. All costs included in this proposal are properly allocable to Defense contracts on the basis of a beneficial or causal relationship between the

expenses incurred and the contracts to which they are allocated in accordance with applicable acquisition regulations.

I declare under penalty of perjury that the foregoing is true and correct.

Firm: ____________________

Signature ____________________

Name of Corporation Official: ____________________

Title: ____________________

Date of Execution: ____________________

**252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)**

**(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this clause whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.**

**(b) Representation.**
**The Offeror represents that it--**

____ Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

__X__ Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

**(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.**

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE JUN 1994

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Availability of Text of Provisions - The complete text of any or all of the provisions is available from Contracting Officer, Navy Ships Parts Control Center, 5450 Carlisle Pike, ATTN: Code 026, P.O. Box 2020, Mechanicsburg, PA 17055-0788.

52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

52.209-7 ORGANIZATIONAL CONFLICTS OF INTEREST CERTIFICATE - MARKETING CONSULTANTS (NOV 1991)

52.214-34 SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991)

52.214-35 SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991)

52.215-5 SOLICITATION DEFINITIONS (JUL 1987)

52.215-7 UNNECESSARILY ELABORATE PROPOSALS OR QUOTATIONS (APR 1984)

52.215-8 AMENDMENTS TO SOLICITATIONS (DEC 1989)

52.215-9 SUBMISSION OF OFFERS (DEC 1989)

52.215-10 LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF PROPOSALS (DEC 1989)

52.215-12 RESTRICTION ON DISCLOSURE AND USE OF DATA (APR 1984)

52.215-13 PREPARATION OF OFFERS (APR 1984)

52.215-14 EXPLANATION TO PROSPECTIVE OFFERORS (APR 1984)

52.215-15 FAILURE TO SUBMIT OFFER (APR 1984)

52.215-16 CONTRACT AWARD (JUL 1990) ALTERNATE III (AUG 1991)

52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES (APR 1984)

52.222-24 PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW (APR 1984)

52.223-5 CERTIFICATION REGARDING A DRUG-FREE WORKPLACE (JUL 1990)
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000.)*

52.232-13 NOTICE OF PROGRESS PAYMENTS (APR 1984)

52.247-47 EVALUATION F.O.B. ORIGIN (APR 1984)

252.204-7001 COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (DEC 1991)

252.227-7019 IDENTIFICATION OF RESTRICTED RIGHTS COMPUTER SOFTWARE (APR 1988)

252.227-7028 REQUIREMENT FOR TECHNICAL DATA REPRESENTATION (OCT 1988)

L- AVAILABILITY OF SPECIFICATIONS, STANDARDS AND DESCRIPTIONS (MAR 1992)

The Acquisition Management Systems and Data Requirements Control List, DoD Directive 5000.19-L, Volume II, may be ordered on the DD Form 1425. The Department of Defense Index of Specifications and Standards (DODISS) may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C., 20402. When requesting a specification or standard, the request shall indicate the title, number, date, and any applicable amendment thereto by number and date. When requesting a data item description, the request shall cite the applicable data item number set forth in the solicitation. When DD Form 1425 is not available, the request may be submitted in letter form, giving the same information as listed above, and the solicitation or contract number involved. Such request may also be made by Telex 834295, Western Union No. 710-670-1685.

Customers with an approved Telephone Order Entry System (TOES) can place orders on telephone (215) 697-1187 thru 1195. To use TOES you must first obtain a customer number. If you have already used the Navy Print on Demand System (NPODS), a customer number was assigned and was shown on the shipping invoice or the status letter. If you have not been assigned a customer number and your request is urgent, you may obtain one from the Special Assistance Desk (215) 697-2667/2179.

When placing an order utilizing TOES, you must use a touch tone telephone.

Specifications, standards, and descriptions cited in this solicitation are available as indicated below:

Standardization Document Order Desk
Bldg 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5098

(a) Commercial Specification, Standards, and Descriptions. These specifications, standards and descriptions are not available from Government sources. They may be obtained from the publishers.

(b) Ordnance Standards, Weapons Specifications, and NAVORD OSTD Pages. OS (Ordnance Standard), WS (Weapon Specifications), and NAVORD OSTD 600 pages may be obtained by submitting a request of DD Form 1425 to:

Commanding Officer
Naval Ordnance Station
Code 80
Crane Divn
Naval Service Warfare Center
South Side Drive
Louisville, Kentucky 40210-5001

(c) Ordnance Documents, OD (Ordnance Document) may be obtained by submitting a request on DD Form 1425 to:

PRIMARY POINT OF CONTACT
Standardization Document Order Desk
Bldg 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5098

SECONDARY POINT OF CONTACT
Commanding Officer
Navy Ships Weapons Systems Engineering
Station Repository (NSWSES)
Code 5H31
Port Hueneme, California 93043
(805) 982-2932

Paragraphs d, e, f and g apply to those items for which SPCC, Code 8732 is the contract issuing office.

(d) Requests for "Official Use Only" and NOFORN documents must identify the Government Contract number and must be submitted via the cognizant Defense Contract

Management Command (DCMC) office for certification of need for the document. If you do not have a contract, but need a document to prepare a bid, requests must be submitted via SPCC Code 87322 for certification of need for the document.

(e) NOFORN Military Specifications and Standards (including Amendments, Change Notices and Supplements, but NOT Interim Changes.)

Commander
Naval Sea Systems Command
Code 09T1
Navy Department
Washington, D.C. 20362-5101

Specific justification of need is required with requests within this category.

(f) Publications Assigned NAVSEA Documents and Identification Numbers (especially NAVSEA Welding Standard, NAVSEA 250-1500-1) to be ordered from:

Commanding Officer
Navy Ships Parts Control Center
Code 009
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

(g) Interim Changes and Classified Specifications shall be obtained by submitting a request on DD Form 1425 to SPCC, Code 8732.

NOTE: The solicitation or award number for which the documents in paragraph d, e, f or g above are required and shall be cited in the DD Form 1425. For SPCC, these document numbers run in the following formats:

Contract No. N00104-90-C(or D)-B078
Pur. Order No. N00104-90-M(or W,P,V)-9269
IFB No N00104-90-B-A756
RFP No. N00104-90-R-7854
RFQ No. N00104-90-Q-9854

The last four digits are different for each solicitation or award. Unless such a document is cited, your request will not be honored.

**L- AVAILABILITY OF NAVSEA UNIQUE DATA ITEM (UDIDS) AND DEPARTMENT OF DEFENSE DATA ITEM DESCRIPTION (DID) (AUG 1987)**

(a) Ordering Procedures for AMSDL DOD Listing 5000.19-L Volume II and Data Item Descriptions (DIDs) listed therein. The AMSDL and all the Data Item Descriptions (DIDs) and Unique Data Item Descriptions (UDIDs) listed herein are stocked at the Naval Publications and Forms Center (NPFC) Philadelphia, Pennsylvania. Request for individual DIDs, UDIDs, or the AMSDL will be honored from Private Industry and Individuals. Request can be initiated by telephone, mail in any form, or bearer. However, it is preferred that requestors use the simplified Specifications and Standards Requisition Form (DD Form 1425). This order form includes a gummed label for pre-addressing by the requested and will insure more efficient processing of requests. The DD Form 1425 is available through form supply channels of the cognizant Military act activity. Once a customer orders the AMSDL or any DID listed therein, he will be automatically provided by NPFC with sufficient blank forms to continually reorder in the preferred manner. All types of request should be submitted in the following manner.

Indicate complete mailing address, including zip code.
Indicate quantity of AMSDL, DIDs or Udids desired.
List the AMSDL as DOD 5000,19-L Volume 11
List the "DI or UDI" prefix, the single letter functional category and the numeric identifying number (including revision alpha when applicable)
Limit the number of line items ordered on the DD Form 1425 letter,

telephonic or telegraphic request to five (5) or less.

Urgent Requests NPFC will accept urgent requests by telephone call, telegraph, or letter. To submit a request by telephone call Area Code (215) 697-3321. Duty hours are 8AM to 4:30PM (EST) Monday through Friday; off duty telephone requests are serviced by automatic answering device seven days a week. Telephonic requests should be utilized for urgent actions only. If feasible, TELEX and Western Union messages are recommended in lieu of telephone requests. Use TELEX number 834295 or Western Union number 710-670-1685. Please include Company Name, Street Address, or Post Office Box, City, State, Country (if applicable), and Zip Code when submitting request by TELEX or Western Union. Generally, all types of request are processed within two working days. The number of line items requested must be limited to five (5) or less. Written request should be submitted to:

Commanding Officer (Code 301)
Navy Publications and Forms Center
5801 Tabor Avenue
Philadelphia, Pennsylvania 19120-5099

(b) Ordering Complete Sets of Data Item Descriptions (Non-Government Activities) The Naval Publications and Forms Center (NPFC) will stock complete sets of Data Item Descriptions (DIDs) which include all Unique Data Item, Descriptions (UDIDs). Complete sets of DIDs will be provided to Private Industry and individuals for a service charge of one hundred and fifty dollars ($150.00) per set. Submit check, or money order, payable to the "Treasurer of the United States" to:

Director (Code NPA)
Navy Publications and Printing Service Office 4ND
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5098

Ordering a complete set of DIDs will not place Requestors on the Automatic Distribution Lists.

(c) Automatic Distribution (Non-Government Activities) All new and revised issuance of DIDs, UDIDs and the AMSDL and its supplement will be available by subscription to non-government activities. The subscriber will receive one (1) copy of all new and revised DIDs and UDIDs and the AMSDL and its supplements that are printed after the effective subscription date.

Request for subscription shall be accompanied by a check or money order in the amount of sixteen dollars ($16.00) for each twelve month period payable to the "Treasurer of the United States" and submitted to:

Director (Code NPA)
Navy Publications and Printing Service Office 4ND
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5098

(d) Availability of Canceled DIDs/UDIDs Single copies of canceled/superseded DIDs or UDIDs required by private industry in fulfillment of contractual obligations may be obtained from the Director, Navy Publications and Printing Service Office, FOURTH Naval District, Philadelphia, Pennsylvania 19111, upon certification of the need by the appropriate contracting officer.

When ordering any of the above, identify by title, number and date. Indicate revisions number and date. Cite this solicitation number.

AXION 0144

. --PERIOD FOR ACCEPTANCE OF OFFER (NSPCC) (NOV 1992)

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of offers.

(b) The provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of 120 calendar days.

(d) In the space provided immediately below, offerors may specify a longer acceptance period other than the Government's minimum requirement.

The offeror allows the following acceptance period:

_______________calendar days.

(e) The offeror agrees to execute all that it has undertaken to do, in compliance with its offer, if that offer is accepted in writing within (1) the acceptance period stated in paragraph (c) above, or (2) any longer acceptance period stated in paragraph (d) above.

52.212-7 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (MAY 1986)

Any contract awarded as a result of this solicitation will be a ( ) DX rated order; ( X ) DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 350), and the Contractor will be required to follow all of the requirements of this regulation.

2.233-2 SERVICE OF PROTEST (NOV 1988)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) or the General Services Administration Board of Contract Appeals (GSBCA), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgement of receipt from

Counsel for the Navy Ships Parts Control Center
Code 008
5450 Carlisle Pike
P. O. Box 2020
Mechanicsburg, PA 17055-0788

(b) The copy of any protest shall be received in the office designated above on the same day a protest is filed with the GSBCA or within one day of filing a protest with the GAO.

252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY (DEC 1991)

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry--Qualifying Country End Products and Supplies clause of this contract, the following supplies are duty-free entry:

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a _____FIRM-FIXED PRICE_____ contract resulting om this solicitation.

**5252.227-9401 NOTICE REGARDING THE DISSEMINATION OF EXPORT-CONTROLLED TECHNICAL DATA (JAN 1992)**

(a) Export of information contained herein, which includes release to foreign nationals within the United States, without first obtaining approval or license from the Department of State for items controlled by the International Traffic in Arms Regulations (ITARS), or the Department of Commerce for the items controlled by the Export Administration Regulations (EAR), may constitute a violation of law.

(b) For a violation of export laws, the contractor, it employees, officials or agents are subject to:

(1) Imprisonment and/or imposition of criminal fines; and

(2) Suspension or debarment from future Government contracting actions.

(c) The Government shall not be liable for any use or misuse of the information, technical data or specifications in this contract. It shall not be liable for any patent infringement or contributory patent infringement. The Government neither warrants the adequacy nor the completeness of the information, technical data or specifications in this contract.

(d) The contractor shall include the provisions of paragraphs (a) through (c) above in any subcontracts awarded under this contract.

SECTION L - **NOTICE TO BIDDERS - PRE-AWARD SURVEY**

In the event it becomes necessary to conduct a pre-award survey of your plant, you will be so notified subsequent to the opening of bids. To minimize the time necessary to conduct a survey, you should arrange to have the following information available for the survey team:

1. Copies of all drawings and specifications cited in the bid.
   a. Are all required documents available?
   b. Are all documents adequate as a legibility?

2. List of parts to be made in your plant. AXION 0146

3. List of parts to be purchased or sub-contracted.

4. Confirmed quotes for purchased or sub-contracted items which show promised delivery dates.

5. A master production plan and schedule which illustrates how you plan to meet the delivery schedule.

6. A list of special tooling, gages and special test equipment which is planned showing the lead time required to acquire each item.

7. A list of prior related and current Government contracts and the status of delivery for related contracts completed within one (1) year as well as the status for all current contracts.

8. Your plans for accomplishing the Quality Assurance requirements.

9. A copy of your management organizational chart.

10. A list of your facilities. Designate those which are planned for use under the proposed contract.

Prior to a detailed discussion of the requirements of the bid, the Government personnel shall be conducted on a tour of the plant with particular emphasis on the areas and facilities which are planned for use under this bid. This may eliminate some of the time required for specific questions.

The pre-award survey will be conducted in accordance with ASPR 1-900.

NOTE: The information on this page applies only in the event a bidder is notified that the Government will conduct a pre-award survey at his facility.

N00104-95-R-R042 PAGE 124

**L-NOTICE TO OFFERORS - ALTERNATIVES TO MILITARY SPECIFICATIONS AND STANDARDS**

The Department of Defense is committed to minimizing the incorporation of military specifications and standards and outdated federal and commercial documents in contracts, and is seeking to use alternative, tailored, or updated nongovernment specifications and standards to the maximum extent practicable to satisfy its requirements. Offerors are encouraged to identify and propose alternatives to those military, federal or commercial specifications and standards which are incorporated in this solicitation. Such alternatives will be considered by the government during the source selection.

AXION 0147

**M -SINGLE AWARD FOR ALL ITEMS (JAN 1992) (NAVSUP)**

( X ) Due to the interrelationship of supplies and/or services to be provided hereunder, the Government reserves the right to make a single award to the offeror whose offer is considered in the best interest of the Government, price and other factors considered. Therefore, offerors proposing less than the entire effort specified herein may be determined to be unacceptable.

( ) Alternate I

Subject to the provisions contained herein, award shall be made to a single offeror for all subline items within each contract line item. Offers must include each subline item listed within a line item. Failure to do this shall be cause for rejection of the offer for that particular line item.

( ) Alternate II

(a) Award will be made to a single offeror on each entire lot.
(b) For the purpose of evaluating offers, each lot indicated below will be considered as a single item and will be awarded only as a unit:

| LOT NUMBER | ITEM NUMBER |
|---|---|

(c) The offeror must propose on all items in a lot to be eligible for award of that lot. Award will be made to the responsible offeror proposing the lowest aggregate price for each lot as designated above; however, the Government reserves the right to award by item within any lot when the contracting officer determines that it is advantageous to the Government.

**M ---EVALUATION AND AWARD (NSPCC) (JAN 1993)**

(a) The unit prices for the line items listed in Section B will be multiplied by the quantities or estimated quantities for those items to obtain extended prices. All extended item prices will be summed to determine the Evaluated Low Offer.
(b) Award will be made to that responsible offeror whose offer conforms with all the requirements of the solicitation and whose evaluated price is low.
(c) If this solicitation contains a clause entitled "DISCOUNT LIMITATION", discounts shall be evaluated in accordance with the provisions of that clause.

**M---EVALUATION-RENT FREE USE OF GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992) (NAVSUP)**

To eliminate any competitive advantage arising from the use of Government production and research property on a rent-free basis, an evaluation factor will be applied to the offer involving such rent-free use. The evaluation factor shall be determined by prorating the rent between the proposed contract and the other work utilizing such property, as prescribed in FAR 45.205, to find the prorate share applicable to the proposed contract. Offerors offering rent-free use shall provide information as to total rental charges for a period equivalent to the free rental period as well as an estimate of the required usage of the property in the performance of the contract.

**252.219-7006 NOTICE OF EVALUATION PREFERENCE FOR SMALL DISADVANTAGED BUSINESS CONCERNS (MAY 1994)**

(a) Definitions.

"Historically black colleges and universities," as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR Section 608.2. (The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.)

"Minority institutions," as used in this clause, means institutions meeting the requirements of (Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)). The term also include Hispanic-serving institutions as defined in Section 316(b)(1) of such Act (20 U.S.C. 1059C(b)(1)).

"Small disadvantaged business concern," as used in this clause, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively.

"United States," as used in this clause, means the United States, its territories and possessions, the Commonwealth of Puerto Rick, the U.S. Trust Territory of the Pacific Islands, or the District of Columbia.

(b) Evaluation preference.

(1) Offers will be evaluated by adding a factor of ten percent to the price of all offers, except--

(i) Offers from small disadvantaged business concerns, which have not waived the preference;

(ii) Offers from historically black colleges and universities or minority institutions, which have not waived the preference;

(iii) Otherwise successful offers of--

(A) Eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded;

(B) Qualifying country end products (as defined in the Defense Federal Acquisition Regulation Supplement clause at 252.225-7001, Buy American Act and Balance of Payments Program); and

(iv) Offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The ten percent factor will be applied on a line item by line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation will be applied before application of the ten percent factor. The ten percent factor will not be applied if using the preference would cause the contract award to be made at a price which exceeds the fair market price by more than ten percent.

(c) Waiver of evaluation preference.

A small disadvantaged business, historically black college or university, or minority institution offeror may elect to waive the preference, in which case the ten percent factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) do not apply to offers which waive the preference.

____ Offeror elects to waive the preference

(d) Agreements.

(1) A small disadvantaged business concern, historically black college or university, or minority institution offeror, which did not waive the preference, agrees that in performance of the contract, in the case of a contract for--

(i) Services, except construction, at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern.

(ii) Supplies, at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern.

(iii) General construction, at least 15 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern.

(iv) Construction by special trade contractors, at least 25 percent of the cost of the contract, excluding the cost of materials, will be

performed by employees of the concern.

(2) A small disadvantaged business, historically black college or university, or minority institution regular dealer submitting an offer in its own name agrees to furnish in performing this contract only end items manufactured or produced by small disadvantaged business concerns, historically black colleges or universities, or minority institutions in the United States, except, as provided in Section 8051 of Pub. L. 103-139, for contracts awarded during fiscal year 1994, a small disadvantaged business manufacturer or regular dealer owned by an Indian tribe, including an Alaska Native Corporation, agrees to furnish only end items manufactured or produced by small business concerns in the United States.

(3) Upon request, a historically black college or university or minority institution offeror will provide the Contracting Officer evidence that it has been determined to be an HBCU or MI by the Secretary of Education.