N00104-95-R-K042 PAGE 12.

5252.215-9401 EVALUATION OF FIRST ARTICLE TESTING (JAN 1992)

(a) Offerors are advised that clause 52.209-3 requires first article testing. This requirement may be waived by the contracting officer when supplies identical or similar to those called for have previously been delivered by the offeror and accepted by the Government. Therefore, offerors can submit alternative offers, one including testing and approval and the other excluding testing and approval. If the Government waives the requirement for first article unit(s), test plans, testing and test report(s) for eligible offerors the price set forth in Section B under first article will not be included in the total contract price or any resulting contract. In addition, all provisions relating to first article testing will be deleted from the resulting contract.

(b) Offerors shall identify these identical or similar supplies by the contract number, agency, contract award date, and contract delivery date.

| Contract Number | Agency | Contract award date | Contract delivery date |
| --- | --- | --- | --- |

AXION 0151

(c) ( ) The Government is responsible for first article testing under this contract. The cost to the Government of this testing will be a factor in the evaluation of offers, as it will be added to the offers requiring first article testing. The estimated cost of this testing is $__________

(X) The contractor is responsible for first article testing under this contract.

(d) The approved first article WILL serve as a manufacturing standard.

(e) Earlier delivery, if required in case of waiver of first article, shall not be a factor in the evaluation for award.

(f) The prices for first articles and first article tests in relation to production quantities shall not be materially unbalanced, if first article test items or tests are to be separately priced.

N00104-45-R-K042 PAGE 129

AXION 0152

**SECTION M**

**NOTE:** FOR FREIGHT EVALUATION, A UNIT WEIGHT (INCLUDING PACKAGING ) OF 0.20 LBS. WILL APPLY.

NO 1-95-R-K042 PAGE 130

5252.210-9000

## C-OZONE DEPLETING SUBSTANCES

"The use of Class I Ozone Depleting Substances (ODS) is not required by the Automated Data List (ADL) 53711-5355797-but is optional in some specifications listed as part of the ADL. This optional use of ODS should be disregarded. No Class I ODS material shall be used in fulfillment of the contract requirements.

AXION 0153

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | ID Code | Page of Pages 1 | 2

| | | | |
|---|---|---|---|
| 2. Amendment/Modification No. P00021 | 3. Effective Date NOV 12 2002 | 4. Requisition/Purchase Req. No. N49935-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104<br>Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.06<br>PO Box 2020 Bldg 410<br>Mechanicsburg, PA 17055-0788<br>Phone/E-mail: 717-605-2027 john_j_korab@icpmech.navy.mil | | 7. Administered By (If other than Item 6) CODE S0101A<br>DCMA BIRMINGHAM<br>2121 8TH AVE., N. ROOM 104<br>BIRMINGAM AL 35203-2376 | |

EXHIBIT 2

| | | |
|---|---|---|
| 8. Name and Address of Contractor (No., Street, County, State, and Zip)<br>AXION CORPORATION<br>317 NICK FITCHEARD ROAD<br>HUNTSVILLE AL 35806 | | 9A. Amendment of Solicitation No. |
| | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. N00104-96-C-KA09 |
| Code 9X850 Facility Code | | 10B. Dated (See Item 13) 1995 Dec 07 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050 $799,000.00 (CR)
Document No: N4802902WX1B004 Reference No: N0002401PD40136 Basic

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>Unilateral, Termination Issued Pursuant To FAR 52.249-8 Entitled "Default" |

E. IMPORTANT: Contractor (X) is not, ( ) is required to sign this document and return _ copies to the issuing Office. Attn:

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Item 0001 NSN 2T-1390-01-200-8338, Power Supply, PS-115

TERMINATION OF CONTRACT FOR DEFAULT.

AXION 0154

Distribution: (2) Purchase Folder (1) Contractor (1) NAVICP-M 0242.06 (1) DCMA (See Blk 7 above) ( )
(1) DFAS South Entitlement Operations (HQ0338) (1) NALC, Mechanicsburg, PA, Code: 4314A
(1) Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>M.E.Wise |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>M. E. Wise<br>(Signature of Contracting Officer) — 16C. DATE SIGNED NOV 12 2002 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 040302 modformd MasterMod.doc

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFE. .NCE NO. OF DOUCMENT BEING CONTINUED N00104-96-C-KA09/P00021 | PAGE 2 | OF 2 |
|---|---|---|---|

Contract N00104-96-C-KA09 was awarded to Axion Corporation (Axion) on December 7, 1995 for the production of ¯¯9 Power Supplies at a unit price of $23.80 for a total contract price in the amount of $1,313,974.20. The delivery date to. .xion's First Article Test Report (FATR) was 06 April 1996. That April delivery date had been extended on numerous occasions per Axion's request. Contract modification P00002 extended the delivery date of FATR to October 29, 1996. Contract modification P00004 extended the delivery date of FATR to December 29, 1996. Modification P00005 extended the delivery of FATR to May 15, 1997. Subsequently, Axion's FATR was approved on 17 May 1999. Furthermore, from the time Axion successfully passed the FATR, the delivery schedule for the production lot was modified on 5 separate occasions since Axion failed to meet its required delivery dates. In the interim, based on Axion's unilateral decision to change its manufacturing process by plating at Axion's plant in lieu of using an outside vendor as originally conducted, Axion was required to submit a second FATR. This decision was made because the results of the initial FATR were no longer reliable. Resubmission of the FATR was due on October 3, 2001. This date was changed per modification P000019 to April 23, 2002. Modification P00020 further extended delivery of the FATR to September 9, 2002. Axion submitted its second FATR by letter and five floppy disks on September 09, 2002. The Navy examined Axion's FATR and disapproved the First Article for failure to meet the requirements of Contract Data Requirements list A004 and the lack of information that would pertain to test procedures, test equipment, or data analysis that is relevant to the performance requirements. Furthermore, a total of 25 out of 66 First Article Power Supplies failed to meet the performance requirements of drawing 11744726. The Navy's letter of October 01, 2002 advised Axion of its First Article disapproval. A Show Cause letter of October 01, 2002 was also sent to inform Axion that the Navy was considering terminating the contract for default for failure to make delivery unless facts were presented, in writing, indicating that failure to perform was due to causes beyond Axion's control and without fault or negligence on Axion's part. Axion's letter of October 11, 2002 does not provide an adequate excuse for Axion's failure of the First Article thereby failing to meet the September 09, 2002 delivery schedule.

Axion is therefore advised that the Contracting Officer has determined that said default is without excusable cause, and that the contract is subject to termination for default pursuant to FAR 52.249-8 entitled "DEFAULT."

DECISION

Based on the above findings, the Contracting Officer hereby terminates contract N00104-96-C-KA09 for default; the termination is effective immediately.

There will be no re-procurement of the Power Supply, PS-115. In accordance with the terms of the Progress Payment Clause, Far 52.232-16 (Jul 1991), Axion is responsible to the Government for the repayment of progress payments in the amount of $512,365.00 remaining un-liquidated. The Government reserves all rights and remedies otherwise provided by law or under the contract.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contracting appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring forth an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months from the date you receive this decision

AXION 0155

ARMED SERVICES BOARD OF CONTRACT APPEALS

EXHIBIT 3

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Axion Corporation | ) | ASBCA No. 54125 |
| | ) | |
| Under Contract No. N00104-96-C-KA09 | ) | |

APPEARANCES FOR THE APPELLANT: Richard J.R. Raleigh, Jr., Esq.
Jerome S. Gabig, Esq.
Wilmer & Lee, PA
Huntsville, AL

APPEARANCES FOR THE GOVERNMENT: Fred A. Phelps, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Trial Attorney

ORDER OF DISMISSAL

After the Government had filed a motion to dismiss the referenced appeal as untimely, appellant, by filing dated 11 June 2003, joined in the Government's motion to dismiss. Accordingly, the appeal is dismissed without prejudice to the contractor's right to bring an action directly in the United States Court of Federal Claims.

Dated: 17 June 2003

AXION 0156

/s/Edward S. Adamkewicz
EDWARD S. ADAMKEWICZ
Recorder, Armed Services
Board of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 54125, Appeal of Axion Corporation, rendered in conformance with the Board's Charter.

Dated: JUN 17 2003

EDWARD S. ADAMKEWICZ
Recorder, Armed Services
Board of Contract Appeals

EXHIBIT 4

AXION 0157

# Storage Reliability of Reserve Batteries

Jeff Swank and Allan Goldberg
Army Research Laboratory
Adelphi, MD
301-394-3116
jswank@arl.army.mil

AXION 0158

# At Issue

- Items developed for munitions have a 20-year shelf life requirement over a wide temperature range
- Developers need to "prove" storage reliability
  - Actual documentation preferred
- Science can be difficult, time-consuming, and costly



Never mind how we're doing it.

# Reservoir Evolution

AXION 0159

- Army and Navy used $Pb/HBF_4/PbO_2$ reserve batteries with glass reservoirs
- Over time it was discovered that batteries became more sensitive to activation when dropped
- Glass was being attacked by the aqueous electrolyte
- Drove change to copper dash-pot design


Reservoir Evolution
AXION 0160
PS112 Ampoule
MOFA
ARL MOFA battery
(sectioned)

# A Common Approach

- Put samples in high-temperature storage
  - Rule-of-Thumb: reaction rates double with every 10°C increase
    - 1 year at 65°C = 16 years at 25°C
- Periodically pull samples and test battery performance
- Analytical work kept to a minimum

AXION 0161

# Potential Drawbacks

- Previous slide predicts aging at 25°C
- How to accelerate aging at high temp conditions?
  - Increase beyond 74°C (165°F), but risk introducing new effects or reactions
  - Increase study time
- Might miss subtle changes that indicate trouble
- Might mask problem altogether

AXION 0162

# PS115: A Case Study

- Dual-fluid, copper reservoir design
  - Fluoboric acid electrolyte
  - Methylene bromide (non-conductive, more dense)
  - Sequenced release of fluids
- Developed in 1964, used in M732 fuze starting in 1978
- Initial studies of reservoir/electrolyte materials indicated they were compatible
- Accelerated aging at 71°C (160°F) indicated no problem

AXION 0163


PS115 Section
Weight
Fluoboric Acid Ampoule
Diaphragm
Sequencer
Methylene Bromide Cartridge
Cutter Blades
Cell Stack
AXION 0164

# PS115: Problems Detected

- Production began in 1978
- Five years later, leakage was noticed in engineering samples at HDL
- Further investigation revealed that virtually every lot produced prior to Nov 1980 contained leaking batteries





AXION 0165

# PS115: Investigation Results

- Leakage started earlier and affected a larger percentage of units as temperature increased up to about 60°C (140°F)
- Beyond 60°C, incidents of leakage decreased sharply, essentially reaching zero at about 71°C (160°F)
- Methylene bromide fueled a complex series of reactions with the other reservoir materials
- Above 71°C, increased solubility of copper salts prevented the unique circumstances that caused pitting corrosion and leakage
- High-temp bake-out of reservoir was initial "cure"

AXION 0166

# A Better Approach

AXION 0167

- Store at at least three temperatures
  - determine reaction rates
  - detect changes in behavior
- Use analytical chemistry and optical techniques to measure physical changes
- Determine what is happening, and how fast



# Change in Chemistry

- Lead is pretty much history in munitions batteries
  - Environmental concerns, lack of business
  - Non-availability of some critical materials
- Lithium Oxyhalides are systems of choice
  - Good history with single-cell, glass reservoir (barrier munitions, M762 time fuze)
  - Starting to see metal reservoirs in artillery applications (MOFA)
  - Missiles use metal reservoirs
    - 10-year shelf life?
    - Treated better?

AXION 0168

# Concerns with Oxyhalide Electrolytes

- Very few materials are compatible
- *Extremely* moisture sensitive
  - Reaction products include HCl, $SO_2$, $Cl_2$, $H_2SO_4$
- Some additives/constituents can cause problems
- Can also be affected by light and heat
- Issues have been raised on several current programs
  - Solid forming in electrolyte?

AXION 0169

# From the Literature

- *Generally speaking*, several metals exhibit good corrosion resistance to neutral electrolytes ($LiAlCl_4$ in thionyl chloride and sulfuryl chloride)
- Using $AlCl_3$ creates a much more corrosive environment (acid electrolyte)
- Of concern in metal containers:
  - heat-treated (welded) areas
  - stressed areas
  - crevice regions
  - metal couples

AXION 0170


Some Lessons
• General information is nice, but best to evaluate specific designs
• Great care is required to collect and prepare samples for analysis
• Electrolyte additives should be thoroughly studied prior to implementation
AXION 0171

# Recommendations

- Start thorough compatibility studies as early as possible, using representative hardware
- Assume studies will take some time and careful planning and execution; quick results likely to be bad news
- Need to understand potential failure mechanism(s): PS115

AXION 0172

# ARL's Contribution

- Retain in-house Government expertise
- Support contractor's development efforts
- Conduct complementary testing and analysis
- Work to ensure the product meets the Government's requirements
  - Need to independently assess the proposed technology
  - Government needs to be an educated buyer

AXION 0173