IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AXION CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2644C |
| | ) | (Judge Firestone) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Douglas K. Mickle as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas K. Mickle
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: December 1, 2003

s/Douglas K. Mickle
Douglas K. Mickle
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 514-7300
Fax: (202) 307-0972

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on December 1, 2003, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle