IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AXION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2644C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Firestone) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 30 days, to and including February 4, 2003, to respond to plaintiff's complaint. This is defendant's first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion; plaintiff's counsel has informed the United States that Axion Corporation does not oppose this motion for enlargement.

The United States requests this enlargement of time because counsel for defendant was recently assigned this case and he needs additional time to become familiar with the issues raised in the complaint. Additionally, agency counsel for the Department of the Navy was not officially notified of the complaint until December 3, 2003, and will need this additional time to provide assistance to counsel for defendant in preparing the United States' response. Accordingly, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Attorneys for Defendant

OF COUNSEL:
Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

December 9, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 9, 2003, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle