# In the United States Court of Federal Claims

**NOTICE**

**AXION CORPORATION**

**No. 03-2644 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., December 10, 2003**

To Attorney of Record, Assistant Attorney General, and Judge Firestone:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed December 9, 2003, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk