# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| AXION CORPORATION, | * | |
| Plaintiff, | * | No. 03-2644C |
| v. | * | January 6, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

This case has been referred to us for Alternative Dispute Resolution. The JPSR has not been filed, and that typically triggers the ADR process. However, counsel are advised that we are available at any time to discuss the merits of this case, and possible means of resolving it short of further litigation. If counsel wish to meet with the court, they should agree on a time and notify Ms. Fitzsimmons at 202/219-9573 at their convenience.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge