# In the United States Court of Federal Claims

**No. 03-2644C**
**(Filed: March 31, 2004)**

* * * * * * * * * * * * * * * * *
*
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**STATUS CONFERENCE ORDER**

The court hereby **SCHEDULES** a joint preliminary status conference for **Friday, April 16, 2004, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff (256) 533-0202; counsel for defendant (202) 307-0383. In addition, agency counsel will participate in the status conference and will be reached at (717) 605-4123.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge