# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: April 22, 2004)**

* * * * * * * * * * * * * * * * *
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * *

## ORDER TO CONSOLIDATE CASES

As discussed during the Friday, April 16, 2004 status conference, and with the agreement of the parties, cases No. 03-2644C and No. 04297C are hereby **CONSOLIDATED**. All future filings shall be filed under the lead case, Axion Corporation v. United States, No. 03-2644C.

In order to expedite resolution of the case, the parties shall limit discovery at this time to facts surrounding the issue of Accord and Satisfaction. In addition, Judge Hodges shall be the Alternative Dispute Resolution Judge assigned to this consolidated case. Judge Christine O. C. Miller will no longer serve as an Alternative Dispute Resolution Judge in this matter. The parties shall schedule a meeting with Judge Hodges by **Friday, May 21, 2004**. The parties should limit their discussion with Judge Hodges to the issue of Accord and Satisfaction at this time.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: Judge Hodges
Judge C. Miller