# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: April 22, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## STATUS CONFERENCE ORDER

The court hereby **SCHEDULES** a status conference for **Friday, June 11, 2004, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff (256) 533-0202; counsel for defendant (202) 307-0383. In addition, agency counsel will participate in the status conference and will be reached at (717) 605-4123.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Hodges