# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: June 7, 2004)**

* * * * * * * * * * * * * * * * *
**AXION CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**STATUS CONFERENCE ORDER**

The status conference originally scheduled for Friday, June 11, 2004, at 10:30 a.m. eastern time is **RESCHEDULED** for **Tuesday, June 22, 2004 at 12:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff (256) 533-0202; counsel for defendant (202) 307-0383. In addition, agency counsel will participate in the status conference and will be reached at (717) 605-4123.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Hodges