**No. 03-2644C**
**(Filed: June 23, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER STAYING LITIGATION AND STATUS CONFERENCE ORDER**

Based on the representations of the parties that their initial discussion with ADR Judge Hodges has been successful, and that they desire to continue to speak with Judge Hodges about the issue of accord and satisfaction as well as other issues, the court hereby orders this litigation **STAYED** until **Friday, September 10, 2004**. If, by **Friday, September 10, 2004**, the parties have not informed the court that they have reached a settlement in principle, the parties shall appear for a status conference.

Counsel for each party shall appear via telephone and, unless the court is otherwise notified counsel shall will be contacted at the following numbers: counsel for plaintiff (256) 533-0202; counsel for defendant (202) 307-0383. In addition, agency counsel will participate in the status conference and will be reached at (717) 605-4123.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Hodges