# In the United States Court of Federal Claims

* * * * * * *

AXION CORPORATION, *

Plaintiff, * No. 03-2644C, 04-297C (ADR)

v. * Filed: July 1, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties are interested in solving this case through ADR procedures. They have agreed to submit their settlement positions and other relevant materials to chambers as soon as possible, but no later than July 30. We will contact the parties upon receipt of these materials to arrange a time to meet in Alabama. We appreciate the parties' cooperation, and their willingness to consider efficient alternatives to further litigation.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge