# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| AXION CORPORATION, | * | |
| Plaintiff, | * | No. 03-2644C, 04-297C (ADR) |
| v. | * | Filed: August 24, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

We have not heard from the parties concerning any interest in discussing means of settling this case in Alabama or elsewhere. We ask that counsel advice the court whether they wish to schedule additional proceedings.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge