# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: September 10, 2004)**

*** * * * * * * * * * * * * * * * ***

**AXION CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

**ORDER STAYING LITIGATION AND STATUS CONFERENCE ORDER**

Based on the representations of the parties that their discussions with ADR Judge Hodges have been successful, and that they desire to continue to speak with Judge Hodges about the issue of accord and satisfaction as well as other issues, the court hereby orders this litigation **STAYED** until **Friday, November 5, 2004**. If, by **Friday, November 5, 2004**, the parties have not informed the court that they have reached a settlement in principle, the parties shall submit by that date a Joint Status Report in which they propose a discovery and briefing schedule on the issue of accord and satisfaction.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Hodges