**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Nos. 03-2644C & 04-297C** |
| **v.** | ) | **CONSOLIDATED** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

The United States, on behalf of both parties, and with the consent of plaintiff, Axion Corporation, respectfully submits the following status report pursuant to the Court's order dated September 10, 2004.[1]

In that order, the Court stayed the case until November 5, 2004 so the parties could continue settlement discussions with the ADR judge. The Court's order also stated that, if the parties have not reached a settlement in principle, the parties shall submit by that date a status report in which they propose a discovery and briefing schedule on the issue of accord and satisfaction.

The parties have been in discussion since that order was issued, and have continued to participate in the ADR process. To date, the parties have not reached a settlement that resolves this matter short of litigation. However, the parties still desire to continue with the ADR process, and request the Court approve an additional stay of sixty days so the parties can conclude the process.[2]

The parties believe that at the conclusion of this time period, the parties will be in a better position to inform the Court whether: 1) the Government plans to file a dispositive motion seeking to dismiss all or parts of Axion's claim, 2) or, the parties would like more time to

---

[1] Counsel for Axion has reviewed this status report and agrees with its contents.

[2] The Government currently has a meeting scheduled with Judge Hodges on November 30, 2004 to discuss its case with him. The scheduling of this date was dictated by trial schedules and the Federal holidays in November.

discuss settlement because the parties believe they will be able to resolve this matter short of litigation.

If the ADR process does not resolve this matter, the parties do not believe an extended period of discovery will be needed. Discovery has been ongoing throughout the ADR process, and the parties believe they will have sufficient information to file motions upon the issue of accord and satisfaction with only a limited period of discovery .

Accordingly, the United States, upon behalf of all parties, respectfully requests that the Court issue an order that establishes the following schedule:

| | |
|---|---|
| January 7, 2005 | ADR concludes. |
| February 28, 2005 | Discovery closes. |
| March 31, 2005 | Government files its motion for summary judgment upon the issue of accord and satisfaction. |

The remaining dates of the briefing schedule will adhere to response times set forth in the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

DATED: November 5, 2004 Attorneys for the Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 5, 2004, a copy of the foregoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle