# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: November 15, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court is in receipt of the status report, filed on November 5, 2004 by defendant on behalf of the parties, indicating that the parties request additional 60 days within which to conclude ADR process. Accordingly the parties shall conclude the ADR process by January 7, 2005. The parties shall file a joint status report regarding the outcome of the ADR process by January 14, 2005. Discovery shall conclude on February 28, 2005. Should the litigation not be settled defendant's motion for summary judgment on the issue of accord and satisfaction shall be filed by March 31, 2005.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge