**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Nos. 03-2644C & 04-297C** |
| **v.** | ) | **CONSOLIDATED** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

The United States, on behalf of both parties, and with the consent of plaintiff, Axion Corporation, respectfully submits the following status report pursuant to the Court's order dated November 15, 2004.[1]

In that order, the Court stayed the case until January 14, 2005 so the parties could continue settlement discussions with the ADR judge. The Court's Order also stated that, if the parties have not reached a settlement in principle, the parties shall file a status report that informs the Court of the outcome of the ADR process.

The parties have been in discussion since that order was issued, but have not been able to reach a settlement that resolves this matter. The parties intend to continue their settlement discussions, and will promptly advise the Court if any resolution is reached. However, as this matter has not been resolved, pursuant to the Court's November 15, 2004 Order, the Government will file its motion for summary judgment upon the issue of accord and satisfaction on or before March 31, 2005. The parties also acknowledge in the Court's Order that discovery closes on February 28, 2005. The parties have additional depositions that they intend to take, including the deposition of the plaintiff. However, presently the parties believe they will be able to complete discovery on or before the original discovery deadline.

---

[1] Counsel for Axion has reviewed this status report and agrees with its contents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

DATED: January 13, 2005

Attorneys for the Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 13, 2005, a copy of the foregoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle