# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: January 19, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court is in receipt of the status report, filed on January 13, 2005 by defendant on behalf of both parties, indicating that the parties intend to continue settlement discussions and will advise the court if any resolution is reached.

Because the parties have not yet reached a settlement, however, the court orders as follows:

(1) Discovery shall close by February 28, 2005;

(2) The Government shall file a motion for summary judgment on the accord and satisfaction issue by March 31, 2005.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge