# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: February 18, 2005)**

* * * * * * * * * * * * * * * * *
**AXION CORPORATION,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

The court hereby **SCHEDULES** a status conference for **Thursday, March 10, 2005, at 10:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (256) 533-0202; counsel for defendant at (202) 307-0383.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge