# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: March 10, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

As discussed at the telephone status conference held on March 10, 2005, the court orders as follows:

The government's motion for summary judgment on the issue of accord and satisfaction shall be due by **Monday, April 11, 2005**. The plaintiff's response and the government's reply shall be filed in accordance with the Court's rules.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge