Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX
VOLUME I, PAGES 1 - 31

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

April 11, 2005

# INDEX TO APPENDIX

Document

Contract Number N00104-96-C-KA091 . . . . . . . . . . 1

Contract Modification P00001- P00021 . . . . . . . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . . . . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . . . . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . . . . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . . . . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . . . . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . . . . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . . . . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . . . . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Solicitation of Axion: Regarding Solicitation (Dated December, 4, 1995) . . . . . . . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . . . . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . . . . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996)180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996)....................182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point : Regarding N00104-96 CKA09 (Dated April 15, 1997) . . . . . . . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion : Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Date September 18, 2001) . . . . . . . . . . . . . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208(a)

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

AWARD/CONTRACT (10/95) J | 1. CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING .6 | PAGE OF PAGE 1 6

2. CONTRACT (Procurement No.) N00104-96-C-KA09

3. EFFECTIVE DATE 95 DEC 07

4. REQ/PURCHASE NO. N49935-95-N-A004

5. ISSUED BY: CODE N00104

NAVAL INVENTORY CONTROL POINT-MECHANICSBURG
P O BOX 2020
MECHANICSBURG, PA 17055-0788
BUYER:

6. ADMINISTERED BY: SCD: C CODE: S0101A
(If other than Item 5)
DCMAO BIRMINGHAM
2121 8TH AVE., N. ROOM 104
BIRMINGHAM, AL 35203-2376
PAS: S0101AS805APN

7. NAME AND ADDRESS OF CONTRACTOR (No,street,county,State and Zip code)

AXION CORP.
317 NICK FITCHEARD RD.
HUNTSVILLE, AL 35806

J 7KC GIR

CODE: 9X850 FACILITY CODE:

8. DELIVERY
X FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30 DAYS

10. SUBMIT INVOICES(4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR: CODE:

SEE SCHEDULE

12. PAYMENT WILL BE MADE BY: CODE: SC1020
DFAS-COLUMBUS CENTER
DFAS-CO/JSA/SOUTHEAST
P.O. BOX 182225
COLUMBUS, OH 43218-2225

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
10 USC2304(c) [ ] 41 USC 253(c) [ ]

14. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

CONFIRMING PRELIMINARY NOTICE OF AWARD DATED 95 DEC 07

| | | | |
|---|---|---|---|
| (4) Purchase Folder | ( ) NAVICP-M 0241.17 | NAVICP-M 05021 | NAVICP-M 02521 (BR) |
| (1) NAVICP-M 02522 | (1) NAVICP-M 0252 | (1) DFAS (Blk 12) | NAVICP-M 006 |
| NAVICP-M 0541 | (1) NAVICP-M 0143 | NAVICP-M 8454 | (1) NAVICP-M 0242.6 |
| NAVICP-M 0142 | (1) Contractor | (5) CAO (Blk 6) | |

(1) OFFICER IN CHARGE, ATTN: CODE 61JV, NAVAL ORDNANCE CENTER (IMSO), P.O. BOX 2011, MECHANICSBURG, PA 17055-0735
(1) COMMANDING OFFICER, ATTN: CODE 4025, NAVAL SURFACE WARFARE CENTER, CRANE DIVISION, CRANE, IN 47522-5000

MASTER COPY

DEC 2 0 1995 jk

DO NOT REMOVE THIS COPY

DUPLICATE ORIGINAL

15G. TOTAL AMOUNT OF CONTRACT $ 1,313,974.20

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. CONTRACT'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office). Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herin. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract (b) the solicitation, if any and (c) such provisions representations certifications and specifications, as are attached or icorporated by reference herein. (Attachments are listed herein)

18. AWARD (Contractor is not required to sign this document). Your offer on Solicitation No. N00104-95-R-K042 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
J. SINCAVAGE

19B. NAME OF CONTRACTOR
BY
(Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED 12-14-95

NSN 7540-01-152-8069
Previous Edition unusable

FAR (48CFR) 53.214(A)

Standard Form 26 (REV 4-85)
Prescribed by GSA

6 [handwritten] 15...95 (19)

CONTINUATION SHEET
(OPTIONAL FORM 336)

N00104-96-C-KA09

2 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | AMENDMENT NO.(S) 0001 IS MADE A PART OF THIS AWARD. | | | | |
| 0001 | NSN 2T 1390-01-200-8338 POWER SUPPLY, PS-115 IAW ADL 53711-5355797 AND ALL ASSOCIATED DRAWINGS SPECIFICATIONS | | | | |
| 0001AA | SAME AS ITEM 0001 ACRN: AA | 55,209 | EA | 23.80 | 1,313,974.20 |
| 0001AB | SAME AS ITEM 0001 FIRST ARTICLE (PREPRODUCTION) SAMPLES. (SEE FAR CLAUSE 52.209-3) | A/R | EA | NSP | XXX |
| 0001AC | SAME AS ITEM 0001 PRODUCTION LOT (PERIODIC) SAMPLES CONTRACTOR DESTRUCTIVE TESTING | A/R | EA | NSP | XXX |
| 0001AD | TECHNICAL DATA (SEE DD 1423) | A/R | -- | NSP | XXX |
| 0002 | SAME AS ITEM 0001 (PROSPECTIVE OPTION QUANTITY UP TO 100%) | 55,209 | EA | 23.80 | |
| | 1. THE OPTION VALIDITY PERIOD IS 210 DAYS AFTER DATE OF GOVERNMENT NOTIFICATION OF FIRST ARTICLE TEST APPROVAL. | | | | |
| | 2. PROGRESS PAYMENTS SHALL NOT EXCEED (10) PERCENT OF THE TOTAL CONTRACT PRICE PRIOR TO APPROVAL OF THE FIRST ARTICLE TEST, PROVIDING FIRST ARTICLE TESTING IS REQUIRED. | | | | |

36-108 (REV 12-67)

SECTION F - DELIVERIES

FIRST ARTICLE REQUIRED

| LINE ITEM | QUANTITY | DELIVERY SCHEDULEQ | CONSIGNEE |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | N60036 |
| 0001AA | 5,209 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |

DESTINATION:

COMMANDING OFFICER (N60036)
ATTN: WQEC CODE 30 (GENE CAUTHINS)
NAVAL WEAPONS STATION
CONCORD, CA 94520-5000

SHIPMENT/PERFORMANCE NOTICE DISTRIBUTION - THE COGNIZANT DCASR PAYMENT OFFICE SHALL PROVIDE AUTOMATED SHIPMENT/PERFORMANCE NOTICE (PJJ CARD) TO THE NAVY SHIPS PARTS CONTROL CENTER, CODE 851, MECHANICSBURG, PA 17055-0788 DOD ADDRESS CODE N00104 (ROUTINE ID CODE NCB), (COMMUNICATIONS ID RUEDNAA), IN SUPPORT OF THE CONVENTIONAL AMMUNITION INTEGRATED MANAGEMENT SYSTEM (CAIMS).

FA - FIRST ARTICLE
DACA - DAYS AFTER CONTRACT AWARD
DAAFA - DAYS AFTER APPROVAL OF F/A

E -INSPECTION AND ACCEPTANCE (NAVICP-M) (APR 1993)

( X ) 1. Inspection of supplies and packaging will be performed at the contractor location by the Contract Administration Office (CAO) unless otherwise specified below.

Manufacturing Site ( )
Manufacturing Site CAO ( )
Packaging Site ( )
Packaging Site CAO ( )

( X ) 2. Final acceptance will be performed at the contractor's location on page 1 unless otherwise specified below.

( ) Manufacturing site and CAO listed above.
( ) Packaging site and CAO listed above.
( ) Destination

( ) 3. Inspection and acceptance will be performed by the consignee at destination.

( ) 4. For transportation assistance contact NAVICP-M 0214.17, Phone (717) 790-3103.

F-DELIVERY DATE(S):

96 APR 05 (96095) - FIRST ARTICLE SAMPLES (SEE PAGE 3 FOR ADDITIONAL DELIVERIES)

G-ACCOUNTING CLASSIFICATION

| ACRN | APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | BUREAU CONT NO | SUB ALLOT NO | AUTH ACCTG ACTY | TYPE | PROPERTY ACCTG ACTY | COST CODE |
|---|---|---|---|---|---|---|---|---|
| AA | 1741507.85AC | 000 | SAS6G | 0 | 068342 | 2D | 000000 | AC8930000093 |

$1,313,974.20
REF # - N4802994RX48132
TAC: JADRZ

G -NOTE FOR CONTRACTOR/ADMINISTRATIVE CONTRACTING OFFICER (NAVICP-M) (NOV 1992)

The following indicated with an "X" in the block is applicable:

(X) When a DCMC office is shown on a Contract/Purchase Order, the Administrative Contracting Officer (ACO) is the primary point of contact and all inquiries shall initially be directed to his office for necessary action.

Inquiries and correspondence directed to the Post Award PCO should be addressed as follows:

Code ( 0242.6 )
Telephone (717) 790-2027

Telephone inquiries should be made only in cases of extreme urgency and must be confirmed in writing within 48 hours. If the inquiry involves technical questions (drawing, specification, etc.) inquiry should be submitted in accordance with the procurement specification.

( ) NOTE FOR CONTRACTORS FURNISHING LEVEL I/SUBSAFE MATERIAL:

Material certifications must be addressed to the Post Award Procurement Contracting Officer. Mailing envelope must be plainly marked "DELIVER UNOPENED TO CODE ( ), POST AWARD PCO.

( ) NOTE FOR NAVY REQUISITIONING AND NAVY MONITORING ACTIVITIES:

Forward status and expediting inquiries to NAVICP-M, as follows:
CASREPT/OTHER - DSN 430-2460 or 2461
FBM - DSN 430-4490

**252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)**

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)**

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

(e) The contractor shall prepare:

___X___ a separate invoice for each activity designated to receive the supplies or services.

_______ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)**

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer, In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustments will be made in contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

NAME\ CODE 0242 PERSONNEL \
ADDRESS\ P.O. BOX 2020 MECHANICSBURG, PA 17055 \
TELEPHONE \ 717-790-2027 \

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | |
|---|---|---|---|---|
| 1. Contract ID Code | | | | Page of Pages: 1 \| 6 |
| 2. Amendment/Modification No. 0001 | 3. Effective Date 04/26/95 | 4. Requisition/Purchase Req. No. 95NA004 | 5. Project No. | |
| 6. Issued By CODE N00104<br>Navy Ships Parts Control Center<br>5450 Carlisle Pike<br>P.O. Box 2020<br>Mechanicsburg, PA 17055-0788<br>ATTN: 0282.2/ALA | | 7. Administered By (If other than Item 6) CODE | | |
| 8. Name and Address of Contractor (No., Street, County, State and ZIP Code) | | X | 9A. Amendment of Solicitation No. N00104-95-R-K042<br>9B. Dated (See Item 11) 95 Apr 04 | |
| | | | 10A. Modification of Contract/Order No.<br>10B. Dated (See Item 13) | |
| Code | Facility Code | | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ x ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers x is extended, ____ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning 2 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return __ copies to the issuing office. Attn: Code 02623

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Item 0001 - NSN 2T-1390-01-200-8338 Power Supply, PS-115

1. The subject solicitation closing date is hereby extended from 4:00 P.M. 5/19/95, to, 4:00 P.M. 6/9/95.

2. <u>Section B - Supplies/Services</u> - Add: (Beginning Page 2)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7430-01-152-8070 30-105 (SPCC OVPT) (LOCAL) DDL1 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-95-R-K042 | PAGE 2 | OF 6 |
|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Same as Item 0001 (Prospective Option Quantity Up To 100%) | | | | |

| Stepladder Qty: | Unit Price: |
|---|---|
| 80,001 to 90,000 | (*) $______ |
| 70,001 to 80,000 | ______ |
| 60,001 to 70,000 | ______ |
| 50,001 to 60,000 | ______ |
| 40,000 to 50,000 | ______ |

NOTES:

1)If no unit prices are submitted for Item 0002, the unit price submitted for Item 0001 will be considered the unit price for Item 0002 (all stepladder quantities). Offerors are encouraged to supply a unit price for each stepladder quantity shown above. Failure to do so could result in an option exercise for a relatively small quantity at the basic contract unit price.

2) Any exception to the option may rendor your offer unacceptable.

3) For evaluation purposes, the price submitted for the largest stepladder quantity (*) will be utilized. This in no way limits the Government's ability after award to exercise a partial option at the appropriate step-ladder unit price.

36-108 (SPCC OVPT A) (REV 12-67) (WP5.1DD rev6/93wl)

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-95-R-K046 | | | PAGE 3 | OF 6 |
|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| | NOTES: Continued -<br><br>4) The option validity period is 300 days after date of Government notification of First Article Test Approval or 300 days after date of contract when First Article Test is not required.<br><br>5) Offerors are hereby advised that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are not authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.<br><br>6) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required. | | | | |

(SPCC OVPT A) (REV 12-67) (WP5.1DD rev6/93wl)

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-95-R-K042 | | | PAGE 4 OF 6 | |
|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| | NOTES: Continued -<br><br>7) The following clauses are hereby incorporated in full text:<br><br>a. 5252.243-9400 Authorized Changes Only By The Officer (See Page 5 of 6)<br>b. 5252.233-9400 Choice Of Laws (See Page 6 of 6)<br><br>8) The following clauses are hereby deleted from the Solicitation:<br><br>a. 252.225-7006 Buy American Act Trade Agreement Act - Balance Of Payment Program<br>b. 252.225-7007 Trade Agreement Act | | | | |

(SPCC OVPT A) (REV 12-67) (WP5.1DD rev6/93wl)

**5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)**

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer. In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

**NAME** Mr. John Korab

**ADDRESS** Navy Ships Parts Control Center

**TELEPHONE** 717-790-2027

**5252.233-9400 CHOICE OF LAWS (JUN 1994)**

This contract shall be construed and interpreted in accordance with the substantive laws of the United States of America. By the execution of this contract, the contractor expressly agrees to waive any rights to invoke the jurisdiction of local national courts where this contract is to be performed and agrees to accept the exclusive jurisdiction of the Armed Services Board of Contract Appeals and the United States Claims Court for the hearing and determination of any and all disputes that may arise under the Disputes clause.

| SOLICITATION, OFFER AND AWARD (REV. 2/93)(RFP AMMO) | 1. THIS CONTRACT IS A RATED ORDERED UNDER DPAS (15 CFR 700)► | RATING D O-A6 | PAGE OF PAGES 1 \| 130 |
|---|---|---|---|
| 2. CONTRACT NO | 3. SOLICITATION NO. N00104-95-R-K042 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 95 APR 04 |
| 6. REQUISITION/PURCHASE NO. N49935-95-N-A004 | | | |

7. ISSUED BY CODE N00104

Navy Ships Parts Control Center
5450 Carlisle Pike
P O Box 2020
Mechanicsburg PA 17055-0788

8. ADDRESS OFFER TO (If other than item 7)

Department of the Navy
Navy Ships Parts Control Center
Contracting Department (Code 02), Bldg 410, South End Bay K-30
5450 Carlisle Pike, P O BOX 2080
Mechanicsburg PA 17055-0787

NOTE: In advertised solicitations "offer" and "offeror" mean "bid" and "bidder."

SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be recieved at the place specified in Item 8, or if handcarried, in the depository located in Bldg. 410, South End, Bid Room, Bay K-30 until 4:00 P.M. (Hour) local time 95 MAY 19 (Date).

CAUTION - LATE Submission, Modifications, and Withdrawals: See Section I, Provision NO. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation. KC 7KC 95139

10. FOR INFORMATION CALL: A. NAME A. L. ARTZ B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (717)-790- 3353

11. TABLE OF CONTENTS



| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 43 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III- LIST OF DOCUMENTS, EXHIBTS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPEC./WORK STATEMENT | 4 | | J | LIST OF ATTACHMENTS | 57 |
| | D | PACKAGING AND MARKING | 28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 30 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFEROR | 102 |
| | F | DELIVERIES OR PERFORMANCE | 38 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 41 | | L | INSTRS., CONDS., AND NOTICES TO | 117 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 42 | | M | EVALUATION FACTORS FOR AWARD | 125 |



OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within * calendar day (60 calendar days, unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish and or all items which prices are offered at the prices set opposite each item, delivered at the designated point(s), within the time specified in schedule. *SEE SCHEDULE

| 13. DISCOUNT FOR PROMPT PAYMENT (30 DAYS MINIMUM FOR NET PAYMENT) (See Section I, Clause No 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME/TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print) |
|---|---|---|---|
| 15B. TELEPHONE NO. (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE ENTER SUCH ADDRESS IN SCHEDULE ☐ | 17. SIGNATURE | 18. OFFER DATE |

AWARDS (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| 22. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specificed) | ITEM | 23. NEGOTIATED PURSUANT TO ☐ 10 U.SC.2304(c)( ) ☐ 41 U.S.C 253(c)( ) |
| 24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY CODE | |
| 26. NAME OF CONTRACTING OFFICER (Type of print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |

IMPORTANT - Award will be made on this form or on Standard Form 26 or by other authorized official written notice.

NSN 7540-01-152-8064
Previous Edition Not Usable

NAVY01206



Standard Form 33 (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214 (c)

| CONTINUATION SHEET (OPTIONAL FORM 336) | ...ERENCE NO. OF DOCUMENT BEING CONT...ED N00104-95-R-K042 | PAGE 3 | OF 130 |
|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOTES:<br><br>1) Offerors are hereby advise that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are <u>not</u> authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.<br><br>2) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required. | | | | |



NAVY01204

(SPCC OVPT A) (REV 12-67) (WP5.1DD r

FOR INFORMATION PURPOSES ONLY

ABSTRACT HISTORY

| CONTRACTOR | AWARD DATE | QUANTITY | UNIT PRICE |
|---|---|---|---|
| ACCUDYNE CORP | 8/93 | 45,736 EA | $ 16.90 |
| ACCUDYNE CORP | 6/92 | 30,000 EA | 13.54 |

**NOTE**: This information is the best information currently available. Contractor's are advised to submit offers accordingly. Do not price your proposal solely on the information provided above.

N00164-95-R-K042



| AUTOMATED DATA LIST (ADL) | |
|---|---|
| ADL 53711-5355797- | SHEET 1 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |
| NOMENCLATURE<br>POWER SUPPLY, PS115 | ASSEMBLY DRAWING<br>19202-11744726 REVISION -<br><br>SPECIFICATION<br>N/A |

APPROVAL SIGNATURE J W Puckett DATE 11/10/94

DISTRIBUTION/RESTRICTIONS ON USE OF DOCUMENTATION

DISTRIBUTION STATEMENT D. DISTRIBUTION AUTHORIZED TO THE DEPARTMENT OF DEFENSE AND DOD CONTRACTORS ONLY; CRITICAL TECHNOLOGY; JAN 1994. OTHER REQUESTS FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, CODE 402, NAVSURFWARCENDIV CRANE, IN 47522-5001.

WARNING - THIS DOCUMENT CONTAINS TECHNICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTROL ACT, TITLE 22, U.S.C., SEC. 2751 ET SEQ. OR THE EXPORT ADMINISTRATION ACT OF 1979, AS AMENDED, TITLE 50, U.S.C., APP 2401, ET SEQ. VIOLATORS ARE SUBJECT TO SEVERE CRIMINAL PENALTIES. DISSEMINATE IAW PROVISIONS OF OPNAVINST 5510.161, REFERENCE (F).

DESTRUCTION NOTICE: DESTROY BY ANY METHOD THAT WILL PREVENT DISCLOSURE OF CONTENTS OR RECONSTRUCTION OF THE DOCUMENT.

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- | SHEET 2 of 15

NSN 1390-01-200-8338 | DODIC NA

SCOPE OF WORK

FOR PROCUREMENT

| DOCUMENT NUMBER | REV | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|
| DOCUMENTATION | | | |
| DRAWINGS | | | |
| 19202-10974339 | D | 34-A, ELECTROLYTE | |
| 19202-10974349 | H | MATERIAL, PLATED TYPE I | |
| 19202-10995908 | B | FLUX, SOLDER | |
| 19202-11007047 | R | ASSEMBLY, AMPULE | |
| 19202-11007052 | H | ASSEMBLY, CUTTER | |
| 19202-11007055 | K | CAN, AMPULE | |
| 19202-11007061 | L | SEPARATOR | |
| 19202-11007063 | G | FIBER, POLYPROPYLENE | |
| 19202-11007068 | N | PLATE | |
| 19202-11007073 | B | METHYLENE BROMIDE | |
| 19202-11707234 | B | RESIN, EPOXY | |
| 19202-11707235 | A | FLEXIBILIZER, EPOXY RESIN | |
| 19202-11707713 | G | FISHPAPER, COATED | |
| 19202-11707728 | B | FISHPAPER | |
| 19202-11716473 | M | STACK AND AMPULE ASSEMBLY | |
| 19202-11718248 | B | POTTING COMPOUND | |
| 19202-11718305 | E | RING | |
| 19202-11718307 | D | DIAPHRAGM | |
| 19202-11718308 | C | RING, SOLDER | |
| 19202-11718309 | G | PLATE, BOTTOM | |
| 19202-11718310 | G | HOUSING | |
| 19202-11718311 | J | SEQUENCER | |
| 19202-11718316 | F | WIRE LEAD, POSITIVE AND NEGATIVE | |

N00164-95-R-R042 PAGE 7

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 3 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

| DOCUMENT NUMBER | REV | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|
| 19202-11721237 | F | PLATE, CUTTER | |
| 19202-11721238 | G | BLADE, CUTTER | |
| 19202-11721240 | E | INSULATOR | |
| 19202-11734588 | C | WELD RING | |
| 19202-11744470 | - | CUTTER, BROMIDE | |
| 19202-11744471 | - | RIVET | |
| 19202-11744472 | - | WEIGHT, OUTER | |
| 19202-11744473 | - | ASSEMBLY, BROMIDE AMPULE | |
| 19202-11744474 | - | CAN, BROMIDE | |
| 19202-11744475 | - | DIAPHRAGM, BROMIDE | |
| 19202-11744476 | - | PLATE, BROMIDE WELD | |
| 19202-11744477 | - | ASSEMBLY, BROMIDE CUP/WEIGHT | |
| 19202-11744478 | - | CUP, BROMIDE | |
| 53711-11744479 | - | WEIGHT, INNER | |
| 19202-11744726 | - | POWER SUPPLY | |
| 19200-12579607 | A | GEOMETRIC SYMBOLS FOR DIMENSIONING AND TOLERANCING | |

TECHNICAL DATA PACKAGE LISTS

| | | |
|---|---|---|
| 19202-11744726 | 04/13/1992 | POWER SUPPLY |

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| SPECIFICATIONS | | | | | |
| SYSTEM | | | | | |
| -OD18332 | - | | | PROCEDURES FOR PREPARING LEAD: LEAD DIOXIDE RESERVE ENERGIZER ELECTRODE STOCK BY ELECTRODEPOSITION | |
| FEDERAL | | | | | |
| A-A-208 | - | | | INK, MARKING, STENCIL, OPAQUE (POROUS AND NON-POROUS SURFACES) | |

N00164-95-R-K042 PAGE 8

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- | SHEET 4 of 15

NSN 1390-01-200-8338 | DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| O-D-1271 | B | IA | 1 | DIETHYLENETRIAMINE, TECHNICAL | |
| QQ-N-290 | A | | | NICKEL PLATING (ELECTRO-DEPOSITED) | |
| QQ-S-571 | E | IA | 6 | SOLDER, ELECTRONIC (96 TO 485 DEGREES C) | |
| QQ-S-698 | - | AMD | 3 | STEEL, SHEET AND STRIP, LOW-CARBON | |
| MILITARY | | | | | |
| MIL-A-002550 | C | IA | 2 | AMMUNITION, GENERAL SPECIFICATION FOR | |
| MIL-F-13926 | B | AMD | 5 | FIRE CONTROL MATERIEL: GENERAL SPECIFICATION GOVERNING THE MANUFACTURE AND INSPECTION OF | |
| MIL-I-17563 | C | | | IMPREGNANTS FOR CAST OR POWDER METAL COMPONENTS | |
| MIL-L-60326 | - | AMD | 1 | LUBRICANT, FLUOROCARBON TELOMER DISPERSION (FOR USE WITH AMMUNITION) | |
| MIL-P-116 | J | AMD | 2 | PRESERVATION, METHODS OF | |
| MIL-P-81390 | - | | | PLASTIC, MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED | |
| MIL-Q-50829 | A | | | GENERAL QUALITY ASSURANCE PROVISIONS FOR PROXIMITY FUZES AND RELATED COMPONENTS | |
| MIL-T-10727 | C | | | TIN PLATING; ELECTRODEPOSITED OR HOT-DIPPED, FOR FERROUS AND NON FERROUS METALS | |
| STANDARDS | | | | | |
| MILITARY | | | | | |
| MIL-STD-105 | E | | | SAMPLING PROCEDURES AND TABLES FOR INSPECTION BY ATTRIBUTES | |
| MIL-STD-1167 | C | NOT | 1 | AMMUNITION DATA CARD | |
| MIL-STD-1168 | A | NOT | 2 | AMMUNITION LOT NUMBERING | |

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- | SHEET 5 of 15

NSN 1390-01-200-8338 | DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| MIL-STD-1169 | B | NOT | 1 | PACKAGING, PACKING AND MARKING FOR SHIPMENT OF INERT AMMUNITION COMPONENTS | |
| MIL-STD-129 | M | | | MARKING FOR SHIPMENT AND STORAGE | |
| MIL-STD-171 | E | | | FINISHING OF METAL AND WOOD SURFACES | |
| MIL-STD-2073-1 | B | | | DOD MATERIEL PROCEDURES FOR DEVELOPMENT AND APPLICATION OF PACKAGING REQUIREMENTS | |
| MIL-STD-331 | B | NOT | 4 | FUZE AND FUZE COMPONENTS, ENVIRONMENTAL AND PERFORMANCE TESTS FOR | |
| INDUSTRY | | | | | |
| ASTM B121 | 91 | | | LEADED BRASS PLATE, SHEET, STRIP, AND ROLLED BAR | |
| ASTM B124 | 89 | | | COPPER AND COPPER-ALLOY FORGING ROD, BAR, AND SHAPES | |
| ASTM B133 | 93 | | | COPPER ROD, BAR, AND SHAPES | |
| ASTM B152 | 93 | | | COPPER SHEET, STRIP, PLATE AND ROLLED BAR | |
| ASTM B187 | 92 | | | COPPER BUS BAR, ROD, AND SHAPES | |
| ASTM B19 | 86 | | | CARTRIDGE BRASS SHEET, STRIP, PLATE, BAR, AND DISKS (BLANKS) | |
| ASTM B194 | 92 | | | COPPER-BERYLLIUM ALLOY PLATE, SHEET, STRIP, AND ROLLED BAR | |
| ASTM B2 | 88 | | | MEDIUM-HARD-DRAWN COPPER WIRE | |
| ASTM B255 | 83 | | | SINTERED BRONZE STRUCTURAL PARTS | |
| ASTM B3 | 90 | | | SOFT OR ANNEALED COPPER WIRE | |
| ASTM B301 | 93 | | | FREE-CUTTING COPPER ROD AND BAR | |
| ASTM B36/B36M | 91 | | | BRASS PLATE, SHEET, STRIP, AND ROLLED BAR | |

NAVY01198

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 6 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| ASTM B545 | 92 | | | ELECTRODEPOSITED COATINGS OF TIN | |
| ASTM B633 | 85 | | | ELECTRODEPOSITED COATINGS OF ZINC ON IRON AND STEEL | |
| ASTM D3953 | 91 | | | STRAPPING, FLAT STEEL AND SEALS | |
| ASTM D619 | 92 | | | VULCANIZED FIBRE USED FOR ELECTRICAL INSULATION | |
| ASTM D710 | 94 | | | VULCANIZED FIBRE SHEETS, RODS, AND TUBES USED FOR ELECTRICAL INSULATION | |
| **PUBLICATIONS** | | | | | |
| 19202-TM-69-39 | 69 | | | ANALYTICAL PROCEDURES FOR DETERMINATION OF FLUOBORIC ACID ELECTROLYTE | |
| **HAZARDOUS COMPONENT SAFETY DATA STATEMENTS** | | | | | |
| 10025 | B | | | LEAD DIOXIDE | |
| 753 | B | | | LEAD | |

EXCEPTIONS TO DOCUMENTATION

1. THE FOLLOWING DOCUMENTS HAVE BEEN SUPERSEDED OR REPLACED, WHEREVER THEY MAY APPEAR, BY THE DOCUMENTS INDICATED

| SUPERSEDED DOCUMENT | SUPERSEDING DOCUMENT |
|---|---|
| TT-I-1795 | A-A-208 |
| QQ-S-781 | ASTM D3953 |
| MIL-A-2550 | MIL-A-002550 |
| MIL-B-50 | ASTM B19 |
| QQ-B-613 | ASTM B36/B36M OR ASTM B121 |

NAVY01197

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 7 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

2. 11007047

2.1 NOTE 2, CHANGE "INTERIOR CUTTER ASSEMBLY, 11744468,.." TO "CUTTER ASSEMBLY, 11007052,.."

2.2 NOTE 3

2.2.1 DELETE "MIL-L-60326(MU) AMENDMENT 1".

2.2.2 CHANGE "...MIL-L-60326(MU) AMENDMENT 1 ..." TO "... WHICH CONTAINS NO CFC PROPELLANT OR OTHER OZONE DEPLETING CHEMICALS ...".

2.3 NOTE 5,

2.3.1 CHANGE "11744467" TO "11007047".

2.3.2 CHANGE "195 DEGREES F +/- 5 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

2.4 ZONE C-6, CHANGE "1.256 + .001/-.004" TO "1.265 MAX".

2.5 ZONE D-4/5, ADD CALLOUT FOR DRAWING 10974339 AS SHOWN:




3. 11007061

3.1 DELETE " -A- " CALLOUT FROM 1.256 DIAMETER.

3.2 ADD " -A- " CALLOUT TO .250 DIAMETER.

3.3 ADD POSITIONAL TOLERANCE " ⌖ | A | .020 DIA " TO 1.256 DIAMETER.

3.4 NOTES, ADD "4. MAXIMUM RADIUS .025 UNLESS OTHERWISE STATED".

4. 11007068

4.1 DELETE " -A- " CALLOUT FROM 1.230 DIAMETER.

4.2 ADD " -A- " CALLOUT TO .125 DIAMETEI

NAVY01196

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 8 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

4.3 DELETE POSITIONAL TOLERANCE FRAME FROM .125 DIAMETER.

4.4 ADD POSITIONAL TOLERANCE "| ⌖ | A | .010 DIA |" TO 1.230 DIAMETER.

4.5 ADD "SEE DETAIL A" TO .062 +/- .008 RADIUS.

4.6 ADD DETAIL A DRAWING AS SHOWN:




4.7 CHANGE ".125 +/- .015 DIA" TO ".125 +/- .005 DIA".

5. 11007073

5.1 CHANGE VENDOR TO "FISCHER SCIENTIFIC, ROCHESTER, NY".

6. 11707234

6.1 SHEET 1, ADD: "SUGGESTED SOURCE OF SUPPLY:

SHELL CHEMICAL CORPORATION
P.O. BOX 2463
HOUSTON, TX 77001
FSCM 86961
PART NUMBER EPON 815".

7. 11707235

7.1 SHEET 1, ADD: "SUGGESTED SOURCE OF SUPPLY:

(LP-3 POLYSULFIDE POLYMER)
THIOKOL CORPORATION
SPECIALITY CHEMICAL DIVISION
TRENTON, NJ 08650
(604) 396-4001
CAGE 32063".

NAVY01195

| AUTOMATED DATA LIST (ADL) | |
|---|---|
| ADL 53711-5355797- | SHEET 9 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |

8. 11707713

8.1 ZONE B-1,

8.1.1 CHANGE "EAA RESIN 435" TO "PRIMACOR 3150".

8.1.2 CHANGE "EAA RESIN 452 OR 455" TO "PRIMACOR 1320 OR 3330".

8.2 NOTE 4, ADD SECOND VENDOR AS SHOWN:

"B. CURWOOD, INC.
P.O. BOX 2968
OSHKOSH, WI 54903
CAGE CODE: NONE"

9. 11716473

9.1 NOTE 5, CHANGE TO READ: "ATTACH NEGATIVE WIRE TO THE BOTTOM PLATE IN APPROXIMATE POSITION SHOWN. EXACT POSITIONING TO BE COMPATIBLE WITH PLACEMENT: OPTION 1, INTO HOUSING 11718310 AND WITH POWER SUPPLY 11744726, OR OPTION 2, INTO A RIM MOLD CAVITY AND WITH POWER SUPPLY 11742744."

9.2 NOTE 6, CHANGE TO READ: "ATTACH POSITIVE WIRE LEAD TO EITHER AMPULE OR SEQUENCER. ATTACHMENT POINT AND ROUTING OPTIONAL. EXACT POSITIONING TO BE COMPATIBLE WITH PLACEMENT: OPTION 1, INTO HOUSING 11718310 AND WITH POWER SUPPLY 11744726, OR OPTION 2, INTO A RIM MOLD CAVITY AND WITH POWER SUPPLY 11742744."

9.3 NOTE 9, CHANGE "11007046" TO "11744726 OR 11742744".

NAVY01194

N60104-95-R-R0#3 PAGE 14

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 10 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

9.4 CHANGE EXISTING WIRE LEAD CALLOUT TO "OPTION 1" AND ADD "OPTION 2" CONFIGURATION WITH CALLOUT AS SHOWN:




10. 11718248

10.1 SHEET 1, APPLICATION BLOCK, ADD NEXT ASSY AND USED ON NO.

| NEXT ASSY | USED ON |
|---|---|
| 11744726 | M732 |

11. 11718305

11.1 NOTE 2, CHANGE TO "2. PLASTIC MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED PER ASTM D3935, PC110G22A00340KB110NA145."

11.2 NOTE 4, CHANGE "1107046" TO "11744726".

12. 11718308

12.1 ZONE B-3, CHANGE ".010 +/- .001" TO ".0075 +/- .001".

13. 11718309

13.1 NOTE 2, CHANGE "B10974349" TO "A10974349".

NAVY01193

N00104-95-R-R042 PAGE 15

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 11 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

14. 11718310

14.1 NOTE 2, CHANGE TO: "2. PLASTIC MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED PER ASTM D3935, PC110G22A00340KB110NA145."

15. 11718311

15.1 NOTE 2, CHANGE ALTERNATE MATERIAL TO: "ALTERNATE MATERIAL: BRASS, ASTM B36, UNS NO. C26000, TEMPER H02; BRASS SHEET, ASTM B19, UNS NO. C26000, TEMPER H02; OR FORGING BRASS, ASTM B124, UNS NO. C37700."

15.2 ZONE B2,

15.2.1 CHANGE DIMPLE HEIGHT FROM ".013/.011" TO ".013 +/- .002".

15.2.2 CHANGE ".100" TO ".100 NOTE 7".

15.2.3 ADD NOTE 7 AS FOLLOWS:

"7. THIS DIMENSION SHALL CHANGE TO .125+/-.010 WHEN MAKING THE PART AS A BRASS FORGING."

16. 11718316

16.1 NOTE 4, CHANGE "11007046" TO "11744726 OR 11742744".

17. 11744473

17.1 ZONE B-2, ADD "SEE NOTE 4" TO PART CALLOUT OF 11007063 FIBER, POLYPROPYLENE.

17.2 ZONE B-2, ADD PART CALLOUT OF "11007073 METHYLENE BROMINE SEE NOTE 4".

17.3 NOTE 6, CHANGE "85 DEGREES C +/- 3 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

NAVY01192

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 12 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

18. 11744474

18.1 CHANGE CUTTING PLANE DIRECTION TO CORRECT PICTORIAL AS SHOWN:




SECTION A-A




SECTION B-B



NAVY01191

N00104-95-R-K042 PAGE 17

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 13 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

19. 11744477

19.1 CHANGE CUTTING PLANE DIRECTION TO CORRECT PICTORIAL AS SHOWN:




NAVY01190

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 14 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |

20. 11744478

20.1 SECTION A-A, DETAIL B, ADD DASH LINES AND DETAIL A, ADD SOLID LINES AS SHOWN:




20.2 DETAIL B, CHANGE ".060 +/- .005" TO ".060 + .000/-.025".

21. 11744726

21.1 SHEET 11, PARAGRAPH 4.6.1.1, CHANGE "85 DEGREES C +/- 3 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

21.2 SHEET 11, PARAGRAPH 4.6.1.1.1, CHANGE TO READ "BROMIDE AMPULE. THE AMPULE SHALL BE TESTED BASE (WELD AREA) DOWN. THE AMPULE SHALL BE EXAMINED FOR EVIDENCE OF LEAKAGE AND SHALL NOT HAVE MORE THAN A 0.1 GRAM WEIGHT LOSS AFTER HEATING (SEE 4.4.5.1.2.1)."

21.3 SHEET 4,

21.3.1 PARAGRAPH 3.3.1.1, DELETE "MAXIMUM" AFTER 1100 G'S AND 45 RPS.

21.3.2 PARAGRAPH 3.3.1.4, CHANGE "..BETWEEN 1.0 AND 150 SECONDS.." TO "..BETWEEN 2.0 AND 150 SECONDS.."

21.3.3 PARAGRAPH 3:3.1, LINE 2, DELETE "RESISTIVE".

NAVY01189

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 15 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

21.3.4 PARAGRAPHG 3.3.1, ADD TO END OF COLUMN

ALTERNATE METHOD
LOAD (MILLIAMPS)
13
90
13
90

21.4 SHEET 12, PARAGRAPH 4.6.1.4, DELETE "AND 4.6.1.1 FOR TEST."

ADDITIONAL REQUIREMENTS

1. FEDERAL AND MILITARY SPECIFICATIONS AND STANDARDS ARE NOT PROVIDED BY NAVSURFWARCENDIV CRANE (CODE 402); TO BE OBTAINED FROM:

   U.S. NAVAL PUBLICATION AND PRINTING SERVICE OFFICE
   700 ROBBINS AVENUE
   STANDARDIZATION DOCUMENTS ORDER DESK
   BUILDING 4D
   PHILADELPHIA, PA 19111-59094

2. INTERPRET CLASSIFICATION OF CHARACTERISTICS IN ACCORDANCE WITH DOD-STD-2101.

   2.1 INSPECTION CLARIFICATION - WHEN THE CLASSIFICATION CODE IS ADJACENT TO A DRAWING CALLOUT OF A FEATURE THAT HAS COMBINED DIMENSIONAL AND GEOMETRIC CONTROLS, THE CLASSIFICATION CODE APPLIES TO THE ENTIRE CALLOUT UNLESS A PORTION OF THE CALLOUT IS BRACKETED, IN WHICH CASE ONLY THAT PORTION IS CLASSIFIED AS INDICATED BY THE CLASSIFICATION CODE.

3. REVISIONS OF SPECIFICATIONS AS LISTED ON THIS ADL SHALL BE USED IN LIEU OF REVISIONS SPECIFIED ON THE DRAWINGS.

4. UNLESS OTHERWISE STATED BY EXCEPTIONS OR ADDITIONS CONTAINED IN THIS ADL, ALL REFERENCES TO INSPECTION BY CLASS CONTAINED ON THE DRAWINGS AND SPECIFICATIONS SHALL BE CHANGED TO INSPECTION BY CHARACTERISTIC.

5. ALL PACKAGING USED SHALL CONFORM TO REQUIREMENTS OF MIL-STD-794, LEVEL C.

6. ALL REFERENCES TO SHOP ACCESSORY DRAWINGS, THOSE HAVING AN "SA" PREFIX, SHALL BE DELETED. THE CONTRACTOR SHALL BE RESPONSIBLE FOR PREPARATION OF ANY DOCUMENTATION NEEDED FOR ACCEPTANCE INSPECTION EQUIPMENT NOT CONTRACTUALLY STATED TO BE GOVERNMENT SUPPLIED.