Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX
VOLUME II, PAGES 32 - 61

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

April 11, 2005

# INDEX TO APPENDIX

Document


Contract Number N00104-96-C-KA091 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Contract Modification P00001- P00021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . . . . . . . . . . . . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . . . . . . . . . . . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . . . . . . . . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . . . . . . . . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . . . . . . . . . . . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . . . . . . . . . . . . . . . . . . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Solicitation of Axion: Regarding Solicitation (Dated December, 4, 1995) . . . . . . . . . . . . . . . . . . . . . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . . . . . . . . . . . . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996)180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996)..........................................................182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point : Regarding N00104-96 CKA09 (Dated April 15, 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion : Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Date September 18, 2001) . . . . . . . . . . . . . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208(a)

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

**Configuration Control MIL-STD-973**

a. Any Engineering Change Proposal (ECP), any request for deviation, and any requests for waiver affecting Critical and Major Classification of characteristics shall be submitted to the PCO (Procurement Contracting Officer) for approval on items being procured under this contract in accordance with the latest version of the MIL-STD-973. If any such modification or superseding document affects the cost of performance of this contract, an equitable adjustment shall be made in the contract price in accordance with the provisions of the "Changes" clause of this contract. Requests for waivers or deviations shall be approved/disapproved within 45 working days by the PCO (NSPCC Code 0282)

b. The Contractor shall submit five (5) copies of each ECP or request for Major characteristics deviation or waiver to the ACO for distribution.

c. Authorization for the Contract Administrative Office to approve/disapprove deviations/waivers is specifically withheld.

d. The Administrative Contracting Officer will distribute requests as follows:

| no.of copies | addressees |
|---|---|
| ONE | Commanding Officer<br>Attn: Code 0282.6<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 |
| ONE | Officer in Charge<br>Attn: Code 61JV<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 |
| FIVE | Administrative Contracting Officer<br>(indicated in block 6 of SF 26) |
| * ORIGINAL | Commanding Officer<br>Attn: Code 4025<br>Naval Surface Warfare Center<br>Crane Division<br>Crane, IN 47522-5000 |

* Denotes the In-Service Engineering Activity

N00104-95-R-R042 PAGE 21

**NAVSURFWARCENDIV CRANE CODE 402**
**CONTRACT DOCUMENTS SUMMARY LIST TAILORING REQUIREMENTS**
**FOR MIL-STD-973**

The application of MIL-STD-973 and Interim Change Notice 1 is tailored as follows: Paragraph 5.4.8 and subparagraphs, Appendix D and Appendix E (as tailored below) apply.

(1) Page 60, Delete paragraph 5.4.8.2.6 and replace with the following: "ECP Review and Approval. All ECP's shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Contractual authorization of ECP's is required prior to implementation."

(2) Page 61, Paragraph 5.4.8.3.4 In line 6 add "or size" after "weight".

(3) Page 61. Add new paragraph as follows: "5.4.8.3.4.1 Deviation and Support Data. A deviation shall be supported by test data and analysis, where appropriate, which shall be provided to support the decision regarding acceptance of the nonconformance."

(4) Page 61. Delete paragraph 5.4.8.3.5 and replace with the following: "All deviations shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Critical deviations should be processed within 30 calendar days of receipt by the Government and all other deviations processed within 60 calendar days of receipt by the Government. Contractual authorization of deviations is required prior to implementation."

(5) Page 62. Paragraph 5.4.8.4 Delete lines 7 thru 10.

(6) Page 62. Paragraph 5.4.8.4.4 On line 6 add "or size" after "weight".

(7) Page 62. Add new paragraph as follows: "5.4.8.4.4.1 Waiver Support Data. A waiver shall be supported by test data and analysis, where appropriate, which shall be provided to support the decision regarding acceptance of the nonconformance."

(8) Page 62. Delete paragraph 5.4.8.4.5 and replace with the following: "All waivers shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Critical waivers should be processed within 30 calendar days of receipt by the Government and all other waivers processed within 60 calendar days of receipt by the Government. Contractual Authorization of waivers is required prior to implementation."

(9) Appendix D, Page 141, para D.4.1, change first sentence to read: "DD Forms 1692 through 1692/6 (see Figures 9a-9g) shall be used for the submission and processing of all class I and II engineering changes." Add to the end of the paragraph: "ECP Forms used shall be numbered sequentially in the header block as illustrated in Figure 9h."

(10) Appendix D, Page 141, para D.4.2, line 3. Correct reference to read "(See 5.4.2.2.3.3, page 37)."

(11) Appendix D, Page 141, para D.4.4, line 3. Add to end of paragraph: "Each ECP package (first page) shall be marked with the MIL-STD-1806 abbreviated version of the distribution statement as shown in Figure 9i. Note that separate documents within the ECP package can contain different distribution statements, therefore, care must be taken to ensure that when this occurs the ECP package cover, i.e., the first page, is marked with the most limiting statement. Responsibility for determining the appropriate distribution statement resides with the Government Design Activity. If there is insufficient room on the bottom of the DD Form, the distribution statement may be added (1) outside the top margin (first alternative) or (2) outside the side margin (second alternative). Use of these alternative locations shall be avoided whenever possible.

(12) Appendix D, Page 144, para D.5.1.8.6, line 4, Add: "Each revision ECP shall be a complete package including all supporting documents and enclosures."

(13) Appendix D, Page 144, para D.5.1.11, line 4. Change to read "number, current revision letter, ...".

N00104-95-R-R042 PAGE 23

(14) Appendix D, Page 169, add the following new Figure 9h:




FIGURE 9h. ECP Page Numbering

N00104-95-R-K042



(15) Appendix D, Page 169, Add the following new Figure 9i:

| g. APPROVAL | h. GOVERNMENT ACTIVITY | i. SIGNATURE | j. DATE (YYMMDD) |
|---|---|---|---|
| ☐ APPROVED<br>☐ DISAPPROVED | | | |

DD Form 1692, APR 92

STATEMENT USED ON P.1 OF THE ECP PACKAGE MUST BE THE MOST LIMITING OF THE VARIED STATEMENTS THAT MAY APPEAR IN THE PACKAGE. → STATEMENT D, DoD and Contractors, PM4, NSWC DIV Crane, Crane, IN. Warning: Export-Controlled.

FIGURE 9i. Location of Distribution Statement/Export Control Warning Notice

(16) Appendix E, Page 170. Add new paragraph E.4.4 as follows: "E.4.4 <u>Distribution Statement and Export Control Warning Notice</u>. Each deviation/waiver first page shall be marked with the MIL-STD-1806 abbreviated version of the distribution statement as shown in Figure 10a. Note that separate documents within the deviation/waiver package can contain different distribution statements, therefore, care must be taken to ensure that when this occurs, the deviation/waiver package cover, i.e., the first page, is marked with the most limiting statement. Responsibility for determining the appropriate distribution statement resides with the Government Design Activity. If there is insufficient room on the bottom of the DD Form, the distribution statement may be added (1) outside the top margin (first alternative) or (2) outside the side margin (second alternative). use of these alternative locations shall be avoided whenever possible."

(17) Appendix E, Page 175, add the following new Figure 10a:




FIGURE 10a. Location of Distribution Statement/Export Control Warning Notice

C-UPDATING SPECIFICATIONS AND STANDARDS

If the contractor has a contract, or multiple DoD contracts, that incorporate outdated or different versions of military specifications or standards, the contractor may request that all of its contracts be updated to the latest version of the applicable specifications or standards. Updating must not affect the form, fit, or function of any deliverable item, or increase the cost to the government. The contractor may submit updating requests through the administrative contracting officer to the responsible contracting officer and shall perform the contract in accordance with the existing specifications and standards until notified by the administrative contracting officer that updating is approved.

Enclosure (2)

N00164-95-R-K042



PR: _N4993595NA004

REQUESTOR:

1. Transportation Data:

a. NSN/NALC:2T 1390-01-200-8338

b. Nomenclature:FUZE,POWER SUPPLY,PS115

c. GBL Freight Description:BATTERIES,ELECTRIC NO I

d. NMFC Number:60700

e. UFC Number:34110

f. Hazard Classification (Class, Division and Storage Compatibility):

g. UN Number:

h. Container Markings:

i. Performance Oriented Packaging Certification Marking:

j. Label:

k. Security Risk Code (SRC):7

l. Hazardous materials shall be offered for transportation in full compliance with Title 49 Code of Federal Regulations (49 CFR).

Remarks: The above transportation data must be updated within 30 days prior to marking and labeling because of the leadtime between the initiation of the procurement and the actual shipping timeframe. Please contact Mrs. Pat Mainhart at the Naval Ordnance Center IMSD, Mechanicsburg, PA com (717) 790-5790 for updated data.

Name DATE

N00104-95-R-R042 PAGE 28

**LOGISTICS APPLICATIONS OF AUTOMATED MARKING AND READING SYMBOLS (LOGMARS) (BAR CODING) (REV 6/88)**

1. Marking for Shipment-Bar Coding required. Items supplied hereunder shall be marked for shipment in accordance with Appendix H of MIL-STD-129(lastest rev), Notice 1, dated 5 November 1986, including bar coding in accordance with MIL-STD-1189 (latest rev), as clarified below:

a. The National Stock Number (NSN), Navy Item Control Number (NICN), or local stock number in bar code shall include only the thirteen characters of the stock number without prefixes, suffixes, dashes, or spaces.

b. The 13-character contract/basic ordering agreement and the 4-character delivery order or call number, when used, shall be bar coded with no spaces or dashes encoded.

c. The Human Readable Interpretation (HRI) shall be an exact interpretation of the bar code data and will not contain spaces or dashes.

d. HRI no longer must be OCR-A, does not have to be machine readable and may be in any easily readable print.

e. HRI may appear either above or below the bar code, but preferably below.

f. The preferred bar code density (character/inch) is "high" but densities from "high to low" are acceptable. Densities are defined in MIL-STD-1189A, dated 2 September 1984.

g. Unless otherwise specified, the minimum bar code height shall be 0.25 inches (6.35 mm).

h. The bar code shall be machine readable in three or fewer attempts with a pen scanner or two or fewer attempts with a laser scanner.

i. On unit and intermediate packages the stock number in bar code with HRI below may be on the same label as other data required by MIL-STD-129. However, the bar coded number will appear on the top line with the HRI on the second line. The complete NSN, NICN, or local stock number including the prefix, suffix, dashes and spaces shall be reflected as part of the item identification markings, in accordance with MIL-STD-129.

j. On outer containers:

(1) Preferably the stock number and contract number/basic ordering agreement plus delivery order number will be stacked on two separate lines, with the stock number immediately above the contract/basic ordering agreement plus delivery order number.

(2) The stock number and the contract number/basic ordering agreement plus delivery order number may be encoded on the same line with the stock number preceding the contract/basic ordering agreement plus delivery order number, but shall be separated by a 0.5 inch space

k. Multipacks (shipping containers enclosing two or more items with different stock numbers) shall be bar coded as follows:

(1) Item identification marking will not be bar coded on the exterior of multipack shipments. However, unit packages and intermediate containers require bar code markings as described by MIL-STD-129.

(2) The contract number/basic ordering agreement plus delivery order number will be bar coded on the exterior container of multipack shipments. If mixed contract/delivery order numbers are contained in the multipack, then each unit or intermediate container will have the bar code markings required by MIL-STD-129, and the exterior container will not be bar coded.

l. Excluded from the bar code markings are:

(1) Items described solely by reference to the contractor's part number and for which NSN's neither exist nor will be assigned.

(2) Items consigned to a prime contractor's plant for installation in production items.

(3) Items that are designated for immediate use by the Navy and will not be placed in stock.

(4) Stock numbered reusable containers (empty or with items contained within).

**E-INSPECTION, ACCEPTANCE, AND PLACE OF PACKAGING (NSPCC) (JAN 1993)**

Supplies furnished hereunder shall be inspected at ( X ) contractor's and/or subcontractor's plant or ( ) destination. Acceptance shall be at ( X ) contractor's and/or subcontractor's plant or ( ) destination.

If supplies will be packaged at a location different from the offeror address indicated on the solicitation, the offeror shall provide the name and street address of the packaging location:

Packaging House________________________________________

Address______________________________________________

## INSPECTION AND ACCEPTANCE

Production Quality Assurance of all items to be furnished hereunder shall be made by the cognizant Government Inspector at the contractor's or sub-contractor's plant

**NOTE:**

Acceptance or rejection shall be accomplished by the cognizant GQAR based upon his own inspection(s) and the results of the First Articles or Periodic Production and/or Acceptance Samples from the testing activity to the GQAR via Procurement Contracting Officer (PCO).

## QUALITY ASSURANCE REQUIREMENTS

An inspection lot shall consist of items manufactured under essentially the same conditions and at essentially the same time. Prior to submittal of each inspection lot to the Government Representative, the contractor shall provide inspection/or test records that assure the units presented have passed all inspections and tests required by the applicable drawings, specifications and quality assurance documentation. Unless specified otherwise, as a minimum this inspection and testing shall be in accordance with MIL-STD-105, latest revision at issue date of solicitation, inspection Level II, with 100% inspection for critical characteristics, 1.0 AQL (Acceptance Quality Level), for major characteristics and 2.5 AQL for all other characteristics. All defects of the same class will be considered collectively when determined compliance with applicable AQL.

N00104-95-R-K042 PAGE 32

PRODUCTION LOT TEST SAMPLES (CONTRACTOR TESTING)

1. Test samples are required from each production lot and are to be submitted as follows:

a. A production lot shall consist of 10,000 units plus 80 additional units for sampling purposes.

(1) (X) Test samples are destructive and cannot be delivered as part of the contract quantity.

(2) () Test samples are not destructive units which satisfy test and contract requirements may be delivered as part of the contract quantity.

b. Delivery. The production lots must be manufactured and samples must be selected for testing by the scheduled delivery date for production units specified elsewhere in the contract. Such manufacture and presentation of a proper number of production lot(s) to meet the scheduled delivery quantity will be considered as meeting the delivery schedule. all other contractual requirements, such as acceptance, shipment, and payment will not be accomplished until the production lot test samples have been tested and approved and contractor so notified per paragraph (d) below. Upon receipt of written or verbal notice accepting a production lot, Shipment shall be made as soon as possible and no later than five days after receipt of such notice.

c. Testing to be performed by the contractor and witnessed by the Government Quality Assurance Representative (GQAR).

______(1) Production lot test report is not required.

______(2) Production lot test report is required. Approval will be made by GQAR. Copy to be forwarded to SPCC code ______.

__X__(3) Production lot test report is required. Report to be forwarded to NSWC,CRANE,IN.CODE 4025 approval.

d. The Contracting Officer shall, by written or verbal notice to the contractor within 30 calendar days after receipt of the production lot test reports by the Commanding Officer approve or disapprove the production lot test report. The notice of approval or conditional approval shall not relieve the contractor from complying with all requirements of the specification and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the contractor. A notice of disapproval shall cite reasons therefor. Contractor shall not make any shipment of the production lot until receipt of notification of approval from the cognizant Government authority.

2. If the production lot test report(s) is disapproved by the Government (paragraph c (2)/(3) above), the Contractor may be required, at the option of the government, to select an additional production lot test sample(s) for testing. Such additional test sample shall be furnished under the terms and conditions within the time limit specified in 1.b above. The costs of additional test sample approval, and all cost related to such tests shall be borne be the contractor. Upon approval of the production lot test sample(s) submitted, the Contracting Officer will equitably adjust the delivery schedule of the contract for only the lot represented by such samples. The Government reserves the right to require an equitable decrease in contract price for any extension of the delivery schedule necessitated by additional tests, or for any additional costs to the Government related to additional approval costs.

3. If the contractor fails to select and test any production lot test sample within the time or times specified, or if the Contracting Officer disapproves any production lot test report, the contract shall be deemed to have failed to make delivery within the meaning of the "default" clause of this contract, and this contract shall be subject to termination for default, provided that failure of the Government in such an event to terminate this contract shall not relieve the contractor of his responsibility to meet the delivery schedule for production quantities.

4. In the event that the Contracting Officer does not approve, conditionally approve, or disapprove the production lot test report(s) within the time specified, the Contracting officer shall, upon timely written request made by the contractor, make a determination of the delay occasioned the contractor thereby, and shall equitably adjust contractual provision affected by such delay, in accordance with the procedures provided in the "Changes-Fixed Price" clause. Failure to agree on any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes".

52.246-11 - HIGHER LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT SPECIFICATION) APR 1984

(a) Definition "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contractor a modification, the effective date of this contract or modification.

(b) The Contractor shall comply with the specification entitled MIL-I-45208A effect on the contract date, which is hereby incorporated into this contract.

N00104-95-R-K042 PAGE 35

SUP 5252.246-9400
SPECIAL DISTRIBUTION of DD FORM 250 (JAN 1992)

1. The Material Inspection and Receiving Report (DD FORM 250 ) required to be furnished elsewhere herein shall be distributed by the Contractor in accordance with the Tables 1 and 2 of the DOD FAR Supplement Appendix F, "Material Inspection and Receiving Report". The addresses set forth below are those required to be specified with in the contract by the aforementioned Table 2.

| Activity | no. copies |
|---|---|
| **Contracting Officer** | |
| Commanding Officer<br>Attn: 0282.6<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 | 1 |
| Officer in Charge<br>Attn: 61JV<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 | 1 |
| **Administrative Contracting Officer (ACO)**<br>(indicated in block 6 of SF 26) | 3 |

QUALITY ASSURANCE REQUIREMENTS

The following Special Inspection Requirements are supplemental to specified paragraphs of MIL-I-45208A:

a. Paragraph 3.1 - Contractor Responsibilities

(1) The Contractor's Inspection System shall be documented in the form of a comprehensive written Inspection Plan that provides for the various types of inspection required on this contract. The plan shall include Flow Progress Chart(s) which will show each step in the fabrication and shall specify all inspection operation and Tests.

(2) Delegation of Inspection operations to suppliers shall be documented. If a contractor delegates any inspection operations to the suppliers, he retains responsibility to the Government for the quality of the supplier's products.

b. Paragraph 3.2.1 - Inspection and Testing Documentation

(1) Specific inspection instructions will be prepared for each inspection operation. All inspection instructions will be clear, complete, and up-to-date. Inspection instructions shall include process Flow Charts with Inspection Station Locations. All instructions shall provide positive criteria for approval or rejection of products.

(2) Inspection and test procedures shall be maintained current and as a minimum shall include the following:

(a) Identification of the item to be inspected, such as part number with revision letter and nomenclature.

(b) The characteristics to be verified.

(c) Measuring and test equipment to be used to verify each characteristic, i.e., plug gage, tapes, scopes, ohmmeter, etc.

(d) Detailed operations to be performed by the test operator, including operational checks or preliminary calibration of test setup.

(e) Exact method of inspection or measuring, include necessary manipulation of control on the article involved and on the measuring and test equipment.

(f) Conditions that must be maintained during inspection and test including ambient or environmental and precautions to be observed to prevent damage to the articles or instruments involved.

(g) Criteria for passing or failing the test or for determining conformance or rejection of the article including reference to workmanship standards.

(h) Details of sampling plans to be used if applicable.

(i) All characteristics included in the specifications and drawings. Each characteristic that has been classified in these documents as a critical or major shall be identified in the inspection and test procedures by a suitable symbol or number.

c. Paragraph 3.2.3 - Corrective Action

(1) Follow-up action report to substantiate the effectiveness of each corrective action shall be included in the records.

d. Paragraph 3.4 - Process Controls

(1) Process Controls procedures shall be prepared when necessary to supplement applicable process specifications to provide detail performance and control methods. The procedures shall document the preparation, fabrication, details, conditions to be maintained during each phase of the process, the methods of verifying the adequacy of processing materials, solutions, equipment, their associated control parameters and the required records to indicate the results of such inspection and process verification.

e. Paragraph 3.4 - Indication of Inspection Status

(1) The contractor shall document and implement a procedure for identifying the inspection status of products received and processed for this contract. Identification markings or symbols will, in addition to identifying material with this contract, indicate the condition (serviceable or reject) and the shop operation, inspection station or test that item has passed through.

f. Paragraph 3.7 - Nonconforming Material

(1) Any nonconforming item or material will be tagged as such immediately and, when possible, stored in either a locked bond area or in a holding area well removed from other items or material being processed.

**F -NOTICE REGARDING F.O.B. POINT (NSPCC) (JAN 1993)**

Offers/Bids submitted on an F.O.B. basis other than that required by the Solicitation.

( ) shall be rejected as non-responsive.

( X ) may be rejected as unacceptable.

N00104-95-R-K042



52.212-1

SECTION F

TIME OF DELIVERY

Delivery is required within the number of calendar days stated in the column below entitled "Required Delivery Time".

Unless otherwise specified below, your proposal will be deemed to offer delivery in accordance with the required schedule. The Government may elect to consider for award only those proposals which comply with the required delivery schedule but reserves the right to consider proposals which exceed the required schedule. You are therefore encouraged to submit a proposal even if you cannot comply with the required delivery schedule. If you can comply with the required delivery schedule but could offer lower prices for an extended schedule, you may submit two (2) or more proposals on each item. Provide the alternate delivery schedules and prices in the schedule under Section B. Clearly identify the alternate delivery schedule and prices and label as such. In the event that the Government accepts a longer delivery period, the solicitation will be amended to reflect the longer delivery period and the offerors will be given an opportunity to submit revised offers based on the revised delivery schedule.

| Item No. | Quantity | Required Delivery Time (Within the days stated below after date of contract) | Offer's Proposed Delivery Schedule Days after date of contract (to be completed by Offeror) |
|---|---|---|---|

See Attached

NAVY01168

N00164-95-R-K043



SECTION F - DELIVERIES

First Article Required

| Line Item | Quantity | Delivery Schedule | Consignee |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | |
| 0001AA | 10,000 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |
| 0001AA | 10,000 EA | 270 DAAFA | N60036 |
| 0001AA | 10,000 EA | 300 DAAFA | N60036 |
| 0001AA | 10,000 EA | 330 DAAFA | N60036 |

First Article Waived

| Line Item | Quantity | Delivery Schedule | Consignee |
|---|---|---|---|
| 0001AA | 10,000 EA | 120 DACA | N60036 |
| 0001AA | 10,000 EA | 150 DACA | N60036 |
| 0001AA | 10,000 EA | 180 DACA | N60036 |
| 0001AA | 10,000 EA | 210 DACA | N60036 |
| 0001AA | 10,000 EA | 240 DACA | N60036 |
| 0001AA | 10,000 EA | 270 DACA | N60036 |
| 0001AA | 10,000 EA | 310 DACA | N60036 |
| 0001AA | 10,000 EA | 340 DACA | N60036 |
| 0001AA | 10,000 EA | 370 DACA | N60036 |

**Destination:**

Commanding Officer (N60036)
Attn: WQEC Code 30 (Gene Cauthins)
Naval Weapons Station
Concord, CA 94520-5000

Shipment/Performance Notice Distribution - The cognizant DCASR payment office shall provide automated Shipment/Performance Notice (PJJ card) to the Navy Ships Parts Control Center, Code 851, Mechanicsburg, Pa 17055-0788 DOD Address Code N00104 (Routine ID Code NCB), (Communications ID RUEDNAA), in support of the Conventional Ammunition Integrated Management System (CAIMS).

FA - First Article
DACA - Days After Contract Award
DAAFA - Days After Approval of F/A

**G-ACCOUNTING DATA**

Accounting data will be cited at time of award.

**SUP 5252.242-9400**
**DD Form 375 (PRODUCTION PROGRESS REPORTS) (JAN 1992).**

**(a)** The contractor shall prepare and submit DD Form 375 (Production Progress Report) for the following contract items:

**(b)** The forms shall be mailed on or before the 5th day of each month. Forms shall be distributed as set forth in paragraph (c).

**(c)** DD Form 375 (Production Progress Reports) shall be distributed as follows:

| Addressee | No. of Copies |
|---|---|
| **Contracting Officer** | |
| Commanding Officer (0282,6)<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 | 1 |
| **Administrative Contracting Officer**<br>Block 6 of Standard Form 26 | 5 |
| Officer in Charge (61JV)<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 | 1 |
| **In-Servie Engineering Activity**<br>Commanding Officer | |

**(d)** The report shall contain the following information:
(1) The problem, actual or potential and its cause;
(2) Items and quantities affected;
(3) When the delinquency started or will start;
(4) Action taken to overcome the delinquency;
(5) Estimated recovery date; and/or
(6) Proposed schedule revision.

52.252-2 CLAUSES INCORPORATED BY REFERENCE JUN 1994

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Availability of Text of Clauses - The complete text of any or all of the clauses is available from Contracting Officer, Navy Ships Parts Control Center, Attn: Code 026, 5450 Carlisle Pike, P.O. Box 2020, Mechanicsburg, Pa., 17055-0788.

| FAR/DFARS SOURCE | TITLE AND DATE |
|---|---|
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985) |
| 52.203-7 | ANTI-KICKBACK PROCEDURES (OCT 1988) |
| 52.232-1 | PAYMENTS (APR 1984) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1989) |
| 52.243-1 | CHANGES - FIXED PRICE (AUG 1987) |

52.202-1 DEFINITIONS (SEP 1991)

52.203-1 OFFICIALS NOT TO BENEFIT (APR 1984)

52.203-3 GRATUITIES (APR 1984)

52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990)
*(Applies if value of contract is equal to or exceeds $25,000)*

52.203-12 LIMITATION OF PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990)

52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (NOV 1992)

52.210-5 NEW MATERIAL (APR 1984)

52.210-7 USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984)

52.212-8 DEFENSE PRIORITY AND ALLOCATIONS REQUIREMENTS (SEP 1990)

52.212-10 DELIVERY OF EXCESS QUANTITIES (SEP 1989)

52.212-13 STOP WORK ORDER (AUG 1989)

52.212-15 GOVERNMENT DELAY OF WORK (APR 1984)

52.215-1 EXAMINATION OF RECORDS BY COMPTROLLER GENERAL (FEB 1993)
*(Applies if contract value exceeds $25,000)*

52.215-2 AUDIT-NEGOTIATION (FEB 1993)
*(Applies if contract value exceeds $25,000)*

52.215-22 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (JAN 1991)

52.215-24 SUBCONTRACTOR COST OR PRICING DATA (DEC 1991)

**52.215-26 INTEGRITY OF UNIT PRICES (APR 1991)**

**52.215-33 ORDER OF PRECEDENCE (JAN 1986)**

**52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990)**
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000)*

**52.219-9 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (JAN 1991)**
*NOTE: DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRACTING PLAN UNDER THE TEST PROGRAM IS APPROVED.*

**52.219-13 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986)**

**52.219-16 LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN (AUG 1989)**
*NOTE: DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRACTING PLAN UNDER THE TEST PROGRAM IS APPROVED.*

**52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)**

**52.220-4 LABOR SURPLUS AREA SUBCONTRACTING PROGRAM (APR 1984)**

**52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME COMPENSATION (MAR 1986)**

**52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (APR 1984)**

**52.222-26 EQUAL OPPORTUNITY (APR 1984)**

**52.222-28 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984)**

**52.222-35 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984)**

**52.222-36 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)**

**52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988)**

**52.223-2 CLEAN AIR AND WATER (APR 1984)**

**52.223-6 DRUG-FREE WORKPLACE (JUL 1990)**
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000)*

**52.225-10 DUTY-FREE ENTRY (APR 1984)**

**52.225-11 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992)**

**52.227-1 AUTHORIZATION AND CONSENT (APR 1984)**
*(Applies if value of contract is over $25,000)*

**52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (APR 1984)**
*(Applies if value of contract is over $25,000)*

**52.227-3 PATENT INDEMNITY (APR 1984)**

52.229-3 FEDERAL STATE AND LOCAL TAXES (JAN 1991)
*(Applies if value of contract is over $25,000)*

52.229-5 TAXES-CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

52.230-2 COST ACCOUNTING STANDARDS (AUG 1992)

52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (AUG 1992)

52.230-5 ADMINISTRATION OF COST ACCOUNTING STANDARDS (AUG 1992)

52.232-8 DISCOUNTS FOR PROMPT PAYMENT (APR 1989)

52.232-11 EXTRAS (APR 1984)

52.232-16 PROGRESS PAYMENTS (JUL 1991)
*(May generally apply, subject to the Contracting Officer's discretion to orders over $1,000,000, with delivery of material six (6) months or more after contract date and for Small Business concerns orders over $100,000, with delivery of material four (4) months or more after contract date.)*

52.232-17 INTEREST (JAN 1991)

52.232-18 AVAILABILITY OF FUNDS (APR 1984)

52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)

52-232-25 PROMPT PAYMENT (MAR 1994)

52.232-28 ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (APR 1989)

52.233-1 DISPUTES (MAR 1994)

52.236-7 PERMITS AND RESPONSIBILITIES (NOV 1991)

52.242-10 F.O.B. ORIGIN-GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984)

52.242-12 REPORT OF SHIPMENT (REPSHIP) (DEC 1989)

52.242-13 BANKRUPTCY (APR 1991)
*(Applies if value of contract is equal to or exceeds $25,000.)*

52.244-1 SUBCONTRACTS (FIXED-PRICE CONTRACTS) (APR 1991)
*(Not applicable to commercial items)*

52.246-2 INSPECTION OF SUPPLIES-FIXED-PRICE (JUL 1985)

52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)

52.246-23 LIMITATION OF LIABILITY (APR 1984)

52.247-29 F.O.B. ORIGIN (JUN 1988)

52.247-30 F.O.B. ORIGIN, CONTRACTOR'S FACILITY (APR 1984)

52.247-52 CLEARANCE AND DOCUMENTATION REQUIREMENTS SHIPMENTS TO DOD AIR OR WATER TERMINAL TRANSSHIPMENT POINTS (APR 1984)

52.247-59 F.O.B. ORIGIN-CARLOAD AND TRUCKLOAD SHIPMENTS (APR 1984)

52.247-58 LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984)

52.248-1 VALUE ENGINEERING (MAR 1989)
*(Applies to contracts $100,000 or over)*

52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984)
*(Applies to contracts $100,000 or over)*

52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)

52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

252.203-7000 STATUTORY COMPENSATION PROHIBITIONS AND REPORTING REQUIREMENTS RELATING TO CERTAIN FORMER DEPARTMENT OF DEFENSE (DOD) EMPLOYEES (DEC 1991)

252.203-7001 SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993)

252.203-7003 PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992)

252.204-7000 DISCLOSURE OF INFORMATION (DEC 1991)

252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)

252.205-7000 PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

252.209-7000 ACQUISITIONS FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE RANGE NUCLEAR FORCES (INF) TREATY (DEC 1991)
*(Applies if value of contract exceeds $25,000)*

252.219-7003 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS) (MAY 1994)
*(DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRATING PLAN UNDER THE TEST PROGRAM IS APPROVED)*

252.225-7002 QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (DEC 1991)

252.225-7005 IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES (DEC 1991)
*(Applies if value of contract exceeds $25,000)*

252.225-7007 TRADE AGREEMENTS ACT (JAN 1994)

252.225-7009 DUTY-FREE ENTRY--QUALIFYING COUNTRY END PRODUCTS AND SUPPLIES (DEC 1991)

252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (MAY 1994)
*(Applies if value of contract exceeds $25,000)*

**252.225-7014 PREFERENCE FOR DOMESTIC SPECIALTY METALS (DEC 1991) ALTERNATE I (DEC 1991)**

**252.225-7016 RESTRICTION ON ACQUISITION OF ANTIFRICTION BEARINGS (APR 1993)**
*(Applies if value of contract exceeds $25,000)*
*(Applies to under $25,000 when antifriction bearings or bearing components are the end items)*

**252.225-7025 FOREIGN SOURCE RESTRICTIONS (APR 1993)**

**252.225-7031 SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992)**
*(APPLIES IF VALUE EXCEEDS $25,000)*

**252.225-7032 WAIVER OF UNITED KINGDOM LEVIES (OCT 1992)**

**252.227-7013 RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE (OCT 1988)**

**252.227-7018 RESTRICTIVE MARKINGS ON TECHNICAL DATA (OCT 1988)**

**252.227-7029 IDENTIFICATION OF TECHNICAL DATA (APR 1988)**

**252.227-7030 TECHNICAL DATA--WITHHOLDING OF PAYMENT (OCT 1988)**

**252.227-7031 DATA REQUIREMENTS (OCT 1988)**

**252.227-7036 CERTIFICATION OF TECHNICAL DATA CONFORMITY (MAY 1987)**

*(NOTE: This certification applies only to technical data contemplated by FAR Part 27 and required under this contract, and does not apply to material certifications including, but not limited to, certification of chemical composition, mechanical properties, and traceability, in which case positive certification is required in accordance with any applicable unique data item specification, for example, UDI-T-23191.)*

**252.227-7037 VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA (APR 1988)**

**252.231-7000 SUPPLEMENTAL COST PRINCIPALS (DEC 1991)**

**252.232-7006 REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (AUG 1992)**

**252.233-7000 CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994)**

**252.242-7000 POSTAWARD CONFERENCE (DEC 1991)**

**252.242-7004 MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM REQUIREMENTS AND STANDARDS (DEC 1991)**

**252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991)**

**252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991)**

**252.246-7001 WARRANTY OF DATA (DEC 1991)**

**52.203-9 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)**

(a) *Definitions.* The definitions set forth in FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) *Certification.* As required in paragraph (b) of this clause, the officer or employee responsible for the modification proposal shall execute the following certification:

**CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)**

(1) I, ______________________________ [*Name of certifier*] am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement ____________________ *(contract and modification number)*.

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ______________________________ [*Name of Offeror*] who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections (27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: *(Continue on plain bond paper if necessary and label Certificate of Procurement Integrity-Modification (Continuation Sheet), ENTER 'NONE' IF NONE EXISTS)* ____________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

[*Signature of the officer or employee responsible for the modification proposal and date*]

______________________________________________________________

[*Typed name of the officer or employee responsible for the modification proposal*]

______________________________________________________________

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

**THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.**

(End of Certification)

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certification shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a

contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.