Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX
VOLUME III, PAGES 62 - 89

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

April 11, 2005

# INDEX TO APPENDIX

Document

Contract Number N00104-96-C-KA091 . . . . . . . . . . 1

Contract Modification P00001- P00021 . . . . . . . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . . . . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . . . . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . . . . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . . . . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . . . . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . . . . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . . . . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . . . . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Solicitation of Axion: Regarding Solicitation (Dated December, 4, 1995) . . . . . . . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . . . . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . . . . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996)180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996)..........182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point : Regarding N00104-96 CKA09 (Dated April 15, 1997) . . . . . . . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion : Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Date September 18, 2001) . . . . . . . . . . . . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208(a)

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

## FAR 52.209-3

## FIRST ARTICLE APPROVAL-CONTRACTOR TESTING (SEP 1989)

(A) The Contractor shall test 540 unit(s) of Lot/Item 0001AB as specified in this contract. At least 45 calendar days before the beginning of the first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 120 DACA calendar days from the date of this contract to SPCC Code 0282 marked "FIRST ARTICLE TEST REPORT: Contract No.____________ .Lot/Item No.__________". Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. the Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government.

**(h)** The Government may waive the requirement for the first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the Offeror/Contractor and have been accepted by the Government. The Offeror/Contractor may request a waiver.

**Alternate I - (SEP 1989).**

As prescribed in 9.308-1(a)(2) and (b)(2), add the following paragraph (i) to the basic clause

**(i)** The contractor shall produce both the first article and the production quantity at the same facility and shall submit a certification to this effect on each first article.

**Alternate II (SEP 1989)**

As prescribed in 9.303-1(a)(3) and (b)(3), substitute the following paragraph (g) for paragraph (g) of the basic clause.

**(g)** Before the first article approval, the Contracting Officer may by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government. If first article test reveal deviations from the contract requirements the contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

**52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984)**

(a) This acquisition is not a set aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect
(1) entitlement to award in case of tie offers or
(2) offer evaluation in accordance with the Buy American Act clause of this solicitation.
In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50 percent of the contract price.

______________________________________________

(b) Failure to identify the locations as specified above will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

NOTE: Not applicable to Labor Surplus Area Set-Aside.

**DOD INSTRUCTIONS 5100.76-M (PHYSICAL SECURITY OF SENSITIVE CONVENTIONAL ARMS, AMMUNITION, AND EXPLOSIVES AT CONTRACTOR FACILITIES)**

Contractor agrees to comply with all applicable portions of DOD Instructions 5100.76-M (Physical Security of Sensitive Conventinal Arms, Ammunition, and Explosives at contractor facilities). The text of this instruction is available from Contracting Officer, Navy Ships Parts Control Center, Attn: Code 0282, 5450 Carlisle Pike, P.O. Box 2020, Mechanicsburg, PA 17055-0788 and will be furnished on request.

**52.215-9000 SUBMISSION OF COST OR PRICING DATA (NOV 1987) ALTERNATE 1 (NOV 1987)**

(a) It is expected that this contract will be awarded based upon a determination that there is adequate price competition; therefore, the offeror is not required to submit or certify cost or pricing data (SF 1411) with this proposal.
(b) If, after receipt of the proposals, the contracting officer determines that adequate price competition does not exist in accordance with FAR 15.804-3, the offeror shall provide certified cost or pricing data as requested by the contracting officer.

**ALTERNATE 1 (NOV 1987)**
(a) It is expected that this contract will be awarded based upon a determination that there is adequate price competition; therefore, the offeror is not required to submit or certify cost or pricing data (SF 1411) with its proposal.
(b) If, after receipt of the proposals, the contracting officer determines that adequate price competition does not exist, the offeror shall provide certified cost or pricing data as requested by the contracting officer. The offeror shall provide the requested data within (    ) calendar days from the date of the contracting officer's request.

**252.219-7005 INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS (DEC 1991) ALTERNATE I (DEC 1991)**

(a) If the Contractor exceeds the small disadvantaged business, historically

black college and university, minority institution goal of its subcontracting plan, at completion of contract performance, the Contractor will receive ____0____ percent of the excess.

(b) The Contractor will not receive this incentive if the Contracting Officer determines that exceeding the goal was not due to the Contractor's efforts (e.g., a subcontractor cost overrun or award of subcontracts planned but not disclosed in the subcontracting plan). Determinations made under this paragraph are not subject to the Disputes clause.

(c) If this is a cost contract, the limitations in FAR Subpart 15.9 may not be exceeded.

(d) This clause does not apply if the subcontracting plan is a plant, division, or company-wide commercial products plan.

**ALTERNATE 1 (DEC 1991)**

As prescribed in 219.708(c)(1), add the following paragraph (b) to the basic clause and renumber the existing paragraphs (b), (c), and (d) as (c), (d), and (e).

(b) If the Contractor exceeds the small business goal of its subcontracting plan, at completion of contract performance, the Contractor will receive ________(Insert appropriate number between 1 and 10) percent of the excess.

**252.243.7000 ENGINEERING CHANGE PROPOSALS (MAY 1994)**

(a) The Contracting Officer may ask the Contractor to prepare engineering change proposals for engineering changes within the scope of this contract. Upon receipt of a written request from the Contracting Officer, the Contractor shall prepare and submit an engineering change proposal in accordance with the instructions of MIL-STD-973, in effect on the date of contract award.

(b) The Contractor may initiate engineering change proposals. Contractor initiated engineering change proposals shall include a "not to exceed" price or a "not less than" price and delivery adjustment. If the Contracting Officer orders the engineering change, the increase shall not exceed nor the decrease be less than the "not to exceed" or "not less than" amounts.

(c) When the price of the engineering change is $500,000 or more, the Contractor shall submit

(1) A completed SF 1411, Contract Pricing Proposal Cover Sheet, and

(2) At the time of agreement on price, a signed Certificate of Current Cost or Pricing Data.

**252.248-7000 PREPARATION OF VALUE ENGINEERING CHANGE PROPOSALS (DEC 1991)**

Prepare value engineering change proposals, for submission pursuant to the value engineering clause of this contract, in the format prescribed by the version of__________MIL-STD-973__________in effect at time of contract award.

**252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)**

(a) *Definitions.*
As used in this clause--
(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.
(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defe

(3) "Foreign Fag vessel" means any vessel that is not a U.S.-flag vessel.
(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.
(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.
(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.
  (i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.
  (ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment, machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.
(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessel in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that--
  (1) U.S.-flag vessels are not available for timely shipment;
  (2) The freight charges are inordinately excessive or unreasonable; or
  (3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--
(1) Type, weight, and cube of cargo
(2) Required shipping date;
(3) Special handling and discharge requirements;
(4) Loading and discharge points;
(5) Name of Shipper and consignee
(6) Prime contract number; and
(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Divisions of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washing DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information--
(1) Price contractor number;
(2) Name of vessel;

(3) Vessel flag of registry;
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if available;
(9) Total ocean freight in U.S. dollars; and
(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief-

(1) No ocean transportation was used in the performance of this contract;
(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;
(3) Ocean transportation was used, and the Contractor has the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or
(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| TOTAL | ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
| --- | --- | --- | --- |

(f) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessel in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the small purchase limitation of section 13.000 of the Federal Acquisition Regulation.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)**

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

(e) The contractor shall prepare:

___X___ a separate invo[illegible] [illegible] activity designated to receive

the supplies or services.

_______ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.245-9400 USE OF EXISTING GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992)**

(a) Any offeror proposing to use existing production and research property in the performance of work under this solicitation shall submit with his offer the following:

(1) A list or description of all Government production and research property that the offeror or its subcontractors propose to use on a rent-free basis. This list shall include property offered for use in the solicitation, as well as property already in possession of the offeror and its subcontractors under other contracts.

(2) Identification of the facilities contract or other instrument under which property already in possession of the offeror and its subcontractors is held, and the written permission for its use from the Contracting Officer having cognizance of the property.

(3) The dates during which the property will be available for use (including the first, last, and all intervening months) and, for any property that will be used concurrently in performing two or more contracts, the amounts of the respective uses in sufficient detail to support proration of the rent.

(4) The amount of rent that would otherwise be charged, computed in accordance with FAR 45.403.

(b) The competitive advantage that might otherwise accrue to an offeror from the use of existing Government production and research property shall be eliminated by adding an evaluation factor to each offer for which such use is requested, which shall be equivalent to the rent which would otherwise be charged for such use. No use of Government production and research property other than as described and permitted herein shall be authorized unless such use is approved in writing by the Contracting Officer cognizant of the property, and either rent calculated in accordance with FAR 45.403 is charged, or the contract price is reduced by an equivalent amount.

**J -LIST OF ATTACHMENTS (NSPCC) (NOV 1992)**

The documents listed below marked with an "X" are physically included in this contract.

(X) Award/Contract (Standard Form 26)
( X ) Continuation Sheet (Supply Contract) (Pages 2 thru 130)
( ) Specifications
( X ) DD Form 1423
( X ) DD Form 1423 (Back)

N00 L04-95-R-K042 PAGE 58

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services,Derectorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.
B. EXHIBIT
C. CATEGORY: TDP X TM OTHER

D. SYSTEM/ITEM: PS-115, 1390-01-200-8338
E. CONTRACT/PR NO.: N4993595NA004
F. CONTRACTOR

1. DATA ITEM NO.: A001
2. TITLE OF DATA ITEM: AMMUNITION DATA CARD
3. SUBTITLE: AMMUNITION & EXPLOSIVE TECHNICAL DATA
4. AUTHORITY (Data Acquisition Document No.): DI-MISC-80043
5. CONTRACT REFERENCE
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ***
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ***
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD CRANE (402)* | 0 | 1 | 0 |
| LOT/PARTIAL LOT | | | |
| SHIPMENT * | 0 | 0 | 2 |
| QAR | 0 | 0 | 1 |
| SEE REMARKS** | | | |
| 15. TOTAL → | 0 | 1 | 3 |

16. REMARKS

DATA CARDS SHALL BE PREPARED IN ACCORDANCE WITH MIL-STD-1167,AS CHANGED BY ADL EXCEPTIONS AND THE CONTRACT DOCUMENT LIST,USING THE GOVERNMENT FURNISHED ALRAM COMPUTER SOFTWARE AND USERS GUIDE.(CONTACT AMSMC-QAD) FOR ALRAM SOFTWARE AND USERS GUIDE)

*DATA CARDS PROVIDED TO NSWCD CRANE AND THE ONES SENT WITH SHIPMENTS SHALL BE HARDCOPY PRINTOUTS GENERATED WITH THE ALRAM COMPUTER SOFTWARE PROGRAM AND SHALL BE SIGNED AND DTD BY THE GOVERNMENT INSPECTOR . NSWCD CRANE SUBMISSIONS SHALL ALSO INCLUDE A HARDOPY PRINTOUT OF SAMPLE DATA CARDS (SEE MIL-STD-1167,PARA 4.1.4).

**WHEN BALLISTIC TESTS ARE REQUIRED 2 HARDCOPIES SHALL BE SENT TO THE PROVING GROUND WITH SHIPMENT AND 2 TO PROVING GROUND BY MAIL. SUBMISSIONS TO AMSMC-QAM SHALL CONSIST OF SAMPLE DATA CARDS (SEE MIL-STD-1167,PARA 4.1.4) AND MONTHLY SUBMISSIONS OF DATA DISKS IN ACCORDANCE WITH ALRAM USERS GUIDE.

***DATA CARDS PROVIDED TO NSWCD CRANE (CODE 402) SHALL BE SUBMITTED UPON COMPLETION OF EACH LOT.

1. DATA ITEM NO.
2. TITLE OF DATA ITEM
3. SUBTITLE
4. AUTHORITY (Data Acquistion Document No.)
5. CONTRACT REFERENCE
6. REQUIRING OFFICE
7. DD 250 REQ
8. APP CODE
9. DIST STATEMENT REQUIRED
10. FREQUENCY
11. AS OF DATE
12. DATE OF FIRST SUBMISSION
13. DATE OF SUBSEQUENT SUBMISSION
17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| 15. TOTAL → | | | |

16. REMARKS

G. PREPARED BY: JOHN VENSKUS
H. DATE: 8 Feb 1995
I. APPROVED BY: J.W.LONG
J. DATE: 8 Feb 1995

DD Form 1423-2, JUN 90
1161/183 S/N 0102-LF-010-5400
Previous editions

Page 1 of 4 Pages



NAVY01149

N00104-95-R-K042

PAGE 59

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 
B. EXHIBIT: 
C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS115, 1390-01-200-8338
E. CONTRACT/PR NO.: N499395NA004
F. CONTRACTOR: 

---

1. DATA ITEM NO.: A002
2. TITLE OF DATA ITEM: INSPECTION SYSTEM PLAN
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): OT-90-12011
5. CONTRACT REFERENCE: MIL-I-45208
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: XX
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR * | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,61JV (COVER LTR) | 0 | 0 | 1 |
| 15. TOTAL ⟶ | 0 | 1 | 2 |

16. REMARKS
*PLAN SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSES PRIOR TO INITIATION OF PRODUCTION. ALLOW 30 DAYS FOR GOVERNMENT REVIEW.

17. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A003
2. TITLE OF DATA ITEM: FIRST ARTICLE INSPECTION PROCEDURES
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80603
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: —
10. FREQUENCY: ASREQ*
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ*
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| SEE REMARKS** | | | |
| 15. TOTAL ⟶ | 0 | 1 | 1 |

16. REMARKS
*PROCEDURES SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES PRIOR TO SUBMISSION OF FIRST ARTICLE (FA). ALLOW 30 DAYS FOR GOVERNMENT REVIEW
**IF ALL THE SPECIFIED REQUIREMENTS OF THIS DATA ITEM HAVE BEEN COMPLETELY INCORPORATED IN THE QUALITY PROGRAM PLAN OR INSPECTION

17. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A004
2. TITLE OF DATA ITEM: INSPECTION AND TEST REPORT
3. SUBTITLE: FIRST ARTICLE INSPECTION & TEST
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80809A
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSUREFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: 
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR*/FA SHIPMENT | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,MSD,(61JV) | 0 | 0 | 1 |
| 15. TOTAL ⟶ | 0 | 1 | 2 |

16. REMARKS
*REPORTS SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES.

17. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A005
2. TITLE OF DATA ITEM: TEST/INSPECTION REPORTS
3. SUBTITLE: PRODUCTION ACCEPTANCE INSPECTION AND TEST REPORTS
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80809A
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ**
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ**
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,MSD (61JV) | 0 | 0 | 1 |
| 15. TOTAL ⟶ | 0 | 1 | 2 |

16. REMARKS
*REPORTS SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES.
**REPORTS SHALL BE SUBMITTED UPON COMPLETION OF EACH LOT.

17. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

G. PREPARED BY: JOHN VENSKUS
H. DA[TE] 8
71
I. APPROVED BY: V.LONG
J. DATE: 8 Feb 1995

NAVY01148

N00104-95-R-K462 PAGE 60

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per reponse, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of infor mation, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services,Derectorata for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.
B. EXHIBIT
C. CATEGORY: TDP ___ X TM ___ OTHER ___
D. SYSTEM/ITEM: PS 115, 1390-01-200-8338
E. CONTRACT/PR NO.
F. CONTRACTOR

---

1. DATA ITEM NO.: A006
2. TITLE OF DATA ITEM: ENGINEERING CHANGE PROPOSAL
3. SUBTITLE
4. AUTHORITY (Data Acquistion Document No.): DI-CMAN-80639A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD,CRANE (402) | 0 | 0 | 1 |
| QAR** | 0 | 1 | 0 |
| | | | |
| 15. TOTAL ——> | 0 | 1 | 1 |

16. REMARKS
**DD FORM 1692 (PG 1 ONLY-SHORT FORM) SHALL BE USED FOR THE SUBMISSIONS AND PROCESSING OF ALL CLASS 1&2 ENGINEERING ACTIONS IN ACCORDANCE WITH PARA 5.4.8 & SUBPARAGRAPHS,AND APPENDICES D&E OF MIL-STD-973 AS TAILORED IN THE CONTRACT DOCUMENT SUMMARY LIST.

17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

---

1. DATA ITEM NO.: A007
2. TITLE OF DATA ITEM: QUALITY DEFICIENCY REPORT
3. SUBTITLE
4. AUTHORITY (Data Acquistion Document No.): DI-QCIC-80736
5. CONTRACT REFERENCE: SECTION C - SOAP
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD (61JV) | 0 | 0 | 1 |
| 15. TOTAL ——> | 0 | 1 | 2 |

16. REMARKS
*REPORTS SHALL BE SUBMITTED THRU THE QAR TO ALL ADDRESSEES.

17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

---

1. DATA ITEM NO.: A008
2. TITLE OF DATA ITEM: REQUEST FOR DEVIATION
3. SUBTITLE
4. AUTHORITY (Data Acquistion Document No.): DI-CMAN-80640A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR** | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| | | | |
| 15. TOTAL ——> | 0 | 1 | 1 |

16. REMARKS
*REQUEST FOR DEVIATIONS SHALL BE PREPARED IN ACCORDANCE WITH PARA 5.4.8 AND SUBPARAGRAPHS,AND APPENDICES D&E OF MIL-STD-973 AS TAILORED IN THE DOCUMENT LIST

**RFD'S SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES..

17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

---

1. DATA ITEM NO.: A009
2. TITLE OF DATA ITEM: REQUEST FOR WAIVER
3. SUBTITLE
4. AUTHORITY (Data Acquistion Document No.): DI-CMAN-80641A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION
14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR** | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| | | | |
| 15. TOTAL ——> | 0 | 1 | 1 |

16. REMARKS
*REQUEST FOR WAIVERS SHALL BE PREPARED IN ACCORDANCE WITH PARA 5.4.8 AND SUBPARAGRAPHS, AND APPENDICES D&E OF MIL-STD 973 AS TAILORED IN ~~THE CONTRACT DOCUMENT SUMMARY LIST.~~

**RFW'S SHALL BE SUBMITTED THRU THE QAR TO ALL ADDRESSEES.

17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

---

G. PREPARED BY: JOHN VENSKUS
H. DATE: 8 Fel[illegible]
I. APPROVED BY: [illegible]NG
J. DATE: 8 Feb 1995

N00164-95-R-R042

PAGE 61

# CONTRACT DATA REQUIREMENTS LIST

*Form Approved*
*OMB Mo. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per reponse, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information.. Send comments regarding this burden estimate or any other aspect of this collection of infor mation, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services,Derectorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.
B. EXHIBIT
C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS 115, 1390-01-200-8338
E. CONTRACT/PR NO.
F. CONTRACTOR

1. DATA ITEM NO.: A010
2. TITLE OF DATA ITEM: TEST PROCEDURES
3. SUBTITLE: PRODUCTION ACCEPTANCE INSPECTION AND TEST PROCEDURES
4. AUTHORITY (Data Acquistion Document No.): DI-NDTI-80603
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ*
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ*
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED

16. REMARKS

*PROCEDURES SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES PRIOR TO INITIATION OF PRODUCTION. ALLOW 30 DAYS FOR GOVERNMENT REVIEW.

**IF ALL THE SPECIFIED REQUIREMENTS OF THIS DATA ITEM HAVE BEEN COMPELELY INCORPORATED IN THE QUALITY PROGRAM PLAN OR INSPECTED SYSTEM PLAN,SEPERATE SUBMITTAL TO COMPLY WITH THIS DD-1423 IS NOT REQUIRED.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| QAR* | 0 | 0 | 1 |
| 15. TOTAL ——> | 0 | 1 | 1 |

17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

1. DATA ITEM NO.: A011
2. TITLE OF DATA ITEM: ACCEPTANCE INSPECTION EQUIPMENT DESIGN DOCUMENTATION
3. SUBTITLE
4. AUTHORITY (Data Acquistion Document No.): OT-90-12009***
5. CONTRACT REFERENCE
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED
10. FREQUENCY: ASREQ
11. AS OF DATE
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED

16. REMARKS

*CONTRACTOR ACCEPTANCE INSPECTION EQUIPMENT DESIGNS FOR THOSE INSPECTION CHARACTERISTICS CLASSIFIED"MINOR"SHALL BE SUBMITTED TO QAR FOR REVIEW AND APPROVAL.

**CONTRACTOR ACCEPTANCE INSPECTION EQUIPMENT DESIGNS FOR THOSE INSPECTION CHARACTERISTICS CLASSIFIED AS "CRITICAL" OR "MAJOR" SHALL BE SUBMITTED THROUGH THE QAR TO NSWCD (402) AND NWADIV,CORONA (MS-16) FOR REVIEW AND APPROVAL. MEASURING DEVICES (CONTRACTOR IN-PROCESS WORK GAGES,FIXTURES,ETC.)USED FOR GATHERING SPC DATA,WHEN SPC IS THE MEANS FOR ACCEPTANCE, REQUIRE GOVERNMENT APPROVAL AND SHALL BE SUBMITTED IN ACCORDANCE WITH AIE CONTRACT CLAUSE. NSWCD (402) WILL PROVIDE APPROVAL/DISAPPROVAL OF DESIGNS TO THE CONTRACTOR WITH COPY TO QAR.

***PARAGRAPH 10.3E,DELETE "WHERE APPROPRIATE".

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402)** | 0 | 1 | 0 |
| NWADIV,CORONA (MS-16) ** | 0 | 0 | 1 |
| 15. TOTAL ——> | 0 | 1 | 2 |

17. PRICE GROUP
18. ESTIMATED TOTAL PRICE

G. PREPARED BY: JOHN VENSKUS
H.
I. APPROVED BY: J.W.LONG
J. DATE: 8 Feb 1995

73

NAVY01146

N00104-95-R-K042

PAGE 82

A001

NAVSURFWARCENDIV CRANE CODE 402
CONTRACT DOCUMENTS SUMMARY LIST
TAILORING REQUIREMENTS FOR MIL-STD-1167 AND DI-MISC-80043

MIL-STD-1167 and DI-MISC-80043 are tailored as follows:

1. MIL-STD-1167:

a. Delete paragraph 5.1.

b. Delete paragraph 5.1.2.

c. Delete figures 1a and 1b.

d. Change paragraph 5.3.1.1 to read as follows:

"For all Army, Navy, Marine Corps and Air Force items, a copy of the Government Furnished Ammunition Data Card Floppy Disk (containing all records prepared during the month) shall be furnished on a monthly basis to:

Commander
U.S. Army Armament Munitions and Chemical Command
ATTN: AMSMC-QAD (R)
Rock Island IL 61299-6000

e. Delete last sentence of paragraph 5.3.4.

2. DI-MISC-80043:

a. Change paragraph 10.2 to read: "Ammunition Data Cards shall be prepared using the Government Furnished Ammunition Data Card Floppy Disk. (All submissions except for the monthly submission to AMSMC-QAD shall be hardcopy printouts of the data cards as prepared using the furnished floppy disk)."

b. Delete paragraph 10.3.

c. Delete paragraph 10.3.1.

d. Delete the first two sentences of paragraph 10.4 and substitute the following:

"The following paragraphs apply to the corresponding fields in the Government Furnished Ammunition Lot Record and Malfunction (ALRAM) Computer Software System. The required information will be entered in accordance with the following instructions and the ALRAM System Users guide:"

e. Change instructions pertaining to government Inspector signature and date signed on pages 7, 11 and 12 of DI-MISC-80043 to require signature only on hardcopy printout as specified on Contract Data Requirements List DD Form 1423.

N00104-95-R-RC43 (A001) PAGE 63

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. | PAGE | OF |
|---|---|---|---|---|

## DATA ITEM DESCRIPTION

Form Approved OMB No 0704-0188 Exp Date Jun 30, 1986

| 1 TITLE | 2 IDENTIFICATION NUMBER |
|---|---|
| AMMUNITION DATA CARD | DI-MISC-80043<br>~~DI-MISC-8004~~ |

3 DESCRIPTION/PURPOSE
The Ammunition Data Card is used to acquire a record containing essential data pertaining to the initial history of a lot of ammunition and explosive materiel or, in certain instances, of a serially numbered complete round guided missile which contains all required data pertaining to each lot of the item. The data card is used to provide traceability of explosive items.

| 4 APPROVAL DATE (YYMMDD) | 5 OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a DTIC REQUIRED | 6b GIDEP REQUIRED |
|---|---|---|---|
| 850805 | ARMY-AR | | |

7 APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description (DID) is normally invoked when the procurement involves ammunition, explosive materiel or of a serially numbered complete round guided missile.

7.2 The data contained in this DID is required by MIL-STD-1167 and MIL-STD-1168.

7.3 This DID supersedes DI-E-2001 and DI-L-1410.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b AMSC NUMBER |
|---|---|---|
| | DD Form 1650 | A3664 |

10. PREPARATION INSTRUCTIONS

10.1 Source document. The applicable issue of the documents cited herein, including their approval date, and dates of any applicable amendments and revisions shall be as reflected in the contract.

10.2 Ammunition Data Cards shall be prepared on DD Form 1650 in accordance with MIL-STD-1167, MIL-STD-1168, and the following.

10.3 Instructions for Completing DD Form 1650.

10.3.1 Required Information. The required information has been divided into two sections. Paragraph 10.4 pertains to new manufacturing of materiel and Paragraph 10.5 pertains to rework/renovation materiel.

10.4 New Manufacturing. The following paragraphs have been numbered to correspond with the numbered blocks appearing on DD Form 1650. The required information shall be entered on the form in accordance with the following instructions:

Block No.

1 Item Nomenclature - Enter the standard nomenclature as required by the contract under which the item was manufactured. For guided missile explosive components, the nomenclature shall be the item name as it appears in the Federal Item Identification Guides for Supply Cataloging, (Handbook H6-A, B, and C).

DD Form 1664, FEB 85 Previous edition is obsolete. PAGE 1 OF 13 PAGES

THIS DOCUMENT CONTAINS 13 PAGES

108 (SPCC OVPT A) (REV 12-67)



NAVY01143

N00104-95-R-R042 PAGE 64

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. | PAGE | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

Block No.

2 NSN - Enter the National Stock Number of the item represented by the data card. For an inert component or subassembly, enter "See Remarks." In the remarks section of the data card, enter the NSN of the end item in which the inert component will be utilized.

3 DODIC - Enter the DOD Identification Code ot the item represented by the data card. For an inert component or subassembly, enter "See Remarks." In the remarks section of the data card, enter the DODIC of the end item in which the inert component will be utilized.

4 Lot Number - Enter the complete lot number or serial number of an item which is not lotted. Suffixes will be assigned in accordance with MIL-STD-1168.

5 Manufacturer, Loading or Assembly Activity - Enter the manufacturer's name as contained in the contract. In cases of Government owned facilities, whether metal parts producers, load operations, depot and storage activities, field units, etc., use the Government title for the installation. Indicate the address of the facility where the item is being produced.

6 Net Quantity - The quantity to be entered here is the net quantity available for shipment to users after any destructive test samples have been removed from the lot.

7 Packing of Lot - Enter the method by which the lot is packed for shipment, including the number of rounds, parts or sets in each outside container. Insert the packing and marking drawing number, revision, and any ECP/NOR under which the item was packed or marked. Standard abbreviations may be used

8 Contract or Order No. - When material is procured from industry, show the complete contract number. Whenever material is produced at a Government owned facility (whether directly by the Government owned facility (whether directly by the Government or by an operating contractor), the production order number, the project order number, expenditure order number or whatever appropriate indentification number applies for the production, shall be entered in this block.

9 Drawing and Revision No. - (Include revisions, changes, etc.) - The drawing identification shall consist of the drawing number and the information in (b) and (c) below, as applicable.

(a) The drawing number, including the revision number or tab, if any.

(b) Numbers of any Engineering Change Proposals

N00104-95-R-K042 PAGE 65

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. | PAGE | OF |
| --- | --- | --- | --- | --- |

DI-MISC-80043

10. Preparation Instructions (Cont'd)

describing changes which have not been included in drawing revisions, but which have been applied to the production of the item represented by the data card.

(c) The identification of any letter or teletype which directs or authorizes any change in the requirement of the drawings, that has been applied to the item described.

(d) If more than the drawing is required to define the configuration a "See Remarks" note should specify that paragraph (b) and (c) information is contained in the remarks block.

10 Specification and Revision - The specification identification may consist of one or more of the four parts listed as (a), (b), (c), and (d) below. Enter the numbers of the detail specifications and the parts which apply to acceptance of the lot.

(a) Specification number, revision letter or number, if any.

(b) Amendment number, if any.

(c) Number of any ECP modifying the specification but not yet included by amendment or revision to the specification which has been applied to the production of the lot represented by the data card.

(d) The identification of any letter or teletype which modified any portion of the specifications where modifications have been applied to the lot.

(e) When more than the specification is required to define the configuration, a "See Remarks" note should specify that paragraph (c) and (d) information will be contained in the remarks block.

11 Date Started - Insert the day, month and year that the production, loading, assembling, etc., began.

12 Date Completed - Enter the day, month and year that production, loading, etc., was completed. Assemblies requiring curing shall be considered completed on the date cure was completed.

13 Date Inspected - Enter the date on which inspection of the lot was completed.

14 Line - Enter the local designation of the assembly line on which the lot was assembled.

NAVY01141

6737 COPIES

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 66 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

15 Zone Weight - When the loading assembly drawing lists zone weights, show the zone number corresponding to the projectile weights.

NOTE: If metric measurements are used for blocks 15-15d, use the proper symbol for the metric units used.

16 Specifications:

(a) Charge Weight - For complete rounds of ammunition, enter the charge weight for the lot of propellant used in the rounds.

(b) Index of Powder - (APPLICABLE TO US NAVY PROCUREMENT ONLY); the index (for example: SPDN 3201).

(c) Maximum Packing Depth Range in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the maximum packing depth in inches for the powder index as provided by the Technical Activity.

(d) Production Packing Depth Range in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the production packing depth range in inches for the powder index.

(e) Explosive Weight per Package - Enter the net explosive weight of all the rounds contained in one outer pack as specified in Block 6.

17 Test Samples:

(a) Number - When acceptance samples are sent to a test activity, enter the number of test samples shipped.

(b) Sent to - When acceptance samples are forwarded to a test activity for function testing, enter the name of the test activity to which they were sent.

(c) Date of Shipment - When acceptance samples are shipped to a test activity for test, enter the date of shipment.

(d) Mode of Shipment - When acceptance samples are shipped to a test activity for test, enter the method of shipment.

18 DOT Nomenclature - Enter the Department of Transportation nomenclature for explosive loaded items as specified in the marking requirements for individual outer containers.

19 Hazard Class - Enter the United Nations hazard class and explosive compatibility group as specified in the contract or DOD Consolidated Ammunition Catalog.

NAVY01140

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 67 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

20 Government Quality Assurance Activity - Enter the full name of the organization responsible for the final acceptance of the item described on the data card.

21 Remarks - Any unusual features of the lot represented by the data card will be identified and reported in this block.

(a) The data card for the final partial in the lot must include a summarization of all component data for the lot and, in addition, shall show in the "Remarks" block a statement such as, "This is the 10th and final partial of this lot. Total quantity shipped consisted of 62,000 units. All previous data cards for this lot shall be discarded."

(b) Other information pertinent for special remarks are:

(1) "SKIP" lot information - Cite the "SKIP" authority/message.

(2) Reason(s) for changing lot interfix numbers.

(3) Reason(s) for changing manufacturer's prefix symbol.

(4) Revised/Corrected or Changed Cards. Whenever a final data card is changed, corrected, revised, etc., it shall be annotated in this block as in the following examples:

Revision No. 1 (12 August 1976) due to change of quantity from 9,720 to 9,620. Additional 100 units used for ballistic retesting. Discard original card.

Revision No. 2 (18 September 1976) this corrects error in listing weight of projectile from 23.8 lbs. to 28.3 lbs. Discard Revision No. 1.

(5) Changes in material, equipment, inspection procedures, and changes in the manufacturing process, which do not result in change to the lot interfix number will be listed.

(6) Waivers and deviations from drawings, specifications, etc., will be shown in this block. When all or part of the lot has been accepted on waiver, insert the waiver/deviation number. Include the name of the part(s) involved, the extent of the waiver(s)/deviation(s), the number/quantity containing the parts accepted on waiver/deviation, the authority for acceptance such as identification of the document, organization, person, etc.

a For items of issue, the above waiver information will appear only on the data cards sent to the Engineering and

NAVY01139

DEPARTMENT OF THE NAVY 6737 COPIES GOVERNMENT

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 68 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

Inspection Officers of the responsible procurement agency, and the master file of the proving ground. Waiver information will not appear on other data cards for items of issue and when data cards are printed from ditto or duplicate masters, this information must be blocked out before other data cards are printed.

b For items of assembly, waiver information will appear on all data cards.

(7) "Priorship" information. Show the complete authorization for shipping material on a "priorship" basis.

(8) "Preferred Status" information. Cite the authority for shipping on a "preferred status" basis.

(9) "Referred" information. State in detail the reason(s) for the lot being "referred" and to whom referred for decision.

(10) "Rejected" information. Show the reason(s) for rejecting the lot including any rejections of Requests for Waivers or deviations.

(11) "Warranty Clause" information, as applicable.

(12) "Serial Numbers of Items" information. When items in a lot are serially numbered, list the serial numbers of all items included in the lot.

(13). "ECPS, Amendments, etc." Show any Engineering Change Proposals, Amendments, etc., which had an effect on the manufacture of the item.

(14) The responsible inspector shall determine what other difficulties, occurrences, or conditions are significant enough to be reported such as excessive critical major characteristics that required 100% screening, environmental conditions, etc.

(15) Any and all other pertinent information for which no specific block has been provided or which is too bulky to insert in the prescribed blocks.

22 Disposition - Enter the applicable disposition:

DISPOSITION

Accepted
Rejected
Referred
Provisionally accepted

NAVY01138

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>N00164-95-R-R042 | PAGE<br>69 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

23 Government Inspector:

(a) Typed Name - The name of the Government Inspector, who signs in the "Signature" block will be typed in the area provided for this purpose.

(b) Signature - The Government Inspector having knowledge of and contact with the production and inspection of the lot will sign the completed master form. The signature is certification by the Government Inspector that all required tests and Government inspections were performed on the material in the lot, that the information listed is correct, and that the dispositions indicated have been properly determined. Any exceptions will be noted in the "Remarks" block.

(c) Date Signed - The Government Inspector shall enter the complete date in ink at the same time he affixes his signature to the card.

24 Components - The following information will be furnished for each component part, assembly, sub-assembly, explosive, propellant and/or any other material used in the production, and/or assembly of the item described on the card. If the listing of each component of a complex item requires excessive space and effort, the contracting officer can limit the list to major components and sub-assemblies when these items have individual data cards.

NOTE: All columns will be filled to the extent possible.

(a) Component - Give the approved item name as shown on the supplier's card, shipping instruments, previous data card and/or similar type documents.

(b) Drawing No./Spec. No. - Enter the drawing number and applied ECP/NOR, if any. Enter the specification number and amendments to specifications if a specification applies instead of drawing number.

(c) Manufacturer - Give the name of the manufacturer of each lot of each component used.

(d) Date Manufactured - Insert the month and year (when known) during which each of the components listed was made.

(e) Lot No. - Enter the complete lot number of each component used in the manufacture, assembly, etc., of the item.

(f) Quantity - The exact quantity of each component item used will be listed in this column. When component quantities

NAVY01137

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 70 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

from more than one lot of the same item are used in the production, assembly, etc., of the item, then the exact quantity from each of the component lots shall be shown. Component quantities must be correct and may be determined by actual count, by weighing, etc.

10.5 Rework-Renovation. Data cards prepared for modified, renovated, reworked or regrouped lots must preserve pertinent data from the previous lot data cards, to the maximum extent consistent with the fact that a suffixed or regrouped lot has a unique identity independent of the lots from which it was derived. Data given for the Manufacturer, QA Activity, Contract or Order Number, Government Inspector, etc., must relate to the creation of the reworked lot, not the original lot(s). Detailed instructions for each block follows:

Block No.

1 Item Nomenclataure - Enter the nomenclature for the item after renovation as it is stipulated in the rework/renovation instructions. For guided missile explosive components, the nomenclature shall be the item name as it appears in the federal Item Name Directory for Supply Cataloging, (Handbook H6-A, B, and C).

2 NSN - Enter the National Stock Number of the item represented by the data card. If renovation necessitates a change in the NSN, enter the "new" NSN in this block.

3 DODIC - Enter the DOD Identification Code of the item represented by the data card. If renovation necessitates a change in the DODIC, enter the "new" DODIC in this block.

4 Lot Number - Enter the complete lot number of the item represented by the data card. Enter the serial number of an item which is not lotted. Lot numbers and suffixes will be assigned in accordance with MIL-STD-1168.

5 Manufacturer, Loading or Assembly Activity - Enter the Government title as contained in the rework instructions. Indicate the address of the facility where the item is being reworked/renovated/etc.

6 Net Quantity - The quantity to be entered here is the net quantity available for shipment to users after any destructive test samples have been removed from the lot.

7 Packing of Lot - Enter the method by which the lot is packed for shipment, including the number of rounds, parts or sets in each outside container. Insert the packing and marking drawing number, revision, and any ECP/NOR under which the item was packed or marked. Standard abbreviations may be used.

8 Contract or Order No. - Enter the complete contract number,

DEPARTMENT OF THE NAVY 6737 COPIES

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>N00104-95-R-K042 | PAGE<br>71 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

the production order number, the project order number, expenditure order number or whatever appropriate identification number applies for the work.

9 Drawing and Revision - (Include revisions, changes, etc.) - Enter the new drawing number if it differs from the drawing number of the original production as a result of the changes incorporated into the rework procedure, regroup, etc. The drawing identification shall consist of the drawing and the information in (b) and (c) as applicable.

(a) The drawing number, including the revision number or tab, if any.

(b) Numbers of any Engineering Change Proposals describing changes not yet included in drawing revisions which have been applied to the production of the lot represented by the data card.

(c) The identification of any letter or teletype which directs or authorizes any change in the requirement of the drawings, which change has been applied to the lot described.

(d) When more than the drawing is required to define the configuration, a note should specify that paragraph (b) and (c) information will be contained in the remarks.

10 Specification and Revision - Enter the new specification number if it differs from the specification applied to the original production as a result of the change incorporated into the renovation, regrouping, etc. The specification identification may consist of one or more of the four parts listed as (a), (b), (c) and (d) below. Enter the numbers of the detail specifications and the parts which apply to acceptance of the lot.

(a) Specification number, revision letter or number, if any.

(b) Amendment number, if any.

(c) Number of any ECP modifying the specification but not yet included by amendment or revision to the specification which has been applied to the production of the lot represented by the data card.

(d) The identification of any letter or teletype which modified any portion of the specifications where modifications have been applied to the lot.

(e) When more than the specification is required to define the configuration, a note should specify that

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>N00104-95-R-K042 | PAGE<br>72 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

paragraphs (c) and (d) information will be contained in remarks block.

11 Date Started - Insert the day, month and year that the reworking, regrouping, etc., began.

12 Date Completed - Enter the day, month and year that reworking, regrouping, etc., was completed. Assemblies requiring curing shall be considered completed on the date cure was completed.

13 Date Inspected - Enter the date on which inspection of the lot was completed.

14 Line - Enter the local designation of the assembly line on which the lot was assembled.

15 Zone Weight - When the loading assembly drawing lists zone weights, show the zone number corresponding to the projectile weights.

NOTE: If metric measurements are used for blocks 15-15d, use the proper symbol for the metric units used.

16 Specifications:

(a) Charge Weight - For complete rounds of artillery ammunition, enter the charge weight for the lot of propellant used in the rounds.

(b) Index of Powder - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the index of smokeless powder (for example SPDN 3201).

(c) Maximum Packing Depth in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the maximum packing depth in inches for the powder index from proof as provided by the technical agency.

(d) Production Packing Depth in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the production packing depth range in inches for the powder index from proof as provided by the technical agency.

(e) Explosive Weight per Package - Enter the net explosive weight of all the rounds contained in the packing specified in Block 6.

17 Test Samples:

(a) Number - When acceptance samples are sent to a test activity, enter the number of test samples shipped.

DEPARTMENT OF THE NAVY 6737 COPIES

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>N00164-95-R-K042 | PAGE<br>73 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

(b) Sent to - When acceptance samples are forwarded to a test activity for acceptance testing, enter the name of the test activity to which they were sent.

(c) Date Shipped - When acceptance samples are shipped to a test activity for test, enter the date of shipment.

(d) Mode of Shipment - When acceptance samples are shipped to a test activity for test, enter the method of shipment.

18 DOT Nomenclature - Enter the Department of Transportation nomenclature for explosive loaded items as specified in the marking requirements for individual outer containers.

19 Hazard Class - Enter the United Nations hazard class and explosive compatibility group as specified in the contract or DOD Consolidated Ammunition Catalog.

20 Government Quality Assurance Activity - Enter the full name of the organization responsible for the final acceptance of the item described on the card.

21 Remarks - Give the quantity and original NSN, lot number, manufacture date (for old style lot numbers only), and previous rework history (if any) of the items from which the new lot was formed. Specify the rework and related procedures, and cite the authority for performing the work. Identify the parts replaced, inspected, modified, etc. Show the authority for adding a lot suffix or forming a regroup lot. If a suffix has been added to an old style lot number without a corresponding change to the original loaded date on the item or package, so state. If functional acceptability is based upon the acceptance of the original lot(s), so state.

22 Disposition - Enter the applicable disposition

DISPOSITION

Accepted
Rejected

23 Government Inspector:

(a) Typed Name - The name of the Government Inspector, who signs in the "Signature" block, will be typed in the area provided for this purpose.

(b) Signature - The Government Inspector having knowledge of and contact with the production and inspection of the lot will sign the completed master form. The signature is

DEPARTMENT OF THE NAVY REPRODUCED AT GOVERNMENT EXPENSE 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 74 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

certification by the Government Inspector that all required tests and Government inspections were performed on the material in the lot, that the information listed is correct, and that the disposition indicated have been properly determined. Any exceptions will be noted in the "Remarks" block.

(c) Date Signed - The Government Inspector shall enter the complete date in ink at the same time he affixes his signature to the card.

24 Components - The following information will be furnished for each component part, assembly, sub-assembly, explosive, propellant and/or any other material used in the rework, and/or assembly of the item described on the card. The appropriate changes must be made to the data card to delete removed components and include new components assembled.

NOTE: All columns will be filled to the extent possible.

(a) Component - Give the approved item name as shown on the supplier's card, shipping instruments, previous data card and/or similar type documents.

(b) Drawing No./Spec No. - Enter the drawing number and applied ECP/NOR if any. Enter the specification number if it applies instead of drawing number.

(c) Manufacturer - Give the name of the manufacturer of each lot of each component used.

NOTE: For those items retained from previous assembly, show the drawing number under which the component was actually made, not the latest drawing required by the specification for new production.

(d) Date Manufactured - Insert the month and year (when known) during which each of the components listed was made.

NOTE: For those items retained from original manufacture, show the initial date.

(e) Lot No. - Enter the complete lot number of each component used in the rework of the item.

(f) Quantity - The exact quantity of each component item used will be listed in this column. When component quantities from more than one lot of the same item are used in the rework, etc., of the item, then the exact quantity from each of the component lots shall be shown. Component quantities must be correct and may be determined by actual count, by weighing, etc.

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-R042 | PAGE 75 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

NOTE: In most instances, the component quantities listed on the original data cards of lots being renovated/reworked, etc., will not be the same after the rework. Therefore, special attention should be given to reporting the component quantities accurately during rework and entering the correct quantities, where possible, on the "new" data card.

NOTE: Continuation Card (See Figure 1b). If a second card is required for continuation of remarks only, use a blank card with the lot number and NSN/DODIC typed in the upper right hand corner. If a second card is required for a continuation of the component listing, duplicate the back of the data card (DD Form 1650) and enter the lot number and NSN/DODIC in the upper right hand corner of the card. The blank side may then be used as a continuation sheet for remarks.

..ODUCED AT GOVERNMENT EXPENSE

N00104-95-R-K042 (A002) PAGE 76

# DATA ITEM DESCRIPTION

Form Approved
OMB No 0704-0188

| TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| NSPECTION SYSTEM PLAN | OT-90-12011 |

DESCRIPTION/PURPOSE

.1 This Data Item Description (DID) is used to document the details of the inspection system.

.2 This DID provides evidence of the contractor's intent and methods for complying with the quality requirements of the contract.

| APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b GIDEP APPLICABLE |
|---|---|---|---|
| 900117 | A/AMSMC-QAC | | |

. APPLICATION/INTERRELATIONSHIP

7.1 This DID contains the format and content preparation insturctions for the Inspection System Plan resulting from work described in MIL-I-45208.

7.2 This DID is for one-time use for solicitation________________________.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSMC NUMBER |
|---|---|---|
| Limited to Solicitation________ | | |

10. PREPARATION INSTRUCTIONS

10.1 Reference documents. The applicable issue of the documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions shall be as specified in the contract.

10.2 General. The Inspection System Plan shall be in accordance with MIL-I-45208. This plan shall reflect compliance with the inspection requirements of the contract and shall include the procedures of all subassembly and major componen subcontractors and suppliers.

10.3 Format. The plan shall be in contractor's format and bound in a durable cover.

10.4 Content. The plan shall contain the following:

10.4.1 General inspection procedures. The general inspection procedures shall reflect the mannagement principles and policies which describe the approach to be followed in performance of the inspection requirements of the contract and shall show the interrelationships of the contractor's inspection system throughout the organization and its relationship with the subcontractors, suppliers, and the Government. The procedures shall state the established practices which signify the basic considerations and methods to be followed. The procedures shall specify control of drawings and specification changes and methods of calibration. In general, the procedures shall reflect the overall controls of the inspection system which, when followed by suitable detailed procedures shall result in delivery of material having the required quality.

10.4.2 Detailed inspection procedures. The detailed inspection procedures shall provide the specific requirements and performance of the examination and testing. The procedures shall contain the specific inspection details as to characteristics to be examined or tested; gages and equipment to be utilized; inspection stations; process controls and schedule of calibration of inspection aids; sampling plans and acceptance levels utilized. The procedures shall identify each characteristic, list of characteristics, or inspection feature as being "For In-Process Only" or "Acceptance Criterion". In addition, the detailed procedures shall include the following:

a. A list of all materials and components requiring certification and the extens and degree of the certification required.
b. Details regarding inspection performed in accordance with contract inspection requirements.
c. Additional Classification of Characteristics developed for control of components not already covered by the specifications or drawings and other requirements of the contract.

(continued on Page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approve... tion is unlimited.

NAVY01130

88

until exhausted

REPRODUCED AT GOVERNMENT EXPENSE



N00104-95-R-R042

OT-90-12011

Block 10. Preparation Instructions (continued)

d. For each characteristic in a Classification of Characteristics listing, list the necessary gage, item of measuring equipment, or testing device which shall be utilized to make measurements to the required accuracy.

e. A process flow chart showing the location of all inspection stations and the specific category of inspection to be performed at each station.