Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX
VOLUME IV, PAGES 90 - 120

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

April 11, 2005

**INDEX TO APPENDIX**

Document


Contract Number N00104-96-C-KA091 . . . . 1

Contract Modification P00001- P00021 . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Solicitation of Axion: Regarding Solicitation (Dated December, 4, 1995) . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996) 180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996) . . . . 182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point : Regarding N00104-96 CKA09 (Dated April 15, 1997) . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion : Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Date September 18, 2001) . . . . . . . . . . . . . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208(a)

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

DI-NDTI-80603 ND 9999989 0001762 2 PAGE 28

N00104-95-R-K042 A003 A010

# DATA ITEM DESCRIPTION

Form Approved OMB No. 0704-0188

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| TEST PROCEDURE | DI-NDTI-80603 |

3. DESCRIPTION/PURPOSE

3.1 The test procedure identifies the step-by-step testing operations to be performed on items under going developmental, qualification, or acceptance testing. It identifies items to be tested, the test equipment and support required, the test conditions to be imposed, the parameters to be measured, and the pass/fail criteria against which the test results (continued on page 2)

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 880601 | G/T2137 | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description (DID) contains the format and content preparation instructions for the data product generated by the specific and discrete task requirements as delineated in the contract.

7.2 This DID is applicable to contracts requiring tests to be performed for the purpose of developmental or environmental evaluation, acceptance testing, and item qualification testing.

7.3 This DID supersedes DI-T-5248 and DI-T-5301

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | | G4428 |

10. PREPARATION INSTRUCTIONS

10.1 Format Requirements. The test procedure shall be in the contractor's format on 8 1/2 x 11 inch paper. It shall be bound in such a manner that pages may be removed or inserted without damage or mutilation.

10.2 Content requirements. The test procedure shall contain the following:

10.2.1 Front matter.

10.2.1.1 Cover and title page. The following information shall be included on the cover and title page:

a. Date of issue.
b. Revision date (If applicable).
c. Procedure document identification number.
d. Contract number.
e. Contractor's name and address.
f. Type of procedure, including purpose (e.g., first article test, developmental evaluation, qualification, environmental (specify), acceptance, or other).
g. Identification of the system, subsystem, or equipment to be tested.
h. Security classification (if applicable)

(continued on page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approved for public release, distribution is unlimited.

DD Form 1664, MAR 87 Jun 86 edition may be used until exhausted. 

Block 3. DESCRIPTION/PURPOSE

will be measured. The document is a compilation of individual test procedures for related elements of a system, subsystem, or equipment.

---

Block 10. PREPARATION INSTRUCTIONS (continued)

10.2.1.2 Record of changes. A record of change pages shall be included to provide for tracking of changes to the test procedures.

10.2.1.3 Table of contents. A table of contents is required when more than one test procedure is included in the test procedures document. It shall identify the page location of each procedure number, procedure title, and related equipment nomenclature.

10.2.2 Body of document. For each test procedure, the following information is required:

10.2.2.1 Procedure number. Each procedure shall have an unique number assigned to it.

10.2.2.2 Title of procedure. The title should relate to the purpose of the test.

10.2.2.3 Introduction. The following shall be addressed in the introduction:

10.2.2.3.1 Purpose of test. (As specified in the contract tasking document.)

10.2.2.3.2 System, subsystem, or equipment to be tested. The following identification information shall be provided:

a. Nomenclature
b. Model or part number.
c. Type of test item (prototype, production item, laboratory model, etc.)
d. Applicable specification.

10.2.2.3.3 Test requirements. Includes the following, each related to the prescribing contract requirement paragraph (specification, standard, plan, or work statement).

a. Required tests, and parameters to be measured.
b. Performance requirements, acceptance or compliance limits, and environmental criteria.

10.2.2.3.4 Referenced documents. A list by title, number, date, and source of those documents cited in the test procedure.





N00104-95-R-K042

Block 10. PREPARATION INSTRUCTIONS

10.2.2.4 Required test equipment. Includes the following for each piece of test equipment required to perform the procedure:

a. Nomenclature.
b. Use of test equipment.
c. Model Number (if applicable).
d. Manufacturer (if mandatory).
e. Accuracy and calibration requirements.
f. Range or spectrum of measurements required.

10.2.2.5 Table of tests. This table lists each test performed under the procedure in the sequence it is to be performed, identified to the procedure paragraph and the related specification/contract requirement.

10.2.2.6 Step-by-step procedure. The following shall be included for each step of the test procedure:

a. Test set-up diagrams, including test equipment connections.
b. Input and output instrumentation points.
c. Test item operating limits and test conditions to be imposed.
d. Performance parameters to be measured.
e. Step-by-step operations to obtain the required data.
f. Caution and safety warnings as appropriate.

10.2.2.7 Data sheets. Data sheets shall be included with the procedure, or be separately attached at the end of all procedures. They shall provide for:

a. Identification of item tested, including model and serial numbers.
b. Recording of test measurements.
c. Identification of required or objective performance values, with tolerances.
d. Identification of applicable procedure paragraph.
e. Date of test.
f. Signature of technician or inspector performing the tests.

10.2.2.8 Support requirements. Any special support requirements would be included in this section, such as:

a. Use of special facilities or test ranges.
b. Personnel requirements (numbers, types, qualifications).
c. Unusual electrical, hydraulic, pneumatic, etc. requirements.
d. Support equipment requirements.

N00604-95-R-K0423 PAGE 81 A004 A005

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| TEST/INSPECTION REPORTS | DI-NDTI-80809A |

3. DESCRIPTION/PURPOSE

3.1 The test/inspection report is used to determine compliance with system requirements, performance objectives, specifications, or test/inspection plans; whether the tests/inspections are conducted at contractor, government or independent facilities.

(Continued on page 2)

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 910325 | F/AFSC-TE | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This data item description (DID) is a broad consolidation of a number of superseded DIDs that specifies a uniform content and format to be used in the preparation of test/inspection reports covering test/inspections on systems, subsystems, components, parts, materials, processes, and equipments as applicable.

(Continued on page 2)

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | | F6040 |

10. PREPARATION INSTRUCTIONS

10.1 Format requirements. The test/inspection report format shall be contractor selected consistent with the following requirements.

10.1.1 Media. The test/inspection report shall be provided by electronic transmission or on either magnetic media or durable quality paper, and shall present the data in a clean and legible manner. The text and numeric data shall be capable of being typewritten or printed, using non-exotic typefaces on 8 1/2 by 11 inch standard white paper. Photographs, pictorials, graphics and drawings shall be presented in high contrast black and white or color. If the media is paper, black ink should be used on white bond paper, and the report shall be bound such that pages may be removed or inserted without damage or mutilation. The media shall be in the Computer Aided Logistics Support (CALS) format as specified in MIL-STD-1840.

10.1.2 Format. The test/inspection report format shall present the data in an effective and logically organized arrangement. The text shall be single spaced and shall use correct English grammar, spelling, capitalization, and punctuation. Numerical data shall use Arabic numerals and the units of

(Continued on page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

measure shall be identified and defined. Acronyms, codes, abbreviations, signs, and symbols shall be defined. Photographic, pictorial, graphic, and drawing formats may be used for purposes of illustration. Attachments, tables, figures, footnotes, and illustrations shall be identified and

BLOCK 3, DESCRIPTION/PURPOSE (Continued)

3.2 The report should document test/inspection results, findings, and analyses that will enable the government or contracting agency to evaluate and determine subsequent actions.

---

BLOCK 7, APPLICATION/INTERRELATIONSHIP (Continued)

7.2 This DID contains the format and content preparation instructions for the data product generated by the specific and discrete task requirement as delineated in the contract.

7.3 This DID is applicable to contracts requiring tests/inspections to be performed for the purpose of developmental, operational, or environmental evaluation, acceptance or quality conformance inspection, and item qualification.

7.4 This DID should be tailored on the DD Form 1423 Contract Data Requirements List (CDRL) to the applicable program requirement, when requiring media prepared in the Computer Aided Logistics Support (CALS) format as specified in MIL-STD-1840A and its related specifications. This DID is applicable whenever success criteria and test/inspection methods have been prescribed (i.e., where there is a specification or comparable document). This Data Item Description is applicable for both flight and ground tests/ inspections.

7.5 This DID is normally used for engineering test and evaluation, pre-qualification, qualification, and other developmental tests/inspections in the specifications as well as quick look, interim, and final summary reports of test/inspection results, and findings related to the completion of a program milestone period (such as the completion of demonstration/validation and the start of full scale development).

7.6 The requirements contained in the DID should be tailored consistent with the program phase and the contractual testing/inspection requirements.

7.7 This DID supersedes DID's DI-E-1150, DI-T-1780, DI-T-1787, DI-T-1906, DI-R-2057, DI-R-2063, DI-T-2072, DI-T-5329, DI-T-5426, DI-T-5439A, UDI-T-21332, UDI-T-23668, UDI-T-23790, DI-T-30720, DI-T-30736, DI-QCIC-80139, DI-QCIC-80140, DI-QCIC-80141, DI-NDTI-80604, DI-MISC-80654, DI-NDTI-80809, and DI-RELI-80939.

BLOCK 10, PREPARATION INSTRUCTIONS (Continued)

referenced in the text. Oversize pages shall be capable of being folded to the dimensions of the volume. Unless effective presentation would be degraded, the initial format arrangement shall be used for all subsequent submissions.

10.1.3 Reproduction. The test/inspection report shall be capable of being photographically reproduced in black on white copy sufficiently clear and sharp for further reproduction. Ditto, hectograph, color or reproduction processes not reproducible photographically shall not be required for reproduction of the test/inspection report.

10.2 Content requirements. The test/inspection report shall contain the following information:

10.2.1 Cover and title page. The following information shall appear on the outside front cover and title page:

a. Report date.
b. Report number (contractor's or government, if assigned)
c. Contract number/CLIN number or sequence number (if applicable)
d. Contractor's name and address, and commercial and government entity (CAGE) code.
e. Type of test/inspection (e.g., first article, quality conformance, developmental evaluation, qualification, environmental (specify); acceptance, or other).
f. Identification (e.g., national stock number (NSN), nomenclature, model/part/serial number) of item tested/inspected.
g. Name and address of test/inspection facility.
h. Date or period of test/inspection.
i. Name and address of requiring government activity.
j. Security classification, downgrading and declassifying information (if applicable)

10.2.2 Table of contents. The table of contents shall identify the following:

a. The title and starting page of each major section, paragraph, and appendix of the report.
b. The page, identifying number, and title of each illustration (e.g., figure, table, photograph, chart, and drawing).

10.2.3 Introduction. The introduction shall include the following information:

10.2.3.1 Purpose of the test/inspection. The specific purpose of the test/inspection as specified in the contract tasking document if the contrac does not identify a specific test/inspection purpose, the contractor's purp shall be stated.

10.2.3.2 Item tested/inspected. Complete identification of the item tested/insptected including the following:

a. Nomenclature.
b. National stock number (NSN).
c. Model/part/serial number.
d. Type of item (e.g., prototype, production item, laboratory model).
e. Serial or lot number.
f. Applicable engineering changes.
g. Production item specification (if applicable).
h. Date of manufacture.

10.2.3.3 Test/inspection requirements. Complete identification of the test/inspection requirements correlated to contractual requirements and the requirements documentation, including the following:

a. Required test/inspection parameters measured.
b. Performance requirements, acceptance or compliance limits, and environmental criteria.

10.2.4 Summary. Complete test/inspection report summary including the following:

a. A brief discussion of the significant test/inspection results, observations, conclusions, and recommendations covered in greater detail elsewhere in the report.
b. Proposed corrective actions and schedules for failures or problems encountered.
c. Identification of deviations, departures, or limitations encountered, referenced to the contract requirements.
d. Tables, graphs, illustrations, or charts as appropriate to simplify the summary data.

10.2.5 Reference documents. Complete identification of all documents referenced in the test/inspection report including the following (as applicable):

a. Prior test/inspection reports on the same item.
b. Test/inspection plan and procedure documents.
c. Requirement specifications and standards.
d. Prior certifications of compliance.
e. Contractor's file designation where test/inspection records are maintained.
f. Input parameters used.

The applicable issue of the documents cited therein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2.6 Body of report. The body of the test/inspection report shall be as follows:

N00104-95-R-K042 PAGE 85

DI-NDTI-80809A

10.2.6.1 Test equipment identification. Complete identification for each item of test equipment used in the test/inspection including the following:

a. Nomenclature.
b. Model number.
c. Serial number.
d. Manufacturer.
e. Calibration status.
f. Accuracy data.
g. Comments (if applicable).

10.2.6.2 Test/inspection facility installation and set-up. Drawing, illustrations, and photographs may be used for clarification. Complete description of the physical set-up (e.g. item, test/inspection facility, and equipment used in conducting the test/inspection) to include the following:

a. Location/orientation of item.
b. Location/orientation/settings of test equipment and instrumentation.
c. Location/orientation/settings of sensors and probes.

d. Location/orientation of interconnections, cables, and hook-ups.
e. Electrical power, pneumatic, fluidic, and hydraulic requirements.

10.2.6.3 Test/Inspection procedures. Complete description of the procedures used in conducting the test/inspection to include the following:

a. Item selection and inspection that verified suitability for test/inspection.
b. Summarized sequence of testing/inspection steps, including a description of how the item was operated during the test/inspection, and any control conditions imposed.
c. Data reduction techniques employed.

10.2.6.4 Test/inspection results and analysis. A copy of all test/inspectio results and analysis to include the following:

10.2.6.4.1 Recorded data. The actual recorded data (e.g., log book entries, oscillographs, instrument readings, and plotter graphs). If the recorded dat is extensive, provide it in an appendix.

10.2.6.4.2 Test/inspection results. Identification of all test/inspection results to include the following:

a. Matrices comparing results achieved against test/inspection objective or requirements.
b. A discussion of these matrices as to their significance, and how they compare to any prior tests/insptections.
c. Calculation examples.
d. Tabulation of the recorded data (reference 10.2.6.4.1) reduced the related test/inspection procedure generating the data and test requirements.

e. Discussion of anomalies, deviations, discrepancies or failures, including their impact, causes, and proposed corrective actions. The discussion shall address discrepancies between design requirements the tested/inspected configuration.

10.2.6.5 Conclusions. Test/inspection conclusions distinguish between objective and subjective to include the following:

a. The effectiveness of the test/inspection procedures in measuring item performance.
b. The success or failure of the item to meet required test/inspection objectives.
c. The need for repeat, additional, or alternative testing/inspection.
d. The need for item re-design or further development.
e. The need for improved test/inspection procedures, techniques, or facilities.
f. The adequacy and completeness of the test/inspection requirements.

10.2.6.6 Recommendations. Recommendations appropriate to the test/inspection results and conclusions including the following:

a. Acceptability of the item tested/inspected (pass or fail).
b. Additional testing/inspection required.
c. Redesign required.
d. Problem resolution.
e. Test/inspection procedure or facility improvements.
f. Disposition of items tested/inspected.
g. Documentation changes required.
h. Testing/inspection improvements.

10.2.7 Authentication. The following certifications shall be included, as applicable:

10.2.7.1 Authentication of test/inspection results. A statement that the test/inspection was performed in accordance with applicable specifications, test/inspection plans, and procedures, and that the results are true and accurate. The authentication shall include the signature of the contractor personnel that performed the test(s)/inspection(s). Any government witnesses, and a contractor representative authorized to make such certification.

10.2.7.2 Authentication of prior validation. A statement identifying those requirements not tested/inspected or measured that were previously validated. Include identification of the date and method employed for such validation (e.g., prior test/inspection, analytical verification, equivalent item, etc.). The authentication shall include the signature of a contractor representative authorized to make such authentication and any government witness.

10.2.7.3 Authentication of acceptability. A statement that the item tested/inspected either passed or failed item acceptability requirements as delineated in applicable specifications. This authentication shall include the signature of a contractor representative authorized to make such authentication and any government witness.



N00104-95-R-K042

PAGE 86

10.2.8 Appendices. Appendices shall be used to append detailed test/inspection data, drawings, photographs, or other documentation too voluminous to include in the main body of the report. This includes ... referenced documentation not previously provided by the Government, and ... test/inspection reports from any associated test/inspection activity that may have performed some of the testing/inspecting requirements.

N00104-95-R-K042 ~~[illegible]~~ (A006) PAGE 88

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

Public reporting burden for collection of this information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to, Washington Headquarters Services, Directorate of Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

Engineering Change Proposal (ECP)

**2. IDENTIFICATION NUMBER**

DI - CMAN - 80639A

**3. DESCRIPTION/PURPOSE**

3.1 An Engineering Change Proposal (ECP) includes both engineering change and the documentation by which the change is described and suggested.

3.2 An ECP describes changes to configuration items and associated configuration documentation that are affected by the proposed engineering change.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 920417 | OSD-DO | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format, content and preparation instructions for Class I and II engineering changes as described in paragraph 5.4.2.2.3 and 5.4.8.2.1 of MIL-STD-973. This DID is used in conjunction with a Notice of Revision (NOR), DI-CMAN- 80642A and/or a Specification Change Notice (SCN), DI-CMAN-80643A. A requirement for NORs and SCNs, as applicable, should be contractually imposed in conjunction with this DID.

7.2 Copies of the ECP form are available from the DODSSP, Standardization Documents Order Desk, Building 40, 700 Robbins Avenue, Philadelphia, PA 19111-5094.

7.3 This DID supersedes DI-CMAN-80639.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1692 | D 6692 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference Documents. The applicable issue of any documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and Content. The Engineering Change Proposal format and content shall be in accordance with Appendix D of MIL-STD-973.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

N00104-95-R-K042 PAGE 89

# DATA ITEM DESCRIPTION

Form Approved OMB No. 0704-0188

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| Engineering Change Proposal | DI-CMAN-80639 |

**3. DESCRIPTION/PURPOSE**

3.1 An Engineering Change Proposal includes both a proposed engineering change and the documentation by which the change is described and suggested.

3.2 An Engineering Change Proposal provides a complete analysis of the technical, interface, cost, schedule and logistics impacts of the proposed change.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 880715 | AS | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This DID contains the format, content and preparation instructions for a Class I and Class II engineering change resulting from the work tasks described by 4.1.1 through 4.9 and 5.1 through 5.2.3 of MIL-STD-480B.

7.2 This DID is used in conjunction with a Notice of Revision (NOR), DI-CMAN-80642. When applicable, a Specification Change Notice (SCN), DI-CMAN-80643, should be contractually imposed in conjunction with this DID.

7.3 This DID supersedes DI-E-1102A, DI-E-2037, DI-E-3128 and DI-E-5035B.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Forms 1692 through 1692-5 | N4480 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference Documents. The applicable issue of the documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and Content. The Engineering Change Proposal format and content shall be in accordance with Appendix A of MIL-STD-480B.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

N00104-95-R-K042 PAGE 90

DI-QCIC-80736 QC 9999989 0001867 5

A007

# DATA ITEM DESCRIPTION

Form Approved OMB No 0704-0188

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| Quality Deficiency Report | DI-QCIC-80736 |

**3. DESCRIPTION/PURPOSE**

3.1 The Quality Deficiency Report provides information on deficient Government Furnished Material (GFM) received by contractors.

3.2 The report is used to initiate corrective action.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 890117 | A/AMC-MI | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format and content preparation instructions for the data product generated by the specific and discrete task requirement as delineated in the contract.

7.2 This DID supersedes DI-R-17258.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | SF 368 | A4606 |

**10. PREPARATION INSTRUCTIONS**

10.1 General. A Quality Deficiency Report shall be prepared upon receipt of deficient GFM.

10.2 Media. The Quality Deficiency Report specific media shall be Standard Form (SF) 368.

10.3 Format. The Quality Deficiency Report specific format shall be as follows:

Section I. (To be completed by originating point as the information is applicable and available. The screening point will assure applicable items not completed by the originating point, are completed to the maximum possible extent before a report is submitted to the action point.)

Item 1. (Originating Point). The originating point will enter their address in item 1a and the name/duty phone/signature of an individual who can serve as a contact for questions regarding the report and/or to request an exhibit sample in item 1b.

(Continued on Page 2)

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

NAVY01113

Block 10, Preparation Instructions (Continued)

Item 2. To: (Screening Point). The originating point will enter in item 2a the name and address of the screening point to which the report is being submitted. The screening point will enter the name/duty phone/signature of the individual processing the report in item 2b.

Item 3. (Report Control Number). Each report will be identified with an Alpha/Numeric system as required by the participating component.

Item 4. (Date Deficiency Discovered). Enter the date the deficiency was discovered.

Item 5. (National Stock Number). Enter the National Stock Number of the deficient material.

Item 6. (Nomenclature). Enter the noun of the material found to be deficient.

Item 7. (Manufacturer/Manufacturer's Code/Shipper). Enter the name or code of the manufacturer, maintenance contractor, or Government activity who last repaired or overhauled the deficient material, as applicable. When the shipper is different from the manufacturer, also include its name.

Item 8. (Manufacturer's Part Number). Self-explanatory.

Item 9. (Serial/Lot/Batch Number). As applicable, enter the serial number, lot number or batch number of the deficient material. Use item 22 if required. Lot numbers will be entered for ammunition items where serial numbers do not apply.

Item 10. (Contract/Purchase Order/Document Number). Enter the contract, purchase order, requisition, or other authorizing document number. (On General Services Administration (GSA) shipments all three numbers are required.)

Item 11. (Item is New or Repaired/Overhauled). Check the appropriate block to identify if the material is either new or repaired/overhauled.

Item 12. (Date Manufactured, Repaired, or Overhauled). If the material is repaired or overhauled, enter the last repair/overhaul date.

Item 13. (Operating Time at Failure). Indicate the time material had been in operation since new or overhaul/repair when the deficiency was discovered using the appropriate performance element., i.e., miles, cycles, hours. On vehicles procured by GSA, also enter the date the vehicle was placed in service.

N00104-95-R-R042 PAGE 92

CARTRIDGE 846

DI-QCIC-80736 AC 9999969 0001869 9



Block 10, Preparations Instructions (Continued)

Item 14. (Government-Furnished Material). Government-furnished material is any material that belongs to the Government and is furnished to a contractor for some purpose. Check the appropriate block as it applies.

Item 15. (Quantity). Quantity shall be a count of each individual item regarding unit of issue.

a. (Received). Enter the total number of items received in lot or batch in which the deficiency was found, if known.

b. (Inspected). Enter the number of items inspected.

c. (Deficient). Enter the number of items that were determined to be deficient as a result of inspection.

d. (In Stock). Enter the number of items in stock, as applicable.

Item 16. (Deficient Item Works On/With:).

a. (End Item). List major weapon system, item, or commodity that deficient item is to be used with or on (i.e., A-7 Aircraft, M-14 Rifle, CVA-67 Carrier, 155 MM Howitzer, F-15 Aircraft, 2 1/2 ton Cargo Truck, Guided Missile Destroyer). Indicate type/model/series and serial number for the end item, as applicable.

b. (Next Higher Assembly). Enter the National Stock Number, nomenclature, part number, and serial number of the next higher assembly the deficient item works upon, as applicable. Lot numbers will be entered for ammunition items where serial numbers do not apply.

Item 17. (Dollar Value). Enter the dollar value of the material reported as being deficient in the report, if known.

Item 18. (Estimated Correction Cost). Enter the estimated cost including overhead, for correcting all the deficient material cited in the report if it can readily be determined.

Item 19. (Item Under Warranty). Check one of the blocks to indicate whether the deficient item is covered by a contractual warranty, if known.

Item 20. (Work Unit Code/Equipment Identification Code). Navy and Air Force only. For Navy, insert the applicable WUC/EIC using 7 characters, when available. For Air Force, insert the five digit Work Unit Code, when applicable.

Block 10, Preparation Instructions (Continued)

Item 21. (Action/Disposition). Check one of the blocks to indicate the nature of the action taken or requested concerning the deficient material. If an exhibit is being held, indicate the number of days the exhibit will be held by completing the space provided (HOLDING EXHIBIT for ________ DAYS). If none of the items indicate the action/disposition taken or requested, check "other" and identify the nature of the action taken or requested in item 22.

Item 22. (Details). This item provides valuable information concerning the deficiency. For a fully comprehensive report, the following types of information should be entered in this item if applicable and available:

1. Explain what is wrong with the item to the best of the originator's ability. Explain how and why the item does not function with relating parts or assemblies.

2. Include a description of the difficulty, the suspected cause, if known, and identify action on the deficient material including disposition.

3. Recommendations.

4. Indicate where, if an exhibit is being held.

5. Include and list the supporting documents to be submitted with the report. Photographs or sketches are extremely valuable and should be included whenever possible. (When photographs are taken, a 12-inch or other ruler should be employed as a scale placed alongside the object so as to appear in each photograph. Measurements should also be shown on sketches.)

10.4 Content. The Quality Deficiency Report shall contain the following:

a. Evidence that GFM failed to conform to established quality requirements.

b. A copy of the DD Form 1348-1, DoD Single Line Item Release/Receipt Document, or other shipping document shall be submitted with the SF 368 when available. Photographs, test reports, or similar data which serve as supporting documentation to the SF 368 shall also be submitted.

N00104-95-R-K042 A008 PAGE 94

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

Public reporting burden for collection of this information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to, Washington Headquarters Services, Directorate of Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

Request for Deviation

**2. IDENTIFICATION NUMBER**

DI - CMAN - 80640A

**3. DESCRIPTION/PURPOSE**

3.1 A Request for Deviation describes a proposed (prior to manufacture) departure from configuration documentation for a specific number of units or for a specified period of time.

3.2 A Request for Deviation enables the Government to determine the impact on performance, operational readiness, logistics support or other affected areas.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 920417 | OSD-DO | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format, content and preparation instructions for the data product resulting from the work task described in paragraph 5.4.3.4 of MIL-STD-973.

7.2 Copies of the Request for Waiver form are available from the DODSSP, Standardization Documents Order Desk, Building 40, 700 Robbins Avenue, Philadelphia, PA 19111-5094.

7.3 This DID supersedes DI-CMAN-80640.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1694 | D 6693 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference Documents. The applicable issue of any documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and Content. The Request for Deviation format and content shall be in accordance with Appendix E of MIL-STD-973.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

N00104-95-R-K042 PAGE 95

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

Public reporting burden for collection of this information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to, Washington Headquarters Services, Directorate of Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

Request for Waiver

**2. IDENTIFICATION NUMBER**

DI - CMAN - 80641A

**3. DESCRIPTION/PURPOSE**

3.1 A Request for Waiver is used to obtain authorization to deliver non-conforming material which does not meet the prescribed configuration documentation but is suitable for use "as is" or after repair.

3.2 A Request for Waiver enables the Government to evaluate and authorize acceptance of an item not conforming to contractual requirements.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 920417 | OSD-DO | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format, content and preparation instructions for the data product resulting from the work task described in paragraph 5.4.4 of MIL-STD-973.

7.2 Copies of the Request for Waiver form are available from the DODSSP, Standardization Documents Order Desk, Building 40, 700 Robbins Avenue, Philadelphia, PA 19111-5094.

7.3 This DID supersedes DI-CMAN-80641.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1694 | D 6694 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference documents. The applicable issue of any documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and content. The Request for Waiver format and content shall be in accordance with Appendix E of *MIL-STD-973.*

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

DD Form 1664, APR 89 — *Previous editions are obsolete* — Page 1 of 1 Pages
135/123

N00104-95-R-K042 PAGE 96

REPRODUCED AT GOVERNMENT EXPENSE

A011

# DATA ITEM DESCRIPTION

Form Approved
OMB No 0704-0188

| 1. TITLE | 2. IDENTIFICATION NUMBER |
| --- | --- |
| ACCEPTANCE INSPECTION EQUIPMENT DESIGN DOCUMENTATION | OT-90-12009 |

3. DESCRIPTION/PURPOSE

3.1 This documentation describes the contractor designed acceptance inspection equipment (AIE).

3.2 This documentation is used to evaluate the acceptability of the contractor's designs for the Government's requirements.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b GIDEP APPLICABLE |
| --- | --- | --- | --- |
| 891215 | A/AMSMC-QAH(D) | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description contains the format and content preparation instructions for the data generated by the specific and discrete task requirement as delineated in the contract.

7.2 This DID is applicable to all drawings or descriptions of acceptance inspection equipment as required by DD Form 1423.

7.3 A related document is DI-R-1710, Quality Program Plan.

7.4 This DID is for one-time use for solicitation________________.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSMC NUMBER |
| --- | --- | --- |
| Limited to solicitation__________ | | |

10. PREPARATION INSTRUCTIONS

10.1 *Source document. The applicable issue of the documents cited herein, including their approval dates and dates* of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format. Acceptance inspection equipment design documentation shall be in contractor format.

10.3 Content. The acceptance inspection equipment design documents shall disclose design information sufficient to permit evaluation of the proposed equipment. All submissions shall include: the contract number; the drawing number and revision of the component being inspected; the specification number, revision, and latest amendment (if applicable); and the defect code(s) or specification paragraph number and characteristic(s) being inspected by the equipment. Each design drawing shall be dated and have a unique number assigned to it. Revisions to any design shall be recognizable by a revision symbol and date. For the following areas, additional information shall include:

10.3.1 For dimensional characteristic inspection (gages and setups):

a. Overall equipment configuration.
b. Gaging dimensions (including tolerances).
c. Material, surface finish and hardness requirements of gaging elements.
d. Identification (by manufacturer and model number) of any commercial devices to be incorporated in the design.
e. Setup, calibration, operation, and verification instructions where appropriate.
f. Maintenance procedures and spare parts lists where appropriate.

10.3.2 For physical characteristics (electrical, mechanical, nondestructive, environmental, etc.) test equipment:

a. Layout or block diagram showing overall equipment arrangement and interconnection, including the unit under test (UUT).
b. Details of adapters, cables, holding fixtures, etc. that may be required.
c. Schematics of test circuits and measuring circuits or devices, unless they are standard commercial items.
d. When test and measuring equipment is computer controlled or for numerically controlled multi-testers:

(1) The computer test program listing and flow charts showing accept/reject limits and computer generated

(Continued on Page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.. NAVY01107

ACCEPTANCE INSPECTION EQUIPMENT REQUIREMENTS
FOR
POWER SUPPLY, PS115
FY 95
ADL 53711-5355797-

1. ACCEPTANCE INSPECTION EQUIPMENT (AIE)

The following paragraphs of this clause marked (X) are applicable to this procurement:

(X) a. The contractor is responsible for proper storage, handling, and use of all AIE. Nonconforming production items which are passed by damaged or misused AIE will not accepted by the Government and does not relieve the contractor of the responsibility to meet all drawing/specification requirements of the contract.

(X) b. the contractor shall provide all AIE (except for any equipment listed as available in Appendix VI) necessary to assure conformance of components and end items to contract requirements. All such equipment shall be subject to approval by the Government and shall be available for use prior to the initiation of production. Where a First Article is contractually required, availability of the AIE shall be required prior to First Article Inspection. All equipment shall be made available to the Government representatives, at no additional cost, when required for verification purposes.

(X) c. AIE not listed in Appendix VI shall be furnished by the contractor. During acceptance inspection, the contractor shall either (i) utilize equipment fabricated in accordance with the equipment designs specified in Appendix IV or (ii) for characteristics not listed in Appendix IV, utilize Standard Measuring Equipments (SMI) or contractor designed equipment. All SMI lists and contractor AIE designs shall be submitted for approval as prescribed in the Data Item Description of DD Form 1423, Contract Data Requirements List.

1. All designs shall contain sufficient design and application data to permit evaluation of the designs ability to test or measure the characteristic or parameter with the required accuracy and repeatability. The designs must include sufficient summary data to correlate each drawing (and revision thereof) with the applicable product, drawing, revision number and characteristic inspected. The Government will either approve or disapprove the contractor's designs for AIE within * days of receipt thereof. When approved, such designs shall be come Government property.

*30 DAYS WHEN CLAUSE IS USED ON PURCHASE ORDER, AND 45 DAYS FOR CONTRACTS (TO BE INSERTED BY AMSMC-PC)

Attachment (6)

N00104-95-R-K042 PAGE 98

2. The contractor shall be responsible for any delays resulting from late presentation of AIE or AIE designs to the Government for certification or approval and any delays resulting from the presentation of inadequate or defective AIE or AIE designs.

3. The contractor is not authorized to change approved AIE designs without approval of the reviewing authority. Contractor initiated changes will not be considered excusable schedule delays. Additionally, the contractor shall be responsible for cost associated with such changes, including costs incurred by the Government.

( ) d. MIL-STD-AIE listed in Appendix III shall be obtained by the contractor and is mandatory for use by the contractor during acceptance inspection for the identified characteristics.

( ) e. AIE procured to Government furnished drawings/designs identified in Appendix IV are mandatory for use and are specified as deliverable in Section B of this contract.

( ) f. The contractor is responsible for designing and obtaining AIE listed in Appendix V. Use of the gages obtained for the characteristics identified in Appendix V is mandatory during acceptance inspection. The contractor must provide the AIE obtained in accordance with Appendix V to Naval Warfare Assessment Division (NWADIV) for certification prior to use. Only one of each gage type will be returned to the contractor for acceptance inspection (additional gages acquired by the contractor for in-process inspection will not be certified by the Government). The contractor is responsible for preservation, packaging and shipping the AIE to NWADIV. Two copies of each Government approved contractor designed AIE drawings must accompany the AIE sent to NWADIV for certification.

At least thirty (30) calendar days prior to the submission of AIE to NWADIV for certification, the contractor shall furnish written notice of anticipated shipment date to NWADIV, with a copy to the responsible technical activity and HQ, AMCCOM, ATTN: AMSMC-QAM, Rock Island, IL 61299-6000. The Government shall perform the AIE certification inspection and provide notification of acceptance/rejection to the contractor within (30) days of receipt of the AIE at NWADIV. Contractor designed and procured AIE listed in Appendix V will have drawing numbers assigned to the documentation by the reviewing authority. Upon certification, AIE designed in Appendix V are specified as deliverable in Section B of this contract.

( ) g. When there is AIE that will be furnished by the government, the equipment will be listed as available in Appendix VI. Equipment listed as available will be furnished by the Government in accordance with the Government Property clause. The contractor is responsible for contacting NWADIV 90 days in advance of the need for the AIE to schedule delivery. The AIE

shall be retained by the contractor for mandatory use by both Government quality assurance personnel for Government verification inspection and the contractor for contractor acceptance inspection.

( ) h. The following requirements apply to AIE accepted by the Government under this contract (Appendices IV and V) and/or AIE furnished under this contract (Appendix VI):

1. When directed by the Government, the contractor shall, at no expense to the Government prepare the AIE for shipment to NWADIV. Such shipments will be required for calibration of a new gage, for repairs and when the AIE is no longer needed for use on the contract. Shipment of gages shall be on a Government Bill of Lading, unless the shipment is for repairs for which the contractor is liable. Each gage shall have an individual storage container. Preparation of the AIE for shipment shall be in accordance with the following specifications:

(a) Preservation MIL-P-116 Method 1A, Preservation P-10

(b) Packing MIL-P-116 Method 1A

(c) Shipping FED Spec PPP-P-40

(d) Marking MIL-STD-129

2. The Government Property Clause of this contract, applies with the following exceptions:

(a) All repairs for which the contractor is responsible shall be accomplished by NWADIV at the expense of the contractor.

(b) The contractor shall not be liable for any damage to AIE which is incurred while the AIE is in the physical custody of, or is being used by a Government Quality Assurance Representative.

3. The contractor shall not make any permanent identification markings or modifications to the AIE, except as noted on Government furnished and/or approved designs.

N00104-95-R-K042 PAGE 100

CONTRACT DATA FOR ACCEPTANCE INSPECTION EQUIPMENT
FOR
POWER SUPPLY, PS115
FOR FY 95
ADL 53711-5355797-

APPENDIX III: CONTRACTOR PROCURED MIL-STD AIE

APPENDIX IV: GOVERNMENT DESIGNED CONTRACTOR PROCURED AIE

APPENDIX V: CONTRACTOR DESIGNED AND PROCURED AIE

APPENDIX VI: GOVERNMENT FURNISHED AIE

| AIE FOR ADL/DWG | APPENDICES |
|---|---|
| ADL 53711-5355797- | NONE |

NAVY01103

N00104-95-R-K042 PAGE 101

ADDRESSEE LIST

| DD FORM 1423 (CDRL) BLOCK 14 ENTRY | COMPLETE ADDRESS |
|---|---|
| NOC, IMSD (61JV) | OFFICER IN CHARGE<br>ATTN: CODE 61JV<br>NAVAL ORDNANCE CENTER (IMSD)<br>P.O. BOX 2011<br>MECHANICSBURG, PA 17055-0735 |
| NSWCD, CRANE (402) | COMMANDING OFFICER<br>ATTN: CODE 4025<br>NAVAL SURFACE WARFARE CENTER<br>CRANE DIVISION<br>CRANE, IN 47522-5000 |

NAVY01102

**K--F.O.B. ORIGIN SHIPPING POINTS (NSPCC) (JAN 1993)**

If this solicitation provides for delivery "FOB Origin", the offeror shall provide the following information.

_______________________________________________

Truck Shipments: Shipping point for supplies including Street Address, City, State and Zip Code

_______________________________________________

Rail Shipments: Exact location of private siding or Name of Rail Terminal and Name of serving railroad

**K-REQUEST FOR PRICE DATA (NSPCC) (NOV 1992)**

Offeror is to furnish the following data concerning the item or items for which an offer is submitted:

| | | YES | NO |
|---|---|---|---|
| 1. | Is the item(s) offeror's standard commercial product? | ( ) | ( ) |
| 2. | Is this item in a published price list? If yes, a copy of the published price list should be furnished with the proposal/quotation. | ( ) | ( ) |
| 3. | Is the price to the Government as good or better than the price to your most favored customer, i.e., dealers, distributors, original equipment manufacturers, etc.? If "no" explain the difference. | ( ) | ( ) |

**52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)** NAVY01101

(a) The offeror certifies that-

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to

(i) those prices,

(ii) the intention to submit an offer, or

(iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any act ragraphs (a)(1) through (a)(3)

above ______________________________________________
(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT (APR 1984)**

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror-

NOTE: The offeror must check the appropriate boxes. For interpretation of the representation, including the term "bona fide employee," see Subpart 3.4 of the Federal Acquisition Regulation.

(1) ( ) has, ( ) has not employed or retained any person or company to solicit or obtain this contract; and

(2) ( ) has, ( ) has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer-

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

**52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (NOV 1990) ALTERNATE I (SEP 1990)**

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certifications. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY

(1) I, ______________________________(Name of certifier), am the officer or employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27 (a), (b), (c) or(f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement ______________________(solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ______________________________(Name of offeror) who has participated personally and substantially in the preparation or submission of

NAVY01100

this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations:

(Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet), ENTER "NONE" IF NONE EXIST)

_______________________________________________

_______________________________________________

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

_______________________________________________
(Signature of the officer or employee responsible for the offer and date)

_______________________________________________
(Typed name of the officer or employee responsible for the offer)

*Subsections 27(a), (b), and (d) are effective December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

NAVY01099

(End of certification)

(c)(1) For procurements using sealed bidding procedures, the signed certifications shall be submitted by each bidder with the bid submission except for procurements using two-step sealed bidding procedure (see Subpart 14.5). For those procurements, the certifications shall be submitted with submission of the step two sealed bids. A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(2) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(3) Failure of a bidder to submit the signed certificate with its bid shall render the bid nonresponsive.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation of possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offer.

(f) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated.

These certifications shall be maintained by the Contractor for 6 years from the date of certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

**ALTERNATE 1 (SEP 1990)**

Procurements using other than sealed bidding procedures:

(c) For procurements, including contract modifications, in excess of $100,000 made using procedures other than sealed bidding, the signed certifications shall be submitted by the successful Offeror to the Contracting Officer within the time period specified by the Contracting Officer when requesting the certificates except as provided in subparagraph (c)(1) through (c)(5) of this clause. In no event shall the certificate be submitted subsequent to award of a contract or execution of a contract modification:

(1) For letter contracts, other unpriced contracts, or unpriced contract modifications, whether or not the unpriced contract or modification contains a maximum or not to exceed price, the signed certifications shall be submitted prior to the award of the letter contract, unpriced contract, or unpriced contract modification, and prior to the definitization of the letter contract or the establishment of the price of the unpriced contract or unpriced contract modification. The second certification shall apply only to the period between award of the letter contract and execution of the document definitizing the letter contract, or award of the unpriced contract or unpriced contract modification and execution of the document establishing the definitive price of such unpriced contract or unpriced contract modification.

(2) For basic ordering agreements, prior to the execution of a priced order; prior to the execution of an unpriced order, whether or not the unpriced order contains a maximum or not to exceed price; and, prior to establishing the price of an unpriced order. The second certificate to be submitted for unpriced orders shall apply only to the period between award of the unpriced order and execution of the document establishing the definitive price for such order.

(3) A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(4) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(5) For purposes of contracts entered into under section 8(a) of the SBA, the business entity with whom the SBA contracts, and not the SBA, shall be required to comply with the certification requirements of subsection 27(e). The SBA shall obtain the signed certificate from the business entity and forward the certificate to the Contracting Officer prior to the award of a contract to the SBA.

(6) Failure of an Offeror to submit the signed certificate within the time prescribed by the Contracting Officer shall cause the offer to be rejected.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offeror.

(f) In making the certification in subparagraph (b)(2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a onetime certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act

on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

52.204-3 TAXPAYER IDENTIFICATION (MAR 1994)

(a) Definitions

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls and affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All the offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN)

( ) TIN:________________________

( ) TIN has been applied for.

( ) TIN is not required because:

( ) Offeror is nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

( ) Offeror is an agency or instrumentality of a foreign government.

( ) Offeror is an agency or instrumentality of a Federal, state, or local government;

( ) Other. State basis.________________________

(d) Corporate Status.

( ) Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

( ) Other corporate entity;

( ) Not a corporate entity;

( ) Sole proprietorship

( ) Partnership

( ) Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent

( ) Offeror is not owned or controlled by a common parent as described in paragraph (a) of this clause.

( ) Name and TIN of common parent:

Name________________________

TIN________________________

NAVY01097

52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES (AUG 1987)

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals ... requested in this solicitation is

(are) economically advantages to the Government.

________________________________________

________________________________________

________________________________________

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantegeous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

**52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTER (MAY 1989)**

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( ), within a three-year period preceding this offer, been convicted of or had civil judgement rendered against them for; commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibility within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

NAVY01096

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**52.215-6 TYPE OF BUSINESS ORGANIZATION (JUL 1987)**

The offeror or quoter, by checking the applicable box represents that--

(a) It operates as ( ) a corporation incorporated under the laws of the State of________________________, ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, or ( ) a joint venture; or

(b) If the Offeror or quoter is a foreign entity, it operates as ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, ( ) a joint venture, or ( ) a corporation registered for business in

____________________________.
(country)

**52.215-11 AUTHORIZED NEGOTIATORS (APR 1984)**

The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations:

________________________________________________________________________

________________________________________________________________________
List names, titles, and telephone numbers of the authorized negotiators.

NAVY01095

**52.215-20 PLACE OF PERFORMANCE (APR 84)**

(a) The offeror or quoter, in the performance of any contract resulting from this solicitation, ( ) intends, ( ) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or quoter as indicated in this proposal or quotation.