Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX
VOLUME V, PAGES 121 - 142

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

April 11, 2005

**INDEX TO APPENDIX**

Document


Contract Number N00104-96-C-KA091 . . . . . . . . . . 1

Contract Modification P00001- P00021 . . . . . . . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . . . . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . . . . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . . . . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . . . . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . . . . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . . . . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . . . . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . . . . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Solicitation of Axion: Regarding Solicitation (Dated December, 4, 1995) . . . . . . . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . . . . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . . . . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996)180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996)....................182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point : Regarding N00104-96 CKA09 (Dated April 15, 1997) . . . . . . . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion : Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Date September 18, 2001) . . . . . . . . . . . . . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208(a)

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

(b) If the offeror or quoter checks "intends" in paragraph (a) above, it shall insert in the spaces provided below the required information:

Place of Performance (Street address, City, County, State, Zip Code)

---

Name and Address of Owner and Operator of the Plant or Facility if Other than Offeror or Quoter

---

**52.219-1 SMALL BUSINESS CONCERN REPRESENTATION (JAN 1991)**

(a) REPRESENTATION. The offeror represents and certifies as part of its offer that it ( )is, ( ) is not a small business concern and that ( ) all, ( ) not all end items to be furnished will be manufactured or produced by a small business concern in the United States, its territories or possessions, Puerto Rico, or the Trust Territory of the Pacific Islands.

(b) DEFINITION. "Small business concern," as used in this provision means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.

(c) NOTICE. Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal Law that specifically references section 8(d) for a definition of program eligibility, shall

(1) be punished by imposition of a fine, imprisonment, or both;

(2) be subject to administrative remedies including suspension and debarment; and

(3) be ineligible for participation in programs conducted under the authority of the Act.

**52.219-3 WOMAN-OWNED SMALL BUSINESS REPRESENTATION (APR 1984)**

(a) Representation. The offeror represents that it ( ) is, ( ) is not a woman owned small business concern.

(b) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominate in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Woman-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

NAVY01094

**52.219-22 SIC CODE AND SMALL BUSINESS SIZE STANDARD (JAN 1991)**

(a) The standard industrial classification (SIC) code for this acquisition is (3692).

(b) (1) The small business size standard is (1000).

(2) The small business size standard for a concern which submits an

offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

**52.222-19 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION (APR 1984)**

The offeror represents as a part of this offer that the offeror is ( ) or is not ( ) a regular dealer in, or is ( ) or is not ( ) a manufacturer of, the supplies offered.

**52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984)**

The offeror represents that-

(a) It ( ) has, ( ) has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114.

(b) It ( ) has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

**52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)**

The offeror represents that (a) it ( ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**52.223-1 CLEAN AIR AND WATER CERTIFICATION (APR 1984)**

The Offeror certifies that-

(a) Any facility to be used in the performance of this proposed contract is ( ) is not ( ) listed on the Environmental Protection Agency List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

**52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (AUG 1992)**

NAVY01093

Note: This notice does not apply to small businesses or foreign governments.

This notice is in four parts, identified by Roman numerals I through IV.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

I. DISCLOSURES STATEMENT - COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $500,000 resulting from this solicitation, except contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation, will be subject to the requirements

of 48 CFR, PARTS 9903 and 9904, except for those contracts which are exempt as specified in 48 CFR, Subpart 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR, parts 9903 and 9904 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR, Subpart 9903.202. The Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

( ) (1) Certificate of Concurrent Submission of Disclosure Statement.

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) original and one copy to the cognizant Administrative Contracting Officer (ACO), and (ii) one copy to the cognizant contract auditor.

(Disclosure must be on Form No. CASB DS-1. Forms may be obtained from the cognizant ACO.)

Date of Disclosure Statement:____________________

Name and Address of Cognizant ACO where filed:____________________

________________________________________

The offeror further certifies that practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

( ) (2) Certificate of Previously Submitted Disclosure Statement

The offeror hereby certifies that the Disclosure Statement was filed as follows:

Date of Disclosure Statement:____________________

Name and Address of Cognizant ACO where filed:____________________

________________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable disclosure statement.

( ) (3) Certificate of Monetary Exemption

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated national defense prime contracts and subcontracts subject to CAS totaling more than $10 million in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

( ) (4) Certificate of Interim Exemption

The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR Subpart 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part 1 of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

CAUTION: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $10 million or more in the current cost accounting period may not claim the exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period

following the cost accounting period in which the monetary exemption was exceeded.

II. COST ACCOUNTING STANDARDS-EXEMPTION FOR CONTRACTS OF $500,000 OR LESS.
If this proposal is expected to result in the award of a contract of $500,000 or less, the offeror shall indicate whether the exemption below is claimed. Failure to check the box below shall mean that the resultant contract is subject to CAS requirements or that the offeror elects to comply with such requirements.
( ) The offeror hereby claims an exemption from the CAS requirements under the provisions of 48 CFR, Subpart 9903.201-1(b)(2).

III. COST ACCOUNTING STANDARDS-ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE
If the offeror is eligible to use the modified provisions of 48 CFR, Subpart 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.
( ) The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR, Subpart 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because (i) during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $10 million in awards of CAS-covered prime contracts and subcontracts, and (ii) the sum of such awards equaled less than 10 percent of total sales during that cost accounting period. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.
CAUTION: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $10 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $10 million or more.

IV. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS
The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.
( ) YES ( ) NO

**52.247-53 FREIGHT CLASSIFICATION DESCRIPTION (APR 1984)**

Offerors are requested to indicate below the full Uniform Freight Classification (rail) description, or the National Motor Freight Classification description applicable to the supplies, the same as offeror uses for commercial shipment. This description should include the packing of the commodity (box, crate, bundle, loose, setup, knocked down, compressed, unwrapped, etc.), the container material (fiberboard, wooden, etc.), unusual shipping dimensions, and other conditions affecting traffic descriptions. The Government will use these descriptions as well as other information available to determine the classification description most appropriate and advantageous to the Government. Offeror understands that shipments on any f.o.b. origin contract awarded, as a result of this solicitation, will be made in conformity with the shipping classification description specified by the Government which may be different from the classification description furnished below.

FOR FREIGHT CLASSIFICATION PURPOSES, OFFEROR DESCRIBES THIS COMMODITY AS ______________________________________________
______________________________________________

**252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT THAT SUPPORTS TERRORISM (APR 1993)**

(a) Definitions.

(1) "Significant interest," as used in this provision, means--

(i) Ownership of or beneficial interest in five percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding five percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm:

(iv) Ownership of ten percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Disclosure.

The Offeror shall disclose any significant interest the government of each of the following countries has in the Offeror or a subsidiary of the Offeror. If the Offeror is a subsidiary, it shall also disclose any significant interest each government has in any firm that owns or controls the subsidiary. If none, leave blank.

| Country | Significant Interest |
|---|---|
| (1) Cuba | |
| (2) Iran | |
| (3) Iraq | |
| (4) Libya | |
| (5) North Korea | |
| (6) Syria | |

**252.219-7000 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DOD CONTRACTS) (APR 1994)**

(a) Definition.

"Small disadvantaged business concern," as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively. In general, 13 CFR Part 124 describes a small disadvantaged business concern as a small business concern--

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

NAVY01090

(b) Representations.

Check the category in which your ownership falls--

____ Subcontinent Asian (Asian-Indian) American (U.S. citizen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal)

____ Asian-Pacific American (U.S. citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam,

U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated States of Micronesia)

____ Black American (U.S. Citizen)

____ Hispanic American (U.S. citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain, or Portugal)

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian organizations)

____ Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under Section 8(a) of the Small Business Act

____ Other

(c) Certifications.

Complete the following--

(1) The offeror is____ is not____ a small disadvantaged business concern.

(2) The Small Business Administration (SBA) has____ has not____ made a determination concerning the offeror's status as a small disadvantaged business concern. If the SBA has made a determination, the date of the determination was ______________________ and the offeror--

____ Was found by SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.

____ Was found by SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.

(d) Penalties and Remedies.

Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under authority of the Small Business Act.

**252.225-7006 BUY AMERICAN ACT-TRADE AGREEMENTS-BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JAN 1994)**

*(This certificate is used when 252.225-7007 is applicable)*

(a) Definitions.

"Caribbean Basin country end product," "designated country end product," "domestic end product," "NAFTA country end product", "nondesignated country end product," "qualifying country end product," and "U.S. made end product" have the meanings given in the Trade Agreements or Buy American Act and Balance of Payments Program clauses of this solicitation.

NAVY01089

(b) Evaluation.

Offers will be evaluated by giving preference to U.S. made end products, qualifying country end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products.

(c) Certifications.

(1) The Offeror certifies that--

(i) Each end product, except the end products listed in paragraph (c)(2) of this provision, is a domestic end product (as defined in the Buy American

Act and Balance of Payments Program clause of this solicitation); and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The Offeror must identify and certify all end products that are not domestic end products.

(i) The Offeror certified that the following supplies qualify as "U.S. made end products" but do not meet the definition of "domestic end product":

______________________________ (insert line item number)

(ii) The Offeror certifies that the following supplies are qualifying country end products:

______________________ ______________________
(insert line item number) (insert country of origin)

(iii) The Offeror certifies that the following supplies qualify as designated country end products:

______________________ ______________________
(insert line item number) (insert country of origin)

(iv) The Offeror certifies that the following supplies qualify as Caribbean Basin country end products:

______________________ ______________________
(insert line item number) (insert country of origin

(v) The Offeror certifies that the following qualify as NAFTA country end products:

______________________ ______________________
(insert line item number) (insert country of origin)

(vi) The Offeror certifies that the following supplies are other nondesignated country end products.

______________________ ______________________
(insert line item number) (insert country of origin)

**252.242-7001 CERTIFICATION OF INDIRECT COSTS (DEC 1991)**

(a) The Contractor shall--

(1) Certify any proposal to establish or modify billing rates or to establish final indirect cost rates;

(2) Use the format in paragraph (c) of this clause to certify; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure by the Contractor to submit a signed certificate, as described in this clause, shall result in payment of indirect costs at rates unilaterally established by the Government.

(c) The certificate of indirect costs shall read as follows:

CERTIFICATE OF INDIRECT COSTS

This is to certify that to the best of my knowledge and belief:

1. I have reviewed this indirect cost proposal;

2. All costs included in this proposal ______________________________ (identify proposal and date) to establish billing or final indirect cost rates for ______________ (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Department of Defense applicable to those contracts;

3. This proposal does not include any costs which are unallowable under applicable cost principles of the Department of Defense, such as (without limitation): advertising and public relations costs, contributions and donations, entertainment costs, fines and penalties, lobbying costs, defense or fraud proceedings, and goodwill; and

4. All costs included in this proposal are properly allocable to Defense contracts on the basis of a beneficial or causal relationship between the

expenses incurred and the contracts to which they are allocated in accordance with applicable acquisition regulations.

I declare under penalty of perjury that the foregoing is true and correct.

Firm: ______________________________

Signature ______________________________

Name of Corporation Official: ______________________________

Title: ______________________________

Date of Execution: ______________________________

**252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)**

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this clause whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation.
The Offeror represents that it--
____ Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.
____ Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

NAVY01087

**52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE JUN 1994**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Availability of Text of Provisions - The complete text of any or all of the provisions is available from Contracting Officer, Navy Ships Parts Control Center, 5450 Carlisle Pike, ATTN: Code 026, P.O. Box 2020, Mechanicsburg, PA 17055-0788.

**52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)**

**52.209-7 ORGANIZATIONAL CONFLICTS OF INTEREST CERTIFICATE - MARKETING CONSULTANTS (NOV 1991)**

**52.214-34 SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991)**

**52.214-35 SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991)**

**52.215-5 SOLICITATION DEFINITIONS (JUL 1987)**

**52.215-7 UNNECESSARILY ELABORATE PROPOSALS OR QUOTATIONS (APR 1984)**

**52.215-8 AMENDMENTS TO SOLICITATIONS (DEC 1989)**

**52.215-9 SUBMISSION OF OFFERS (DEC 1989)**

**52.215-10 LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF PROPOSALS (DEC 1989)**

**52.215-12 RESTRICTION ON DISCLOSURE AND USE OF DATA (APR 1984)**

**52.215-13 PREPARATION OF OFFERS (APR 1984)**

**52.215-14 EXPLANATION TO PROSPECTIVE OFFERORS (APR 1984)**

**52.215-15 FAILURE TO SUBMIT OFFER (APR 1984)**

**52.215-16 CONTRACT AWARD (JUL 1990) ALTERNATE III (AUG 1991)**

**52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES (APR 1984)**

**52.222-24 PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW (APR 1984)**

**52.223-5 CERTIFICATION REGARDING A DRUG-FREE WORKPLACE (JUL 1990)**
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000.)*

**52.232-13 NOTICE OF PROGRESS PAYMENTS (APR 1984)**

**52.247-47 EVALUATION F.O.B. ORIGIN (APR 1984)**

NAVY01086

**252.204-7001 COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (DEC 1991)**

**252.227-7019 IDENTIFICATION OF RESTRICTED RIGHTS COMPUTER SOFTWARE (APR 1988)**

**252.227-7028 REQUIREMENT FOR TECHNICAL DATA REPRESENTATION (OCT 1988)**

L- AVAILABILITY OF SPECIFICATIONS, STANDARDS AND DESCRIPTIONS (MAR 1992)

The Acquisition Management Systems and Data Requirements Control List, DoD Directive 5000.19-L, Volume II, may be ordered on the DD Form 1425. The Department of Defense Index of Specifications and Standards (DODISS) may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C., 20402. When requesting a specification or standard, the request shall indicate the title, number, date, and any applicable amendment thereto by number and date. When requesting a data item description, the request shall cite the applicable data item number set forth in the solicitation. When DD Form 1425 is not available, the request may be submitted in letter form, giving the same information as listed above, and the solicitation or contract number involved. Such request may also be made by Telex 834295, Western Union No. 710-670-1685.

Customers with an approved Telephone Order Entry System (TOES) can place orders on telephone (215) 697-1187 thru 1195. To use TOES you must first obtain a customer number. If you have already used the Navy Print on Demand System (NPODS), a customer number was assigned and was shown on the shipping invoice or the status letter. If you have not been assigned a customer number and your request is urgent, you may obtain one from the Special Assistance Desk (215) 697-2667/2179.

When placing an order utilizing TOES, you must use a touch tone telephone.

Specifications, standards, and descriptions cited in this solicitation are available as indicated below:

Standardization Document Order Desk
Bldg 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5098

(a) Commercial Specification, Standards, and Descriptions. These specifications, standards and descriptions are not available from Government sources. They may be obtained from the publishers.

(b) Ordnance Standards, Weapons Specifications, and NAVORD OSTD Pages. OS (Ordnance Standard), WS (Weapon Specifications), and NAVORD OSTD 600 pages may be obtained by submitting a request of DD Form 1425 to:

Commanding Officer
Naval Ordnance Station
Code 80
Crane Divn
Naval Service Warfare Center
South Side Drive
Louisville, Kentucky 40210-5001

(c) Ordnance Documents, OD (Ordnance Document) may be obtained by submitting a request on DD Form 1425 to:

| PRIMARY POINT OF CONTACT | SECONDARY POINT OF CONTACT |
|---|---|
| Standardization Document Order Desk | Commanding Officer |
| Bldg 4, Section D | Navy Ships Weapons Systems Engineering |
| 700 Robbins Avenue | Station Repository (NSWSES) |
| Philadelphia, PA 19111-5098 | Code 5H31 |
| | Port Hueneme, California 93043 |
| | (805) 982-2932 |

NAVY01085

Paragraphs d, e, f and g apply to those items for which SPCC, Code 8732 is the contract issuing office.

(d) Requests for "Official Use Only" and NOFORN documents must identify the Government Contract number and must be submitted via the cognizant Defense Contract

Management Command (DCMC) office for certification of need for the document. If you do not have a contract, but need a document to prepare a bid, requests must be submitted via SPCC Code 87322 for certification of need for the document.

(e) NOFORN Military Specifications and Standards (including Amendments, Change Notices and Supplements, but NOT Interim Changes.)

Commander
Naval Sea Systems Command
Code 09T1
Navy Department
Washington, D.C. 20362-5101

Specific justification of need is required with requests within this category.

(f) Publications Assigned NAVSEA Documents and Identification Numbers (especially NAVSEA Welding Standard, NAVSEA 250-1500-1) to be ordered from:

Commanding Officer
Navy Ships Parts Control Center
Code 009
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

(g) Interim Changes and Classified Specifications shall be obtained by submitting a request on DD Form 1425 to SPCC, Code 8732.

NOTE: The solicitation or award number for which the documents in paragraph d, e, f or g above are required and shall be cited in the DD Form 1425. For SPCC, these document numbers run in the following formats:

Contract No. N00104-90-C(or D)-B078
Pur. Order No. N00104-90-M(or W,P,V)-9269
IFB No N00104-90-B-A756
RFP No. N00104-90-R-7854
RFQ No. N00104-90-Q-9854

The last four digits are different for each solicitation or award. Unless such a document is cited, your request will not be honored.

**L- AVAILABILITY OF NAVSEA UNIQUE DATA ITEM (UDIDS) AND DEPARTMENT OF DEFENSE DATA ITEM DESCRIPTION (DID) (AUG 1987)**

(a) Ordering Procedures for AMSDL DOD Listing 5000.19-L Volume II and Data Item Descriptions (DIDs) listed therein. The AMSDL and all the Data Item Descriptions (DIDs) and Unique Data Item Descriptions (UDIDs) listed herein are stocked at the Naval Publications and Forms Center (NPFC) Philadelphia, Pennsylvania. Request for individual DIDs, UDIDs, or the AMSDL will be honored from Private Industry and Individuals. Request can be initiated by telephone, mail in any form, or bearer. However, it is preferred that requestors use the simplified Specifications and Standards Requisition Form (DD Form 1425). This order form includes a gummed label for pre-addressing by the requested and will insure more efficient processing of requests. The DD Form 1425 is available through form supply channels of the cognizant Military act activity. Once a customer orders the AMSDL or any DID listed therein, he will be automatically provided by NPFC with sufficient blank forms to continually reorder in the preferred manner. All types of request should be submitted in the following manner.

NAVY01084

Indicate complete mailing address, including zip code.
Indicate quantity of AMSDL, DIDs or Udids desired.
List the AMSDL as DOD 5000,19-L Volume 11
List the "DI or UDI" prefix, the single letter functional category and the numeric identifying number (including revision alpha when applicable)
Limit the number of line items ordered on the DD Form 1425 letter,

telephonic or telegraphic request to five (5) or less.

Urgent Requests NPFC will accept urgent requests by telephone call, telegraph, or letter. To submit a request by telephone call Area Code (215) 697-3321. Duty hours are 8AM to 4:30PM (EST) Monday through Friday; off duty telephone requests are serviced by automatic answering device seven days a week. Telephonic requests should be utilized for urgent actions only. If feasible, TELEX and Western Union messages are recommended in lieu of telephone requests. Use TELEX number 834295 or Western Union number 710-670-1685. Please include Company Name, Street Address, or Post Office Box, City, State, Country (if applicable), and Zip Code when submitting request by TELEX or Western Union. Generally, all types of request are processed within two working days. The number of line items requested must be limited to five (5) or less. Written request should be submitted to:

Commanding Officer (Code 301)
Navy Publications and Forms Center
5801 Tabor Avenue
Philadelphia, Pennsylvania 19120-5099

(b) Ordering Complete Sets of Data Item Descriptions (Non-Government Activities) The Naval Publications and Forms Center (NPFC) will stock complete sets of Data Item Descriptions (DIDs) which include all Unique Data Item, Descriptions (UDIDs). Complete sets of DIDs will be provided to Private Industry and individuals for a service charge of one hundred and fifty dollars ($150.00) per set. Submit check, or money order, payable to the "Treasurer of the United States" to:

Director (Code NPA)
Navy Publications and Printing Service Office 4ND
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5098

Ordering a complete set of DIDs will not place Requestors on the Automatic Distribution Lists.

(c) Automatic Distribution (Non-Government Activities) All new and revised issuance of DIDs, UDIDs and the AMSDL and its supplement will be available by subscription to non-government activities. The subscriber will receive one (1) copy of all new and revised DIDs and UDIDs and the AMSDL and its supplements that are printed after the effective subscription date.

Request for subscription shall be accompanied by a check or money order in the amount of sixteen dollars ($16.00) for each twelve month period payable to the "Treasurer of the United States" and submitted to:

Director (Code NPA)
Navy Publications and Printing Service Office 4ND
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5098

(d) Availability of Canceled DIDs/UDIDs Single copies of canceled/superseded DIDs or UDIDs required by private industry in fulfillment of contractual obligations may be obtained from the Director, Navy Publications and Printing Service Office, FOURTH Naval District, Philadelphia, Pennsylvania 19111, upon certification of the need by the appropriate contracting officer.

When ordering any of the above, identify by title, number and date. Indicate revisions number and date. Cite this solicitation number.

NAVY01083

**L --PERIOD FOR ACCEPTANCE OF OFFER (NSPCC) (NOV 1992)**

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of offers.

(b) The provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of 120 calendar days.

(d) In the space provided immediately below, offerors may specify a longer acceptance period other than the Government's minimum requirement.

The offeror allows the following acceptance period:

_______________calendar days.

(e) The offeror agrees to execute all that it has undertaken to do, in compliance with its offer, if that offer is accepted in writing within (1) the acceptance period stated in paragraph (c) above, or (2) any longer acceptance period stated in paragraph (d) above.

**52.212-7 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (MAY 1986)**

Any contract awarded as a result of this solicitation will be a (   ) DX rated order; ( X  ) DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 350), and the Contractor will be required to follow all of the requirements of this regulation.

**52.233-2 SERVICE OF PROTEST (NOV 1988)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) or the General Services Administration Board of Contract Appeals (GSBCA), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgement of receipt from

Counsel for the Navy Ships Parts Control Center
Code 008
5450 Carlisle Pike
P. O. Box 2020
Mechanicsburg, PA 17055-0788

(b) The copy of any protest shall be received in the office designated above on the same day a protest is filed with the GSBCA or within one day of filing a protest with the GAO.

**252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY (DEC 1991)**

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry--Qualifying Country End Products and Supplies clause of this contract, the following supplies are duty-free entry:

**52.216-1 TYPE OF CONTRACT (APR 1984)**

The Government contemplates award of a _____FIRM-FIXED PRICE_____ contract resulting from this solicitation.

**5252.227-9401 NOTICE REGARDING THE DISSEMINATION OF EXPORT-CONTROLLED TECHNICAL DATA (JAN 1992)**

(a) Export of information contained herein, which includes release to foreign nationals within the United States, without first obtaining approval or license from the Department of State for items controlled by the International Traffic in Arms Regulations (ITARS), or the Department of Commerce for the items controlled by the Export Administration Regulations (EAR), may constitute a violation of law.

(b) For a violation of export laws, the contractor, it employees, officials or agents are subject to:

(1) Imprisonment and/or imposition of criminal fines; and

(2) Suspension or debarment from future Government contracting actions.

(c) The Government shall not be liable for any use or misuse of the information, technical data or specifications in this contract. It shall not be liable for any patent infringement or contributory patent infringement. The Government neither warrants the adequacy nor the completeness of the information, technical data or specifications in this contract.

(d) The contractor shall include the provisions of paragraphs (a) through (c) above in any subcontracts awarded under this contract.

NAVY01081

SECTION L - NOTICE TO BIDDERS - PRE-AWARD SURVEY

In the event it becomes necessary to conduct a pre-award survey of your plant, you will be so notified subsequent to the opening of bids. To minimize the time necessary to conduct a survey, you should arrange to have the following information available for the survey team:

1. Copies of all drawings and specifications cited in the bid.
   a. Are all required documents available?
   b. Are all documents adequate as a legibility?

2. List of parts to be made in your plant.

3. List of parts to be purchased or sub-contracted.

4. Confirmed quotes for purchased or sub-contracted items which show promised delivery dates.

5. A master production plan and schedule which illustrates how you plan to meet the delivery schedule.

6. A list of special tooling, gages and special test equipment which is planned showing the lead time required to acquire each item.

7. A list of prior related and current Government contracts and the status of delivery for related contracts completed within one (1) year as well as the status for all current contracts.

8. Your plans for accomplishing the Quality Assurance requirements.

9. A copy of your management organizational chart.

10. A list of your facilities. Designate those which are planned for use under the proposed contract.

Prior to a detailed discussion of the requirements of the bid, the Government personnel shall be conducted on a tour of the plant with particular emphasis on the areas and facilities which are planned for use under this bid. This may eliminate some of the time required for specific questions.

The pre-award survey will be conducted in accordance with ASPR 1-900.

NOTE: The information on this page applies only in the event a bidder is notified that the Government will conduct a pre-award survey at his facility.

NAVY01080

N00104-95-R-R042 PAGE 124

**L-NOTICE TO OFFERORS - ALTERNATIVES TO MILITARY SPECIFICATIONS AND STANDARDS**

The Department of Defense is committed to minimizing the incorporation of military specifications and standards and outdated federal and commercial documents in contracts, and is seeking to use alternative, tailored, or updated nongovernment specifications and standards to the maximum extent practicable to satisfy its requirements. Offerors are encouraged to identify and propose alternatives to those military, federal or commercial specifications and standards which are incorporated in this solicitation. Such alternatives will be considered by the government during the source selection.

NAVY01079

Enclosure (1)

**M -SINGLE AWARD FOR ALL ITEMS (JAN 1992) (NAVSUP)**

( X ) Due to the interrelationship of supplies and/or services to be provided hereunder, the Government reserves the right to make a single award to the offeror whose offer is considered in the best interest of the Government, price and other factors considered. Therefore, offerors proposing less than the entire effort specified herein may be determined to be unacceptable.

( ) **Alternate I**

Subject to the provisions contained herein, award shall be made to a single offeror for all subline items within each contract line item. Offers must include each subline item listed within a line item. Failure to do this shall be cause for rejection of the offer for that particular line item.

( ) **Alternate II**

(a) Award will be made to a single offeror on each entire lot.
(b) For the purpose of evaluating offers, each lot indicated below will be considered as a single item and will be awarded only as a unit:

LOT NUMBER ITEM NUMBER

(c) The offeror must propose on all items in a lot to be eligible for award of that lot. Award will be made to the responsible offeror proposing the lowest aggregate price for each lot as designated above; however, the Government reserves the right to award by item within any lot when the contracting officer determines that it is advantageous to the Government.

**M ---EVALUATION AND AWARD (NSPCC) (JAN 1993)**

(a) The unit prices for the line items listed in Section B will be multiplied by the quantities or estimated quantities for those items to obtain extended prices. All extended item prices will be summed to determine the Evaluated Low Offer.
(b) Award will be made to that responsible offeror whose offer conforms with all the requirements of the solicitation and whose evaluated price is low.
(c) If this solicitation contains a clause entitled "DISCOUNT LIMITATION", discounts shall be evaluated in accordance with the provisions of that clause.

**M---EVALUATION-RENT FREE USE OF GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992) (NAVSUP)**

To eliminate any competitive advantage arising from the use of Government production and research property on a rent-free basis, an evaluation factor will be applied to the offer involving such rent-free use. The evaluation factor shall be determined by prorating the rent between the proposed contract and the other work utilizing such property, as prescribed in FAR 45.205, to find the prorate share applicable to the proposed contract. Offerors offering rent-free use shall provide information as to total rental charges for a period equivalent to the free rental period as well as an estimate of the required usage of the property in the performance of the contract.

**252.219-7006 NOTICE OF EVALUATION PREFERENCE FOR SMALL DISADVANTAGED BUSINESS CONCERNS (MAY 1994)**

(a) Definitions.

"Historically black colleges and universities," as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR Section 608.2. (The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.)

"Minority institutions," as used in this clause, means institutions meeting the requirements of (Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)). The term also include Hispanic-serving institutions as defined in Section 316(b)(1) of such Act (20 U.S.C. 1059C(b)(1)).

"Small disadvantaged business concern," as used in this clause, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively.

"United States," as used in this clause, means the United States, its territories and possessions, the Commonwealth of Puerto Rick, the U.S. Trust Territory of the Pacific Islands, or the District of Columbia.

(b) Evaluation preference.

(1) Offers will be evaluated by adding a factor of ten percent to the price of all offers, except--

(i) Offers from small disadvantaged business concerns, which have not waived the preference;

(ii) Offers from historically black colleges and universities or minority institutions, which have not waived the preference;

(iii) Otherwise successful offers of--

(A) Eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded;

(B) Qualifying country end products (as defined in the Defense Federal Acquisition Regulation Supplement clause at 252.225-7001, Buy American Act and Balance of Payments Program); and

(iv) Offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The ten percent factor will be applied on a line item by line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation will be applied before application of the ten percent factor. The ten percent factor will not be applied if using the preference would cause the contract award to be made at a price which exceeds the fair market price by more than ten percent.

(c) Waiver of evaluation preference.

A small disadvantaged business, historically black college or university, or minority institution offeror may elect to waive the preference, in which case the ten percent factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) do not apply to offers which waive the preference.

____ Offeror elects to waive the preference

NAVY01077

(d) Agreements.

(1) A small disadvantaged business concern, historically black college or university, or minority institution offeror, which did not waive the preference, agrees that in performance of the contract, in the case of a contract for--

(i) Services, except construction, at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern.

(ii) Supplies, at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern.

(iii) General construction, at least 15 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern.

(iv) Construction by special trade contractors, at least 25 percent of the cost of the contract, excluding the cost of materials, will be

performed by employees of the concern.

(2) A small disadvantaged business, historically black college or university, or minority institution regular dealer submitting an offer in its own name agrees to furnish in performing this contract only end items manufactured or produced by small disadvantaged business concerns, historically black colleges or universities, or minority institutions in the United States, except, as provided in Section 8051 of Pub. L. 103-139, for contracts awarded during fiscal year 1994, a small disadvantaged business manufacturer or regular dealer owned by an Indian tribe, including an Alaska Native Corporation, agrees to furnish only end items manufactured or produced by small business concerns in the United States.

(3) Upon request, a historically black college or university or minority institution offeror will provide the Contracting Officer evidence that it has been determined to be an HBCU or MI by the Secretary of Education.

NAVY01076

N00104-95-R-K042 PAGE 128

**5252.215-9401 EVALUATION OF FIRST ARTICLE TESTING (JAN 1992)**

**(a)** Offerors are advised that clause 52.209-3 requires first article testing.This requirement may be waived by the contracting officer when supplies identical or similar to those called for have previously been delivered by the offeror and accepted by the Government. Therefore, offerors can submit alternative offers, one including testing and approval and the other excluding testing and approval. If the Government waives the requirement for first article unit(s), test plans, testing and test report(s) for eligible offerors the price set forth in Section B under first article will not be included in the total contract price or any resulting contract. In addition, all provisions relating to first article testing will be deleted from the resulting contract.

**(b)** Offerors shall identify these identical or similar supplies by the contract number, agency, contract award date, and contract delivery date.

| Contract Number | Agency | Contract award date | Contract delivery date |
|---|---|---|---|

**(c)** ( ) The Government is responsible for first article testing under this contract. The cost to the Government of this testing will be a factor in the evaluation of offers, as it will be added to the offers requiring first article testing.The estimated cost of this testing is $________________

(X) The contractor is responsible for first article testing under this contract.

**(d)** The approved first article WILL serve as a manufacturing standard.

**(e)** Earlier delivery, if required in case of waiver of first article, shall not be a factor in the evaluation for award.

**(f)** The prices for first articles and first article tests in relation to production quantities shall not be materially unbalanced, if first article test items or tests are to be separately priced.

NAVY00936

**SECTION M**

**NOTE:** FOR FREIGHT EVALUATION, A UNIT WEIGHT (INCLUDING PACKAGING) OF 0.20 LBS. WILL APPLY.

NAVY00937

N00104-95-R-R042 PAGE 1.30

5252.210-9000

## C-OZONE DEPLETING SUBSTANCES

"The use of Class I Ozone Depleting Substances (ODS) is not required by the Automated Data List (ADL) 53711-5355797-but is optional in some specifications listed as part of the ADL. This optional use of ODS should be disregarded. No Class I ODS material shall be used in fulfillment of the contract requirements.

NAVY00938