Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX
VOLUME VI, PAGES 143 - 177

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

April 11, 2005

# INDEX TO APPENDIX

Document

Contract Number N00104-96-C-KA091 . . . . . . 1

Contract Modification P00001- P00021 . . . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Solicitation of Axion: Regarding Solicitation (Dated December, 4, 1995) . . . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996)180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996)......182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point : Regarding N00104-96 CKA09 (Dated April 15, 1997) . . . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion : Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Date September 18, 2001) . . . . . . . . . . . . . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208(a)

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** — Page 1 of Pages 3

2. Amendment/Modification No. P00001
3. Effective Date MAY 13 1996
4. Requisition/Purchase Req. No. N49935-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) CODE S0101A
DCMAO BIRMINGHAM
2121 8TH AVE.,N. ROOM 104
BIRMINGHAM, AL 35203-2376

FILE

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
AXION CORP.
317 NICK FITCHEARD RD.
HUNTSVILLE, AL 35806

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 95 DEC 07

Code 9X850 Facility Code

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ____ is extended, ____ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ X ] is required to sign this document and return 4 copies to the issuing office. Attn: Code 0262

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

DUPLICATE
(SPCC OFFICIAL COPY)
DO NOT REMOVE THIS COPY

DISTRIBUTION:
1 HOC IMSD MECHANICSBURG PA (66JV)
1 NAVICP 0143
5 CONTRACTOR
5 DCMAO BIRMINGHAM
1 DFAS COLUMBUS CTR.,CO/JSA/SOUTHEAST
1 COMMANDING OFFICER, ATTN: CODE 4025,NAVAL SURFACE WARFARE CTR.,CRANE DIV.,CRANE,IN. 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) — 15C. DATE SIGNED May 13, 1996 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) — 16C. DATE SIGNED MAY 13 1996 |

(SPCC OVPT) (LOCAL) 5DL1 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages: 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00002 | JUN 20 1996 | N49935-95-N-A004 | |

6. Issued By CODE N00104

Naval Inventory Control Point
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) CODE S0101A

DCMAO BIRMINGHAM
2121 8TH AVE.,N. ROOM 104
BIRMINGHAM, AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
AXION CORP.
317 NICK FITCHEARD RD
HUNTSVILLE, AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ____ is extended, ____ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ X ] is required to sign this document and return 4 copies to the issuing office. Attn: Code 0262

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001AA NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115
IN ACCORDANCE WITH THE CONTRACTOR'S LETTER OF 17 JUNE 1996, THE DELIVERY SCHEDULE FOR ITEM 0001AB,540 EACH, (FIRST ARTICLE) IS 29 OCTOBER 1996.
DISTRIBUTION:
1 NOC IMSD MECHANICSBURG PA (63JV)
1 NAVICP-M 0143
6 CONTRACTOR
5 DCMAO BIRMINGHAM
1 DFAS COLUMBUS CTR.,CO/JSA/SOUTHEAST
1 COMMANDING OFFICER,ATTN:CODE 4025,NAVAL SURFACE WARFARE CTR.,CRANE,IN. 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED JUN 20 1996 |

(SPCC OVPT) (LOCAL) DDLT STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages 1 2

2. Amendment/Modification No. P00003
3. Effective Date AUG 19 1996
4. Requisition/Purchase Req. No. N49335-95-M-A004
5. Proj. No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) CODE S0101A
SCD
DCMAO BIRMINGHAM
2121 8TH AVE.,N. ROOM 104
BIRMINGHAM, AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP.
317 NICK FITCHEARD RD.
HUNTSVILLE, AL 35806

Code 9X950 | Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

DUPLICATE

D. OTHER (Specify type of modification and authority)

(SPCC OFFICIAL COPY)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. Attn: Code 02522

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T 1390-01-200-8338 POWER SUPPLY,PS-115
DEVIATION D-28-0896 IS INCORPORATED INTO THE CONTRACT AS PAGE 2 OF THIS MODIFICATION AT NO COST TO EITHER PARTY.

DISTRIBUTION: 1 NOC IMSD MECHANICSBURG PA (63JV) 5 CONTRACTOR 1 NAVICP-M 0143
5 DCMAO BIRMINGHAM 1 DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST
1 COMMANDING OFFICER, ATTN:4025,NAVAL SURFACE WARFARE CTR.,CRANE,IN 47522

DO NOT REMOVE THIS COPY

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi, President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab

15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign)
15C. DATE SIGNED 19 Aug 96
16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer)
16C. DATE SIGNED AUG 19 1996

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48 CFR) 53.243

FROM 10-03-96 02:16PM TO 17177902807 P.2

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00004 | OCT 03 1996 | N49935-95-N-A004 | |

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) S0101A

DCMAO BIRMINGHAM
2121 8TH AVE., N. ROOM 10
BIRMINGHAM, AL 35203-2376

FILE

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE, AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return ___ copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T 1390-01-200-8338,POWER SUPPLY,PS-115
THE DELIVERY SCHEDULE IS REVISED TO READ: ITEM 0001AB,540EA.,FIRST ARTICLE, 29 DECEMBER 1996.

DISTRIBUTION: 1 NOC IMSD MECHANICSBURG PA (63JV) 1 NAVICP-M 5 CONTRACTOR 5 DCMAO BIRMINGHAM 1 DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST
1 COMMANDING OFFICER,ATTN: 4025,NAVAL SURFACE WARFARE CTR.,CRANE,IN 47522

DUPLICATE
(SPCC OFFICIAL COPY)

DO NOT REMOVE THIS COPY

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED OCT 03 1996 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430mlok

FROM AXION CORP. 205 831 5770 02-04-97 01:03PM TO 17177902067

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00005 | FEB 4 1997 | N49935-95-N-A004 | |

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

FILE

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

NO CHANGE

DUPLICATE ORIGINAL

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
ACCEPTANCE INSPECTION EQUIPMENT DESIGN DOCUMENTATION IS APPROVED. CONFIRMING THE PHONECON BETWEEN LEVI WEIR/ AXION AND JOHN KORAB/ NAVICP-M ON FEBRUARY 4, 1997, THE FIRST ARTICLE DELIVERY DATE IS MAY 15, 1997.

MASTER COPY

(NAVICP OFFICIAL COPY) FEB 5 1997

DO NOT REMOVE THIS COPY

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (63JV) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Alex Lotfi - CEO | | JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 2/4/97 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED FEB 04 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

MAY 30 '97 10:31AM P.2/6

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code

Page of Pages 1 | 5

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00006 | 30 May 97 | N49935-95-NA004 | |

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: 0242.2/ALA

7. Administered By (If other than Item 6) S0101A

DCMC BIRMINGHAM
2121 8TH AVE. N. RM. 104
BIRMINGHAM, AL 35203-2376

FILE

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORPORATION
317 NICK FITCHHEARD RD.
HUNTSVILLE, AL 35806

Code 5X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

NO CHANGE

DUPLICATE ORIGINAL

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

MASTER COPY

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) JUN 10 1997

D. OTHER (Specify type of modification and authority) DO NOT REMOVE THIS COPY

E. IMPORTANT: Contractor [ ] is not, [x] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 - NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115

Duplicate
(NAVICP OFFICIAL COPY)

Distribution:
(4) PURCHASE FOLDER (1) NAVICP-M 0252 (1) NAVICP-M 0242.6
(1) NAVICP-M 0143 (5) CONTRACTOR (5) CAO (BLK 7)
(1) DFAS-CO/JSA/SOUTHEAST
(1) CO, ATTN: 4025, NAVAL SURFACE WARFARE CTR., CRANE, IN 47522
(1) NAVAL ORDNANCE CENTER, IMSD, ATTN: CODE 63JV, P.O. BOX 2011, 5450 CARLISLE PIKE, MECHANICSBURG, PA 17055-0735

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | A. L. ARTZ | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 6/2/97 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 5/30/97 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddup6.1 (rev8/96)2430mlok

JUN. 2. 1997 8:07AM AXION CORP. (205) 851-9711 No.0748 P. 3/3

MAY. 7.1998 11:47AM NAVICP-MECH CODE0242 NO. 3

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. Contract ID Code | Page of Pages 1 1

2. Amendment/Modification No. P00007

3. Effective Date MAY 07 1998

4. Requisition/Purchase Req. No. N49935-95-N-A004

5. Project No.

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ________ is extended, ________ is not extended. acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

---

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO. (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ X ] is required to sign this document and return 4 copies to the issuing office. ATTN

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115

THE QUANTITY FOR LINE ITEM 0001AB, FIRST ARTICLE, READS 360 EACH IN LIEU OF 540 EACH.

RECEIVED MAY 07 1998

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (63JV) (5) CONTRACTOR (5) ~~DCMC BIRMINGHAM~~
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)

15C. DATE SIGNED 5/7/98

16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)

16C. DATE SIGNED MAY 07 1998

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430mlok

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | |
|---|---|---|---|---|
| 1. Contract ID Code | | | Page of Pages | 1 / 2 |
| 2. Amendment/Modification No. P00008 | 3. Effective Date JUL 28 1998 | 4. Requisition/Purchase Req. No. N49935-95-N-A004 | 5. Project No. | |
| 6. Issued By CODE N00104 | | 7. Administered By (If other than Item 6) | S0101A | |

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

RECEIVED JUL 13 1998

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 95 DEC 07

Code 9X850 Facility Code

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
NO CHANGE

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
AUTOMATED DATA LIST-CHANGE NOTICE 53711-5355797001 IS INCORPORATED INTO THE CONTRACT AS PAGE 2 OF THIS MODIFICATION.

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (63JV) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 7/14/98 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED JUL 28 1998 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddsp6.1 (rev8/96)2430mlok

MAY.13.1999 10:44AM NAVICP-MECH CODE0242 NO.496 P.2/2

| AMENDMENT OF SOLICITATI MODIFICATION OF CONTRACT | | 1. Contract ID Code | Page of Pages 1 2 |
|---|---|---|---|
| 2. Amendment/Modification No. P00009 | 3. Effective Date MAY 13 1999 | 4. Requisition/Purchase Req No. N49935-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104 | | 7. Administered By (If other than Item 6) | S0101A |
| Naval Inventory Control Point - Mechanicsburg<br>5450 Carlisle Pike<br>P.O. Box 2020<br>Mechanicsburg, PA 17055-0788<br>ATTN: Code 0242.6/JK | | DCMC BIRMINGHAM<br>2121 8TH AVE N ROOM 104<br>BIRMINGHAM AL 35203-2376 | |
| 8. Name and Address of Contractor (No., Street, County, State and ZIP Code)<br>AXION CORP<br>317 NICK FITCHEARD RD<br>HUNTSVILLE AL 35806 | | 9A. Amendment of Solicitation No.<br>9B. Dated (See Item 11)<br>X 10A. Modification of Contract/Order No. N00104-96-C-KA09<br>10B. Dated (See Item 13) 95 DEC 07 | |
| Code 9X850 | Facility Code | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12 ACCOUNTING AND APPROPRIATION DATA (If required)

NO CHANGE

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
REQUEST FOR WAIVER PS115-W001 IS INCORPORATED INTO THE CONTRACT AS PAGE 2 OF THIS MODIFICATION AT NO COST TO EITHER PARTY.

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) ALEX LATIFI | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED MAY 13, 1999 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED MAY 13 1999 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430ml ok

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | NO.581 P.2/2 | Pages 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00010 | MAY 19 1999 | N49935-95-N-A004 | |

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers___ is extended,___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)

NO CHANGE

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115

THE DESTINATION FOR THE PRODUCTION UNITS READS: COMMANDING OFFICER
ATTN: CODE 2332 (RICH GERON)
NAVAL WEAPONS STATION
10 DELTA STREET
CONCORD CA 94520-5000

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR., CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025, NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| ALEX LATIFI | | JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 5/17/99 | (Signature of Contracting Officer) | MAY 19 1999 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430mlok

J N. 2.1999 10:42AM NO.748 P.2/2

JUN. 2.1999 8:24AM NAVICP-MECH CODE0242 NO.865 P.1/1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages: 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00011 | JUN 0 2 1999 | N49935-95-N-A004 | |

| 6. Issued By CODE N00104 | 7. Administered By (If other than Item 6) S0101A |
|---|---|
| Naval Inventory Control Point - Mechanicsburg<br>5450 Carlisle Pike<br>P.O. Box 2020<br>Mechanicsburg, PA 17055-0788<br>ATTN: Code 0242.6/JK | DCMC BIRMINGHAM<br>2121 8TH AVE N ROOM 104<br>BIRMINGHAM AL 35203-2376 |

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)

NO CHANGE

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X ] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS:

| | | | |
|---|---|---|---|
| 0001AA | 5209 | EA | 99 DEC 28 |
| 0001AA | 10000 | EA | 00 JAN 28 |
| 0001AA | 10000 | EA | 00 FEB 28 |
| 0001AA | 10000 | EA | 00 MAR 28 |
| 0001AA | 10000 | EA | 00 APR 28 |
| 0001AA | 10000 | EA | 00 MAY 28 |

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| ALEX LATIFI, PRESIDENT | | JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR [signature] | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA [signature] | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | JUNE 2, 1999 | (Signature of Contracting Officer) | JUN 0 2 1999 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430mlok

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** — 1. Contract ID Code — Page 1 of 1

| | | | |
|---|---|---|---|
| 2. Amendment/Modification No. P00012 | 3. Effective Date SEP 13 1999 | 4. Requisition/Purchase Req. No. N49935-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104 | | 7. Administered By (If other than Item 6) | S0101A |

**6. Issued By:**
Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

**7. Administered By:**
DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 — Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 95 DEC 07

11. *THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS*

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)
NO CHANGE

RECEIVED SEP 13 1999

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
THE SHIPMENT ADDRESS IS CHANGED TO READ: COMMANDING OFFICER (N00164)
ATTN: CODE 4051 (DAVE SHERFICK) / BLDG 2309
NAVAL SURFACE WARFARE CTR., CRANE DIVISION
300 HIGHWAY 361
CRANE, IN 47522-5000

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR., CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025, NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) ALEX LATIFI, PRESIDENT | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 9/13/99 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED SEP 13 1999 |

NSN 7540-01-152-8070 30/105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430mlok

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

2. Amendment/Modification No. P00013
3. Effective Date DEC 20 1999
4. Requisition/Purchase Req. No. N49935-95-N-A..4
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 02416/JK

7. Administered By (If other than Item 6) S0101A
DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
AXION CORP
217 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1761507.86AC 000 SAS6G 0 068342 2D 000000 AC0030000093 $3,000.00(CR)
REF# N4802994RX48132 TAC: JAORZ

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [XXX] is required to sign this document and return 1 copies to the issuing office. ATTN: 0262

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
IN CONSIDERATION OF A $3,000.00 REDUCTION OF THE CONTRACT PRICE THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS. THE CONTRACT PRICE IS REDUCED BY $3,000.00 FROM $1,313,974.20 TO $1,310,974.20.
5,209 EA 00 MAR 31; 10,000 EA 00 APRIL 30; 10,000 EA 00 MAY 31; 10,000 EA 00 JUNE 30; 10,000 EA JULY 31; 10,000 00 AUGUST 31.

DISTRIBUTION: (1) NOC INSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 6025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB

15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign)
15C. DATE SIGNED 12/20/99
16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer)
16C. DATE SIGNED DEC 20 1999

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

RECEIVED TIME DEC.20.
RECEIVED TIME DEC.20.
PRINT TIME DEC.20. 2:34PM

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 of 1

2. Amendment/Modification No. P00014

3. Effective Date: APR 11 2000

4. Requisition/Purchase Req No. N49935-95-N-A004

5. Project No.

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)

AA 1741507.85AC 000 SAS6G 0 068342 2D 000000 AC8930000093 $5,000.00(CR)
REF# N4802994RX4B132 TAC: JADRZ

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [XXX] is required to sign this document and return 1 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
IN CONSIDERATION OF A $5,000.00 REDUCTION OF THE CONTRACT PRICE THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS. THE CONTRACT PRICE IS REDUCED BY $5,000.00 FROM $1,310,974.20 TO $1,305,974.20.
5,209 EA 00 AUG 10; 8,000 EA 00 SEPT 11; 8,000 EA 00 OCT 12; 8,000 00 NOV 13; 8,000 EA 00 DEC 13; 8,000 EA 01 JAN 16; 10,000 01 FEB 16.

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (1) CONTRACTOR (4) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR., CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025, NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): ALEX LATIFI / President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOHN KORAB

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) [signature]

15C. DATE SIGNED 4/10/00

16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) [signature]

16C. DATE SIGNED APR 11 2000

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 dd/sf30.1 (rev8/96)2430mlok

RECEIVED TIME APR.10. 4:33PM PRINT TIME APR.10. 4:34PM

AUG.29.2000 2:57PM NAVICP MECH CODE0242 NO.467 P.2/2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** 1

| | |
|---|---|
| 2. Amendment/Modification No. P00015 | 3. Effective Date AUG 29 2000 |
| 4. Requisition/Purchase Req. No. N49935-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104 | 7. Administered By (If other than Item 6) S0101A |
| Naval Inventory Control Point - Mechanicsburg<br>5450 Carlisle Pike<br>P.O. Box 2020<br>Mechanicsburg, PA 17055-0788<br>ATTN: Code 0242.6/JK | DCMC BIRMINGHAM<br>2121 8TH AVE N ROOM 104<br>BIRMINGHAM AL 35203-2376 |
| 8. Name and Address of Contractor (No., Street, County, State and ZIP Code)<br>AXION CORP<br>317 NICK FITCHEARD RD<br>HUNTSVILLE AL 35806 | 9A. Amendment of Solicitation No<br>9B. Dated (See Item 11)<br>X 10A. Modification of Contract/Order No. N00104-96-C-KA09<br>10B. Dated (See Item 13) 95 DEC 07 |
| Code 9X850 Facility Code | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

AA 1741507.85AC 000 SAS6G 0 068342 2D 000000 AC8930000093 $10,000.00(CR)
REF# N4802994RX4B132 TAC: JADRZ

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [XXX] is required to sign this document and return 1 copies to the issuing office. ATTN: 0252

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
IN CONSIDERATION OF A $10,000.00 REDUCTION OF THE CONTRACT PRICE THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS. THE CONTRACT PRICE IS REDUCED BY $10,000.00 FROM $1,305,974.20 TO $1,295,974.20
5,209 EA 00 NOV 28; 8,000 EA 00 DEC 28; 8,000 EA 01 JAN 28 ; 8,000 01 FEB 28; 8,000 EA 01 MAR 28; 8,000 EA 01 APR 28; 10,000 01 MAY 16.

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (1) CONTRACTOR (4) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi / President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KORAB |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) — 15C. DATE SIGNED 8/29/00 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) — 16C. DATE SIGNED AUG 29 2000 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430m(ok

RECEIVED TIME AUG 29

JUN. 4. 2001 1:54PM TECH SUPPORT NO. 158 P. 2

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. Contract ID Code | Page of Pages 1 1 |
|---|---|---|

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00016 | JUN 04 2001 | N00104-95-N-A004 | |

| 6. Issued By CODE N00104 | 7. Administered By (If other than Item 6) CODE S0101A |
|---|---|
| Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.6<br>P O Box 2020 Bldg 410<br>Mechanicsburg, PA 17055-0788<br>Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil | DCM BIRMINGHAM<br>2121 8TH AVE, N. ROOM 104<br>BIRMINGHAM AL 35203-2376 |

| 8. Name and Address of Contractor (No., Street, County, State, and Zip) | | |
|---|---|---|
| AXION CORP<br>317 FITCHEARD ROAD<br>HUNTSVILLE AL 35806 | | 9A. Amendment of Solicitation No. |
| | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. N00104-96-C-KA09 |
| Code 9X850 Facility Code | | 10B. Dated (See Item 13) 1995 Dec 07 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

THE DELIVERY SCHEDULE IS ESTABLISHED AS FOLLOWS: 8,000 EA, 01 AUG 08; 8,000 EA 01 SEP 10; 8,000 EA, 01 OCT 10; 8,000 EA, 01 NOV 13; 8,000 EA, 01 DEC 13; 8,000 EA, 02 JAN 14; 7,209 EA, 02 FEB 14.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR [signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED 6-04-01 | 16B. UNITED STATES OF AMERICA [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED JUN 04 2001 |

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

RECEIVED TIME JUN. 4. TIME JUN. 4. 1:49PM

NO. 803 P. 2/2

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 of 2

2. Amendment/Modification No. P00017
3. Effective Date OCT 02 2001
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 FITCHBARD ROAD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43 (a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

THE DELIVERY SCHEDULE FOR THE RE-SUBMISSION OF 120 EA. FIRST ARTICLE SAMPLES IS ESTABLISHED AS FOLLOWS:01 OCTOBER 03. PAGE 2 OF THIS MODIFICATION INCORPORATES THE FIRST ARTICLE TESTING REQUIREMENTS.

THIS MODIFICATION CONSTITUTES A FULL AND FINAL DISPOSITION OF ALL MATTERS RELATING TO THIS CONTRACT AND IS A FULL RELEASE AND ACCORD AND SATISFACTION OF ANY AND ALL CLAIMS, DEMANDS, OR CAUSES OF ACTION THAT EITHER THE CONTRACTOR OR THE GOVERNMENT MAY HAVE AGAINST THE OTHER ARISING OUT OF OR RELATED TO THE CONTRACT TO DATE.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab
15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)
15C. DATE SIGNED 10-2-01
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)
16C. DATE SIGNED OCT 02 2001

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

RECEIVED TIME OCT. 2. TIME OCT. 2. 8:49AM 9CC/SAoc

**DEPARTMENT OF THE NAVY**
CRANE DIVISION
NAVAL SURFACE WARFARE CENTER
300 HIGHWAY 361
CRANE INDIANA 47522-5000

IN REPLY REFER TO:
8000
Ser 402/1168
28 SEP 2001

From: Commander, Crane Division, Naval Surface Warfare Center
To: Commanding Officer, Naval Ammunition Logistics Center, Mechanicsburg (Code 32J)

Subj: REQUIREMENT FOR FIRST ARTICLE TEST OF PS115 RESERVE ENERGIZERS ON CONTRACT N00104-96-C-KA09

Ref: (a) Axion Corporation ltr of 22 Aug 01

1. Reference (a) states that Axion Corporation had to set-up a plating line to produce plate stock. The First Article Test (FAT) samples were produced with plate stock provided by an outside vendor. The FAT is meant to verify the manufacturing process and material. The contractor changed the material thereby invalidating the First Article. The Government requires another FAT of a reduced quantity of batteries be done to validate the manufacturing process currently being utilized to produce the energizers. Failure of this FAT will be cause for rejection of the lot. The contractor will utilize the 120 energizers previously negotiated for destructive testing with the first lot. An additional quantity of 120 energizers will be pulled from the first lot if the 120 energizers have already been consumed in test. The energizers shall be divided into three groups of forty each.

a. Forty shall be tested in accordance with paragraph 4.4.6.1.2 of Drawing 11744726.

b. Forty shall be tested in accordance with Drawing 11744726, page 15, column one beginning with Extreme Temperature Storage.

c. The final forty energizers will be tested in accordance with Drawing 11744726, page 15, column four beginning with 7-Foot Drop.

2. NSWC Crane point of contact is Mr. J. R. Hahin, Code 4025, telephone DSN 482-5652 or 812-854-5652.

Karen Whorrall

KAREN WHORRALL
By direction

Copy to:
NALC Mechanicsburg (Code 0242.6)

NAVY01296



P.1

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. Contract ID Code | Page of Pages: 1 / 1 |
| 2. Amendment/Modification No. P00018 | 3. Effective Date: DEC 04 2001 |
| 4. Requisition/Purchase Req. No. N00104-95-N-A004 | 5. Project No. |
| 6. Issued By — CODE N00104<br>Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.6<br>P O Box 2020 Bldg 410<br>Mechanicsburg PA 17055-0788<br>Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil | 7. Administered By (If other than Item 6) — CODE S0101A<br>DCM BIRMINGHAM<br>2121 8TH AVE, N. ROOM 104<br>BIRMINGHAM AL 35203-2376 |
| 8. Name and Address of Contractor (No., Street, County, State, and Zip)<br>AXION CORP<br>317 FITCHEARD ROAD<br>HUNTSVILLE AL 35806<br>Code 9X850 Facility Code | 9A. Amendment of Solicitation No.<br>9B. Dated (See Item 11)<br>X 10A. Modification of Contract/Order No. N00104-96-C-KA09<br>10B. Dated (See Item 13) 1995 Dec 07 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050 $800,000.00
Doc#: N4802902WX1B004 Ref#: N0002401PD40136 Amendent: Basic

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

The funding in block 12 is obligated to replace the original expired funding formerly provided on N4802994RX4B132.

NOTE TO CONTRACTOR: Do not submit further billing under the original funding accounting data; use the accounting data in block 12 of this modification.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA 32L
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) ALEX LATEEF, PRESIDENT | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) M.E.Wise |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) — 15C. DATE SIGNED 12/4/01 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) — 16C. DATE SIGNED DEC 04 2001 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

RECEIVED TIME DEC. 4. 10:45AM PRINT TIME DEC. 4. 10:46AM

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages 1 2

2. Amendment/Modification No. P00019
3. Effective Date APR 04 2002
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXTON CORP
317 PITCHEARD ROAD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
ACRN: AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050 $1,000.00 (CR)
DOC NO: N4802902WX1B004 REF NO.: N0002401PD40136 BASIC

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

In consideration of a $1,000.00 reduction of the contract price, from $800,000.00 to $799,000.00, the delivery date for 80 each, Item 0001AB, First Article samples reads: April 23,2002.

This modification constitutes a full and final disposition of all matters relating to this contract and is a full release and accord and satisfaction of any and all claims, demands, or causes of action that either the contractor or Government may have against the other arising out of or related to the contract to date.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi, President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab
15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) [signature]
15C. DATE SIGNED 4/4/02
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) [signature]
16C. DATE SIGNED APR 04 2

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwordnr 81199 mod for contract SF30.doc

RECEIVED TIME APR. 4. 1:05PM PRINT TIME APR. 4. 1:06PM 2/00

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages 1 | 1

2. Amendment/Modification No. P00020
3. Effective Date JUL 11 2002
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 FITCHEARD ROAD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
x 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| x | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

By confirming Axion's e-mail of July 08, 2002, the delivery date for the First Article Test Report is established as: September 09, 2002.

This modification constitutes a full and final disposition of all matters relating to this contract and is a full release and accord and satisfaction of any and all claims, demands, or causes of action that either the contractor or Government may have against the other arising out of or related to the contract to date.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab
15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)
15C. DATE SIGNED 7/11/02
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)
16C. DATE SIGNED JUL 11 2002

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

5

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. Contract ID Code | Page of Pages 1 | 2

| | |
|---|---|
| 2. Amendment/Modification No. P00021 | 3. Effective Date NOV 12 2002 |
| 4. Requisition/Purchase Req. No. N49935-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104<br>Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.06<br>P O Box 2020 Bldg 410<br>Mechanicsburg, PA 17055-0788<br>Phone/E-mail: 717-605-2027 john_j_korab@icpmech.navy.mil | 7. Administered By (If other than Item 6) CODE S0101A<br>DCMA BIRMINGHAM<br>2121 8TH AVE., N. ROOM 104<br>BIRMINGAM AL 35203-2376 |
| 8. Name and Address of Contractor (No., Street, County, State, and Zip)<br>AXION CORPORATION<br>317 NICK FITCHEARD ROAD<br>HUNTSVILLE AL 35806 | 9A. Amendment of Solicitation No.<br>9B. Dated (See Item 11)<br>X 10A. Modification of Contract/Order No. N00104-96-C-KA09<br>10B. Dated (See Item 13) 1995 Dec 07 |
| Code 9X850 | Facility Code |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050 $799,000.00 (CR)

Document No: N4802902WX1B004 Reference No: N0002401PD40136 Basic

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>Unilateral, Termination Issued Pursuant To FAR 52.249-8 Entitled "Default" |

E. IMPORTANT: Contractor (X) is not, ( ) is required to sign this document and return _ copies to the issuing Office. Attn:

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Item 0001 NSN 2T-1390-01-200-8338, Power Supply, PS-115

TERMINATION OF CONTRACT FOR DEFAULT.

Distribution: (2) Purchase Folder (1) Contractor (1) NAVICP-M 0242.06 (1) DCMA (See Blk 7 above) ( )
(1) DFAS South Entitlement Operations (HQ0338) (1) NALC, Mechanicsburg, PA, Code: 4314A
(1) Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522
( )

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>M.E.Wise | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>M E Wise<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>NOV 12 2002 |

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48 CFR) 53.243 ddwordnt 040302 modformd MasterMod.doc

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFE. .:CE NO. OF DOUCMENT BEING CONTINUED N00104-96-C-KA09/P00021 | PAGE 2 | OF 2 |
|---|---|---|---|

Contract N00104-96-C-KA09 was awarded to Axion Corporation (Axion) on December 7, 1995 for the production of 55,209 Power Supplies at a unit price of $23.80 for a total contract price in the amount of $1,313,974.20. The delivery date for Axion's First Article Test Report (FATR) was 06 April 1996. That April delivery date had been extended on numerous occasions per Axion's request. Contract modification P00002 extended the delivery date of FATR to October 29, 1996. Contract modification P00004 extended the delivery date of FATR to December 29, 1996. Modification P00005 extended the delivery of FATR to May 15, 1997. Subsequently, Axion's FATR was approved on 17 May 1999. Furthermore, from the time Axion successfully passed the FATR, the delivery schedule for the production lot was modified on 5 separate occasions since Axion failed to meet its required delivery dates. In the interim, based on Axion's unilateral decision to change its manufacturing process by plating at Axion's plant in lieu of using an outside vendor as originally conducted, Axion was required to submit a second FATR. This decision was made because the results of the initial FATR were no longer reliable. Resubmission of the FATR was due on October 3, 2001. This date was changed per modification P000019 to April 23, 2002. Modification P00020 further extended delivery of the FATR to September 9, 2002. Axion submitted its second FATR by letter and five floppy disks on September 09, 2002. The Navy examined Axion's FATR and disapproved the First Article for failure to meet the requirements of Contract Data Requirements list A004 and the lack of information that would pertain to test procedures, test equipment, or data analysis that is relevant to the performance requirements. Furthermore, a total of 25 out of 66 First Article Power Supplies failed to meet the performance requirements of drawing 11744726. The Navy's letter of October 01, 2002 advised Axion of its First Article disapproval. A Show Cause letter of October 01, 2002 was also sent to inform Axion that the Navy was considering terminating the contract for default for failure to make delivery unless facts were presented, in writing, indicating that failure to perform was due to causes beyond Axion's control and without fault or negligence on Axion's part. Axion's letter of October 11, 2002 does not provide an adequate excuse for Axion's failure of the First Article thereby failing to meet the September 09, 2002 delivery schedule.

Axion is therefore advised that the Contracting Officer has determined that said default is without excusable cause, and that the contract is subject to termination for default pursuant to FAR 52.249-8 entitled "DEFAULT."

DECISION

Based on the above findings, the Contracting Officer hereby terminates contract N00104-96-C-KA09 for default; the termination is effective immediately.

There will be no re-procurement of the Power Supply, PS-115. In accordance with the terms of the Progress Payment Clause, Far 52.232-16 (Jul 1991), Axion is responsible to the Government for the repayment of progress payments in the amount of $512,365.00 remaining un-liquidated. The Government reserves all rights and remedies otherwise provided by law or under the contract.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contracting appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring forth an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months from the date you receive this decision

AXION

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

4 August 1994

Department of the Navy
Navy Ships Parts Control Center
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

ATTN: A. L. Artz

**Ref:** **Solicitation No: N00104-95-R-K042**
**Noun:** **Power Supply**
**Part No:** **PS-1115**

Dear Allen:

In reference to our telephone conversation regarding drawing No. **11007068** and No. **11718309**, Axion has further reviewed and researched both drawings, the related drawing No. **10974349**, the specification procedure **OD18332** Entitled: *Procedures for Preparing Lead: Lead Dioxide Reserve Energizer Electrode Stock by Electrodeposition*, and the data package with our vendors and suppliers.

We feel confident that all the bases have been covered, our price structure is correct and our capability to deliver on time is unchanged as our supplier has been providing this product for some time. We are willing to submit all our documentation to your attention since we feel this could relieve the government from the unnecessary cost of a pre-award survey.

Please advise Axion Corporation if this is acceptable to you. Should you have any questions, please contact the undersigned.

Best Regards,

AXION CORPORATION

Alex Latifi, President

8/7/95

Name + address of Supplier For: electro plated per dwg + O.D.

AL/mmc

Will for supplier of mat'l + supplier to do plating



NAVY00759

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

August 11, 1995

Department of the Navy
Navy Ships Parts Control Center
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

ATTN: A. L. Artz

| | |
|---|---|
| Reference: | *Solicitation No: N00104-95-R-K042* |
| Noun: | *Power Supply* |
| Part No: | *PS-1115* |

Dear Allen:

*In reference to our telephone conversation requesting copy of our quote on the raw material* ***C1008/C1010*** to verify the availability of such material, attached please find copy of quote provided by one of our sources, A.J. Oster Foils, Inc. A.J. Oster Foils, Inc. is a well known provider for such a material for most Battery Manufacturers. We have other sources in Germany that provide the same material to the American/European market and another source available in Japan that provides such a product for the American market. Please be advised that all of our sources are company confidential.

Regarding plating, a pre-award survey meeting has been tentatively set for August 29th or 30th. We wish to present our plating presentation at that time since it is a very detailed presentation.

Should you have any questions, please contact the undersigned.

Sincerely,

AXION CORPORATION

Alex Latif, President

*cc: Jean Chandler; DCMDS-GBNA Huntsville, AL w/attachment*

AXION CORPORATION CORPORATE SEAL UNITED STATES

AL/mmc



NAVY00757

AXION

**AXION CORPORATION**
**P. O. BOX 5366**
**317 NICK FITCHEARD ROAD**
**HUNTSVILLE, ALABAMA 35806**
**TELEPHONE: (205) 851-9770**
**FAX: (205) 851-9771**

DEPARTMENT OF THE ARMY
NAVY SHIPS PARTS CONTROL CENTER
5450 CARLISLE PIKE
PO BOX 2020
MECHANICSBURG, PA 17055-0788

SEPTEMBER 26, 1995

RE: SOLICITATION NOO104-95-R-K042, OFFER EXTENSION

DEAR MR. ARTZ:

IN REFERENCE TO YOUR LETTER, DATED SEPTEMBER 21, 1995, PLEASE BE ADVISED , AXION CORPORATION HEREBY EXTENDS ITS OFFER ON REFERENCED SOLICITATION UNTIL 12/29/95, PER YOUR REQUEST.

SHOULD YOU HAVE ANY QUESTIONS, KINDLY CONTACT THE UNDERSIGNED.

SINCERELY,

ALEX LATIFI
PRESIDENT
AXION CORPORATION

4250
Ser: 0282.2/ALA
N00104-95-R-K042
27 September 1995

Mr. Alex Latifi
Axion Corporation
317 Nick Fitcheard Rd.
Huntsville, AL 35806

Subj: Solicitation N00104-95-R-K042; Certificate of Competency

Ref: (a) DFAR 219.602 - Certificate of Competency Referral

Dear Mr. Latifi:

In accordance with reference (a), you are hereby notified that your company received a "no award" recommendation from the pre-award survey conducted at your facility on 30 August 1995 for the subject solicitation. The "no award" recommendation was given by the surveying activity based on unsatisfactory findings in the following areas:

A. Technical Capability
B. Production Capability

1. You are hereby being advised of your rights under Section 8(b)(7) of the Small Business Act. You may request that the Small Business Administration (SBA) make a determination of your firm's responsibility under Certificate of Competency (COC) procedures.

2. You have fourteen calendar days after receipt of this notification to advise the undersigned of your decision to either:

a. Request a determination of responsibility from the SBA or;
b. Do not wish to request such a determination from the SBA

3. If after fourteen days you have not responded to the undersigned with your decision, your offer will no longer be considered, and you will not be eligible for award under the subject solicitation.

4. Questions may be directed to the undersigned.

Sincerely;

A. L. Artz
Contracting Officer

205-851-9771

AXION

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

MR. A.L. ARTZ
DEPARTMENT OF THE NAVY
NAVY SHIPS PARTS CONTROL CENTER
5450 CARLISLE PIKE, PO BOX 2020
MECHANICSBURG, PA 17055-0788

OCTOBER 2, 1995

REF: SOLICITATION NOO104-95-R-K042, CERTIFICATE OF COMPETENCY

DEAR MR. ARTZ:

REFERENCE TO YOUR LETTER DATED SEPTEMBER 27, 1995, PLEASE BE ADVISED THAT AXION CORPORATION HEREBY REQUESTS A DETERMINATION OF RESPONSIBILITY FROM THE SMALL BUSINESS ADMINISTRATION.

SHOULD YOU HAVE ANY QUESTIONS, KINDLY CONTACT THE UNDERSIGNED.

SINCERELY,

ALEX LATIFI
PRESIDENT
AXION CORPORATION

U. S. SMALL BUSINESS ADMINISTRATION
REGION IV
1375 PEACHTREE ST., N.E., 5th FLOOR
ATLANTA, GEORGIA 30309

October 11, 1995

96-C-KA09

TO: Department Of The Navy
Navy Ships Parts Control Ctr.
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

ATTN: Mr. A. L. Artz

REF: SBA COC Case No: COC-04-21782
Solicitation No: N00104-95-R-K042
Item/Service: Fuze, Power Supply, PS 115
PRN4993595NA004 - 55,168 Each
Value: $1,314,000

Company: Axion Corporation
317 Nick Fitcheard Rd.
Huntsville, AL 35806

EXPIRATION DATE: 10/30/95

Dear Sir:

The referenced company, **Axion Corporation**, has elected to file for a Certificate of Competency (COC), in reference to your solicitation number N00104-95-R-K042. The Small Business Administration (SBA) has assigned SBA COC case number COC-04-21782 to this matter and will reach a decision no later that 10/30/95.

The referral of this matter to the SBA assumes that Axion Corporation is in line for the contract award and all negotiations or evaluations have been successfully concluded. Furthermore, the SBA assumes that except for the issues raised in your referral of this case, the contract award would be made to this company. The referral of this case to the COC program requires that you agree that should the SBA issue a COC for this company, you will not requests any additional requirements for this solicitation and grant the contract award in a timely manner.

If you require further information or assistance regarding this case, please contact this office at *(404) 347-7587*. When making inquiries concerning any COC case, please reference the SBA COC Case Number.

Sincerely,

Earl W. Bloodworth

Earl W. Bloodworth
Deputy Area Director for Government Contracting



NAVY00705

U. S. SMALL BUSINESS ADMINISTRATION
REGION IV
1375 PEACHTREE ST., N.E., 5th FLOOR
ATLANTA, GEORGIA 30309

November 9, 1995

Mr. A. L. Artz
Contracting Officer
Attn: 4250 Ser 0282.2/ALA
Department of the Navy
Navy Ships Parts Control Center
5450 Carlisle Pike
P. O. Box 2020
Mechanicsburg, PA 17055-0788

Re: COC-04-21782
Solicitation: N00104-95-R-K042
Axion Corporation, Huntsville, AL

Dear Mr. Artz:

The COC Review Committee met on the above referenced COC referral and unanimously voted to recommend issuance of the COC. SBA's findings and rationale are as follows:

Referencing your letter dated 10/3/95:

Technical Capability:

Axion has a written quote to test unit by activating power supply at test lab. Axion will monitor dimensional tolerances on automatic machine by go and no go gages. Axion can keep parts flat by applying pressure on the insulators.

Production Equipment

Axion has equipment which will be modified for this bid item. Axion has three indexing assembly tables and has air gun fixtures, welding stations will be located on assembly tables. Paradign Automation will modify and build tables, dies, punches and welding equipment within 10 weeks.

Personnel

Axion plans to hire eight additional employees. Their commitment letters, resumes and applications for employment were provided.

Material Quotes

Axion has provided written quotes for all supplies needed (plated metals, nickel, lead, copper, steel and fish paper, coated or uncoated) with longest lead time items being 10 weeks (70 days). Wildwood Electronics will perform the destructive testing and monitor the voltage produced by the power supply with Axion's equipment. LDC Electroplating Company stated they can deliver in four weeks with unit set up in one week and running unit in one week (total of six weeks). Paradign Automation's statement of 120-150 days delivery was for full automation. Turn table could be indexed by hand, for F/A, within six weeks. New quotation shows ten (10) weeks to complete total assembly equipment.

Production Capability

Current Performance

Axion has no delinquent contracts. N00104-93-C-LB06 was MOD A0001 due to government causes and F09603-91-C-1 MOD D-1159-01 due to government cause. N00104-93-C-LB06 was mod due to government source material.

Testing

Wildwood Electronics will perform the destructive testing and monitor the voltage produced by the power supply with Axion's equipment. Axion has the equipment in house to monitor and log data.

Delivery

F/A 540 ea. in 120 DACO and 10,000 ea. 90 DAAFA and every 30 days thereafter. Axion can produce the bid item ahead of schedule based on production plan submitted. Longest lead time item is 10 weeks.

Please advise the undersigned or George Hansen, (404) 347-7587, within 10 days, of your intent to appeal SBA's decision.

Sincerely,

Earl W. Bloodworth
Deputy AD/GC

DEPARTMENT OF THE NAVY
NAVAL INVENTORY CONTROL POINT
700 ROBBINS AVENUE
PHILADELPHIA PA 19111-5098
5450 CARLISLE PIKE - PO BOX 2020
MECHANICSBURG PA 17055-0788

IN REPLY REFER TO:

4250
Ser: 0242.2/ALA
N00104-95-R-K042
22 November 1995

United States Department of Labor
Employment Standards Administration
Office of Federal Contract Compliance Programs
1375 Peachtree St. NE
Attn: John Palmer
Suite 678
Atlanta, GA 30367

Subj: EEO PRE-AWARD CLEARANCE; REQUEST FOR

Ref: (a) FAR 22.805

Gentlemen:

In accordance with reference (a), request subject clearance be performed on Axion Corp. P.O. Box 5366, 317 Nick Fitcheard Rd., Huntsville, AL 35806

Anticipated Date of Award is 15 December 1995.

Axion Corp. is not a known Government contractor.

The place of performance is Huntsville, AL

The total contract value is $1,314,000.00.

Contract N00104-96-C-KA09 applies.

Request all possible rush.

Request FAX reply to POC, Naval Inventory Control Point - Mechanicsburg, PA., Code 0242.2, Mr. A. L. ARTZ, (717) 790-2807.

CLEARANCE GRANTED NOV 27 1995
OFCCP ATLANTA REGION

Sincerely,

A. L. ARTZ
Contracting Officer

CLEARANCE GRANTED NOV 27 1995
OFCCP ATLANTA REGION



NAVY00712

**U.S. SMALL BUSINESS ADMINISTRATION**
REGION IV
1375 PEACHTREE ST., N.E., 5th FLOOR
ATLANTA, GEORGIA 30367-8102

December 4, 1995

TO: Department Of The Navy
Navy Ships Parts Control Ctr.
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

ATTN: Mr. A. L. Artz

| | | |
|---|---|---|
| REF: | SBA COC Case No: | COC-04-21782 |
| | Solicitation No: | N00104-95-R-K042 |
| | Item/Service: | Fuze, Power Supply, PS 115<br>PRN4993595NA004 - 55,168 Each |
| | Value: | $1314000 |
| | Company: | Axion Corporation<br>317 Nick Fitcheard Rd.<br>Huntsville, AL 35806 |

Dear Sir/Madam:

Pursuant to Section 8(b)(7) of the Small Business Act, as amended, the Small Business Administration (SBA) hereby certifies that the subject small business firm, **Axion Corporation**, is responsible to perform the proposed procurement covered by the referenced solicitation, number N00104-95-R-K042.

Furthermore, in accordance with Section 8(b)(7) of the Small Business Act, you are required to let the contract for the aforementioned solicitation to the certified concern without requesting any additional requirements of responsibility or eligibility.

Immediately upon issuance, it is essential that you **Department Of The Navy** notify the SBA of the contract number and effective date. If the contract for which the COC has been issued and has not been awarded within 60 days, please inform this office of the reason for delay.

If you require further information or assistance regarding this case, please contact this office at *(404) 347-7587, George Hansen, Industrial Specialist*. When making inquiries concerning any COC case, please reference the SBA COC Case Number.

Sincerely,

L. A. Symasek
Area Director for Government Contracting

DEPARTMENT OF THE NAVY
NAVAL INVENTORY CONTROL POINT
700 ROBBINS AVENUE
PHILADELPHIA PA 19111-5098
5450 CARLISLE PIKE - PO BOX 2020
MECHANICSBURG PA 17055-0788

IN REPLY REFER TO:

186

Ser: 0242.2/ALA
N00104-96-C-KA09
7 December 1995

›n Corp.
Nick Fitcheard Rd.
tsville, AL 35806

Subject:

| | | |
|---|---|---|
| Solicitation No. | - | N00104-95-R-K042 |
| Contract No. | - | N00104-96-C-KA09 |
| Purchase Request No. | - | N49935-95NA004 |
| PPS/PAD NO# | - | 9414785AC |
| Document Number (RCP #) | - | N4993595RC18205 |
| Reference Number | - | N4802994RX4B132 |
| Transportation Acct'g Code | - | |
| App'n and Subhead | - | 1741507.85AC |
| Object Class | - | 000 |
| Bureau Cont. No. | - | SAS6G |
| Suballot No. | - | 0 |
| Auth'n Acct'g Acty. | - | 068342 |
| Trans. Type | - | 2D |
| Property Acct'g Act'y | - | 000000 |
| Cost Code | - | AC8930000093 |

Gentlemen:

Your offer on the above numbered solicitation closed in this office on 6/09/95 is hereby accepted as follows:

| Item | Nomenclature | Qty. | U/P | Total |
|---|---|---|---|---|
| 0001 | Power Supply, PS-115<br>NSN - 2T-1390-01-200-8338 | 55,209 EA | $23.80 | $1,313,974.20 |

FOB [X] Origin [] Destination

This preliminary notice of award is your authority to commence performance in accordance with the terms of your offer without waiting for the formal award which will be forwarded promptly. Delivery of First Article Samples to be delivered 4/5/96.

Inspection at source by DCMAO Birmingham Payment by DFAS-Columbus Center

THE UNITED STATES OF AMERICA
BY

R.T. Barnhart

R.T BARNHART
Contracting Officer

Copy to: (1) DCMAO BIRMINGHAM (1) DFAS-COLUMBUS CENTER
(1) NICP-M0143 (1) NICP-61JV (1) NICP-M FILE

DELIVERY SCHEDULE:

| Item | Quantity | Delivery Date | Destination |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | * |
| 0001AA | 5,209 EA | 90 DAAFA | * |
| 0001AA | 10,000 EA | 120 DAAFA | * |
| 0001AA | 10,000 EA | 150 DAAFA | * |
| 0001AA | 10,000 EA | 180 DAAFA | * |
| 0001AA | 10,000 EA | 210 DAAFA | * |
| 0001AA | 10,000 EA | 240 DAAFA | * |

DESTINATION:

Items 0001AA/0001AB
Commanding Officer (N60036)
Attn: WQEC Code 30 (Gene Cauthins)
Naval Weapons Station
Concord, CA 94520-5000