# Plaintiff's Appendix E

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806

TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

Commanding Officer
Naval Inventory Control Point
540 Carlisle Pike
PO Box 2020
Mechanicsburg, PA. 17055-0788

April 15, 1997

Attn: John Korab, Code 0242.6/JK

Reference Contract # N00104-95-KA09

Dear Mr. Korab;

On 10 April, 1997, I talked to Brian Gage (he called me) about the RFW's and letters that we have submitted, and as of yet have not been answered. Brian indicated that Craig and he have some concern with the RFW # W-KA09-02, solder ring dimension change. I told him that we have run tests on the melted solder, and Axion believes that the change is an improvement.

Yesterday, Alex talked to Craig Herndon about trying to expedite answers to our RFW's and outstanding letters. Axion produced most of the special gages that were requested in the last meeting by the visiting team, even though the CDRL A0003 was previously approved and it was unnecessary. As a courtesy, we shipped Fed-Ex over night to Craig copies of the gage drawings, one sequencer and one solder ring in order to help expedite the unanswered RFW's and letters.

As was submitted and approved in CDRL A003, Axion had a previously agreement with Harry Diamond Laboratory to perform Spin Testing of our units to the drawing requirements. However, now they say they can only test 4 units a day, which will require 90 Work days (120 calendar days) in order to perform the Spin Testing. Alex talked with Craig and he (Craig) confirmed our findings that only 4 units a day was indeed all they say they can test. Axion was then informed that they would furnish us a set of drawings of the spin gun, and Axion sent a check to cover copy costs per the requested amount for copies, but then after several inquiries, we were informed that they could not furnish the drawings

The First Articles are approximately 80 - 85% completely assembled, but we cannot proceed any further with assembly until we receive answers to our submitted letters and RFW's. The letter asking for clarification about solder or weld (Per Dwg # 11744726) vs weld (Per Dwg # 11716473) on the Stack and Ampule Assembly is a major hold up for Axion, as we cannot complete the assembly until we receive answers to our letter. (Axion wishes to solder the wires Per Dwg # 11744726.) This places Axion in a *hold status*, as far as assembly is concerned.

Craig says that the prior supplier welded the wires, and that perhaps Axion should do so also (even though drawing # 11744726 permits us to solder the wires). He was to get with Brian Gage and discuss it, and advise us of their decision. No answer as of today. Axion is certified to solder to several Military Solder Specifications, and it could be that the prior supplier was not certified to solder, and for that reason and chose to weld the wires in lieu of solder.

Based upon Harry Diamond Laboratories revised excessively projected test time required, and the fact that we are still waiting for answers to our RFW's and letters, Axion decided to proceed and design our own Spin Gun, of which the design is complete and is currently in the process of being manufactured, and should be complete within approximately 2 weeks. This will permit Axion to test from 50 to 60 units each day, for a total test time of 7 to 8 days *maximum* in lieu of the 4 units a day by Harry Diamond Lab. This will enable Axion to produce the required units *at least* 100 days *faster and far more accurately* than Harry Diamond Labs. By Axion performing the tests, the data will be clean and accurate. Craig is aware of how our method of data collection will be computerized and much more reliable and accurate, in lieu of the method Harry Diamond Lab uses.

Therefore, due to circumstances *beyond our control*, Axion must ask for a contract extension of an additional approximately 75 days to allow time for the First Article submission, placing it at approximately 31 August, 1997, provided our letters, RFW's are answered in a timely manner. Axion will do everything in our power to make an earlier shipment of the First Articles, if at all possible.

Thank you for your assistance in this matter. Please advise, as we await your rapid response.

Sincerely,

Levi Weir

Levi Weir, QA Manager

cc: Brenda Middleton, GLNA/QAR, Huntsville

903slrwl