# Plaintiff's Appendix F

3/21/97

Phone Call to Alex Latifi

Univ. of Chicago
Taiwanese has a number of players
Have a Chicago plater who has been in business long time.

Told him:

1. Can't just sell him dwgs; legal reasons.
2. Best thing would be revisit CRDA;
   a. He agreed to get Swank more detailed info on datalogger so we can go with CRDA
   b. We would give dwgs & access to our airgun if necessary.
3. He can talk to Navy as we have about us being funded to help or provide dwgs
4. I will fax him cost for testing 4 batts, 2 @ 300Ω & 2 @ 3KΩ (one at ea load @ 45rps & one at 300rps)
5. He is to send sample battery to Swank
6. I suggested he send us plate stock to look at. We would eval. as part of mission to find better batts.