# Plaintiff's Appendix G

ADA075238

www.NTIS.gov
One Source. One Search. One Solution.

# THE HIGH-SPIN TABLETOP ARTILLERY SIMULATOR (2 IN.)

HARRY DIAMOND LABS.
ADELPHI, MD

SEP 1979




U.S. Department of Commerce
National Technical Information Service

UNCLASSIFIED

SECURITY CLASSIFICATION OF THIS PAGE (When Data Entered)

## REPORT DOCUMENTATION PAGE

READ INSTRUCTIONS BEFORE COMPLETING FORM

| | |
|---|---|
| 1. REPORT NUMBER: HDL-TR-1900 | 2. GOVT ACCESSION NO. |
| | 3. RECIPIENT'S CATALOG NUMBER |
| 4. TITLE (and Subtitle): The High-Spin Tabletop Artillery Simulator (2 in.) | 5. TYPE OF REPORT & PERIOD COVERED: Technical Report |
| | 6. PERFORMING ORG. REPORT NUMBER |
| 7. AUTHOR(s): Donald J. Mary | 8. CONTRACT OR GRANT NUMBER(s) |
| 9. PERFORMING ORGANIZATION NAME AND ADDRESS: Harry Diamond Laboratories, 2800 Powder Mill Road, Adelphi, MD 20783 | 10. PROGRAM ELEMENT, PROJECT, TASK AREA & WORK UNIT NUMBERS |
| 11. CONTROLLING OFFICE NAME AND ADDRESS: Commander, USA Armament Materiel Readiness Command, Rock Island, IL 61201 | 12. REPORT DATE: September 1979 |
| | 13. NUMBER OF PAGES: 36 |
| 14. MONITORING AGENCY NAME & ADDRESS(if different from Controlling Office) | 15. SECURITY CLASS. (of this report): Unclassified |
| | 15a. DECLASSIFICATION/DOWNGRADING SCHEDULE |

16. DISTRIBUTION STATEMENT (of this Report)

Approved for public release; distribution unlimited.

17. DISTRIBUTION STATEMENT (of the abstract entered in Block 20, if different from Report)

18. SUPPLEMENTARY NOTES

HDL Project: 851685
DRCMS Code: 4932.05.3095

19. KEY WORDS (Continue on reverse side if necessary and identify by block number)

PS115 tester
Simulator
Setback simulator

20. ABSTRACT (Continue on reverse side if necessary and identify by block number)

The High-Spin Tabletop Artillery Simulator (2 in.) is a device for testing fuze power supplies. The tester was designed to provide in the laboratory the setback, angular acceleration, and centrifugal forces required to activate the M732 fuze power supply (PS115). Setback forces of 5000 g and spin rates of 300 rps are produced. The tester is partially automatic and provides a readout system for monitoring the power-supply output voltage. The tester and its performance characteristics are described.

DD FORM 1473, 1 JAN 73 EDITION OF 1 NOV 65 IS OBSOLETE



UNCLASSIFIED

SECURITY CLASSIFICATION OF THIS PAGE (When Data Entered)

# FOREWORD

The design, fabrication, and testing of this simulator was sponsored by the U.S. Army Armament Command, Rock Island, IL 61201, under project number 5763095, titled MM&T Mortar and Artillery Simulator Fuze Testing. This project was accomplished as part of the U.S. Army Manufacturing Technology Program. The primary objective of this program is to develop, on a timely basis, manufacturing processes, techniques, and equipment for use in production of Army materiel.

The detailed design was developed by Arthur Ball who also supervised the fabrication of the individual parts and assembled the simulator. Mr. Ball conducted all the system checkouts and early testing.

Forrest Nelson designed and constructed the electronic control circuits and associated electrical wiring.

H. D. Curchack was the overall supervisor on this project and his technical guidance was invaluable.

CONTENTS

| | | Page |
|---|---|---|
| | FOREWORD | 3 |
| 1. | INTRODUCTION | 7 |
| 2. | OPERATION OF TESTER | 7 |
| 3. | ORIGINAL DESIGN CRITERIA | 10 |
| 4. | DESCRIPTION OF TESTER | 10 |
| | 4.1 Test Projectile | 10 |
| | 4.2 Air Gun | 11 |
| | 4.3 Spinner Assembly | 13 |
| | 4.4 MEM Catch Tube | 15 |
| | 4.5 Control Console | 16 |
| | 4.6 Ancillary Equipment | 21 |
| 5. | MITIGATOR-MEM CONFIGURATION | 24 |
| 6. | CALIBRATION | 26 |
| 7. | PERFORMANCE | 28 |
| 8. | SUMMARY | 28 |
| | APPENDIX A.--DESIGN CRITERIA FOR PBS PROJECT 5763095 300-rps SPIN CATCHER | 29 |
| | DISTRIBUTION | 35 |

FIGURES

| | | |
|---|---|---|
| 1 | High-Spin Tabletop Artillery Simulator (2 in.)--tester | 8 |
| 2 | Schematic illustration of tester | 8 |
| 3 | Test projectile | 10 |
| 4 | Air gun: (a) breech end and (b) muzzle end | 12 |
| 5 | Spinner tube | 14 |
| 6 | MEM catch tube | 15 |

FIGURES (Cont'd)


Page

7 Control console.............................................. 16

8 Wiring diagrams of control console:

(a) Control chassis.......................................... 17
(b) Power supply chassis..................................... 17
(c) Transport in-line circuit................................ 18
(d) Transport time-delay circuit............................. 18
(e) Pulse circuit for starting RPSDTC........................ 19
(f) Firing control circuit................................... 19
(g) Adjustable 8-s clock circuit............................. 20
(h) Photodiode velocity-measuring circuit.................... 20

9 Wiring diagrams:

(a) Tester................................................... 22
(b) Spinner assembly......................................... 22
(c) Optical tachometer circuit............................... 23

10 Plumbing diagram--air system................................ 23

11 Plumbing diagram--vacuum system............................. 24

12 MEM, fresh mitigator, and a crushed mitigator............... 25

13 Plot of net strain, $\sigma_n$, versus gross strain, $\sigma_g$................ 27


TABLE


1 Summary of Tester Parameters................................. 27

## 1. INTRODUCTION

The High-Spin Tabletop Artillery Simulator (2 in.) (herein called the tester) described in this report fulfills the requirements for a procedure to test the PS115 power supply for the M732 fuze. The tester was designed to provide the proper environment to activate this power supply but (as will be shown) is useful for testing other power supplies as well. Further, the tester incorporates a method for monitoring the voltage characteristics of the power supply under load in a dynamic environment.

Briefly, the tester consists of five major assemblies:

(1) a cylindrical projectile which houses the power supply to be tested,

(2) an air gun which propels the projectile at a sufficient velocity to activate the power supply when the setback force is simulated,

(3) a rotating catch tube (the spinner assembly) in which the setback force is simulated and the power supply is activated,

(4) a second catch tube (the MEM catch tube) into which a momentum exchange mass (MEM) is injected, and

(5) an electronic control console, providing automatic sequencing of many of the steps involved in testing the power supply.

Additional ancillary equipment required to complete the tester is described in section 4.6. Recently, two additional testers have been constructed for use in production-lot testing of the PS115 power supply.

## 2. OPERATION OF TESTER

Figure 1 shows the completed tester; figure 2 gives a schematic. The power supply is contained in a cylindrical projectile which is placed in the breech end of the air gun. The projectile seals the breech end of the gun by bearing against an O-ring. The projectile is restrained from sliding down the gun tube by a metal dowel (the release pin) projecting through the wall of the tube from the outside. The muzzle end of the gun is sealed with a thin, plastic diaphragm. A vacuum pump removes the air from the gun tube.



Figure 1. High-Spin Tabletop Artillery Simulator (2 in.)--tester.




Figure 2. Schematic illustration of tester.

The gun is fired by withdrawing the release pin. This allows ambient room air pressure to accelerate the projectile along the gun tube. Upon reaching the muzzle end of the gun, the projectile ruptures the plastic diaphragm. The projectile emerges from the end of the gun and enters the spinner assembly.

The PS115 power supply requires three distinct forces acting in a specific sequence to cause activation. The first force is called the "setback" force. As a component of a fuze, the power supply experiences this force when fired from an artilley weapon. The setback force is merely the inertial resistance offered by the components of the round, formerly at rest, opposing their acceleration along the gun barrel. The second force is an angular force generated when the ordnance round begins spinning because of the rifling in the barrel. Both forces are required to successfully open the power-supply ampule. The third force, centrifugal force, distributes the electrolyte to the cells. In the tester, these forces are produced by the action that takes place in the spinner assembly.

The orientation in the test projectile is such that the base of the power supply points in the direction of travel; this is contrary to the normal position of the power supply in an ordnance round. The acceleration experienced by the test projectile in the air gun is small and directed away from the base of the power supply; this is in opposition to the direction that the setback force must be applied. As the projectile enters the spinner assembly, it is brought to an abrupt, but controlled, stop. This rapid deceleration of the projectile generates a force on the power supply of the proper magnitude and direction to simulate the setback force.

The spinner assembly contains a tube whose inner diameter is slightly larger than the projectile. This tube--the spinner tube--is positioned with its longitudinal axis coincident with the air gun. Two items, the mitigator and the MEM, are placed inside the spinner tube. When the projectile impacts the mitigator-MEM configuration, it comes to a controlled stop and experiences the setback force and angular acceleration.

Before firing and throughout the test, the spinner tube is made to rotate about its longitudinal axis. When the projectile interacts with the mitigator-MEM configuration, it begins to rotate also. The centrifugal force thus generated completes the activation of the power supply. The MEM, which has absorbed much of the linear momentum of the projectile, is ejected from the spinner assembly. It enters the MEM catch tube where it plays no further part in the test.

Electrical connections are established between the power supply and metal coatings on the inner surface of the spinner tube. This is accomplished by two centrifugally deployed contacts on the outer surface of the test projectile. Slip rings and brushes complete the circuit from the spinner tube to a remote voltage monitor.

The rotation of the spinner tube is maintained for as long as one desires (but usually for only 3 minutes) to monitor the power supply output.

## 3. ORIGINAL DESIGN CRITERIA

At the beginning of this project, certain design criteria were developed by personnel of the Harry Diamond Laboratories (HDL). These criteria largely governed the mechanical and electrical design of the tester. The extent that these criteria were satisfied is, in a way, a measure of the successful completion of this project. The original design criteria are presented in appendix A. Those features and parameters incorporated in the tester are indicated.

## 4. DESCRIPTION OF TESTER

### 4.1 Test Projectile

Figure 3 shows the test projectile, indicating the two-piece construction and the placement of the power supply. The projectile is 2.009 in. (5.103 cm) in diameter and 3.06 in. (7.77 cm) long. It is fabricated from linen-base phenolic and is made of two sections which screw together. The weight, including the power supply to be tested, is 8.96 oz (254 g). The projectile is reusable and, with care, may be fired several hundred times.



Figure 3. Test projectile.

The forward section of the projectile contains all the electrical connections to the power supply. Two spring-loaded electrical contacts are mounted on the outer surface of this section. When the projectile is not rotating, these contacts are retracted. Wires connect the contacts to two miniature receptacles into which the leads on the power supply fit. A 3000-ohm resistor (the value used when testing the PS115 power supply) is connected across the contacts and acts as a load for the power supply. The resistor and all internal wires are laid in a channel forward of the power-supply compartment. They are embedded in a nonhardening putty to prevent movement and provide ruggedness to the resistor during impact and spin.

A metal bar containing two threaded holes is recessed in the front face of the projectile. From these holes two metal studs called "grabber pins" protrude about 0.5 in. (1.3 cm). As the projectile enters the spinner tube, the grabber pins penetrate the surface of the mitigator. The resulting intimate coupling between the projectile and the already spinning mitigator-MEM combination imparts a high angular acceleration to the projectile.

The test projectile is not leakproof. Occasionally, electrolyte seeping from a defective power supply will contaminate the interior of the projectile and the spinner tube. In such occurrences a follow-up swabbing of the spinner tube with a damp rag is required. Also, the interior of the projectile must be cleaned and dried. Any residual electrolyte may cause a short circuit of the internal wiring.

The projectile is assembled for a test by hand, without the use of any tools. However, the setback force and subsequent spinning generally leave the two sections of the projectile locked tightly together after a test. Therefore, a two-piece tool is required to disassemble the projectile. The grabber pins are inserted into a groove milled in a metal plate fastened to the tester. A spanner wrench having two dowel pins is fitted into mating holes provided in the rear face of the projectile. The operator can then easily unscrew the two halves of the test projectile.

### 4.2 Air Gun

The air gun propels the projectile into the spinner assembly at a sufficient velocity to generate an adequate setback signature on impact. The gun is a smooth-bore aluminum tube 84 in. (213 cm) long. It has an internal diameter of 2.012 in. (5.11 cm) and external diameter of 2.50 in. (6.35 cm).

Mechanically, the air gun is supported on an aluminum I-beam. The gun tube is fastened to this beam by a support bracket at each end. The section of I-beam near the muzzle end is bolted to the baseplate of the tester. The remainder of the gun and support beam, however, overhangs the baseplate. The breech end of the support beam rests on an adjustable pedestal, free-standing on the floor.

As shown in figure 4, the gun tube is fitted with several items required for the proper and safe operation of the air gun. At the breech end is a release pin, which, when relaxed, protrudes into the gun tube. The pin prevents the projectile from sliding forward as the gun tube is evacuated. The pin is retracted by a solenoid when the firing circuit is completed. In the prefire condition, an O-ring mounted in the gun tube forms a vacuum seal between the projectile and the tube.



(a) (b)

Figure 4. Air gun: (a) breech end and (b) muzzle end.

When the tester is operated in the automatic mode, two microswitches near the breech control a vacuum valve in the pipe connecting the gun tube to the vacuum pump. Only when the switch closest to the breech is depressed is the vacuum valve opened. Before loading, a mylar diaphragm is inserted into the adapter assembly, sealing off the muzzle end of the gun tube. Up to this point the vacuum valve has been closed, preventing the pump from drawing air out of the gun tube. Both microswitches are depressed as the projectile is inserted into the breech; the vacuum valve remains closed. When the projectile is pushed forward against the release pin, pressure on the rear microswitch is relieved. This action leaves only the front microswitch depressed. At this moment, after the projectile has been properly seated, the vacuum valve opens and evacuation of the gun tube commences. As the gun is fired, the projectile begins to move forward and releases the front microswitch. The vacuum valve again closes and the external vacuum system returns to the preload state. In the manual mode, a switch operates the vacuum valve on demand.

A photoelectric sensor is mounted near the muzzle end of the gun. Passage of the projectile interrupts a light beam incident on the sensor. The sensor produces an electrical pulse whose duration is directly related to the length and speed of the projectile. The pulse is used to determine projectile speed during the calibration of the tester. At other times, the pulse is used to monitor speed; it also acts as a "T-zero" pulse from which certain actions are initiated.

### 4.3 Spinner Assembly

The spinner assembly is another major assembly in the tester. It is here that the power supply is activated and remains throughout the test.

Setback, angular, and centrifugal forces necessary to activate the power supply are generated when the projectile enters the spinner tube. As indicated in figure 5, the spinner tube is a hollow fiberglass cylinder 11.7 in. (29.8 cm) long. The maximum outer diameter is 3 in. (7.6 cm), and the inner diameter is equal to that of the gun tube. When properly aligned, the axes of the spinner tube and gun tube are coincident.

The inner surface of the spinner tube is faced with two semicylinders of copper plating. (The configuration of the plating is that of a cylinder sliced down the middle parallel to its axis.) These copper sections are 10.7 in. (27.3 cm) long. They are electrically insulated from each other by two narrow strips of fiberglass material. The semicylinders are electrically connected through the wall of the spinner tube to a pair of slip rings on the outer periphery. Carbon

alloy brushes bear against the slip rings and complete the circuit to a remote voltage monitor. It is these metal semicylinders that the centrifugal contacts on the projectile touch during the test.




Figure 5. Spinner tube.

Also on the outer surface of the spinner tube is a metal strip called the "scanner band." It features 10 reflective and 10 dull areas of surface finish alternating around the circumference of the band. A photoelectric sensor viewing a light beam reflected from the band generates a series of 10 pulses during each rotation of the spinner tube. An electronic counter connected to the sensor can be set to indicate the speed of the spinner tube in revolutions per second.

The spinner tube is supported by two large ball bearings in the spindle housing. The housing is a large, two-piece, steel block. It is appropriately machined to support the spinner tube bearings, the rotation sensor, and the slip ring brushes. The housing also serves as a safety enclosure in case of a catastrophic failure of some internal component. Thick, metal rings on each end of the housing retain and preload the bearings. The rings are connected to a lubricator, which

during operation provides a continuous supply of cooling air and lubricating oil to the bearings. An access slot is cut into the rear of the housing to accommodate a belt from the drive motor. Located just behind the housing, the drive motor turns the spinner tube through a one-to-one pulley ratio. The normal operating speed of the motor is 18,000 rpm (300 rps).

All these components--spindle housing, drive motor, and lubricator--are mounted on a pneumatic transport system. After each test the entire spinner assembly slides out of line relative to the air gun. This facilitates removing the projectile and mitigator from the spinner tube. Control circuits reposition the assembly for the next test.

## 4.4 MEM Catch Tube

A cylindrical metal slug (the MEM) absorbs the forward momentum of the test projectile and, in turn, is ejected from the spinner tube. To prevent injury to the operator, or damage to the tester or itself, the MEM is captured in the MEM catch tube.

The catch tube construction is shown in figure 6. It is downstream from the spinner assembly. The tube is aluminum, with an internal diameter of 2.012 in. (5.11 cm) and a length of 10 in. (25.4 cm). It is rigidly mounted in two support brackets. The brackets are fastened with a system of push-pull alignment bolts to a length of I-beam. The gun/spinner/catch-tube configuration is carefully aligned for smooth transitions of projectile and MEM from one assembly to the next.




Figure 6. MEM catch tube.

A solenoid-actuated locking blade is located near the entrance of the catch tube. Normally, the blade is retained out of the way by a spring. As such the blade does not obstruct the tube and the MEM is free to pass through the length of the catch tube. At the end of the catch tube are two metal plates, arranged side by side, with a narrow strip of insulating material separating them. A rubber pad is mounted behind the plates; reinforcing the pad is the heavy box enclosing the tube unloader assembly. The box is bolted to the supporting I-beam and forms a rigid backstop for the catch tube assembly. When it enters the catch tube, the MEM strikes the metal plates and electrically shorts them. A circuit to which they are connected energizes the solenoid which lifts the lock blade. The lock blade prevents the MEM from rebounding back into the spinner tube. The blade is reset after the test. Then the MEM is repositioned back into the spinner tube (with a fresh mitigator) for the next test by a pneumatic ram in the tube unloader assembly.

### 4.5 Control Console

The control console is the final major assembly in the tester. It contains nearly all the electrical controls required to operate the tester. The console is the terminus for all wiring in the tester and supplies all ac and dc power used by the tester. A choice of manual or automatic operation of the tester is provided. In the automatic mode, an electrical timer is used to properly sequence many of the operations during the test. An electronic counter which indicates the rotational speed of the spinner tube is not provided. Another component not included in the console is the instrument which monitors the power-supply output voltage. A counter used to measure projectile velocity is included, but this information is not always required. Figure 7 shows the control console, and figure 8 is the complete wiring diagram of this unit.



Figure 7. Control console.