

Figure 8. Wiring diagram of control console: (a) control chassis.




Figure 8(b). Power supply chassis.




Figure 8(c). Transport in-line circuit.




Figure 8(d). Transport time-delay circuit.




Figure 8(e). Pulse circuit for starting RPSDTC.




Figure 8(f). Firing control circuit.




Figure 8(g). Adjustable 8-s clock circuit.




Figure 8(h). Photodiode velocity-measuring circuit.

## 4.6 Ancillary Equipment

Various ancillary items of equipment complete the tester. These are

(1) electrical limit switches associated with the spinner assembly transport,

(2) electrically operated air valves to pressurize the pneumatic systems,

(3) a projectile ram for removing the mitigator and projectile from the spinner after a test,

(4) an electrically operated bleed valve on the air gun to readmit air to the system if necessary,

(5) various air-pressure regulators,

(6) a dial vacuum gage which indicates the pressure in the air gun,

(7) the vacuum pump, and

(8) the vacuum valve which connects the gun to the pump.

All these items are shown schematically in the electrical wiring diagram and the plumbing diagram (fig. 9 to 11).



Figure 9(a). Wiring diagrams: tester.




B — BRUSH (6 CONTACTING EACH SLIP RING)
TS — TERMINAL STRIP ON SPINDLE HOUSING

Figure 9(b). Spinner assembly.




Figure 9(c). Optical tachometer circuit.




| DET NO | REQD | PIPE SIZE | ITEM | SPECIFICATIONS |
|---|---|---|---|---|
| 1 | 3 | [illegible] | MINIATURE PRESSURE REGULATOR | SCOVILL WITH GAUGE NO [illegible] |
| | 3 | — | MOUNTING BRACKET | NO [illegible] |
| 2 | 1 | [illegible] | 4-WAY VALVE | [illegible] PIPE THD 2 POSITION 2 SOLENOID |
| | | | | SCHRADER [illegible] |
| 3 | 1 | [illegible] | 3-WAY VALVE | 1 SOLENOID SCOVILL NO [illegible] |
| 4 | 2 | [illegible] | 4-WAY VALVE | 2 POSITION 1 SOLENOID SCOVILL [illegible] |
| 5 | 1 | [illegible] | AM STD PIPE TEE | BRASS SAE CA377 NO.[illegible] |
| 6 | 1 | [illegible] | AM STD PIPE CROSS | BRASS SAE CA377 NO.[illegible] |
| 7 | 2 | [illegible] | AM STD PIPE ELBOW | BRASS SAE CA377 NO.[illegible] |
| 8 | 1 | [illegible] | AM STD PIPE TEE | BRASS SAE CA377 NO.[illegible] |
| 9 | 1 | [illegible] | AM STD STREET ELBOW | BRASS SAE CA377 NO.[illegible] |
| 10 | 9 | [illegible] | AM STD STREET ELBOW | BRASS SAE CA377 NO [illegible] |
| 11 | 6 | [illegible] | AM STD HEX NIPPLE | BRASS SAE CA377 NO 122-[illegible] |
| 12 | 8 | [illegible] | MALE HOSE CONNECTOR | POLY-FLO NO [illegible] |
| 13 | 12 | [illegible] | MALE HOSE CONNECTOR | POLY-FLO NO [illegible] |
| 14 | 1 | [illegible] | SHUT-OFF VALVE | 2-WAY NO.[illegible] |
| 15 | 2 | [illegible] | SHUT-OFF VALVE | 2-WAY NO [illegible] |
| 16 | 2 | [illegible] | STD REDUCING NIPPLE | BRASS SAE CA377 NO [illegible] |
| 17 | 2 | [illegible] | STD REDUCING NIPPLE | BRASS SAE CA377 NO [illegible] |
| 18 | 4 | [illegible] | STD REDUCING NIPPLE | BRASS SAE CA377 NO [illegible] |

Figure 10. Plumbing diagram--air system.

| DET NO | REQ'D | ITEM | SPECIFICATION |
|---|---|---|---|
| 1 | 1 | VACUUM PUMP | WELCH DUO-SEAL MODEL 1376B-01 |
| 2 | 2 | TEE | ¼ IN TUBING INSERT ENDS |
| 3 | 1 | REDUCING STREET ELBOW | 90° ¼ IN TUBING TO ¼ IN PIPE THD |
| 4 | 1 | PRESSURE SWITCH | BARKSDALE D2H-H18 |
| 5 | 1 | FEMALE REDUCING ADAPTER | ¼ IN TUBE TO ¼ IN PIPE THD |
| 6 | 1 | SNUBBER (FLOW RESTRICTOR) | KUNKLE ¼ IN PIPE THD |
| 7 | 1 | VACUUM GAUGE | FISHER 0-760 5mm 11-2828 |
| 8 | 2 | STD PIPE TEE | ¼ IN. PIPE THD |
| 9 | 1 | BLEEDER VALVE | ¼ IN PIPE THD |
| 10 | 1 | 90° ELBOW | ¼ IN TUBE |
| 11 | 1 | VACUUM VALVE | ¼ TUBE VEECO SV625-AC P/N 2410-241 |




Figure 11. Plumbing diagram--vacuum system.

## 5. MITIGATOR-MEM CONFIGURATION

The use of a crushable mass (mitigator) and a momentum exchange mass (MEM) to stop the test projectile has been discussed in an earlier report.[1] Briefly, the reference points out that an elastic collision between a projectile and a MEM of equal weight would result in the projectile coming to a complete stop within the spinner tube. In this case, all the kinetic energy of the projectile is transferred to the MEM, which is then ejected from the spinner tube. But if the impact were not completely elastic, some of the kinetic energy would not be carried off by the MEM. This energy would be absorbed in crushing and permanent distortion of the projectile, which is very undesirable. To prevent such damage, a third material (the mitigator) is used as an absorber between the projectile and the MEM. The mitigator deforms, and in doing so, limits the peak force on the projectile (setback force). In this tester, the mitigator consists of 7-ply, 0.75-in. (1.91-cm) thick, plywood blocks cut in the shape of equilateral triangles. The sides of the blocks are 1.75 in. (4.45 cm) long; six blocks are used to make a mitigator. The blocks are taped together with fiber-

[1]*H. D. Curchack, An Artillery Simulator for Fuze Evaluation, Harry Diamond Laboratories, HDL-TR-1330 (November 1966).*

glass-reinforced self-adhesive tape. Marine grade plywood is chosen for its uniformity and general freedom from internal knots and voids. The finished mitigator and one crushed in a test shot are shown in figure 12. The mitigator usually weighs about 1.9 oz (54 g). However, variations up to ±7 percent of this value are not uncommon.



Figure 12. MEM, fresh mitigator, and a crushed mitigator.

The MEM (fig. 12) is a solid brass cylinder 1.75 in. (4.45 cm) in diameter by 4.12 in. (10.46 cm) long. Four phenolic runners are fastened to its outer surface. After assembly, the runners are turned down on a lathe to an overall diameter of 2.009 in. (5.103 cm). (The purpose of the runners on an undersized cylinder is to prevent the MEM from acting as a piston. This action might draw the projectile with it as it leaves the spinner tube.) The weight of the MEM is 45.5 oz (1291 g). The diameter of the MEM is checked occasionally with a ring gauge to detect any wear of the runners. The runners are replaced before the MEM becomes loose in the catch tube. Any excessive wear may cause the MEM to hang up as it enters the catch tube.

The mitigator and MEM are loaded into the spinner tube such that the mitigator is between the projectile and MEM during impact. A specific "set distance," measured from the spinner tube entrance to the face of the mitigator, locates the mitigator in the spinner tube. A set distance of 2.5 in. (6.3 cm) is proper for the dimensions and weights of the elements given in this report. The mitigator and MEM should be in contact.

## 6. CALIBRATION

The initial calibration of the tester consists primarily in determining the g-force (setback) that the test projectile experiences during impact.

Curchack[1] offers a formula derived from earlier work with plywood mitigators. The formula yields the average g-force when the parameters of the elements involved in the impact are known. This formula is

$$\text{g-force} = \frac{m_2 v^2}{2\left(m_1 + m_2\right) g L_o \left(\sigma_g\right)} ,$$

where

$m_1$ = combined weight of the mitigator and MEM,

$m_2$ = weight of test projectile (including power supply),

$v$ = speed of projectile,

$L_o$ = length of mitigator before impact,

$g$ = 980 $cm/s^2$, and

$\sigma_g$ = gross strain of the mitigator.

The only factor in the above formula that cannot be readily determined by direct measurement is the gross strain, $\sigma_g$. At the end of the impact event, the mitigator has some definite, but unknown, crushed length. This final length is not measured because the wood is spinning in the spinner for a few minutes after impact. The wood exhibits some delayed elasticity (or memory). By the time the wood is measured, it has recovered some of its lost length. At this point, only the net strain, $\sigma_n$, can be measured. Some earlier experiments determined the relation between the net strain, $\sigma_n$, and the gross strain, $\sigma_g$. This relation (derived from fig. 13) is

$$\sigma_g = 1.389\sigma_n + 0.025 \text{ for } \sigma_n > 0.217$$

and

$$\sigma_g = 1.08\sigma_n + 0.92 \text{ for } \sigma_n < 0.217 \quad .$$

---

[1]*H. D. Curchack, An Artillery Simulator for Fuze Evaluation, Harry Diamond Laboratories, HDL-TR-1330 (November 1966).*

Also,

$$\sigma_n = \left(L_o - L_n\right)/L_o \quad ,$$

where $L_n$ = the net crushed length of the mitigator (measured several minutes after impact).




Figure 13. Plot of net strain, $\sigma_n$, versus gross strain, $\sigma_g$.

Many shots were fired in the tester to initially determine the impact or setback force. The parameters were varied until setback forces matching those specified for reliable power-supply activaton could be obtained repeatedly. The final parameters produce a setback force which almost always lies between 3800 and 5000 g. Corresponding impact duration times range from 1.30 to 0.95 ms. The final parameters adopted are summarized in table 1.

TABLE 1. SUMMARY OF TESTER PARAMETERS

Set distance = 2.5 in. (6.3 cm)

| Item | Weight | | Length | | Material | Shape |
|---|---|---|---|---|---|---|
| | (oz) | (g) | (in.) | (cm) | | |
| Projectile (with power supply) | 8.96 | 254 | 3.06 | 7.77 | Linen-base phenolic | 2.009-in. (5.103-cm) diam cylinder |
| Mitigator | 1.9 | 54 | ~4.5 | ~11.4 | 7-ply, 0.75-in. thick marine plywood | Equilaterial triangular blocks, 1.75-in. (4.45-cm) sides |
| MEM | 45.5 | 1291 | 4.12 | 10.46 | Brass (with phenolic runner) | 2.009-in. (5.103-cm) diam cylinder |

## 7. PERFORMANCE

By the end of 1977, a total of 511 shots had been fired in the tester. These shots were tests of both PS115 and PS127 power supplies. Many of the early shots were a "learning process" for the designers and operators. However, most of these shots were actual power-supply tests conducted on a routine basis.

The total running time accumulated on the spinner assembly during this period was 28.4 hours at 300 rps. The average running time per test was 200 s. One power supply was spun for 16.6 minutes.

All these tests were conducted in the manual operating mode. Only near the end of this project was the automatic mode of operation made available.

The list of design criteria in appendix A contains comments following some of the entries. These comments summarize the performance of the tester in a manner which permits the reader to directly compare the accomplishments with the original objectives. Where no comments appear, the design criteria were implemented as originally stated.

In all, about 2 percent (13 out of 511) of the test shots failed because of faulty tester operation. In nearly every case these malfunctions could be traced back to operator error or inadequate maintenance of the tester, projectile, or MEM. The most common cause of tester failure proved to be excessive wear of the MEM runners and misalignment of the spinner assembly and the MEM catch tube.

## 8. SUMMARY

The High-Spin Tabletop Artillery Simulator (2 in.) has proven to be an adequate device for testing PS115 fuze power supplies. The simulator (tester) provides in the laboratory a dynamic environment which produces setback and centrifugal forces sufficient to activate the power supplies.

So far, 511 power-supply tests have been conducted, 2 percent of which were aborted because of tester malfunctions. Design changes made late in the project should reduce the number of malfunctions, but this has yet to be proven. During this period, no major components (such as bearings, drive motor, etc) had to be replaced because of wear.

# APPENDIX A.--DESIGN CRITERIA FOR PBS PROJECT 5763095
# 300-rps SPIN CATCHER

## A-1. BACKGROUND

The system design criteria are based on testing requirements for the PS115 power supply. This system will also be capable of initiating and testing all currently (1976) produced thermal and liquid power supplies used in conventional Army mortar and artillery weapons. Sections A-2 through A-7 list specific design criteria. Basic (A) criteria are those which are funded by this project and are essential to the project's successful completion. Secondary (B) criteria would be required or be useful if this equipment were to be used in a production facility. Criteria for B must be considered so that the design will not preclude their incorporation in the future. Some B criteria may be included in this project immediately (if additional funds are available) since they do not conflict with successful completion of the project. A third category, C, are those criteria which also are important but may impede achievement of project requirements. Category C items will not be included until this project is satisfatorily completed. An (*) indicates that the design criterion has been achieved.

## A-2. GENERAL CHARACTERISTICS

*(A) The system diameter will be 2.012 in. (5.11 cm) to permit projectile interchangeability between this tester and existing laboratory testers.

(B) The system will be electrically compatible with the Reserve Power Supply Destructive Test Console (RPSDTC) at the Harry Diamond Laboratories (HDL) both for signal monitoring and test control. [Comment: Although the tester has been so designed, compatibility with the RPSDTC has not yet been proven.]

(B) The system will be designed to test 40 power supplies in four hours at the high-spin speed (see sect. A-5.2). [Comment: This rate of testing has not been verified in the manual or automatic modes of operation.]

(C) The system will be designed to test 40 power supplies in four hours at the low-spin speed (see sect. A-5.2). [Comment: Since low-spin testers are available, this rate of testing has not been investigated at the low spin in either the manual or automatic modes of operation.]

APPENDIX A

*(A) The duration of each power supply test will be three minutes.

*(B) The duration of each power supply test will be variable at the user's option up to a maximum of five minutes, with a resultant reduction in testing rate.

*(B) The system will be designed to start power-supply initiation within 15 s after the time the projectile is brought to the gun breech.

(B) Any critical tester system subassembly which may go bad is to be changeable by a competent technician within an hour, provided that a spare subassembly is available.

*(B) The system will be self contained and operate from power generally available in commercial production facilities.

*(A) The data package will include a drawing package (from which additonal testers can be built) and a complete set of operating instructions.

A-3. PROJECTILE CHARACTERISTICS

*(A) The projectile body will be constructed of an electrical and thermal insulating material and will contain an electrical link from the housed power supply to external, diametrically opposed contacts on the projectile. The projectile will be used on both the 2-in. HDL artillery simulator and the tester.

*(A) The projectile weight (which affects muzzle velocity and deceleration levels) will be selected to assure proper power-supply initiation in the tester.

*(B) The design will enable power-supply assembly into the projectile that will be simple, quick, and manual and require no tools.

(B) The projectile will be a sealed unit so that in the event of power-supply leakage, acid will not contaminate system parts. [Comment: The current projectile design is not leakproof.]

A-4. CONTROL SYSTEM CHARACTERISTICS

*(A) The controls will operate in a stand-alone manner (i.e., independent of the RPSDTC).

*(B) The controls will operate selectively either stand-alone or with the RPSDTC providing the RPSDTC with a 1-s prefire relay closure (0.5 < T < 5 s) to start the chart recorder and a zero time signal to initiate the test. The RPSDTC will provide a steady 12 Vdc to the controls when ready.

*(A) The control system will abort the test in the event of an unsafe condition.

*(A) The control system will terminate the test after the standard test time.

*(B) The operator will manually abort the test when so indicated by the RPSDTC.

*(A) The control system will operate in either an automatic or manual mode.

In the automatic mode, the system will provide signals (or power) in the proper time sequence to

*(A) start lubrication,

*(A) start the spinner,

*(A) open the vacuum valve upon safe entry of the projectile,

*(A) close the vacuum valve and release the projectile,

*(A) stop the spinner and lubricator,

*(B) eject the projectile and spent mitigator from the spinner,

*(B) swab the spinner,

*(B) insert the MEM into the spinner,

*(B) insert a fresh mitigator into the spinner, and

(B) change the diaphragm. [Comment: The diaphragm is manually replaced.]

In the manual mode each of the above functions will be performable-independently (consistent with safe operation).

APPENDIX A

*(A) A "panic button" will be incorporated to interrupt the test cycle and return the system to a safe condition.

A-5. MOTOR, SPINNER, AND READOUT CHARACTERISTICS

A-5.1 <u>Electrical</u>

*(A) The spinner will electrically accommodate the diametral contacts from the projectile and convey the electrical output from the power supply to the readout system and then to a standard electrical connector.

(A) The system will carry 0.1 A at 30 Vdc. The noise level of the system will not exceed 10 mV at frequencies up to 3000 Hz at the connector. [Comment: The noise level exceeds this criterion by at least a factor of 10. The noise level reaches values of 250 mV rms. This high noise level may be characteristic of this particular tester, caused, perhaps, by an out-of-round spinner, inadequate maintenance of tolerances during fabrication, and the like.]

(B) The noise level of the system will not exceed 10 mV at frequencies between 3000 and 5000 Hz at the connector. [Comment: Refer to second item above. The noise levels in this frequency band are about the same as above.]

A-5.2 <u>Mechanical</u>

*(A) The spinner will operate at one fixed speed in the high-speed range (250 to 350 rps).

*(C) The spinner will work at one fixed speed in the low-speed range (45 to 50 rps).

*(A) Once the test speed is set, it will be maintained between 97 and 103 percent of the level for 3 minutes.

*(A) Spinner rotation will be counterclockwise when viewed from the gun breech.

A-6. GUN CHARACTERISTICS

*(A) The "vacuum" operated gun length will be chosen to impart sufficient velocity to the projectile to activate the power supply.

*(A) The breech design will permit easy insertion of the projectile by a trained operator and will require no manipulation of the release mechanism.

*(B) The breech design will incorporate a safety device to prevent the projectile from backfiring in the event of a diaphragm failure.

(B) The muzzle section will accommodate an automatic diaphragm change mechanism. [Comment: The diaphragm is changed manually.]

*(A) The muzzle section will incorporate a projectile sensor to indicate the start of the test cycle.

A-7. INSTRUMENTATION OF TESTER

System instrumentation will include

*(A) a transducer for measuring spinner rotational velocity, the signal from which can be detected on standard commercial frequency meters, and

*(A) a transducer for measuring the time it takes the projectile to pass near the gun muzzle. This signal when used with an appropriate commercial time-interval meter permits computation of muzzle velocity.

*(A) A visual or mechanical inspection of the mitigator before and after a test will determine conformity to established length criteria.

# Reproduced by NTIS

National Technical Information Service
Springfield, VA 22161

***This report was printed specifically for your order from nearly 3 million titles available in our collection.***

For economy and efficiency, NTIS does not maintain stock of its vast collection of technical reports. Rather, most documents are custom reproduced for each order. Documents that are not in electronic format are reproduced from master archival copies and are the best possible reproductions available.

Occasionally, older master materials may reproduce portions of documents that are not fully legible. If you have questions concerning this document or any order you have placed with NTIS, please call our Customer Service Department at (703) 605-6050.

## About NTIS

NTIS collects scientific, technical, engineering, and related business information – then organizes, maintains, and disseminates that information in a variety of formats – including electronic download, online access, CD-ROM, magnetic tape, diskette, multimedia, microfiche and paper.

The NTIS collection of nearly 3 million titles includes reports describing research conducted or sponsored by federal agencies and their contractors; statistical and business information; U.S. military publications; multimedia training products; computer software and electronic databases developed by federal agencies; and technical reports prepared by research organizations worldwide.

For more information about NTIS, visit our Web site at http://www.ntis.gov.

NTIS

**Ensuring Permanent, Easy Access to U.S. Government Information Assets**

**SATISFACTION GUARANTEED**

**NTIS strives to provide quality products, reliable service, and fast delivery. Please contact us for a replacement within 30 days if the item you receive is defective or if we have made an error in filling your order.**

- **E-mail: info@ntis.gov**
- **Phone: 1-888-584-8332 or (703)605-6050**

U.S. DEPARTMENT OF COMMERCE
Technology Administration
National Technical Information Service
Springfield, VA 22161 (703) 605-6000