# Plaintiff's Appendix H

"Stickrod, Henry" <HStickrod@dcmde.dcma.mil>
09/05/02 09:40 AM

To: john_j_korab@icpmech.navy.mil, hahin_jerry@crane.navy.mil
cc: "King, David" <DFKing@dcmde.dcma.mil>
Subject: 96KA09

John & Jerry:

I will be gone to school from 9Sep thru 20 Sep (Ft Walton Beach Fl--(:>)) so David King, Lead QA, will fill in for me; same address same phones except his voice is 256/313/-6650.

Currently, the score at AXION is roughly as follows:

We have had a total of aprx 14 good shots during the past 3 working days (6 consecutive last week Thursday and 8 consecutive yesterday)--with some minor but time consuming problems early on with positioning of parts on the 'bird' to enable accurate recording of data.

Yesterday we shot a total of 14 of which 8 had good data collected (split between cold (3), hot (3 ) and room tamp (2)); 3 of the 14 had no data because the batteries on the recording computer died without us being aware (we checked the voltage on the cells after and found between16 and 26 volts existent that seems to indicate probable good units even though not acceptable from the data standpoint); and 3 that broke at impact which provided only partial data and are not acceptable. 2 with good data indicate above 36 volts and one as high as 43+ volts--exact mechanism for this is not understood but may be that the units broke at impact and somehow maintained the voltage for the prescribed period. Should have data print-outs today that may be needed for analysis.

AXION intends to continue shooting today and tomorrow--all things being equal, they should be able to shoot and collect data on 20-25 items per testing day.

The majority of the failed items (failed to capture acceptable data) provide sufficient voltage after data collection failure to seem to indicate that the cell functioned correctly/to requirements despite the inability to collect the data. This obviously has to be considered conjecture without needed data support.

It appears that most of the testing problems have been cleared up and the current testing capability rate could be increased only by extending the testing hours/day. Allowing for necessary computer-battery changes, 3-4 shots/hour is about as fast as is physically possible.

David: John's phone=717-605-2027; Jerry's phone=DSN 482-5652.
Have a great 2 weeks--I surely will!!

Henry Stickrod, QAR
DCMA-Huntsville
Bldg 4505 Martin Road Ste 301
Redstone Arsenal, Al 35898-0001
256/313-6719 fax 313-0649
hstickrod@dcmde.dcma.mil