# Plaintiff's Appendix I



Stickrod, Henry
<HStickrod@dcmde.dcma.mil>

09/06/02 02:37 PM

To: john_j_korab@icpmech.navy.mil, hahin_jerry@crane.navy.mil
cc: "King, David" <DFKing@dcmde.dcma.mil>
Subject: AXION KA09

This is Friday 6 Sep and I wanted to give you a final heads-up before I left for school for the next 2 weeks.

AXION says that they are required to shoot 80 items for First Article Testing, 20 hot, 20 cold, 20 room temp, 20 from the drop-testing/etc. I told Alex that I have to stick to what the contract has in writing and that the last that I knew 120 was needed to complete the First Article Testing. He has successfully completed testing (recorded successful data) on at least 90 items--the final count I am not certain of at this time as AXION has to go thru all of the test data and separate good data from non-acceptable data. At this point, the testing system functions very well--Axion can shoot and record, optimally, 4 per hour; human error has caused every non-acceptable data collection problem that has been encountered over the past couple of weeks. On 3 most recent separate days, we observed at least 6 consecutive successful shots before failures occurred. In one case, failure to record acceptable data resulted from the normal wearing out of batteries used to power the recording computer in the system. At least 6 failures happened because the shot units broke on impact. Another anomaly that was discovered was that one the technicians put his hand on part of the testing apparatus and touched a grounded table with the other and shorted all data immediately to ground and lost it all--it had been the habit to try to speed up testing by doing various preparatory actions while the recording of data was in progress--and has proved to have caused at least 2 known failures.

Bottom line is: I think the PS115 and the testing apparatus have matured to the point that any number of shots can be made and the successful collection of reliable data can be accomplished at will. If I can provide any further details, I will be at Duke Field, Florida, Bldg 3002, Ultrasound NonDestructiveTesting Class 6-20 Sep.

Have a great day

Henry Stickrod, QAR
DCMA-Huntsville
Bldg 4505 Martin Road Ste 301
Redstone Arsenal, Al 35898-0001
256/313-6719 fax 313-0649
hstickrod@dcmde.dcma.mil

EXHIBIT