# Plaintiff's Appendix K1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AXION CORPORATION, )
)
Plaintiff, )
)
vs. ) NO. 63-2644C
)
THE UNITED STATES, ) JUDGE FIRESTONE
)
Defendant. )

* * * * * * * * * * * * * * * * * * * *

DEPOSITION OF HENRY KUMLER STICKROD

January 27, 2005
Huntsville, Alabama
9:15 a.m.

* * * * * * * * * * * * * * * * * * * *

A P P E A R A N C E S

For the Plaintiff: Mr. Richard Raleigh
Wilmer Lee
100 Washington Street
Huntsville, AL 35801
and
Mr. Jerome S. Gabig
Attorney at Law
515 Sparkman Drive
Huntsville, AL 35816

For the Defendant: Mr. Douglas K. Mickle
United States Department of Justice
1100 L Street N.W.
Room 4062
Washington, D.C. 20005
and
Mr. Rick Martinelli
Assistant Counsel for Naval Inventory Control Point
5450 Carlisle Pike, Bldg. 410
Mechanicsburg, PA 17055

ORIGINAL

Also Present: Mr. Alex Latifi

extent of it.

Q Is it fair to say your involvement in testing ended after you turned it over to Mr. Vartan after this e-mail message?

A In fact. Because the T for D came out, yes.

(Discussion off the record.)

Q In that Fall 2002 time period that you were involved in testing of the PS-115s at Axion, how many PS-115s were on hand at Axion to be tested?

A First Article?

Q Well, let me rephrase that. It was kind of a terrible question.

How many PS-115 units did you see at Axion around that time period?

A Almost the entire production. Was it ten -- 10,000, 12,000, 15,000? I have forgotten the exact number, but it was up in the thousands that were actually completed, sitting in tubs waiting. The production run had been made, yes, insofar as the manufacture of them was concerned.

MR. RALEIGH: Would you mark this as Exhibit 8, please.

(Marked Plaintiff's Exhibit No. 8.)