# Plaintiff's Appendix K2

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

**Memo: To Alen Artz** **5/30/97**

**Contract N00104-95-KA09 Power Supply, PS 115**

Today, Axion received a call from Mr. Alen Artz, about how much time extension we need for the First Articles. I told him we would need ***90 days after*** we receive approval of the CDRL A003, Inspection/Test Plan, that will have to be resubmitted. By changing the place of Spin Testing, we must, by contract, resubmit the Test Plan. The reason for resubmittal is due to Harry Diamond Labs not holding up their agreement to perform the Spin Testing as was agreed upon and approved in our precious submission of CDRL A003.

Since Harry Diamond Labs will not perform to our previous agreement and will not furnish drawings of their Spin Gun, Axion had no other choice than to design and build our own spin gun for testing. We expect to have the manufacturing of the spin gun completed in a few days, then will have to make "dry runs" in order to check it's operation and "fine tune" our test procedures before final submission of CDRL.

Axion expects to resubmit the CDRL in apx 30 days. The Government has 30 days to approve of reject the CDRL, but on the other submission took apx 4 1/2 months. This is the reason we cannot give a definite date due to we have no way of knowing how long it may take for approval.

Levi Weir

Levi Weir, QA Manager