# Plaintiff's Appendix L

AXION CORPORATION

TELEPHONE: (256) 851-9770
FAX: (256) 851-9771

August 6, 2001

Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike
Mechanicsburg, PA 17055-0788
Attn: John Korab

**RE: N00104-96-C-KA09**

Dear Mr. Korab:

In reference to your letter received September 18, 2001, please be advised that we are continuing to manufacture with cooper cans, and at this time we have the first shipment ready, and will be starting testing on the first lot. Please advise us if you wish to witness the test.

Regarding the leakages, we agree with you that we should meet and look at the problem and solve it once and for all. There is an opportunity for the government to solve this problem. Axion is in position to solve the leakage problem and test samples for verification and proceed to manufacture some with the new version, at minimum delay and cost, since Axion has the required equipment in place.

Please advice me when you wish to meet at your convince. Thank you for your help and cooperation in this matter. Should you have any questions, kindly contact the undersigned.

Sincerely,

Alex Latifi
President,
Axion Corporation

317 Nick Fitcheard Road • Huntsville, Alabama 35630
www.axioncorporation.com • axion@pgtv.net