# Plaintiff's Appendix M

AXION CORPORATION
TELEPHONE: (256) 851-9770
FAX: (256) 851-9771

August 6, 2001

Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike
Mechanicsburg, PA 17055-0788
Attn: John Korab

**RE: N00104-96-C-KA09**

Dear Mr. Korab:

In reference to the above contract, that we are in production at this time. We have some production issues that I wish to discuss with you and Mr. Hines. I have spoken to Mr. Hines last week, and he is available through this week and next week. Please advice me what day and time best meets your schedule to have the meeting at your office or Mr. Hines office.

Since the matter is urgent please advice me as soon as possible. I appreciate your help and cooperation in this matter. Should you have any questions, kindly contact the undersigned.

Sincerely,

Alex Latifi
President,
Axion Corporation