# Plaintiff's Appendix N

**Stickrod, Henry**

**From:** Hahin Jerome R CNIN [Hahin_Jerry@crane.navy.mil]
**Sent:** Tuesday, November 23, 1999 1:46 PM
**To:** 'john_ellis@fmso.navy.mil'
**Cc:** Thomas Stephen B CNIN; 'hstickrod@dcmde.dla.mil'
**Subject:** Delivery Schedule on Contract N00104-96-C-KA09

John,

I called John Korab and left him a voice-mail message. I may have ran out of time before he got the complete message with my phone number. Unfortunately, I don't have his e-mail address. There are two issues I need to address regarding this contract. First, the contract currently has delivery of the first lot of 10,000 batteries next month! The last time I spoke with the Government representative responsible for Axion he stated that Axion was still awaiting delivery of equipment to be used for battery manufacturing. I am concerned the contractor will not be able to deliver batteries next month. Perhaps John Korab could contact Axion and get Alex motivated to produce these batteries. We need the batteries ASAP!!

Secondly, Concord is currently closing its' production facilities and will no longer be able to accept these batteries. We would like them shipped to NSWC Crane Division for replacement of existing batteries. These batteries are old and utilized a different design which allowed the electrolyte to leak out of the ampoule causing severe reliability degradation. Please pass this along to John Korab to modify the contract to ship the batteries to the following address:

Commanding Officer
Att'n: Dave Sherfick (Code 4051, Bldg. 2390)
Naval Surface Warfare Center, Crane Division
300 Highway 361
Crane, IN 47522-5000

Please call if you have any questions or need more information.

V/R,

Jerry Hahin
Gun Ammunition Branch
Electronics Engineer
Code 4025, Bldg. 2084
(812)854-5652
(812)854-5364 FAX
hahin_jerry@crane.navy.mil



EXHIBIT F