# Plaintiff's Appendix O

August 25, 2000

Department of the Navy
Navy Ships Parts Control Center
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-08788

Dear Mr. Korab

In reference to your registered letter received August 24, 2000. The cause of the delay has been the accumulative effects of events that were beyond Axion's control. Axion did not foresee that it would take the Government over 2 ½ years to answer only 4 questions and to accept the Axion's inspection procedure. You might not think this is correct but Axion was awarded the contract on December 7, 1995 and the Government approved the inspection process on May 14, 1998. The delay was caused by the Navy going to the Army for answers to any questions. A copy of the approval is enclosed for your review and is marked exhibit A.

During this time Axion had to provide, at the Governments request, drawings, sketches and procedures of measuring every component. The Government treated the contract as a research and development contract rather than a manufacturing contract. Enclosed are samples of letters, which show that during this time Axion urgently requested from the Government a faster response. See Exhibit B.

Only after the Government accepted the inspection procedure on May 14, 1998 Axion was allowed to proceed with manufacture of the first article, which we did. Since the Government did not have a spin gun to test the unit Axion had to develop an air gun for testing and collecting the data. Axion has developed a spin gun, automated data gathering system which includes a flying bird, miniaturized on board computer, data collecting interface board, resistor automated load board and data collecting software. But it took much longer to again provide the Government, per their request, every detail – drawings, schematics and procedures with know-how documented to the component level of the spin gun and data gathering system. Again Axion's manufacturing contract was being treated as a research and development contract with Axion carrying all the cost with out any cost to the Government. And I would like to add the Government was very surprised by the clarity and accuracy of the data the onboard computer could collect without any noise, data the Government was unable to collect in the past.

The data collected from the first article test clearly showed to Axion and the Government that the batteries Axion has manufactured possess unusually long life, duration of charge

and that the units significantly out perform previous batteries. As you see, Axion had no choice but to develop the spin gun and data collection system.

After first article approval Axion had no choice but to proceed with developing a plating line, per Government supplied document #NAVORD OD 18332 dated February1967. This data is obsolete and the Government did not respond to Axion's written request for updated information. See Exhibit C. Nor could they provide any help in personal discussions during their visits regarding the plating process. Since no company in the United States produces these plating strips shouldn't the Government be appreciative of the effort and cost incurred by Axion in order to be an available source to the U.S. and friendly governments who use this battery?

After approval of the first article Axion ordered and received every item in the part list in quantities to produce 60,00 units. All items are in stock. The power supply is produced from 5 assembly operations. Enclosed please find exhibit D, which details each assembly with part list and pictures of current production lines and components for your visual aid.

Of the main assemblies which are the cutter and ampule assembly, Axion has completed 45,393 and 42,189 respectively. That is 85% completion. Currently Axion has 4 trained individuals dedicated to the production of the power supply. By September 8, 2000 based on our current production all assemblies will be 100% complete. The final assembly of the first 5200 units only required 2 weeks, but for Axion to be able to perform the final assembly the plating and stamping of the plate has to be finalized. At this stage Axion is plating and should receive the stamping plates within 4 weeks. Therefore Axion requires 60 days before we can ship the first 5200, with remaining quantities shipping as scheduled. As we stated earlier the main time consuming assemblies, which are the cutter and ampule assemblies are 85% complete. Destructive testing will occur concurrently with production in order to minimize any further delay.

Due to the above facts and the time and effort that both Axion and the Government have invested in this contract, at this stage it is premature, illogical and unfair to stop production. Axion is a small disadvantaged company that would be deeply financially hurt by this cancellation and possibly not recover.

We hereby request that the Government extend the contract for 60 days and allow Axion to complete the contract.

Should you have any questions, kindly contact the undersigned.

Sincerely,

Alex Latifi
President,
Axion Corporation