# Plaintiff's Appendix P

AXION CORPORATION

*Innovation is our business.*

October 11, 2002

Commanding Officer
Naval Inventory Control Point
Code 0242.6
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

RE: Contract N00104-96-C-KA09

Dear Mr. Korab:

In reference to the above contract and your letter received October 1, 2002, Axion Corporation stated that 127 units were put through the required environmental testing and they were tested and witnessed by our local DCAS. From the 127 units tested, we collected 74 units with good data. We intended to send you copies of good data collected. While making copies of the disks, my assistant inadvertently put duplicate files on the disks. It remains the same that 74 good data were collected and submitted. Listed below are the data you have received test by test. In the test number, "r" stands for room temperature, "h" stands for plus140-degree temperature, and "c" stands for minus 40-degree temperature. The first column represents the file name, the second column represents the beginning datum, and the third represents the ending datum.

Disk 1

| File name | beginning datum | ending datum |
|---|---|---|
| 1 | 13.91 | 21.06 |
| 21hg | 13.91 | 21.11 |
| 104 | .00 | 27.30 |
| 105 | 4.86 | 28.78 |
| 107c | .12 | 24.85 |
| 108r | .00 | 26.23 |
| 109r | 7.00 | 23.47 |
| 110r | 11.53 | 23.09 |
| 112r | 15.32 | 30.40 |
| 11hg | 16 83 | 24.41 |
| 15rg | 19.21 | 26.87 |

317 Nick Fitcheard Road • Huntsville, Alabama 35806 • Tel: 256.851.9770 • Fax: 256.851.9771 • e-mail: axion@pgtv.net

| | | |
|---|---|---|
| 16cg | 1.38 | 22.25 |
| 17cg | 2.53 | 30.25 |
| 19cg | 5.87 | 28.61 |

Disk 2

| | | |
|---|---|---|
| 113 | 12.29 | 30.72 |
| 114r | .44 | 30.72 |
| 117h | 15.88 | 29.79 |
| 122c | .95 | 30.12 |
| 123h | 21.68 | 29.89 |
| 125r | 12.80 | 21.22 |
| 126r | 20.37 | 27.26 |
| 15rg | 19.21 | 26.87 |
| 16cg | 1.38 | 22.25 |
| 17cg | 2.53 | 30.25 |
| 19cg | 5.87 | 28.61 |
| 20cg | 10.49 | 29.57 |
| 20h | 7.21 | 23.14 |

Disk 3

| | | |
|---|---|---|
| 129r | 11.41 | 29.87 |
| 137 | 6.65 | 29.70 |
| 139 | 13.31 | 25.80 |
| 13rg | 1.82 | 27.19 |
| 140 | 2.00 | 22.67 |
| 14rg | 32.43 | 31.51 |
| 15rg | 19.21 | 26.87 |
| 16cg | 1.38 | 22.25 |
| 17cg | 2.53 | 30.25 |
| 19cg | 5.87 | 28.61 |
| 20cg | 10.49 | 29.57 |
| 22cg | 2.00 | 22.67 |
| 23cg | 13.31 | 25.80 |
| 24 | .37 | 31.20 |

Disk 4

| | | |
|---|---|---|
| 27rg | 6.65 | 29.70 |
| 28rg | 13.57 | 28.41 |
| 29 | 19.93 | 29.51 |
| 32c | 8.83 | 21.07 |
| 35rg | 29.45 | 24.37 |
| 36rg | 11.41 | 29.89 |
| 37rg | 9.33 | 31.41 |

| | | |
|---|---|---|
| 45cg | 20.07 | 28.24 |
| 4hg | 7.21 | 23.14 |
| 52rg | 11.53 | 23.09 |
| 55cg | .44 | 30.72 |
| 5cg | 6.34 | 34.15 |
| 66 | 13.91 | 21.06 |
| 66rg | 30.17 | 26.15 |
| 6cg | 4.40 | 41.36 |
| 7cg | 10.01 | 30.61 |
| 89 | .81 | 30.49 |
| 8cg | 12.80 | 29.28 |
| 9cg | 8.83 | 19.53 |

Disk 5

| | | |
|---|---|---|
| 20h | 7.21 | 23.14 |
| 25rg | 26.94 | 26.93 |
| 30c | 5.00 | 26.02 |
| 32rg | 24.38 | 24.38 |
| 33rg | 2.21 | 14.38 |
| 38cg | 2.62 | 29.02 |
| 3cg | 8.01 | 27.94 |
| 41cg | 7.21 | 23.14 |
| 42cg | 8.01 | 27.94 |
| 44cg | 8.01 | 27.94 |
| 48cg | 0.00 | 20.25 |
| 51cg | 6.55 | .00 |
| 57rg | 8.10 | 28.23 |
| 59cg | 0.00 | 30.28 |
| 61 | 5.60 | 29.79 |
| 61h | 21.27 | 31.21 |
| 62rg | 7.92 | 27.85 |
| 72 | 6.96 | 29.66 |
| 82hg | 19.44 | 22.34 |
| 85c | 12.08 | 17.42 |
| 95 | 6.32 | 26.98 |
| 99 | .51 | 34.10 |
| 9c | .00 | 23.43 |

On Friday, September 6, 2002, while we were performing the testing, DCAS had a question that should we test beyond the 120 units that were previously selected by DCAS. We tried to contact you at that time and the chief of our local DCAS was trying to do the same. Axion could have performed the tests very easily since we are now capable of testing four (4) units per hour, when previously the

best we could do was five (5) units per day. The question was not if Axion Corporation was capable of performing the test, but if the government would accept a quantity over 120 units. The local DCAS felt it was not necessary to proceed shooting good units and wasting them when 127 units had been shot and approximately 80 good data were collected. Originally, Jerry Hahin stated that a quantity around 80 units would be sufficient. In my conversation with you on Monday, September 9, 2002, you stated you felt that that quantity was adequate. We should not have had to proceed wasting more units.

We believe we performed as required. Should you want us to shoot more units, we would be glad to shoot with one day's notice.

Mr. Korab, in a telephone conversation almost a year ago between you, a governmental lawyer, and me, the government made an offer to Axion Corporation that it would cancel this contract for convenience with no cost to both parties. Axion Corporation could not accept that offer due to the tremendous amount of money invested in this project. Since then, we have invested more money and time in this project without asking for any progress payments. I am not embarrassed to say I have invested all my retirement funds in this project, plus six years of my life. I really don't know what to do any longer. If the government no longer requires these items, I am willing to sit with you and find a resolution by possibly accepting the cancellation of this contract with Axion Corporation receiving a small amount of funds to compensate for all the investments we have made or the government helping us to proceed and finish the project.

I appreciate your help and cooperation in this matter. I would be glad to go to your office to discuss this matter with you further and achieve a mutually amicable resolution. I can be in your office with one day's notice.

Please contact the undersigned at 256-851-9770 should you have any questions or need further information.

Sincerely,

Alex Latifi
President
Axion Corporation