# Plaintiff's Appendix Q

DEPARTMENT OF THE NAVY
NAVAL INVENTORY CONTROL POINT
700 ROBBINS AVENUE
PHILADELPHIA PA 19111-5098
5450 CARLISLE PIKE - PO BOX 2020
MECHANICSBURG PA 17055-0788
COM & FTS (717)790-
DSN & EXT
FAX #

IN REPLY REFER TO:

Ser 0242.6/JK
N00104-96-C-KA09
26 January 1996

Alex Latifi, President
Axion Corporation
P. O. Box 5366
317 Nick Fitcheard Road
Huntsville, AL 35806

Dear Mr. Latifi:

The following information is provided in response to your letters dated January 11th and 17th, 1996.

In the January 11, 1996 letter, you addressed government owned stamping dies. The Navy does not own any stamping dies which can be used in the PS115 Power Supply.

The January 17, 1996 letter requested any available ECP's which would apply to the PS115 Power Supply, and also requested an air gun to perform final testing. All ECP's have been incorporated into the PS115 Automated Data List 53711-5355797. The Navy did not supply any air guns to the previous contractor, Accudyne Corporation, for test purposes.

If I can be of further assistance, contact me at (717) 790-2027.

Sincerely,

John Korab

JOHN KORAB
Contracting Officer

cc: DCMAO Birmingham