**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AXION CORPORATION,**<br>*Plaintiff,*<br>**v.**<br>**THE UNITED STATES,**<br>*Defendant.* | **No. 03-2644C & 04-297C**<br>**(Judge Firestone)** |

**AXION'S UNOPPOSED MOTION FOR LEAVE TO UNTIMELY FILE AXION'S RESPONSES TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS AND AXION'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS**

COMES NOW Plaintiff Axion Corporation ("Axion") and moves this Court for leave to untimely file its Responses to Defendant's Proposed Findings of Uncontroverted Facts and its Proposed Findings of Uncontroverted Facts. Defendant's counsel has confirmed that Defendant has no objection to this motion for leave to untimely file. No party will suffer prejudice if this motion is granted. In support of this motion, Axion states:

1. Its Response to the United States' Partial Motion to Dismiss and Axion's Cross-Motion for Partial Summary Judgment, Axion set forth the facts upon which it responds to the United States' motion and upon which it relies with respect to its Cross-Motion. However, Axion did not set forth, as a separate document, proposed findings of uncontroverted facts and responses to Defendant's porposed findings of uncontroverted facts.

2. Defendant was informed of the need to set forth separately responses to Defendant's proposed findings of uncontroverted facts and its own proposed findings of uncontroverted facts.

3. Defendant's counsel has indicated that it does not opposed Plaintiff's

Motion for Leave to Untimely File.

4. No party will suffer prejudice if the Court grants Plaintiff's Motion for Leave to Untimely File, and the motion is in the best interests of justice and judicial economy because Axion's Responses to Defendant's Proposed Findings of Uncontroverted Facts and Axion's Proposed Findings of Uncontroverted Facts will further narrow the issues for this Court.

5. The proposed filing, Plaintiff's Responses to Defendant's Proposed Findings of Uncontroverted Facts and Plaintiff's Proposed Findings of Uncontroverted Facts, is attached hereto as Exhibit 1.

WHEREFORE, Axion's Motion for Leave to Untimely File its Responses to Defendant's Proposed Findings of Uncontroverted Facts and Axion's Proposed Findings of Uncontroverted Facts is due to be granted.

Dated this the 24th day of May, 2005.

**ATTORNEY OF RECORD:**

s/Richard J.R. Raleigh, Jr.
**RICHARD J.R. RALEIGH JR.**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
rraleigh@wilmerlee.com

**OF COUNSEL:**

s/Jerome S. Gabig, Jr.
**JEROME S. GABIG, JR.**
4811 Cove Creek Drive
Brownsboro, AL 35741
(256) 509-0279 Telephone
(256) 512-0020 Facsimile
gabig3@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed this 24th day of May, 2005. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

s/Richard J.R. Raleigh, Jr.
**OF COUNSEL**