Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S SUPPLEMENTAL APPENDIX

---

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

June 10, 2005

## INDEX TO SUPPLEMENTAL APPENDIX

Document

Contract Number N00104-96-C-KA091 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Contract Modification P00001- P00021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

Letter from Axion to Department of the Navy (Dated August 4, 1994) . . . . . . . . . . . . . . . . . . 166

Letter from Axion to Department of the Navy (Dated August 11, 1995) . . . . . . . . . . . . . . . . . 167

Letter from Axion to Department of the Army (Dated September 26, 1995) . . . . . . . . . . . . . . 168

Letter from Department of the Navy to Axion (Dated September 27, 1995) . . . . . . . . . . . . . . 169

Letter from Axion to Department of the Navy (Dated October 2, 1995) . . . . . . . . . . . . . . . . . 170

Letter from Small Business Administration to Department of the Navy Regarding Certificate of Competency ("COC") (Dated October 11, 1995) . . . . . . . . . . . . . . . . . . . . . . . . 171

Letter from U.S. Small Business Administration to Mr. Artz: Regarding COC (Dated November 9, 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 172

Letter from Dep't of the Navy to Department of Labor: Requesting Clearance (Dated November 22, 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174

Letter from U.S. Small Business Administration to Department of Navy: Regarding Axion (Dated December, 4, 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175

Letter from Department of Navy to Axion (Dated December 7, 1995) . . . . . . . . . . . . . . . . . . . 176

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: Regarding Dies (Dated January 26, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179

Letter from Axion to Department of the Navy: Regarding Post Award (Dated March 18, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 180

Letter from Axion to U.S. Army Research Laboratory: Regarding Cooperative Resolution and Development Agreement (Dated June 27, 1996).........................................................................182

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding N00104-96

CKA09 (Dated April 15, 1997) . . . . . . . . . . 184

Letter from Axion Mr. Weir to Mr. Alen Artz (Dated May 30, 1997) . . . . . . . . . . 185

Letter from Axion to Mr. John Korab, Naval Inventory Control Point: Regarding Data of First Article in Reference to Axion Contract N00104-96 CKA09 (Dated April 12, 1999) . . . . . . . . 187

Letter from Commanding Officer, Naval Inventory Control Point to Axion: Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . . . . .189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . . . . 196

Letter from Axion to Mr. John Korab (Dated September 18, 2001) . . . . . . . . . . 198

Letter from Department of the Navy to Axion (Dated November 1, 2001) . . . . . . . . . . 199

Letter from Department of the Navy to Axion (Dated December 13, 2001) . . . . . . . . . . 200

Letter from Department of the Navy to Axion (Dated April 30, 2002) . . . . . . . . . . 201

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . . . . 205

Memorandum from John Korab Regarding Proposed Termination for Default (Dated October 17, 2002) . . . . . . . . . . 208

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . 209

Deposition of Mr. Jerry Hahin . . . . . . . . . . 211

Deposition of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Declaration of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

Declaration of Mr. John J. Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

Declaration of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

Letter from Axion to Mr. Korab (Dated May 30, 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 363

Letter from Department of the Navy to Axion (Dated August 13, 2001) . . . . . . . . . . . . . . . . . 364

E-mail from Mr. Latifi to Mr. Korab (Dated November 11, 2001) . . . . . . . . . . . . . . . . . . . . . . 365

Letter from Department of the Navy to Axion (Dated June 30, 2003) . . . . . . . . . . . . . . . . . . . 209

Deposition extract of Mr. Alex Latifi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366

Deposition extract of Mr. John Korab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 369

Deposition extract of Mr. Henry Stickrod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378

Deposition extract of Mr. Jerry Hahin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 382

CONTINUATION SHEET
(OPTIONAL FORM 336)

N00104-96-C-KA09 | 2 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | AMENDMENT NO.(S) 0001 IS MADE A PART OF THIS AWARD. | | | | |
| 0001 | NSN 2T 1390-01-200-8338 POWER SUPPLY, PS-115 IAW ADL 53711-5355797 AND ALL ASSOCIATED DRAWINGS SPECIFICATIONS | | | | |
| 0001AA | SAME AS ITEM 0001 ACRN: AA | 55,209 | EA | 23.80 | 1,313,974.20 |
| 0001AB | SAME AS ITEM 0001 FIRST ARTICLE (PREPRODUCTION) SAMPLES. (SEE FAR CLAUSE 52.209-3) | A/R | EA | NSP | XXX |
| 0001AC | SAME AS ITEM 0001 PRODUCTION LOT (PERIODIC) SAMPLES CONTRACTOR DESTRUCTIVE TESTING | A/R | EA | NSP | XXX |
| 0001AD | TECHNICAL DATA (SEE DD 1423) | A/R | -- | NSP | XXX |
| 0002 | SAME AS ITEM 0001 (PROSPECTIVE OPTION QUANTITY UP TO 100%) | 55,209 | EA | 23.80 | |
| | 1. THE OPTION VALIDITY PERIOD IS 210 DAYS AFTER DATE OF GOVERNMENT NOTIFICATION OF FIRST ARTICLE TEST APPROVAL. | | | | |
| | 2. PROGRESS PAYMENTS SHALL NOT EXCEED (10) PERCENT OF THE TOTAL CONTRACT PRICE PRIOR TO APPROVAL OF THE FIRST ARTICLE TEST, PROVIDING FIRST ARTICLE TESTING IS REQUIRED. | | | | |

36-108 (REV 12-67)

52.229-3 FEDERAL STATE AND LOCAL TAXES (JAN 1991)
*(Applies if value of contract is over $25,000)*

52.229-5 TAXES-CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

52.230-2 COST ACCOUNTING STANDARDS (AUG 1992)

52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (AUG 1992)

52.230-5 ADMINISTRATION OF COST ACCOUNTING STANDARDS (AUG 1992)

52.232-8 DISCOUNTS FOR PROMPT PAYMENT (APR 1989)

52.232-11 EXTRAS (APR 1984)

52.232-16 PROGRESS PAYMENTS (JUL 1991)
*(May generally apply, subject to the Contracting Officer's discretion to orders over $1,000,000, with delivery of material six (6) months or more after contract date and for Small Business concerns orders over $100,000, with delivery of material four (4) months or more after contract date.)*

52.232-17 INTEREST (JAN 1991)

52.232-18 AVAILABILITY OF FUNDS (APR 1984)

52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)

52-232-25 PROMPT PAYMENT (MAR 1994)

52.232-28 ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (APR 1989)

52.233-1 DISPUTES (MAR 1994)

52.236-7 PERMITS AND RESPONSIBILITIES (NOV 1991)

52.242-10 F.O.B. ORIGIN-GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984)

52.242-12 REPORT OF SHIPMENT (REPSHIP) (DEC 1989)

52.242-13 BANKRUPTCY (APR 1991)
*(Applies if value of contract is equal to or exceeds $25,000.)*

52.244-1 SUBCONTRACTS (FIXED-PRICE CONTRACTS) (APR 1991)
*(Not applicable to commercial items)*

52.246-2 INSPECTION OF SUPPLIES-FIXED-PRICE (JUL 1985)

52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)

52.246-23 LIMITATION OF LIABILITY (APR 1984)

52.247-29 F.O.B. ORIGIN (JUN 1988)

52.247-30 F.O.B. ORIGIN, CONTRACTOR'S FACILITY (APR 1984)

FAR 52.209-3

FIRST ARTICLE APPROVAL-CONTRACTOR TESTING (SEP 1989)

(A) The Contractor shall test 540 unit(s) of Lot/Item 0001AB as specified in this contract. At least 45 calendar days before the beginning of the first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 120 DACA ___ calendar days from the date of this contract to SPCC Code 0282 marked "FIRST ARTICLE TEST REPORT: Contract No.__________ .Lot/Item No.________". Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. the Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government.

the supplies or services.

_______ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.245-9400 USE OF EXISTING GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992)**

(a) Any offeror proposing to use existing production and research property in the performance of work under this solicitation shall submit with his offer the following:

(1) A list or description of all Government production and research property that the offeror or its subcontractors propose to use on a rent-free basis. This list shall include property offered for use in the solicitation, as well as property already in possession of the offeror and its subcontractors under other contracts.

(2) Identification of the facilities contract or other instrument under which property already in possession of the offeror and its subcontractors is held, and the written permission for its use from the Contracting Officer having cognizance of the property.

(3) The dates during which the property will be available for use (including the first, last, and all intervening months) and, for any property that will be used concurrently in performing two or more contracts, the amounts of the respective uses in sufficient detail to support proration of the rent.

(4) The amount of rent that would otherwise be charged, computed in accordance with FAR 45.403.

(b) The competitive advantage that might otherwise accrue to an offeror from the use of existing Government production and research property shall be eliminated by adding an evaluation factor to each offer for which such use is requested, which shall be equivalent to the rent which would otherwise be charged for such use. No use of Government production and research property other than as described and permitted herein shall be authorized unless such use is approved in writing by the Contracting Officer cognizant of the property, and either rent calculated in accordance with FAR 45.403 is charged, or the contract price is reduced by an equivalent amount.

ACCEPTANCE INSPECTION EQUIPMENT REQUIREMENTS
FOR
POWER SUPPLY, PS115
FY 95
ADL 53711-5355797-

1. ACCEPTANCE INSPECTION EQUIPMENT (AIE)

The following paragraphs of this clause marked (X) are applicable to this procurement:

(X) a. The contractor is responsible for proper storage, handling, and use of all AIE. Nonconforming production items which are passed by damaged or misused AIE will not accepted by the Government and does not relieve the contractor of the responsibility to meet all drawing/specification requirements of the contract.

(X) b. the contractor shall provide all AIE (except for any equipment listed as available in Appendix VI) necessary to assure conformance of components and end items to contract requirements. All such equipment shall be subject to approval by the Government and shall be available for use prior to the initiation of production. Where a First Article is contractually required, availability of the AIE shall be required prior to First Article Inspection. All equipment shall be made available to the Government representatives, at no additional cost, when required for verification purposes.

(X) c. AIE not listed in Appendix VI shall be furnished by the contractor. During acceptance inspection, the contractor shall either (i) utilize equipment fabricated in accordance with the equipment designs specified in Appendix IV or (ii) for characteristics not listed in Appendix IV, utilize Standard Measuring Equipments (SMI) or contractor designed equipment. All SMI lists and contractor AIE designs shall be submitted for approval as prescribed in the Data Item Description of DD Form 1423, Contract Data Requirements List.

1. All designs shall contain sufficient design and application data to permit evaluation of the designs ability to test or measure the characteristic or parameter with the required accuracy and repeatability. The designs must include sufficient summary data to correlate each drawing (and revision thereof) with the applicable product, drawing, revision number and characteristic inspected. The Government will either approve or disapprove the contractor's designs for AIE within * days of receipt thereof. When approved, such designs shall be come Government property.

*30 DAYS WHEN CLAUSE IS USED ON PURCHASE ORDER, AND 45 DAYS FOR CONTRACTS (TO BE INSERTED BY AMSMC-PC)

Attachment (6)

N00104-95-R-K042 PAGE 98

2. The contractor shall be responsible for any delays resulting from late presentation of AIE or AIE designs to the Government for certification or approval and any delays resulting from the presentation of inadequate or defective AIE or AIE designs.

3. The contractor is not authorized to change approved AIE designs without approval of the reviewing authority. Contractor initiated changes will not be considered excusable schedule delays. Additionally, the contractor shall be responsible for cost associated with such changes, including costs incurred by the Government.

( ) d. MIL-STD-AIE listed in Appendix III shall be obtained by the contractor and is mandatory for use by the contractor during acceptance inspection for the identified characteristics.

( ) e. AIE procured to Government furnished drawings/designs identified in Appendix IV are mandatory for use and are specified as deliverable in Section B of this contract.

( ) f. The contractor is responsible for designing and obtaining AIE listed in Appendix V. Use of the gages obtained for the characteristics identified in Appendix V is mandatory during acceptance inspection. The contractor must provide the AIE obtained in accordance with Appendix V to Naval Warfare Assessment Division (NWADIV) for certification prior to use. Only one of each gage type will be returned to the contractor for acceptance inspection (additional gages acquired by the contractor for in-process inspection will not be certified by the Government). The contractor is responsible for preservation, packaging and shipping the AIE to NWADIV. Two copies of each Government approved contractor designed AIE drawings must accompany the AIE sent to NWADIV for certification.

At least thirty (30) calendar days prior to the submission of AIE to NWADIV for certification, the contractor shall furnish written notice of anticipated shipment date to NWADIV, with a copy to the responsible technical activity and HQ, AMCCOM, ATTN: AMSMC-QAM, Rock Island, IL 61299-6000. The Government shall perform the AIE certification inspection and provide notification of acceptance/rejection to the contractor within (30) days of receipt of the AIE at NWADIV. Contractor designed and procured AIE listed in Appendix V will have drawing numbers assigned to the documentation by the reviewing authority. Upon certification, AIE designed in Appendix V are specified as deliverable in Section B of this contract.

( ) g. When there is AIE that will be furnished by the government, the equipment will be listed as available in Appendix VI. Equipment listed as available will be furnished by the Government in accordance with the Government Property clause. The contractor is responsible for contacting NWADIV 90 days in advance of the need for the AIE to schedule delivery. The AIE

NAVY01105

shall be retained by the contractor for mandatory use by both Government quality assurance personnel for Government verification inspection and the contractor for contractor acceptance inspection.

( ) h. The following requirements apply to AIE accepted by the Government under this contract (Appendices IV and V) and/or AIE furnished under this contract (Appendix VI):

1. When directed by the Government, the contractor shall, at no expense to the Government prepare the AIE for shipment to NWADIV. Such shipments will be required for calibration of a new gage, for repairs and when the AIE is no longer needed for use on the contract. Shipment of gages shall be on a Government Bill of Lading, unless the shipment is for repairs for which the contractor is liable. Each gage shall have an individual storage container. Preparation of the AIE for shipment shall be in accordance with the following specifications:

(a) Preservation MIL-P-116 Method 1A, Preservation P-10

(b) Packing MIL-P-116 Method 1A

(c) Shipping FED Spec PPP-P-40

(d) Marking MIL-STD-129

2. The Government Property Clause of this contract, applies with the following exceptions:

(a) All repairs for which the contractor is responsible shall be accomplished by NWADIV at the expense of the contractor.

(b) The contractor shall not be liable for any damage to AIE which is incurred while the AIE is in the physical custody of, or is being used by a Government Quality Assurance Representative.

3. The contractor shall not make any permanent identification markings or modifications to the AIE, except as noted on Government furnished and/or approved designs.

NAVY01104

J N. 2.1999 10:42AM NO.746 P.2/2

JUN. 2.1999 8:24AM NAV ICP-MECH CODE0242 NO.865 P.1/1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code

Page of Pages: 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00011 | JUN 02 1999 | N49935-95-N-A004 | |

6. Issued By CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers___ is extended,___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)

NO CHANGE

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0251

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS:

| | | |
|---|---|---|
| 0001AA | 5209 EA | 99 DEC 28 |
| 0001AA | 10000 EA | 00 JAN 28 |
| 0001AA | 10000 EA | 00 FEB 28 |
| 0001AA | 10000 EA | 00 MAR 28 |
| 0001AA | 10000 EA | 00 APR 28 |
| 0001AA | 10000 EA | 00 MAY 28 |

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): ALEX LATIFI, PRESIDENT

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOHN KORAB

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)

15C. DATE SIGNED: JUNE 2, 1999

16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)

16C. DATE SIGNED: JUN 02 1999

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddvp6.1 (rev8/96)2430mlok

SEP.13.1999 1:23PM NAVICP-MECH CODE0242 NO.410 P.2/2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. Contract ID Code — Pages 1 | 1

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00012 | SEP 13 1999 | N49935-95-N-A004 | |

6. Issued By — CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) — S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 — Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

*11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS*

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)
NO CHANGE

RECEIVED SEP 13 1999

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 4 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
THE SHIPMENT ADDRESS IS CHANGED TO READ: COMMANDING OFFICER(N00164)
ATTN:CODE 4051(DAVE SHERPICK) / BLDG 2369
NAVAL SURFACE WARFARE-CTR.,CRANE DIVISION
300 HIGHWAY 361
CRANE, IN 47522-5000

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| ALEX LATIFI, PRESIDENT | | JOHN KORAB | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 9/13/99 | [signature] (Signature of Contracting Officer) | SEP 13 1999 |

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddvp6.1 (rev8/96)2430nlok

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. |
|---|---|---|---|
| P00013 | DEC 20 1999 | N49935-95-N-A004 | |

| 6. Issued By | Code N00104 | 7. Administered By (If other than Item 6) | S0102A |
|---|---|---|---|
| Naval Inventory Control Point - Mechanicsburg<br>5450 Carlisle Pike<br>P.O. Box 2020<br>Mechanicsburg, PA 17055-0788<br>ATTN: Code 02416/JK | | DCMC BIRMINGHAM<br>2121 8TH AVE N ROOM 104<br>BIRMINGHAM AL 35203-2376 | |

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
ANIGH CORP
217 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 95 DEC 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1761507.86AC 000 SAS6G 0 068342 2D 000000 AC0830000093 93,000.00 (CR)
REF# N4802994RX48132 TAC: JADRZ

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [XXX] is required to sign this document and return 1 copies to the issuing office. ATTN: 0242

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
ITEM 0001 NSN 2T-1290-01-280-8338, POWER SUPPLY, PS-115
IN CONSIDERATION OF A $3,000.00 REDUCTION OF THE CONTRACT PRICE THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS. THE CONTRACT PRICE IS REDUCED BY $3,000.00 FROM $1,313,974.20 TO $1,310,974.20.
5,209 EA 00 MAR 31; 10,000 EA 00 APRIL 30; 10,000 EA 00 MAY 31; 10,000 EA 00 JUNE 30; 10,000 EA JULY 31; 10,000 00 AUGUST 31.

DISTRIBUTION: (1) NOC INSD MECHANICSBURG PA (32J) (5) CONTRACTOR (5) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) JOHN KOLAR | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR [signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED 12/20/99 | 16B. UNITED STATES OF AMERICA [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED DEC 20 1999 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

RECEIVED TIME DEC.20. PRINT TIME DEC.20. 2:34PM
RECEIVED TIME DEC.20.

APR. 10. 2000 4:34PM NAVICP-MECH CODE0242 NO. 734 P. 1/2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. Contract ID Code | Page 1 of 1 Pages

2. Amendment/Modification No.: P00014
3. Effective Date: APR 11 2000
4. Requisition/Purchase Req No.: N49935-95-N-A004
5. Project No.:

6. Issued By — CODE N00104
Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) — S0101A
DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)
AXION CORP
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No.: N00104-96-C-KA09
10B. Dated (See Item 13): 95 DEC 07

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1741507.85AC 000 SAS6G 0 068342 2D 000000 AC8930000093 $5,000.00(CR)
REF# N4802994RX4B132 TAC: JADRZ

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(a)(3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [XXX] is required to sign this document and return 1 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
IN CONSIDERATION OF A $5,000.00 REDUCTION OF THE CONTRACT PRICE THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS. THE CONTRACT PRICE IS REDUCED BY $5,000.00 FROM $1,310,974.20 TO $1,305,974.20.
5,209 EA 00 AUG 10; 8,000 EA 00 SEPT 11; 8,000 EA 00 OCT 12; 8,000 00 NOV 13; 8,000 EA 00 DEC 13; 8,000 EA 01 JAN 16; 10,000 01 FEB 16.

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (1) CONTRACTOR (4) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and affect.

15A. NAME AND TITLE OF SIGNER (Type or print): ALEX LATIFI, President
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 4/10/00

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOHN KORAB
16B. UNITED STATES OF AMERICA: [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: APR 11 2000

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddsp6.1 (rev8/96)2430mlok

RECEIVED TIME APR.10. 4:33PM PRINT TIME APR.10. 4:34PM

AUG.29.2000 2:57PM NO.467 P.2/2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

2. Amendment/Modification No.: P00015

3. Effective Date: AUG 29 2000

4. Requisition/Purchase Req. No.: N49935-95-N-A004

5. Project No.:

6. Issued By — CODE N00104

Naval Inventory Control Point - Mechanicsburg
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: Code 0242.6/JK

7. Administered By (If other than Item 6) — S0101A

DCMC BIRMINGHAM
2121 8TH AVE N ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION CORP
917 NICK FITCHEARD RD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 95 DEC 07

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the

12. ACCOUNTING AND APPROPRIATION DATA (If required)

AA 1741507.85AC 000 SAS6G 0 068342 2D 000000 AC8930000093 $10,000.00(CR)
REF# N4802994RX4B132 TAC: JADRZ

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office,

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a) (3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [XXX] is required to sign this document and return 1 copies to the issuing office. ATTN: 0252

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338, POWER SUPPLY, PS-115
IN CONSIDERATION OF A $10,000.00 REDUCTION OF THE CONTRACT PRICE THE DELIVERY SCHEDULE IS REVISED TO READ AS FOLLOWS. THE CONTRACT PRICE IS REDUCED BY $10,000.00 FROM $1,305,974.20 TO $1,295,974.20
5,209 EA 00 NOV 28; 8,000 EA 00 DEC 28; 8,000 EA 01 JAN 28 ; 8,000 01 FEB 28; 8,000 EA 01 MAR 28; 8,000 EA 01 APR 28; 10,000 01 MAY 16.

DISTRIBUTION: (1) NOC IMSD MECHANICSBURG PA (32J) (1) CONTRACTOR (4) DCMC BIRMINGHAM
(1) DFAS COLUMBUS CTR.,CO/JBA/SOUTHWEST (1) NAVICP-M 0143
(1) COMMANDING OFFICER, ATTN: 4025,NAVAL SURFACE WARFARE CTR., CRANE, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Alex Latifi / President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOHN KORAB

15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 8/29/00

16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: AUG 29 2000

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwp6.1 (rev8/96)2430mlok

RECEIVED TIME AUG 29

JUN. 4.2001 1:54PM NO.150 P.2/2

**AMENDMENT OF SOLICITATIO../MODIFICATION OF CONTRACT**

1. Contract ID Code | Page of Pages 1 1

2. Amendment/Modification No. P00016
3. Effective Date JUN 04 2001
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 PITCHEARD ROAD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43 (a) (3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115
THE DELIVERY SCHEDULE IS ESTABLISHED AS FOLLOWS: 8,000 EA, 01 AUG 08; 8,000 EA 01 SEP 10; 8,000 EA, 01 OCT 10; 8,000 EA, 01 NOV 13; 8,000 EA, 01 DEC 13; 8,000 EA, 02 JAN 14; 7,209 EA, 02 FEB 14.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab
15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)
15C. DATE SIGNED 6-04-01
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)
16C. DATE SIGNED JUN 04 2001

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 edwordnt 81199 mod for contract SF30.doc

RECEIVED TIME JUN. 4. TIME JUN 4. 1:49PM

OCT. 2.2001 8:54AM

NO.803 P.2/2

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 of 2

2. Amendment/Modification No. P00017

3. Effective Date OCT 02 2001

4. Requisition/Purchase Req. No. N00104-95-N-A004

5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 FITCHBARD ROAD
HUNTSVILLE AL 35806

Code 9X850 | Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to changean offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
PAR 43 (a) (3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

THE DELIVERY SCHEDULE FOR THE RE-SUBMISSION OF 120 EA. FIRST ARTICLE SAMPLES IS ESTABLISHED AS FOLLOWS:01 OCTOBER 03. PAGE 2 OF THIS MODIFICATION INCORPORATES THE FIRST ARTICLE TESTING REQUIREMENTS.

THIS MODIFICATION CONSTITUTES A FULL AND FINAL DISPOSITION OF ALL MATTERS RELATING TO THIS CONTRACT AND IS A FULL RELEASE AND ACCORD AND SATISFACTION OF ANY AND ALL CLAIMS, DEMANDS, OR CAUSES OF ACTION THAT EITHER THE CONTRACTOR OR THE GOVERNMENT MAY HAVE AGAINST THE OTHER ARISING OUT OF OR RELATED TO THE CONTRACT TO DATE.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
John Korab

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED 10-2-01

16B. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

16C. DATE SIGNED OCT 02 2001

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

RECEIVED TIME OCT. 2. TIME OCT. 2. 8:49AM

9CC/STAoc

DEPARTMENT OF THE NAVY
CRANE DIVISION
NAVAL SURFACE WARFARE CENTER
300 HIGHWAY 361
CRANE INDIANA 47522-5000

IN REPLY REFER TO:
8000
Ser 402/1168
28 SEP 2001

From: Commander, Crane Division, Naval Surface Warfare Center
To: Commanding Officer, Naval Ammunition Logistics Center, Mechanicsburg (Code 32J)

Subj: REQUIREMENT FOR FIRST ARTICLE TEST OF PS115 RESERVE ENERGIZERS ON CONTRACT N00104-96-C-KA09

Ref: (a) Axion Corporation ltr of 22 Aug 01

1. Reference (a) states that Axion Corporation had to set-up a plating line to produce plate stock. The First Article Test (FAT) samples were produced with plate stock provided by an outside vendor. The FAT is meant to verify the manufacturing process and material. The contractor changed the material thereby invalidating the First Article. The Government requires another FAT of a reduced quantity of batteries be done to validate the manufacturing process currently being utilized to produce the energizers. Failure of this FAT will be cause for rejection of the lot. The contractor will utilize the 120 energizers previously negotiated for destructive testing with the first lot. An additional quantity of 120 energizers will be pulled from the first lot if the 120 energizers have already been consumed in test. The energizers shall be divided into three groups of forty each.

a. Forty shall be tested in accordance with paragraph 4.4.6.1.2 of Drawing 11744726.

b. Forty shall be tested in accordance with Drawing 11744726, page 15, column one beginning with Extreme Temperature Storage.

c. The final forty energizers will be tested in accordance with Drawing 11744726, page 15, column four beginning with 7-Foot Drop.

2. NSWC Crane point of contact is Mr. J. R. Hahin, Code 4025, telephone DSN 482-5652 or 812-854-5652.

Karen Whorrall

KAREN WHORRALL
By direction

Copy to:
NALC Mechanicsburg (Code 0242.6)

NAVY01296



P.1

DEC. 4 2001 10:51AM NO.635 P.2/2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. Contract Code | Page of Pages 1 | 1

2. Amendment/Modification No. P00018
3. Effective Date DEC 04 2001
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 FITCHEARD ROAD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.

9B. Dated (See Item 11)

X 10A. Modification of Contract/Order No. N00104-96-C-KA09

10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050 $800,000.00
Doc#: N4802902WX1B004 Ref#: N0002401PD40136 Amendent: Basic

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43 (a) (3)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

The funding in block 12 is obligated to replace the original expired funding formerly provided on N4802994RX4B132.

NOTE TO CONTRACTOR: Do not submit further billing under the original funding accounting data; use the accounting data in block 12 of this modification.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA 32L
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) ALEX LATEEF, PRESIDENT
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) M.E.Wise

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) [signature]
15C. DATE SIGNED 12/4/01
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) [signature]
16C. DATE SIGNED DEC 04 2001

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 edwordnt 81199 mod for contract SF30.doc

RECEIVED TIME DEC. 4. 10:45AM PRINT TIME DEC. 4. 10:46AM

APR. 4.200202 1:11PMPM NAVICP-MECH CODE0242 NO.946 P.1/1

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | |
|---|---|
| 1. Contract ID Code | Page of Pages: 1 of 2 |
| 2. Amendment/Modification No. P00019 | 3. Effective Date APR 04 2002 |
| 4. Requisition/Purchase Req. No. N00104-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104<br>Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.6<br>P O Box 2020 Bldg 410<br>Mechanicsburg, PA 17055-0788<br>Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil | 7. Administered By (If other than Item 6) CODE S0101A<br>DCM BIRMINGHAM<br>2121 8TH AVE, N. ROOM 104<br>BIRMINGHAM AL 35203-2376 |
| 8. Name and Address of Contractor (No., Street, County, State, and Zip)<br>AXION CORP<br>317 PITCHBARD ROAD<br>HUNTSVILLE AL 35806 | 9A. Amendment of Solicitation No.<br>9B. Dated (See Item 11)<br>X 10A. Modification of Contract/Order No. N00104-96-C-KA09<br>10B. Dated (See Item 13) 1995 Dec 07 |
| Code 9X850 | Facility Code |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
ACRN: AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050 $1,000.00 (CR)
DOC NO: N4802902WX1B004 REF NO.: N0002401PD40136 BASIC

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a) (3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

In consideration of a $1,000.00 reduction of the contract price, from $800,000.00 to $799,000.00, the delivery date for 80 each, Item 0001AB, First Article samples reads: April 23,2002.

This modification constitutes a full and final disposition of all matters relating to this contract and is a full release and accord and satisfaction of any and all claims, demands, or causes of action that either the contractor or Government may have against the other arising out of or related to the contract to date.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) Alex Leduff, Vice President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab | |
| 15B. CONTRACTOR/OFFEROR (signature) (Signature of person authorized to sign) | 15C. DATE SIGNED 4/4/02 | 16B. UNITED STATES OF AMERICA (signature) (Signature of Contracting Officer) | 16C. DATE SIGNED APR 04 2 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwordnr 81199 mod for contract SF30.doc

RECEIVED TIME APR. 4. 1:06PM PRINT TIME APR. 4. 1:06PM 2/60

PRINT TIME JUL.11. 9:52AM RECEIVED TIME JUL.11. 9:52AM

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page of Pages 1 | 1

2. Amendment/Modification No. P00020
3. Effective Date JUL 11 2002
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 FITCHBARD ROAD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

By confirming Axion's e-mail of July 08, 2002, the delivery date for the First Article Test Report is established as: September 09, 2002.

This modification constitutes a full and final disposition of all matters relating to this contract and is a full release and accord and satisfaction of any and all claims, demands, or causes of action that either the contractor or Government may have against the other arising out of or related to the contract to date.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latif President
15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)
15C. DATE SIGNED 7/11/02
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)
16C. DATE SIGNED JUL 11 2002

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwordnt 81199 mod for contract SF30.doc

NO.262 P.2/2 JUL.11.2002 9:32AM

AXION

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

January 17, 1996

Department of the Navy
Navy Ships Parts Control Center
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

ATTN: John Korab

Reference: *Contract No: N00104-96-C-KA09*
Noun: *Power Supply*
Part No: *PS-115*

Dear John,

In reference to our telephone conversation, Axion Corp. hereby requests any ECP available on the above referenced part. We understand that the government has supplied two airguns as government furnished material to previous contractor, Accudyne, to perform the final testing. We hereby request one unit supplied to Axion Corp. for performance of final testing.

We appreciate your help and cooperation in this matter. Should you have any questions, please contact the undersigned.

Sincerely,

AXION CORPORATION

Alex Latifi
President

8



AXION00213

DEPARTMENT OF THE NAVY
NAVAL INVENTORY CONTROL POINT
700 ROBBINS AVENUE 5450 CARLISLE PIKE - PO BOX 2020
PHILADELPHIA PA 19111-5098 MECHANICSBURG PA 17055-0788
COM & FTS (717)790-
DSN & EXT
FAX #

IN REPLY REFER TO:

Ser 0242.6/JK
N00104-96-C-KA09
26 January 1996

Alex Latifi, President
Axion Corporation
P. O. Box 5366
317 Nick Fitcheard Road
Huntsville, AL 35806

Dear Mr. Latifi:

The following information is provided in response to your letters dated January 11th and 17th, 1996.

In the January 11, 1996 letter, you addressed government owned stamping dies. The Navy does not own any stamping dies which can be used in the PS115 Power Supply.

The January 17, 1996 letter requested any available ECP's which would apply to the PS115 Power Supply, and also requested an air gun to perform final testing. All ECP's have been incorporated into the PS115 Automated Data List 53711-5355797. The Navy did not supply any air guns to the previous contractor, Accudyne Corporation, for test purposes.

If I can be of further assistance, contact me at (717) 790-2027.

Sincerely,

John Korab

JOHN KORAB
Contracting Officer

cc: DCMAO Birmingham

AXION

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

March 18, 1996

Department of the Navy
Navy Ships Parts Control Center
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

ATTN: **John Korab**

**Reference:** *Contract No: N00104-96-C-KA09*
**Noun:** *Power Supply*
**Subject Part No:** *PS-115*

Dear John,

We enjoyed your visit it has been very informative. We appreciate the professional manner that the post-award was handled. In reference to the post-award, please enclose find the deviation form for the 187 copper as agreed on. I would like to take this opportunity to inform you of our agreement with Harry Diamond Laboratory.

In principle, Axion Corporation and ARL have reached an agreement to join their effort to produce a new generation of airgun. Highlights of agreement points are listed below. Furthermore, Harry Diamond Laboratory agreed to perform first article test for Axion; in case by that time gun was not completed.

ARL will:

| | | |
|---|---|---|
| 1. | Provide drawings and/or phone technical support for an air gun design for equipment to be built by and for Axion. | 1 week after agreement |
| 2. | Provide a spin-airgun for development work. | 2 weeks after agreement |
| 3. | Provide guidance regarding bird size and weight, MEM weight, spinner dimensions, etc. | 2 weeks after agreement |
| 4. | Provide an adequate number of batteries from characterized lots for confirmation of their system (Would require our doing testing at ARL). | On request with 2 weeks notice |

6

John Korab
March 18, 1996
Page 2

Axion will:

1. Develop a compatible on-board data logging device (including both hardware and software) capable of capturing and saving voltage, time, acceleration, etc. (As relevant) at specifications to be determined.

2. Develop a compatible system for real-time monitoring of battery performance in a "gross mode" (might be IR transmission)

3. Modify air gun (provided by ARL) to accommodate data logging devise(s) and return to Adelphi

4. Improvements of air gun design would be available to ARL (designs, drawings, parts sources, etc.).

90 days after agreement

Please be advised that this is the highlight of the agreement in principle. The final agreement has not been signed at this time.

We appreciate your help and cooperation in this matter. Should you have any questions, please contact the undersigned.

Sincerely,

AXION CORPORATION

Alex Latifi
President

Encl.

AL/djm

AXION

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806
TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

June 27, 1996

U.S. Army Research Laboratory (ARL)
2800 Powder Mill Road
Adelphi, Maryland 20783-1145

ATTN: Mel Morganstein

Reference: Cooperative Research and Development Agreement

Dear Mel,

In reference to your letter we received on June 3, 1996, and our meeting with your organization in Cherry Hill, N.J. regarding the Cooperative Research and Development Agreement (CRADA), please be advised Axion Corp. has reviewed your letter and made a feasibility study on the concept of collecting data through LED at 12 Khz sample rate.

Axion agrees to design and build a remote IR Data Collection System and adapt it to the Airgun used by the Government. This IRDC System would be produced in lieu of the data logging system previously proposed by Axion. All other specifics already agreed upon will remain in effect.

Axion's IRDC System would allow the collection of battery voltage data at the 12 Khz sample rate. The system will also allow the computer to remotely control the battery loads. The data would be captured using a desktop computer system such as a PC or Mac. The data collected could then be analyzed using LabView or a similar program. A preliminary drawing (342122) is enclosed for your attention.

We would further like to advise you that Axion Corporations contract with the Navy is not in any form or shape a part of this agreement, nor does your organization hold any responsibility towards Axion and the contract for the battery with the Navy.

If Axion requires your help in testing the batteries it will be under a different agreement and of course Axion will absorb any incurred costs.

| Post-it® Fax Note 7671 | Date 28-6-96 # of pages ▶ 3 |
| --- | --- |
| To Mel Morganstein | From Alex Latifi |
| Co./Dept. U.S. Army Research Lab | Co. Axion Corp. |
| Phone # (301) 394-3114 | Phone # (205) 851-9770 |
| Fax # (301) 394-4860 | Fax # (205) 851-9771 |

We have discussed the matter with the Navy and a copy of the CRADA has been supplied to our contracting officer and he does not see any problems whatsoever with our agreement, on the contrary, he's glad that such an agreement has been reached. We would like to inform you that in our discussion with the Navy concerning any questions that we might have that the Navy must come to you for the answer, you will be compensated for such work by the Navy through a fund already available for this purpose. I hope this will clear any reservations which you had.

We hereby request to proceed with the CRADA as already signed.

We appreciate your help and cooperation in the above matters. Should you have any questions, please contact the undersigned.

Sincerely,

**AXION CORPORATION**

Alex Latifi
President

AL/mkb MM000827.wpa

AXION CORPORATION

FAXED

P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806

TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

April 15, 1997

Commanding Officer
Naval Inventory Control Point
540 Carlisle Pike
PO Box 2020
Mechanicsburg, PA 17055-0788

Attn: John Korab, Code 0242.6/JK

Reference Contract # N00104-95-KA09

Dear Mr. Korab;

On 10 April, 1997, I talked to Brian Gage (he called me) about the RFW's and letters that we have submitted, and as of yet have not been answered. Brian indicated that Craig and he have some concern with the RFW # W-KA09-02, solder ring dimension change. I told him that we have run tests on the melted solder, and Axion believes that the change is an improvement.

Yesterday, Alex talked to Craig Herndon about trying to expedite answers to our RFW's and outstanding letters. Axion produced most of the special gages that were requested in the last meeting by the visiting team, even though the CDRL A0003 was previously approved and it was unnecessary. As a courtesy, we shipped Fed-Ex over night to Craig copies of the gage drawings, one sequencer and one solder ring in order to help expedite the unanswered RFW's and letters.

As was submitted and approved in CDRL A003, Axion had a previously agreement with Harry Diamond Laboratory to perform Spin Testing of our units to the drawing requirements. However, now they say they can only test 4 units a day, which will require 90 Work days (120 calendar days) in order to perform the Spin Testing. Alex talked with Craig and he (Craig) confirmed our findings that only 4 units a day was indeed all they say they can test. Axion was then informed that they would furnish us a set of drawings of the spin gun, and Axion sent a check to cover copy costs per the requested amount for copies, but then after several inquiries, we were informed that they could not furnish the drawings

The First Articles are approximately 80 - 85% completely assembled, but we cannot proceed any further with assembly until we receive answers to our submitted letters and RFW's. The letter asking for clarification about solder or weld (Per Dwg # 11744726) vs weld (Per Dwg # 11716473) on the Stack and Ampule Assembly is a major hold up for Axion, as we cannot complete the assembly until we receive answers to our letter. (Axion wishes to solder the wires Per Dwg # 11744726.) This places Axion in a *hold status*, as far as assembly is concerned.

Craig says that the prior supplier welded the wires, and that perhaps Axion should do so also (even though drawing # 11744726 permits us to solder the wires). He was to get with Brian Gage and discuss it, and advise us of their decision. No answer as of today. Axion is certified to solder to several Military Solder Specifications, and it could be that the prior supplier was not certified to solder, and for that reason and chose to weld the wires in lieu of solder.

Based upon Harry Diamond Laboratories revised excessively projected test time required, and the fact that we are still waiting for answers to our RFW's and letters, Axion decided to proceed and design our own Spin Gun, of which the design is complete and is currently in the process of being manufactured, and should be complete within approximately 2 weeks. This will permit Axion to test from 50 to 60 units each day, for a total test time of 7 to 8 days *maximum* in lieu of the 4 units a day by Harry Diamond Lab. This will enable Axion to produce the required units *at least* 100 days *faster and far more accurately* than Harry Diamond Labs. By Axion performing the tests, the data will be clean and accurate. Craig is aware of how our method of data collection will be computerized and much more reliable and accurate, in lieu of the method Harry Diamond Lab uses.

Therefore, due to circumstances *beyond our control*, Axion must ask for a contract extension of an additional approximately 75 days to allow time for the First Article submission, placing it at approximately 31 August, 1997, provided our letters, RFW's are answered in a timely manner. Axion will do everything in our power to make an earlier shipment of the First Articles, if at all possible.

Thank you for your assistance in this matter. Please advise, as we await your rapid response.

Sincerely,

Levi Weir

Levi Weir, QA Manager

cc: Brenda Middleton, GLNA/QAR, Huntsville

903alrwl

AXION CORPORATION
P. O. BOX 5366
317 NICK FITCHEARD ROAD
HUNTSVILLE, ALABAMA 35806

TELEPHONE: (205) 851-9770
FAX: (205) 851-9771

**Memo: To Alen Artz** **5/30/97**

**Contract N00104-95-KA09, Power Supply, PS 115**

Today, Axion received a call from Mr. Alen Artz, about how much time extension we need for the First Articles. I told him we would need *90 days after* we receive approval of the CDRL A003, Inspection/Test Plan, that will have to be resubmitted. By changing the place of Spin Testing, we must, by contract, resubmit the Test Plan. The reason for resubmittal is due to Harry Diamond Labs not holding up their agreement to perform the Spin Testing as was agreed upon and approved in our precious submission of CDRL A003.

Since Harry Diamond Labs will not perform to our previous agreement and will not furnish drawings of their Spin Gun, Axion had no other choice than to design and build our own spin gun for testing. We expect to have the manufacturing of the spin gun completed in a few days, then will have to make "dry runs" in order to check it's operation and "fine tune" our test procedures before final submission of CDRL.

Axion expects to resubmit the CDRL in apx 30 days. The Government has 30 days to approve of reject the CDRL, but on the other submission took apx 4 1/2 months. This is the reason we cannot give a definite date due to we have no way of knowing how long it may take for approval.

Levi Weir

Levi Weir, QA Manager

Δ π EXHIBIT 20
Deponent________
Date______ Rptr.______

NAVY01806



MAY.30.1997 9:01AM AXION CORP. (205) 851-9771 No.0712 P. 2/2

Copy

AXION CORPORATION

TELEPHONE: (256) 851-9770
FAX: (256) 851-9771

April 12, 1999

Naval Inventory Control Point
P.O. Box 2020
Mechanicsburg, PA 17055-0788

Attn: Mr. John Korab

RE: N00104-96-C-KA09

Dear Mr. Korab:

Axion Corporation hereby submits valid collected data of First Article testing required on Contract N00104-96-C-KA09; per conversations with Mr. Jerry Hahin of Crane Naval Warfare Center, a reduction from 360 to 240 First Article Data is requested.

1) A brief synopsis of pertinent development is provided below.

2) Quantity manufactured for first article: 609 each.

3) All 609 units were subjected to the environmental requirement of the Technical Data Package.

4) A table of 581 Units were destructively tested.
   a. 360 Units were consumed to:
      1. Develop the Spin Vacuum Gun.
      2. Establish the Acceleration Criteria.
      3. Verify the Inboard Computer.
      4. Verify data collection.
      5. Final verification of the Gun and System accuracy.

5) Enclosed are computer floppy disks, which contain valid verified successful data for (221) units. Hard copy printouts of additional (22) Units are in the possession of Crane NWP Engineer, Mr. Jerry Hahin. None of the (22) is duplicated on these disks.



317 Nick Fitcheard Road ▪ Huntsville, Alabama 35806

Page 2

6) Mr. Jerry Hahin, Naval Warfare Center, Crane, Indiana, has made four trips to Axion facility: May 1989, August 1989, September 1989, and March 1999, to observe, witness and verify the unique Spin Vacuum Gun System, processes and procedures that we have developed to meet the requirements of the contract. On his last visit March 2,3,4, 1999, he witnessed the Final First Article Testing and Data Collection. Mr. Henry Stickrod, our DCMC representative has been witnessing the operation and collection of test data for the past four months. Mr. Stickrod and Mr. Hahin were satisfied with the results of the test data.

We hereby request the First Article be approved, so Axion can proceed to produce the contract quantity of 53,000 production units.

Sincerely,

Alex Latifi
President
Axion Corporation

INFORMATION AND/OR ACTION
(REV 1/84) (LOCAL)

CODE 0242.6

DATE 17 MAY 99

FROM: Commanding Officer, Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike, PO Box 2020, Mechanicsburg, PA 17055-0788

TO: AXION CORP
P O BOX 5366
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

CONTRACT/ORDER NO.
N00104-96-C-KA09

SUBJECT
FIRST ARTICLE APPROVAL

Ref: (a)
(b)

Encl: (1)
(2)

First Article submitted under the subject order is approved and production authorized.

A revised delivery schedule of is acceptable. NAVICP-M records have been updated. Modification will will not be issued by PCO/ACO.

The waiver/deviation/substitution requested by Ref is denied. (See below)

Deletion of cannot be granted.

Drawings (Preliminary/Final), Manuals (Preliminary/Final), Provisioning Documentation submitted under subject document

Advise if subject order can be cancelled without cost or liability to either party. If not, advise cost to cancel.

Funds in the amount of $ are authorized for finalization of modification.

Use ACRN:

Reference was answered by enclosure

The drawings listed below are attached.

Material has been / will be shipped on

The proposed / negotiated delivery schedule is acceptable. Issue modification.

Verification of the price increase requested in Ref is necessary prior to acceptance.

NAVICP-M records indicate material was previously supplied as follows:

| Contract / Order | Date | Quantity | Unit Price |
|---|---|---|---|

Ref is under review and reply is expected on or about

OTHER:

FIRST ARTICLE IS APPROVED. AS STATED IN SECTION F-DELIVERIES, THE FIRST LOT DELIVERY OF PRODUCTION UNITS IS DUE 90 DAYS FROM THIS DATE WITH SUBSEQUENT LOTS DUE IN 30 DAY INCREMENTS.

COPY TO:
32J

John Korab
JOHN KORAB
CONTRACTING OFFICER

AXION CORPORATION

TELEPHONE: (256) 851-9770
FAX: (256) 851-9771

November 13, 2000

Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike
Mechanicsburg, PA 17055-0788
Attn: John Korab

**RE: N00104-96-C-KA09**

Dear Mr. Korab

In reference to the above contract, please be advised that we have produced approximately 6800 ampule assemblies. And we have over 10,000 bromide cans assembled and other sub-assemblies complete for over 50,00 units. Per our contract we have received OD1832 plating guideline. The scope of this guideline is to provide preparation, manufacturing and quality control of preserved energizer lead dioxide electrode stock in a continuous strip and batch stock plating operation. The guideline is providing Axion with current density, plating time, solution mix and flow rate and temperature. We have spent 1 week on lead plating solution and one 1 week on lead dioxide plating solution and 1 week on acetate lead dioxide plating trying to make a solution to Government specifications and be able to pass the required sell test. We were unable to do so. Our chemist and a factory chemical representative came to the conclusion that the amount per ounce or gram given by the Government document for each element solution was not correct and completely off. Therefore we have spent the past 2 weeks and have mixed the 3 solutions with help from the chemical representative and our chemist to find the correct amount of mixture for each solution. We have plated and ran sample sell test, 5 sets of tests were preformed for verification and clearly show that we exceed the sell test requirement and matched sell sample test that we had in stock.

The documents provide us current density and plating time, based on 4 foot per minute travel time and 109 ASF for lead plating and 69 ASF for lead dioxide plating and 13.2 ASF for lead acetate plating. Our plating line has been designed base on above current density and was designed to run 4 foot per minute and we have purchased rectifiers to provide the required ASF for each solution. This past Thursday and Friday that we ran the machine we find out the ASF called out by the Government was not adequate. Therefore we have no choice but to purchase a larger rectifier. We intend to move down our rectifiers by using 109 ASF on 69 ASF call out and 69 ASF call out in place of 13.2 ASF call out and purchase 1 larger rectifier for the lead plate