# Plaintiff's Supplemental Appendix 1

CLASSIFICATION

| PRODUCTION PROGRESS REPORT (CONTINUATION) | REPORT PERIOD 97 April 05/97 May5 | NOTE: If final report, so indicate by placing "F" after Report No. → | REPORT NUMBER KA09-014 | Form Approved Budget Bureau No. 22-R011 |
|---|---|---|---|---|
| CONTRACT ADMINISTRATION OFFICE AND ADDRESS<br>DCMC Birmingham-Burger Phillips Center<br>1910 Third Ave. North, Suite 201 Birmingham,AL 35203 | | PURCHASING OFFICE AND ADDRESS<br>Naval Inventory Control Point Mechanicsburg<br>PO BOX 2020 Mechanicsburg, PA 17055 | | |
| NAME AND ADDRESS OF CONTRACTOR (City, State, ZIP Code)<br>Axion Corporation<br>317 Nick Fitcheard Road Huntsville, Al 35806 | PII (Contract) NUMBER<br>N00104-96-C-KA09 | NAME AND ADDRESS OF PLANT (City, State, ZIP Code)<br>Axion Corporation<br>317 Nick Fitcheard RoadHuntsville,AL 3580[illegible] | | |

REMARKS

Explanation of DD375, Report # KA09-014, Section II, Delay factors:

Block 10
Axion's vendor who was approved in our Inspection/Text CDRL A003, will no longer perform the required Spin Testing in a reasonable time frame. They now say they can only test 4 or 5 units a day. There are 360 units to be Tested (destructive) which would require several months for them to perform the required Spin Testing. This vendor is Harry Diamond Labs, which is a Government Laboratory, who has performed Spin Testing on this part in the past. (The Government engineering support group is aware of this problem.) Axion has now designing and is building a Spin Gun in order for Axion to perform the Spin Testing at our facility.

Block 11
Axion is waiting on answers to submitted letters and RFW'S on this Contract that were submitted March 03, 25 and April 03, 05, 1997. Axion cannot proceed with production of First Articles until we receive answers to our requests. Included in the letters is a request for a Contract extension, after all submitted requests are answered. As of todays date, no answers.

| TYPED NAME AND TITLE OF CONTRACTOR'S REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| LEVI WEIR, QA Manager | Levi Weir | 97 May 07 |
| TYPED NAME OF GOVERNMENT REPRESENTATIVE | SIGNATURE | DATE |
| James C. Anderson, Industrial Specialist | | |

DD FORM 1 AUG 68 375C

# Plaintiff's Supplemental Appendix 2

| INFORMATION AND/OR ACTION (REV 1/84) (LOCAL) | CODE 0242.6/JK | DATE apr 02,1998 |
|---|---|---|

FROM: Commanding Officer, Naval Inventory Control Point
5450 Carlisle Pike, PO Box 2020, Mechanicsburg, PA 17055-07

| TO: AXION CORPORATION<br>P.O.BOX 5366<br>317 FITCHEARD RD<br>HUNTSVILLE AL 35806 | CONTRACT/ORDER NO.<br>N00104-96-C-KA09<br>SUBJECT |
|---|---|

Ref: (a) _____
(b) _____

Encl: (1) QUESTIONS RE: FIRST ARTICLE INSPECTION PROCEDURES
(2) _____

[] First Article submitted under the subject order is approved and production authorized.
[] A revised delivery schedule of is acceptable. SPCC records have been updated. Modification will/will not be issued by PCO/ACO.
[] The waiver/deviation/substitution requested by Ref () is denied. (See below)
[] Deletion of cannot be granted.
[] Drawings (Preliminary/Final), Manuals (Preliminary/Final), Provisioning Documentation submitted under subject document is/are approved.
[X] Advise if subject order can be cancelled without cost or liability to either party. If not, advise cost to cancel.
[] Funds in the amount of $ are authorized for finalization of modification. Use ACRN:
[] Reference () was answered by enclosure ().
[] The drawings listed below are attached.
[] Material has been/will be shipped on.
[] The proposed/negotiated delivery schedule is acceptable. Issue modification.
[] Verification of the price increase requested in Ref () is necessary prior to acceptance.
SPCC records indicate material was previously supplied as follows:

| Contract/Order | Date | Quantity | Unit Price |
|---|---|---|---|

OTHER: AXION SHALL ANSWER THE QUESTIONS LISTED ON ENCLOSURE (1). MARK THE RESPONSE "PROPRIETARY".

RECEIVED
APR 0 2 1998

| COPY TO:<br>W.RICE/32J | John Korab<br>JOHN KORAB<br>CONTRACTING OFFICER |
|---|---|

Questions on First Article Inspection Procedures
for Power Supply, PS115 Submitted by Axion Corporation

1. What type of motor is being utilized in the spin test (i.e. - make and model)?

2. What is the vacuum punch and motor control unit?

3. How is the motor spinning the UUT (the drawing is not clear on the linkage between the motor and the spin chamber)?

4. A sketch of the Data Collection Inboard Computer and the UUT is shown in section N-6 of drawing AXION 0001-36, is this "the bird"?

5. Request that more detail be provided on the Data Collection Inboard Computer and UUT housing ("the bird") and the interface connection between the Data Collection Computer and the UUT (i.e. - housing dimensions, materials and assembly of the unit).

6. Request that more detail be provided on the Data Collection Inboard Computer (i.e. - parts list and drawing of assembled unit).

7. Request that the Spin Holding Plate be identified on drawing AXION 0001-36 and an additional drawing be provided identifying material and dimensions of the Spin Holding Plate.

8. Identify Projectile Body Offset fixtures referenced in Step 001 of Spin Test Procedure TP-S-11744726 - are these the Projectile Nose Cones depicted on drawings AXION 0001-09 and AXION 0001-37?

Enclosure (1)

# Plaintiff's Supplemental Appendix 3

 #903

Exhibit A

| .ORMATION AND/OR ACTION (REV 1/84) (LOCAL) | CODE 0242.6/JK | DATE MAY 11,1998 |
|---|---|---|

FROM: Commanding Officer, Naval Inventory Control Point
5450 Carlisle Pike, PO Box 2020, Mechanicsburg, PA 17055-07

| TO: AXION CORP P O BOX 5366 317 NICK FITCHEARD ROAD HUNTSVILLE AL 35806 | CONTRACT/ORDER NO. N00104-96-C-KA09 |
|---|---|
| | SUBJECT |

Ref: (a)
(b)

Encl: (1)
(2)

[] First Article submitted under the subject order is approved and production authorized.
[] A revised delivery schedule of is acceptable. SPCC records have been updated. Modification will/will not be issued by PCO/ACO.
[] The waiver/deviation/substitution requested by Ref () is denied. (See below)
Deletion of cannot be granted.
Drawings (Preliminary/Final), Manuals (Preliminary/Final), Provisioning Documentation submitted under subject document is/are approved.
[] Advise if subject order can be cancelled without cost or liability to either party. If not, advise cost to cancel.
[] Funds in the amount of $ are authorized for finalization of modification. Use ACRN:
[] Reference () was answered by enclosure ().
[] The drawings listed below are attached.
[] Material has been/will be shipped on.
[] The proposed/negotiated delivery schedule is acceptable. Issue modification.
[] Verification of the price increase requested in Ref () is necessary prior to acceptance.
SPCC records indicate material was previously supplied as follows:

| Contract/Order | Date | Quantity | Unit Price |
|---|---|---|---|

AXION'S FIRST ARTICLE INSPECTION PROCEDURE IS APPROVED, AND AXION IS AUTHORIZED TO PROCEED WITH FIRST ARTICLE PRODUCTION. ALL MINOR MODIFICATIONS PROPOSED FOR THE TEST FIXTURE MUST BE DOCUMENTED, AND AXION SHALL NOTIFY THE NAVY PRIOR TO FIRST ARTICLE TESTING.

RECEIVED MAY 14 1998

COPY TO:
J.ELLIS 32J
DCMC BIRMINGHAM

John Korab
JOHN KORAB
CONTRACTING OFFICER

# Plaintiff's Supplemental Appendix 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
NO. 03-2644C

AXION CORPORATION PLAINTIFF

VS.

ORIGINAL

THE UNITED STATES DEFENDANT

**********

DEPOSITION OF JERRY HAHIN

FEBRUARY 10, 2005

**********

TAKEN BY PLAINTIFF

AT

510 WEST BROADWAY

LOUISVILLE, KENTUCKY

**********

ORIGINAL

KATHY NOLD
ACCURATE COURT REPORTING, LLC
SUITE 419
730 WEST MAIN STREET
LOUISVILLE, KENTUCKY 40202
(502) 589-1413 - FAX: (502) 568-3788

Q. Is there any connection whatsoever, cause and effect, from the leaking of those -- of the acid that was reported to you by Axion in the decision to hold a second FAT?

A. Yes, that played in my decision to require another second First Article.

Q. And how did it play into your decision?

A. Again, the First Article is required to verify their production process. And so since they were having this manufacturing problem, it was another method to verify that that process was indeed working okay.

Q. Okay. Let's go back to the slides again. Do you have the copy there? What exhibit number is that?

A. Seventeen.

Q. Okay. Let's spend a little time with this. You said you had a discussion with Mister Swank on this, and this briefing was about 1990, is that correct?

A. No, the briefing that I saw was done in 2000.

Q. 2000, okay. Let's just walk our way through this. Could you turn to the first page where it says "At issue". The first fold in