# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: October 11, 2005)**

* * * * * * * * * * * * * * * * *

**AXION CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on the parties' cross motions for summary judgment shall be heard on **Tuesday, October 25, 2005 at 2:00 p.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the proceeding.

At argument, the parties shall be prepared to address the issues of "consideration" and "unilateral mistake," and in particular, whether there are material issues of fact in dispute which would preclude summary judgment for either party.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges