# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: December 6, 2005)**

*** * * * * * * * * * * * * * * * ***
**AXION CORPORATION,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
*** * * * * * * * * * * * * * * * ***

## ORDER

The court hereby **SCHEDULES** a status conference for **Tuesday, January 10, 2006 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless other wise notified will be reached at the following numbers: counsel for plaintiff at (256) 533-0202; counsel for defendant at (202) 307-0383. In addition, counsel for defendant shall inform the court whether agency counsel will participate and, if so, with a telephone where he/she can be reached.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges