# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: January 11, 2006)**

*** * * * * * * * * * * * * * * * ***
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*** * * * * * * * * * * * * * * * ***

## ORDER

Following the status conference held on January 10, 2006, the court **ORDERS** the following:

(1) The parties shall have until **Monday, April 10, 2006** to complete discovery, both factual and expert. Thereafter, the parties are free to file appropriate dispositive motions.

(2) A status conference is scheduled for **Friday, April 7, 2006**, at **11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless other wise notified will be reached at the following numbers: counsel for plaintiff at (256) 533-0202; counsel for defendant at (202) 307-0383; agency counsel at (717) 605-4123.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges