**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2644C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY, POSTPONE STATUS CONFERENCE, AND APPROVE PROTECTIVE ORDER**

On January 11, 2006, at the conclusion of a joint status conference, the Court issued an Order that extended the discovery period in this matter until April 10, 2006, and scheduled a status conference for April 7, 2006. Since that order was issued, the parties have conducted additional discovery to include: (1) deposing two Army Research Laboratory employees Mr. Alan Goldberg and Mr. Jeffery Swenk; (2) producing an Expert Report by Axion Corporation's expert, Dr. Allan Baird; (3) producing documents for inspection and copying from the Army's Rock Island Illinois Depot; (4) producing documents for inspection and copying from the Army's Research Laboratory; and, (5) identifying excess PS-115 batteries that will undergo destructive testing. As a result of information obtained during the discovery identified above, the parties believe that more time is needed for additional discovery. Specifically, the parties need time to review the additional documents that have been produced, conduct destructive testing of the excess PS-115 batteries, and to depose Dr. Baird. Accordingly, the parties respectfully request an enlargement of time of 60 days, to and including Friday, June 9, 2006, to complete discovery. This is the parties first request for an enlargement of time for this purpose.

Additionally, to expedite the release of responsive documents that were recently identified by the parties, and thus facilitate the completion of discovery, the parties have also

agreed to enter into a joint protective order. The agreed upon protective order accompanies this motion as an appendix. The parties respectfully request the Court approve this joint protective order.

Finally, pursuant to the Court's January 11, 2006 Order, the Court scheduled a joint status conference for Friday, April 7, 2006 at 11:00 a.m. eastern time. If the Court approves the parties request to extend the time to complete factual and expert discovery until June 9, 2006, the parties also respectfully request that the joint status conference set for April 7, 2006 be rescheduled for some time in June 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Richard J.R. Raleigh, Jr.
RICHARD J.R. RALEIGH, JR.
Wilmer & Lee, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama 35801
Tele: (256) 533-0202

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383

JEROME S. GABIG
4811 Cove Creek Drive
Brownsboro, Alabama 35741
Tele: (256) 512-0020

Attorneys for the Plaintiff

DATED: April 5, 2006

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788
Tele: (717) 605-4123

Attorneys for the Defendant

DATED: April 5, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 5, 2006, a copy of the foregoing **"Joint Motion For Enlargement Of Time To Conduct Discovery, Postpone Status Conference, And Approve Protective Order"** with its appendix was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle