# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: April 6, 2006)**

* * * * * * * * * * * * * * * * *
*
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

The parties' joint motion, filed April 5, 2006, for an enlargement of time to conduct discovery and to postpone status conference is **GRANTED**. Accordingly, the new deadlines are as follows:

**June 9, 2006** Close of Discovery

**June 16, 2006** Joint status report indicating the next steps in the litigation.

In addition, the status conference call currently scheduled for Friday, April 7, 2006 is **CANCELLED**. The court will contact the parties to schedule a status conference via telephone once it has reviewed the parties' joint status report. The court has approved and signed the parties protective order in a separate entry.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges