**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2644C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

On April 6, 2006, the Court issued an order extending the discovery period in this matter until June 9, 2006, and ordering the parties to submit a status report on June 16, 2006. Pursuant to that order, the parties respectfully submit this joint status report.

On Friday, June 9, 2006, discovery in this case closed.

The Court's April 6, 2006 Order provided that the parties were permitted to file potentially dispositive motions after the close of discovery. Both Axion and the Government plan on filing motions for summary judgment. The parties have discussed a briefing schedule for these motions and have agreed upon a proposed schedule. Accordingly, the parties respectfully request that the Court enter an order adopting the following proposed briefing schedule:

September 1, 2006 – Plaintiff files a motion for summary judgment with supporting brief.

October 2, 2006 – Defendant files its cross-motion for summary judgment and response in opposition to the plaintiff’s motion for summary judgement.

November 1, 2006 – Plaintiff files its response in opposition to defendant’s cross-motion for summary judgment and reply in support of plaintiff’s motion for summary judgement.

November 20, 2006 – Defendant files its reply to plaintiff's response.

Finally, the parties also respectfully request that if argument is deemed necessary by the Court upon these dispositive motions, that the Court schedules argument for a date after December 1, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Richard J.R. Raleigh, Jr.
RICHARD J.R. RALEIGH, JR.
Wilmer & Lee, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama 35801
Tele: (256) 533-0202

JEROME S. GABIG
4811 Cove Creek Drive
Brownsboro, Alabama 35741
Tele: (256) 512-0020

Attorneys for the Plaintiff

DATED: June 16, 2006

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788
Tele: (717) 605-4123

Attorneys for the Defendant

DATED: June 16, 2006

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 16, 2006, a copy of the foregoing **"Joint Status Report"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle