# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: June 20, 2006)**

| | |
|---|---|
| **AXION CORPORATION,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## ORDER

The court is in receipt of the parties' joint status report, filed June 16, 2006, informing the court that discovery has been completed and that each party intends to file motions for summary judgment. The court adopts the parties' proposed agreed upon briefing schedule. Accordingly, the schedule is as follows:

| | |
|---|---|
| **September 1, 2006** | Plaintiff's motion for summary judgment; |
| **October 2, 2006** | Defendant's cross-motion for summary judgment and response to plaintiff's motion for summary judgment; |
| **November 1, 2006** | Plaintiff's response to defendant's cross-motion; |
| **November 20, 2006** | Defendant's reply in support of its cross-motion. |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges