# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: August 4, 2006)**

* * * * * * * * * * * * * * * * *
*
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the plaintiff's unopposed motion, filed on August 1, 2006, for leave to exceed the page limitation for plaintiff's motion for summary judgment. Plaintiff seeks court approval to extend the forty pages in RCFC 5.2(b)(1) to not to exceed eighty pages. The plaintiff's motion is **GRANTED.** Accordingly, plaintiff's brief in support of its motion for summary judgment shall not exceed eighty (80) pages.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge