# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AXION CORPORATION,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **No. 03-2644C & 04-297C**<br>**Consolidated**<br>**(Judge Firestone)** |

## PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF

Plaintiff respectfully requests permission from the Court to file Plaintiff's Appendix to the Brief for Plaintiff's Motion For Summary Judgment by sending a CD-ROM with the Appendix in .PDF (Adobe Acrobat) format. Plaintiff's deadline for filing its Motion for Summary Judgment and accompanying papers is Friday, September 1, 2006. Plaintiff seeks the Court's approval to send the CD-ROM copy to the Court today (Thursday, August 31, 2006), via overnight delivery to the Clerk of Court, with an identical copy of the CD-ROM to the Court's Chamber and to opposing counsel. Plaintiff would then file the balance of its Motion for Summary Judgment documents, including its Motion for Summary Judgment brief and its Proposed Finding of Uncontroverted Facts, via electronic filing, tomorrow, Friday, September 1, 2006.

Plaintiff's counsel has conferred with Defendant's counsel, who indicated that the Defendant does not oppose this motion. Further, Plaintiff proposes to send, by next business day delivery, on Friday, September 1, 2006, a paper copy of Plaintiff's brief, Proposed Findings of Uncontroverted Facts, and Appendix, bound on the left side as required, to the Court's chambers and to opposing counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for relief, and permit it to send a CD-ROM containing the Appendix to the Clerk of Court for electronic filing by the Clerk.

Submitted this the 31st day of August, 2006.

**ATTORNEY OF RECORD:**

/s/ Richard J.R. Raleigh, Jr.
**RICHARD J.R. RALEIGH JR.**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
E-mail: rraleigh@wilmerlee.com

**OF COUNSEL:**

**JEROME S. GABIG, JR.**
4811 Cove Creek Drive
Brownsboro, AL 35741
(256) 509-0279 Telephone
(256) 512-0020 Facsimile
E-mail: gabig3@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 31, 2006, a copy of the foregoing Plaintiff's Unopposed Motion for Relief was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard J.R. Raleigh, Jr.
**Counsel For Plaintiff**