**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-2644C & 04-297C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ON CD**

Defendant, the United States, respectfully requests leave to file the appendix to its motion for summary judgment and opposition to plaintiff's, Axion Corporation, motion for summary judgement utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our appendix in this case will exceed the 2MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Plaintiffs' counsel has stated that he does not object to this motion.

The appendix consists of a voluminous set of documents. This voluminous set of documents can most efficiently be delivered to the Court and to plaintiff on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. Pursuant to paragraph 5 of General Order 42A, an additional paper copy will supplied to the Court and we will also provide a paper copy to counsel for Axion.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-Rom be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

October 2, 2006

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 2, 2006, a copy of the foregoing "**DEFENDANT'S MOTION FOR LEAVE TO FILE ON CD**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle