**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AXION CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-2644C** |
| **THE UNITED STATES,** | (Judge Firestone) |
| **Defendant.** | |

**<u>Motion of Plaintiff's Co-Counsel To Withdraw</u>**

I respectfully request leave of the Court to withdraw as co-counsel. Pursuant to Rule 83.1(c)(6), I have served notice on the client, the Axion Corporation. Mr. Raleigh is prepared to continue without my assistance.

/s/ Jerome S. Gabig, Jr.
by /s/ Richard J.R. Raleigh, Jr.
Jerome S. Gabig, Jr.
Co-Counsel for Plaintiff
515 Sparkman Avenue
Huntsville, Alabama 35816
(256) 509-0279

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

/s/ Jerome S. Gabig, Jr.
by /s/ Richard J.R. Raleigh, Jr.
**Counsel For Plaintiff**