# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: October 20, 2006)**

* * * * * * * * * * * * * * * * *
*
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion, filed October 19, 2006, for leave of plaintiff's co-counsel, Mr. Gabig, to withdraw is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge