Nos. 03-2644C & 04-297C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

AXION CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S SUPPLEMENTAL APPENDIX
SUBMITTED WITH DEFENDANT'S REPLY BRIEF
PAGES 788-802

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988
Attorneys For Defendant

OF COUNSEL:

RICHARD MARTINELLI
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

November 20, 2006

# INDEX TO APPENDIX

**Document** **Page**

Contract Number N00104-96-C-KA091 . . . . . . . 1

Contract Modifications P00001-P00021 . . . . . . . 143

Letter from Axion to Department of Navy: Regarding ECP on Axion Contract (Dated January 17, 1996) . . . . . . . 178

Letter from Department of Navy to Alex Latifi, President of Axion: (Dated January 26, 1996) . . . . . . . 179

Letter from Axion Mr. Weir to Mr. Alen Artz (Weir Memo) (Dated May 30, 1997) . . . . . . . 186

Letter from Commanding Officer, Naval Inventory Control Point to Axion: Regarding First Article Approval for Contract (Dated May 17, 1999) . . . . . . . 189

Letter from Axion to Naval Inventory Control Point: Regarding Plating Guidelines (Dated November 13, 2000) . . . . . . . 190

Letter from Department of the Navy to Axion (Dated November 22, 2000) . . . . . . . 192

Letter from Axion to Naval Inventory Control Point (Dated August 27, 2001) . . . . . . . 194

Transmittal Letter from Department of the Navy to Axion (Dated September 18, 2001) Transmitting September 6, 2001 Letter . . . . . . . 196

Letter from Axion to Mr. John Korab, Naval Inventory Control Point (Dated September 9, 2002) . . . . . . . 202

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . 203

Letter from Department of the Navy to Axion (Dated October 1, 2002) . . . . . . . 204

Letter from Axion to Mr. Korab (Dated October 11, 2002) . . . . . . . 205

Deposition of Mr. Jerry Hahin . . . . . . . 224

Deposition of Mr. John Korab . . . . . . . 229

Deposition of Mr. Alex Latifi . . . 255

Declaration of Mr. Jerry Hahin . . . 348

Declaration of Mr. John J. Korab . . . 354

Declaration of Mr. Henry Stickrod . . . 359

Deposition of Mr. Alex Latifi . . . 366

Deposition of Mr. Henry Stickrod . . . 378

Deposition of Mr. Alex Latifi . . . 400

Specification Control Drawing 19202-11744726, Power Supply . . . 405

Latifi July 8, 2002 Email to Navy . . . 424

Axion September 9, 2002 letter to Navy . . . 425

Print-out of Axion's September 9, 2002 floppy disc FAT submission . . . 426

Navy's October 1, 2002 letter informing Axion of FAT disapproval . . . 710

Navy's October 1, 2002 show cause notice to Axion . . . 711

Axion's October 11, 2002 letter . . . 712

Axion's Response to United States' Interrogatories . . . 715

Declaration of Mr. Allan Goldberg . . . 722

Declaration of Mr. Jeffry Swank . . . 727

Declaration of Mr. David Pierson . . . 730

Supplemental Declaration of Mr. John Korab with attachments . . . 732

Documentation concerning Axion's Pre-award Survey . . . 741

Navy's October 3, 1995 letter to Small Business Administration . . . 748

Small Business Administration's November 9, 1995 letter to Navy . . . 754

Axion's August 22, 2001 letter to Navy . . . . . 756

Axion's June 13, 2000 letter to Navy . . . . . 759

Navy's June 14, 2000 correspondence to Axion . . . . . 760

Axion's August 22, 2001 letter to Navy . . . . . 761

Hahin email to Axion of December 19, 2001 . . . . . 764

Axion email to Navy of December 18, 2001 . . . . . 764

Hahin email to Axion of December 17, 2001 . . . . . 765

Axion's May 22, 1996 letter to Navy . . . . . 766

Navy's June 5, 1996 correspondence to Axion . . . . . 767

John Venskus Memo . . . . . 768

Naval Surface Warfare Center, Crane letter of June 3, 1996 . . . . . 769

Signature Page to NAVORD OD 18332 of February 13, 1967 . . . . . 770

Cover Page to NAVORD OD 18332 of February 13, 1967 . . . . . 771

Unsigned internal Army document of 1973 associated with NAVORD OD 18332 . . . . . 772

Unsigned internal Army document of 1980 associated with NAVORD OD 18332 . . . . . 773

Distribution list for unsigned internal Army document of 1980 associated with NAVORD OD 18332 . . . . . 774

Supplemental Declaration of Mr. Hahin with attachment . . . . . 775

Specification Control Drawing 19202-10974349, Plating . . . . . 778

Depostion of Mr. Jeffrey A. Swank . . . . . 781

Deposition of Mr. Henry Stickrod . . . . . 788

Deposition of Mr. John Korab .......... 797

Deposition of Mr. Alex Latifi .......... 800

| AWARD/CONTRACT (10/95) J | 1 CONTRACT IS A RATED ORDER DPAS (15 CFR 700) | RATING .6 | PAGE OF 1 | PAGE 6 |
|---|---|---|---|---|

| 2. CONTRACT (Procurement No.) | 3. EFFECTIVE DATE | 4. REQ/PURCHASE NO. |
|---|---|---|
| N00104-96-C-KA09 | 95 DEC 07 | N49935-95-N-A004 |

5. ISSUED BY: CODE N00104
NAVAL INVENTORY CONTROL POINT-
MECHANICSBURG
P O BOX 2020
MECHANICSBURG, PA 17055-0788
BUYER:

6. ADMINISTRED BY: SCD: C CODE: S0101A
(If other than Item 5)
DCMAO BIRMINGHAM
2121 8TH AVE., N. ROOM 104
BIRMINGHAM, AL 35203-2376
PAS: S0101AS805APN

7. NAME AND ADDRESS OF CONTRACTOR (No, street, county, State and Zip code)
AXION CORP.
317 NICK FITCHEARD RD.
HUNTSVILLE, AL 35806

J 7KC GIR

CODE: 9X850 FACILITY CODE:

8. DELIVERY
X FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30 DAYS

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR: CODE:
SEE SCHEDULE

12. PAYMENT WILL BE MADE BY: CODE: SC1020
DFAS-COLUMBUS CENTER
DFAS-CO/JSA/SOUTHEAST
P.O. BOX 182225
COLUMBUS, OH 43218-2225

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
10 USC2304(c) [ ] 41 USC 253(c) [ ]

14. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

CONFIRMING PRELIMINARY NOTICE OF AWARD DATED 95 DEC 07

| | | | |
|---|---|---|---|
| (4) Purchase Folder | ( ) NAVICP-M 0241.17 | NAVICP-M 05021 | NAVICP-M 02521 (BR) |
| (1) NAVICP-M 02522 | (1) NAVICP-M 0252 | (1) DFAS (Blk 12) | NAVICP-M 006 |
| NAVICP-M 0541 | (1) NAVICP-M 0143 | NAVICP-M 8454 | (1) NAVICP-M 0242.6 |
| NAVICP-M 0142 | (1) Contractor | (5) CAO (Blk 6) | |

(1) OFFICER IN CHARGE, ATTN: CODE 61JV, NAVAL ORDNANCE CENTER (IMSD), P.O. BOX 2011, MECHANICSBURG, PA 17055-0735
(1) COMMANDING OFFICER, ATTN: CODE 4025, NAVAL SURFACE WARFARE CENTER, CRANE DIVISION, CRANE, IN 47522-5000

MASTER COPY
DEC 2 0 1995 jk
DO NOT REMOVE THIS COPY

DUPLICATE ORIGINAL

15G. TOTAL AMOUNT OF CONTRACT $ 1,313,974.20

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17 CONTRACT'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office). Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herin. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract (b) the solicitation, if any and (c) such provisions representations certifications and specifications, as are attached or icorporated by reference herein. (Attachments are listed herein)

18. AWARD (Contractor is not required to sign this document). Your offer on Solicitation No. N00104-95-R-K042 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
J. SINCAVAGE

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY (Signature of person authorized to sign) | | BY [signature] (Signature of Contracting Officer) | 12-14-95 |

NSN 7540-01-152-8069
Previous Edition unusable
FAR (48CFR) 53.214(A)
Standard Form 26 (REV 4-85)
Prescribed by GSA

6 [signature] 12-?-95 (19)

CONTINUATION SHEET (OPTIONAL FORM 336) N00104-96-C-KA09 2 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | AMENDMENT NO.(S) 0001 IS MADE A PART OF THIS AWARD. | | | | |
| 0001 | NSN 2T 1390-01-200-8338<br>POWER SUPPLY, PS-115<br>IAW ADL 53711-5355797 AND ALL ASSOCIATED DRAWINGS SPECIFICATIONS | | | | |
| 0001AA | SAME AS ITEM 0001<br>ACRN: AA | 55,209 | EA | 23.80 | 1,313,974.20 |
| 0001AB | SAME AS ITEM 0001<br>FIRST ARTICLE (PREPRODUCTION) SAMPLES. (SEE FAR CLAUSE 52.209-3) | A/R | EA | NSP | XXX |
| 0001AC | SAME AS ITEM 0001<br>PRODUCTION LOT (PERIODIC) SAMPLES CONTRACTOR DESTRUCTIVE TESTING | A/R | EA | NSP | XXX |
| 0001AD | TECHNICAL DATA<br>(SEE DD 1423) | A/R | -- | NSP | XXX |
| 0002 | SAME AS ITEM 0001<br>(PROSPECTIVE OPTION QUANTITY UP TO 100%)<br><br>1. THE OPTION VALIDITY PERIOD IS _210_ DAYS AFTER DATE OF GOVERNMENT NOTIFICATION OF FIRST ARTICLE TEST APPROVAL.<br><br>2. PROGRESS PAYMENTS SHALL NOT EXCEED (10) PERCENT OF THE TOTAL CONTRACT PRICE PRIOR TO APPROVAL OF THE FIRST ARTICLE TEST, PROVIDING FIRST ARTICLE TESTING IS REQUIRED. | 55,209 | EA | 23.80 | |

36-108 (REV 12-67)

INSPECTION AND ACCEPTANCE

Production Quality Assurance of all items to be furnished hereunder shall be made by the cognizant Government Inspector at the contractor's or sub-contractor's plant

NOTE:

Acceptance or rejection shall be accomplished by the cognizant GQAR based upon his own inspection(s) and the results of the First Articles or Periodic Production and/or Acceptance Samples from the testing activity to the GQAR via Procurement Contracting Officer (PCO).

QUALITY ASSURANCE REQUIREMENTS

An inspection lot shall consist of items manufactured under essentially the same conditions and at essentially the same time. Prior to submittal of each inspection lot to the Government Representative, the contractor shall provide inspection/or test records that assure the units presented have passed all inspections and tests required by the applicable drawings, specifications and quality assurance documentation. Unless specified otherwise, as a minimum this inspection and testing shall be in accordance with MIL-STD-105, latest revision at issue date of solicitation, inspection Level II, with 100% inspection for critical characteristics, 1.0 AQL (Acceptance Quality Level), for major characteristics and 2.5 AQL for all other characteristics. All defects of the same class will be considered collectively when determined compliance with applicable AQL.

SEC I

N00164-95-R-K042 PAGE 32

PRODUCTION LOT TEST SAMPLES (CONTRACTOR TESTING)

1. Test samples are required from each production lot and are to be submitted as follows:

a. A production lot shall consist of 10,000 units plus 80 additional units for sampling purposes.

(1) (X) Test samples are destructive and cannot be delivered as part of the contract quantity.

(2) () Test samples are not destructive units which satisfy test and contract requirements may be delivered as part of the contract quantity.

b. Delivery. The production lots must be manufactured and samples must be selected for testing by the scheduled delivery date for production units specified elsewhere in the contract. Such manufacture and presentation of a proper number of production lot(s) to meet the scheduled delivery quantity will be considered as meeting the delivery schedule. all other contractual requirements, such as acceptance, shipment, and payment will not be accomplished until the production lot test samples have been tested and approved and contractor so notified per paragraph (d) below. Upon receipt of written or verbal notice accepting a production lot, Shipment shall be made as soon as possible and no later than five days after receipt of such notice.

c. Testing to be performed by the contractor and witnessed by the Government Quality Assurance Representative (GQAR).

______(1) Production lot test report is not required.

______(2) Production lot test report is required. Approval will be made by GQAR. Copy to be forwarded to SPCC code ______.

__X__(3) Production lot test report is required. Report to be forwarded to NSWC,CRANE,IN.CODE 4025 for approval.

d. The Contracting Officer shall, by written or verbal notice to the contractor within 30 calendar days after receipt of the production lot test reports by the Commanding Officer approve or disapprove the production lot test report. The notice of approval or conditional approval shall not relieve the contractor from complying with all requirements of the specification and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the contractor. A notice of disapproval shall cite reasons therefor. Contractor shall not make any shipment of the production lot until receipt of notification of approval from the cognizant Government authority.

2. If the production lot test report(s) is disapproved by the Government (paragraph c (2)/(3) above), the Contractor may be required, at the option of the government, to select an additional production lot test sample(s) for testing. Such additional test sample shall be furnished under the terms and conditions within the time limit specified in 1.b above. The costs of additional test sample approval, and all cost related to such tests shall be borne be the contractor. Upon approval of the production lot test sample(s) submitted, the Contracting Officer will equitably adjust the delivery schedule of the contract for only the lot represented by such samples. The Government reserves the right to require an equitable decrease in contract price for any extension of the delivery schedule necessitated by additional tests, or for any additional costs to the Government related to additional approval costs.

N00104-95-R-K042 PAGE 33.

3. If the contractor fails to select and test any production lot test sample within the time or times specified, or if the Contracting Officer disapproves any production lot test report, the contract shall be deemed to have failed to make delivery within the meaning of the "default" clause of this contract, and this contract shall be subject to termination for default, provided that failure of the Government in such an event to terminate this contract shall not relieve the contractor of his responsibility to meet the delivery schedule for production quantities.

4. In the event that the Contracting Officer does not approve, conditionally approve, or disapprove the production lot test report(s) within the time specified, the Contracting officer shall, upon timely written request made by the contractor, make a determination of the delay occasioned the contractor thereby, and shall equitably adjust contractual provision affected by such delay, in accordance with the procedures provided in the "Changes-Fixed Price" clause. Failure to agree on any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes".

N00104-95-R-K042 PAGE 50

FAR 52.209-3

FIRST ARTICLE APPROVAL-CONTRACTOR TESTING (SEP 1989)

(A) The Contractor shall test 540 unit(s) of Lot/Item 0001AB as specified in this contract. At least 45 calendar days before the beginning of the first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 120 DACA calendar days from the date of this contract to SPCC Code 0282 marked "FIRST ARTICLE TEST REPORT: Contract No.________ .Lot/Item No.________". Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. the Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for the first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the Offeror/Contractor and have been accepted by the Government. The Offeror/Contractor may request a waiver.

Alternate I - (SEP 1989).

As prescribed in 9.308-1(a)(2) and (b)(2), add the following paragraph (i) to the basic clause

(i) The contractor shall produce both the first article and the production quantity at the same facility and shall submit a certification to this effect on each first article.

Alternate II (SEP 1989)

As prescribed in 9.303-1(a)(3) and (b)(3), substitute the following paragraph (g) for paragraph (g) of the basic clause.

(g) Before the first article approval, the Contracting Officer may by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government. If first article test reveal deviations from the contract requirements the contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

N00104-95-R-K042 PAGE 97

ACCEPTANCE INSPECTION EQUIPMENT REQUIREMENTS
FOR
POWER SUPPLY, PS115
FY 95
ADL 53711-5355797-

1. ACCEPTANCE INSPECTION EQUIPMENT (AIE)

The following paragraphs of this clause marked (X) are applicable to this procurement:

(X) a. The contractor is responsible for proper storage, handling, and use of all AIE. Nonconforming production items which are passed by damaged or misused AIE will not accepted by the Government and does not relieve the contractor of the responsibility to meet all drawing/specification requirements of the contract.

(X) b. the contractor shall provide all AIE (except for any equipment listed as available in Appendix VI) necessary to assure conformance of components and end items to contract requirements. All such equipment shall be subject to approval by the Government and shall be available for use prior to the initiation of production. Where a First Article is contractually required, availability of the AIE shall be required prior to First Article Inspection. All equipment shall be made available to the Government representatives, at no additional cost, when required for verification purposes.

(X) c. AIE not listed in Appendix VI shall be furnished by the contractor. During acceptance inspection, the contractor shall either (i) utilize equipment fabricated in accordance with the equipment designs specified in Appendix IV or (ii) for characteristics not listed in Appendix IV, utilize Standard Measuring Equipments (SMI) or contractor designed equipment. All SMI lists and contractor AIE designs shall be submitted for approval as prescribed in the Data Item Description of DD Form 1423, Contract Data Requirements List.

1. All designs shall contain sufficient design and application data to permit evaluation of the designs ability to test or measure the characteristic or parameter with the required accuracy and repeatability. The designs must include sufficient summary data to correlate each drawing (and revision thereof) with the applicable product, drawing, revision number and characteristic inspected. The Government will either approve or disapprove the contractor's designs for AIE within * days of receipt thereof. When approved, such designs shall be come Government property.

*30 DAYS WHEN CLAUSE IS USED ON PURCHASE ORDER, AND 45 DAYS FOR CONTRACTS (TO BE INSERTED BY AMSMC-PC)

Attachment (6)

N00104-95-R-K042



2. The contractor shall be responsible for any delays resulting from late presentation of AIE or AIE designs to the Government for certification or approval and any delays resulting from the presentation of inadequate or defective AIE or AIE designs.

3. The contractor is not authorized to change approved AIE designs without approval of the reviewing authority. Contractor initiated changes will not be considered excusable schedule delays. Additionally, the contractor shall be responsible for cost associated with such changes, including costs incurred by the Government.

( ) d. MIL-STD-AIE listed in Appendix III shall be obtained by the contractor and is mandatory for use by the contractor during acceptance inspection for the identified characteristics.

( ) e. AIE procured to Government furnished drawings/designs identified in Appendix IV are mandatory for use and are specified as deliverable in Section B of this contract.

( ) f. The contractor is responsible for designing and obtaining AIE listed in Appendix V. Use of the gages obtained for the characteristics identified in Appendix V is mandatory during acceptance inspection. The contractor must provide the AIE obtained in accordance with Appendix V to Naval Warfare Assessment Division (NWADIV) for certification prior to use. Only one of each gage type will be returned to the contractor for acceptance inspection (additional gages acquired by the contractor for in-process inspection will not be certified by the Government). The contractor is responsible for preservation, packaging and shipping the AIE to NWADIV. Two copies of each Government approved contractor designed AIE drawings must accompany the AIE sent to NWADIV for certification.

At least thirty (30) calendar days prior to the submission of AIE to NWADIV for certification, the contractor shall furnish written notice of anticipated shipment date to NWADIV, with a copy to the responsible technical activity and HQ, AMCCOM, ATTN: AMSMC-QAM, Rock Island, IL 61299-6000. The Government shall perform the AIE certification inspection and provide notification of acceptance/rejection to the contractor within (30) days of receipt of the AIE at NWADIV. Contractor designed and procured AIE listed in Appendix V will have drawing numbers assigned to the documentation by the reviewing authority. Upon certification, AIE designed in Appendix V are specified as deliverable in Section B of this contract.

( ) g. When there is AIE that will be furnished by the government, the equipment will be listed as available in Appendix VI. Equipment listed as available will be furnished by the Government in accordance with the Government Property clause. The contractor is responsible for contacting NWADIV 90 days in advance of the need for the AIE to schedule delivery. The AIE

shall be retained by the contractor for mandatory use by both Government quality assurance personnel for Government verification inspection and the contractor for contractor acceptance inspection.

( ) h. The following requirements apply to AIE accepted by the Government under this contract (Appendices IV and V) and/or AIE furnished under this contract (Appendix VI):

1. When directed by the Government, the contractor shall, at no expense to the Government prepare the AIE for shipment to NWADIV. Such shipments will be required for calibration of a new gage, for repairs and when the AIE is no longer needed for use on the contract. Shipment of gages shall be on a Government Bill of Lading, unless the shipment is for repairs for which the contractor is liable. Each gage shall have an individual storage container. Preparation of the AIE for shipment shall be in accordance with the following specifications:

(a) Preservation MIL-P-116 Method 1A, Preservation P-10

(b) Packing MIL-P-116 Method 1A

(c) Shipping FED Spec PPP-P-40

(d) Marking MIL-STD-129

2. The Government Property Clause of this contract, applies with the following exceptions:

(a) All repairs for which the contractor is responsible shall be accomplished by NWADIV at the expense of the contractor.

(b) The contractor shall not be liable for any damage to AIE which is incurred while the AIE is in the physical custody of, or is being used by a Government Quality Assurance Representative.

3. The contractor shall not make any permanent identification markings or modifications to the AIE, except as noted on Government furnished and/or approved designs.

NAVY01104

OCT. 2.2001 8:54AM NO.803 P.2/2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. Contract ID Code — Page 1 of 2

2. Amendment/Modification No. P00017
3. Effective Date: OCT 02 2001
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By — CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) — CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 PITCHARD ROAD
HUNTSVILLE AL 35806

Code 9X850 — Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
x 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 1995 Dec 07

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| x | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43 (a) (3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

THE DELIVERY SCHEDULE FOR THE RE-SUBMISSION OF 120 EA. FIRST ARTICLE SAMPLES IS ESTABLISHED AS FOLLOWS:01 OCTOBER 03. PAGE 2 OF THIS MODIFICATION INCORPORATES THE FIRST ARTICLE TESTING REQUIREMENTS.

THIS MODIFICATION CONSTITUTES A FULL AND FINAL DISPOSITION OF ALL MATTERS RELATING TO THIS CONTRACT AND IS A FULL RELEASE AND ACCORD AND SATISFACTION OF ANY AND ALL CLAIMS, DEMANDS, OR CAUSES OF ACTION THAT EITHER THE CONTRACTOR OR THE GOVERNMENT MAY HAVE AGAINST THE OTHER ARISING OUT OF OR RELATED TO THE CONTRACT TO DATE.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes ).
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)
15C. DATE SIGNED 10-2-01
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)
16C. DATE SIGNED OCT 02 2001

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

RECEIVED TIME OCT. 2. TIME OCT. 2. 8:49AM 9CC/SAoo

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. Con ID Code | Page of Pages 1 2

2. Amendment/Modification No. P00019
3. Effective Date APR 04 2002
4. Requisition/Purchase Req. No. N00104-95-N-A004
5. Project No.

6. Issued By CODE N00104
Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike Attn: Code 0242.6
P O Box 2020 Bldg 410
Mechanicsburg, PA 17055-0788
Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil

7. Administered By (If other than Item 6) CODE S0101A
DCM BIRMINGHAM
2121 8TH AVE, N. ROOM 104
BIRMINGHAM AL 35203-2376

8. Name and Address of Contractor (No., Street, County, State, and Zip)
AXION CORP
317 PRITCHARD ROAD
HUNTSVILLE AL 35806

Code 9X850 Facility Code

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. N00104-96-C-KA09
10B. Dated (See Item 13) 1995 Dec 07

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
ACRN: AB 1711508 11AC 253 2DSST 0 068342 2D 000000 AC8930000050 $1,000.00 (CR)
DOC NO: N4802902WX1B004 REF NO.: N0002401PD40136 BASIC

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

In consideration of a $1,000.00 reduction of the contract price, from $800,000.00 to $799,000.00, the delivery date for 80 each, Item 0001AB, First Article samples reads: April 23,2002.

This modification constitutes a full and final disposition of all matters relating to this contract and is a full release and accord and satisfaction of any and all claims, demands, or causes of action that either the contractor or Government may have against the other arising out of or related to the contract to date.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi, President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab
15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)
15C. DATE SIGNED 4/4/02
16B. UNITED STATES OF AMERICA (Signature of Contracting Officer)
16C. DATE SIGNED APR 04 2

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243 ddwordnc 81199 mod for contract SF30.doc

RECEIVED TIME APR. 4. PRINT TIME APR. 4. 1:06PM

RECEIVED TIME JUL. 11. 9:26AM PRINT TIME JUL. 11. 9:52AM

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. Contract ID Code | Page of Pages 1 1 |
|---|---|---|---|
| 2. Amendment/Modification No. P00020 | 3. Effective Date JUL 11 2002 | 4. Requisition/Purchase Req. No. N00104-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104<br>Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.6<br>P O Box 2020 Bldg 410<br>Mechanicsburg, PA 17055-0788<br>Phone/E-mail: 717-605-2027 JOHN_J_KORAB@icpmech.navy.mil | | 7. Administered By (If other than Item 6) CODE S0101A<br>DCM BIRMINGHAM<br>2121 8TH AVE, N. ROOM 104<br>BIRMINGHAM AL 35203-2376 | |

| 8. Name and Address of Contractor (No., Street, County, State, and Zip) | | 9A. Amendment of Solicitation No. |
|---|---|---|
| AXION CORP<br>317 FITCHBARD ROAD<br>HUNTSVILLE AL 35806 | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. N00104-96-C-KA09 |
| Code 9X850 Facility Code | | 10B. Dated (See Item 13) 1995 Dec 07 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103 (a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ( ) is not, (X) is required to sign this document and return 1 copies to the issuing Office. For Acknowledgement Only

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ITEM 0001 NSN 2T-1390-01-200-8338,POWER SUPPLY,PS-115

By confirming Axion's e-mail of July 08, 2002, the delivery date for the First Article Test Report is established as: September 09, 2002.

This modification constitutes a full and final disposition of all matters relating to this contract and is a full release and accord and satisfaction of any and all claims, demands, or causes of action that either the contractor or Government may have against the other arising out of or related to the contract to date.

Distribution: 2-Purchase Folder 1-Contractor 1-NAVICP M0242.6 3-DCMC Birmingham
1-DFAS South Entitlement Operations -CMDR, NAVSURFWARCEN IH, 101 Strauss Ave, IH, MD 20640-5035(Codes )
1-NALC,Mechanicsburg,PA
1-Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Alex Latifi President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) John Korab | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (signature)<br>(Signature of person authorized to sign) | 15C. DATE SIGNED 7/11/02 | 16B. UNITED STATES OF AMERICA (signature)<br>(Signature of Contracting Officer) | 16C. DATE SIGNED JUL 11 2002 |

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 81199 mod for contract SF30.doc

JUL. 11. 2002 9:32AM NO. 262 P. 2/2

Copy

AXION CORPORATION

TELEPHONE: (256) 851-9770
FAX: (256) 851-9771

April 12, 1999

Naval Inventory Control Point
P.O. Box 2020
Mechanicsburg, PA 17055-0788

Attn: Mr. John Korab

RE: N00104-96-C-KA09.

Dear Mr. Korab:

Axion Corporation hereby submits valid collected data of First Article testing required on Contract N00104-96-C-KA09, per conversations with Mr. Jerry Hahin of Crane Naval Warfare Center, a reduction from 360 to 240 First Article Data is requested.

1) A brief synopsis of pertinent development is provided below.

2) Quantity manufactured for first article: 609 each.

3) All 609 units were subjected to the environmental requirement of the Technical Data Package.

4) A table of 581 Units were destructively tested.
   a. 360 Units were consumed to:
      1. Develop the Spin Vacuum Gun.
      2. Establish the Acceleration Criteria.
      3. Verify the Inboard Computer.
      4. Verify data collection.
      5. Final verification of the Gun and System accuracy.

5) Enclosed are computer floppy disks, which contain valid verified successful data for (221) units. Hard copy printouts of additional (22) Units are in the possession of Crane NWP Engineer, Mr. Jerry Hahin. None of the (22) is duplicated on these disks.



317 Nick Fitcheard Road • Huntsville, Alabama 35806

6) Mr. Jerry Hahin, Naval Warfare Center, Crane, Indiana, has made four trips to Axion facility: May 1989, August 1989, September 1989, and March 1999; to observe, witness and verify the unique Spin Vacuum Gun System, processes and procedures that we have developed to meet the requirements of the contract. On his last visit March 2,3,4, 1999, he witnessed the Final First Article Testing and Data Collection. Mr. Henry Stickrod, our DCMC representative has been witnessing the operation and collection of test data for the past four months. Mr. Stickrod and Mr. Hahin were satisfied with the results of the test data.

We hereby request the First Article be approved, so Axion can proceed to produce the contract quantity of 53,000 production units.

Sincerely,

Alex Latifi
President
Axion Corporation

INFORMATION AND/OR ACTION
(REV 1/84) (LOCAL)

CODE 0242.6 DATE 17 MAY 99

FROM: Commanding Officer, Naval Inventory Control Point-Mechanicsburg
5450 Carlisle Pike, PO Box 2020, Mechanicsburg, PA 17055-0788

TO: AXION CORP
P O BOX 5366
317 NICK FITCHEARD RD
HUNTSVILLE AL 35806

CONTRACT/ORDER NO.
N00104-96-C-KA09

SUBJECT
FIRST ARTICLE APPROVAL

Ref: (a)
(b)

Encl: (1)
(2)

First Article submitted under the subject order is approved and production authorized.
A revised delivery schedule of is acceptable. NAVICP-M records have been updated. Modification will will not be issued by PCO/ACO.
The waiver/deviation/substitution requested by Ref is denied. (See below)
Deletion of cannot be granted.
Drawings (Preliminary/Final), Manuals (Preliminary/Final), Provisioning Documentation submitted under subject document

Advise if subject order can be cancelled without cost or liability to either party. If not, advise cost to cancel.
Funds in the amount of $ are authorized for finalization of modification.
Use ACRN:
Reference was answered by enclosure
The drawings listed below are attached.
Material has been / will be shipped on
The proposed / negotiated delivery schedule is acceptable. Issue modification.
Verification of the price increase requested in Ref is necessary prior to acceptance.
NAVICP-M records indicate material was previously supplied as follows:

| Contract / Order | Date | Quantity | Unit Price |
| --- | --- | --- | --- |

Ref is under review and reply is expected on or about

OTHER:

FIRST ARTICLE IS APPROVED. AS STATED IN SECTION F-DELIVERIES, THE FIRST LOT DELIVERY OF PRODUCTION UNITS IS DUE 90 DAYS FROM THIS DATE WITH SUBSEQUENT LOTS DUE IN 30 DAY INCREMENTS.

COPY TO:
32J

John Korab

JOHN KORAB
CONTRACTING OFFICER