# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: December 19, 2006)**

* * * * * * * * * * * * * * * * *

**AXION CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Oral argument on the parties' cross motions for summary judgment shall be heard on **Monday, January 8, 2007, 1:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless other wise notified will be reached at the following numbers: counsel for plaintiff at (256) 533-0202; counsel for defendant at (202) 307-0383.

At the oral argument, the parties shall be prepared to address the following issues:

(1) Whether there are disputed issues of fact regarding the issue of unilateral mistake.

(2) Assuming that the releases are enforceable, what is the scope of the release with regard to the air gun, the plating, and the leaking batteries.

(3) Whether the plaintiff concedes that it could not pass FAT based on the Dr. Baird report.

(4) Whether there are disputed issues of fact regarding the whether the specifications were defective in light of the Dr. Baird report.

(5) Assuming that Axion could not pass FAT due to defective specifications and that the releases are in effect, what claims would post-date the modifications containing the release.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge