# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: February 9, 2007)**

* * * * * * * * * * * * * * * * *
*
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

As discussed during the status conference held on February 8, 2007, the court orders the following pre-trial schedule:

| | |
|---|---|
| **February 26, 2007** | Parties meet to discuss exhibits, witnesses and to confer. |
| **March 12, 2007** | Plaintiff files memorandum of contentions of law and fact and witness list. |
| **April 9, 2007** | Parties file list of exhibits. Defendant files memorandum of contentions of law and fact and witness list. |
| **April 30, 2007** | Pre-trial conference |
| **June 25, 2007** | Trial begins. The trial will be held at the Hugo L. Black U.S. Federal Courthouse, 1729 5th Ave., Birmingham, AL 35203 |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge