# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: March 12, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | * |
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's unopposed motion, filed March 12, 2007, for a two-week enlargement of time within which to file its Memorandum of Contentions of Law and Fact and Witness List is **GRANTED**. Accordingly, the schedule for pre-trial filings is amended as follows:

| | |
|---|---|
| **March 26, 2007** | Plaintiff files memorandum of contentions of law and fact and witness list. |
| **April 23, 2007** | Parties file list of exhibits. Defendant files memorandum of contentions of law and fact and witness list. |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge