# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AXION CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 03-2644C & 04-297C**<br>**(Judge Firestone)** |

## AXION CORPORATION'S WITNESS LIST

**COMES NOW** Plaintiff Axion Corporation ("Axion") and submits the following list of the witnesses to be called at trial:

**1.** **Alex Latifi:** Mr. Latifi is the Chief Executive Officer of Axion and is familiar with the facts and circumstances giving rise to this action. Among other things, Mr. Latifi will testify with respect to Axion's procurement and performance of the Contract, the events and circumstances surrounding the required second first article testing, the representations made by Charles Vartan and John Korab prior to Axion's submission of its second FAT report on September 9, 2002, the Government's termination of the contract for default, and the costs associated with Axion's performance. Axion expects that 3-4 hours will be needed for direct examination of Mr. Latifi.

**2.** **Charles Vartan:** Axion may call Mr. Vartan in its case in chief or for rebuttal. Axion expects Mr. Vartan to be present at trial as a witness for the Government.

3. **Henry Stickrod:** Axion may call Mr. Stickrod in its case in chief or for rebuttal. Axion expects Mr. Stickrod to be present at trial as a witness for the Government.

4. **John Korab:** Axion may call Mr. Korab in its case in chief or for rebuttal. Axion expects Mr. Korab to be present at trial as a witness for the Government.

5. **Jerry Hahin:** Axion may call Mr. Hahin in its case in chief or for rebuttal. Axion expects Mr. Hahin to be present at trial as a witness for the Government.

**ATTORNEYS OF RECORD:**

/s/ Richard J.R. Raleigh, Jr.
**RICHARD J.R. RALEIGH JR.**
**MARCUS A. HUFF**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
E-mail: rraleigh@wilmerlee.com
mhuff@wilmerlee.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished this 26th day of March, 2007, by U.S. Mail, postage prepaid and properly addressed to:

Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

/s/ Richard J.R. Raleigh, Jr.
**COUNSEL FOR PLAINTIFF**