# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: April 6, 2007)**

* * * * * * * * * * * * * * * * *

**AXION CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** the Pre-trial conference for **Monday, April 30, 2007 at 10:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (256) 533-0202; counsel for defendant at (202) 307-0383. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge