**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2644C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR A SEVEN-DAY ENLARGEMENT OF TIME TO FILE DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW AND DEFENDANT'S WITNESS LIST**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of seven days, to and including April 30, 2007, within which to file defendant's Memorandum of Contentions of Fact and Law and defendant's Witness List. These documents are currently due April 23, 2007. No previous enlargements of time have been sought by respondent for this purpose. Counsel for plaintiff, Axion Incorporated, has informed us that he does not oppose this request.

An enlargement of time is necessary because the parties' discussions to resolve this matter without additional litigation are close to conclusion. The parties believe that if an amicable resolution to the matter is to occur, that it would culminate within the next seven days. The United States, with Axion's concurrence, proposes that the Court grant this brief enlargement of seven days, so the parties can finalize settlement discussions. The United States believes that at the conclusion of this time period, the parties will be able to inform the Court that: (1) the parties have reached an agreement to resolve this matter without additional litigation; or, (2) the parties were unable to resolve this matter and the Government will file its Memorandum of Contentions of Fact and Law and defendant's Witness List on May 1, 2007.

For these reasons, defendant respectfully requests that its unopposed motion for enlargement of time, be granted. These documents are currently due April 23, 2007. No previous enlargements of time have been sought by defendant for this purpose. Counsel for plaintiff, Axion Corporation, has informed us that he does not oppose this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE A. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

April 23, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 23, 2007, a copy of the foregoing **"DEFENDANT'S MOTION FOR A SEVEN-DAY ENLARGEMENT OF TIME TO FILE DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW AND DEFENDANT'S WITNESS LIST"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle