# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: April 24, 2007)**

* * * * * * * * * * * * * * * * *
*
**AXION CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed April 23, 2007, for a seven-day enlargement of time within which to file its Memorandum of Contentions of Law and Fact and Witness List is **GRANTED**. Accordingly, the schedule for pre-trial filings is amended as follows:

**May 1, 2007** Parties file list of exhibits. Defendant files memorandum of contentions of law and fact and witness list.

As a result, the **April 30, 2007 Pre-Trial Conference** will be **postponed** until after the May 1, 2007 filing deadline. The court will contact the parties to reschedule the Pre-Trial Conference, if one is necessary.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge