**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2644C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION**
**TO STAY THE CASE PENDING EXECUTION OF SETTLEMENT PAPERWORK**

Pursuant to the Court's order dated April 24, 2007, the United States, with the concurrence of plaintiff, Axion Corporation ("Axion"), submits the following status report and motion to stay this matter.

On April 23, 2007, defendant, the United States, filed a motion seeking an enlargement of time of seven days, to and including April 30, 2007, within which to file defendant's Memorandum of Contentions of Fact and Law and defendant's Witness List. We explained that an enlargement of time was necessary because the parties' discussions to resolve this matter without additional litigation were close to conclusion. We informed the Court that the parties believed that if an amicable resolution to the matter is to occur, that it would culminate within the next seven days, and that the requested brief enlargement of seven days would allow the parties to finalize settlement discussions. Finally, we told the Court that at the conclusion of this time period, the parties would be able to inform the Court that either: (1) the parties have reached an agreement to resolve this matter without additional litigation; or, (2) the parties were unable to resolve this matter and the Government would file its Memorandum of Contentions of Fact and Law and defendant's Witness List on May 1, 2007.

The parties have reached a tentative agreement to resolve this matter without further litigation. The parties are now in the process of memorializing this agreement and then having the authorized representatives of the parties sign the agreement. The parties believe this entire process will take no more than 21 days, and absent any unexpected issues that may arise during the process, we expect to file a stipulation of dismissal by May 21, 2007.

For these reasons, defendant respectfully requests upon behalf of the parties that the case be stayed until May 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE A. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

April 30, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 1, 2007, a copy of the foregoing **"DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY THE CASE PENDING EXECUTION OF SETTLEMENT PAPERWORK "** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle