# In the United States Court of Federal Claims

**No. 03-2644C & No. 04-297C**
**CONSOLIDATED**
**(Filed: May 2, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **AXION CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of defendant's status, filed May 2, 2007, report indicating that the parties have reached a settlement and request to stay the case pending execution of the settlement paperwork. Defendant's unopposed motion to stay proceedings is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file either a joint status report or a joint stipulation of dismissal by **Monday, May 21, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge